Register   Login   Help



Home    Site Tools    Top Sites    **Site Info**    What's Hot    Toolbar

## tnaflix.com

Free Porn | Sex | Porno - Home

Search

Tnaflix.com is ranked #466 in the world according to the three-month Alexa traffic rankings. Compared with the overall internet population, the site's users are disproportionately male, and they tend to be childless, low-income African Americans browsing from home and school who are not college graduates. Approximately 32% of visits to it are bounces (one pageview only). While about 21% of visitors to Tnaflix.com come from the US, where it is ranked #529, it is also popular in Japan, where it is ranked #284. Visitors to the site view an average of 5.1 unique pages per day.

**Is this your site?** Learn how to get more traffic with the **Alexa Site Audit**.

| 1 Review | 466 Alexa Traffic Rank | 529 Traffic Rank in US | 836 Sites Linking In |

**Traffic Stats** | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream



Traffic Rank | **Reach** | Pageviews | Pageviews/User | Bounce % | Time on Site | Search %

Percent of global Internet users who visit tnaflix.com:

|  | Reach | Change |
|---|---|---|
| Yesterday | 0.20700 | +5% |
| 7 day | 0.21400 | +0.5% |
| 1 month | 0.21700 | -9.7% |
| 3 month | 0.23480 | -20.8% |

Compare **tnaflix.com** to:

Compare

Learn more about Alexa Traffic Stats.

Share this:

### Average Load Time for Tnaflix.com

⌛ Slow (1.8 Seconds), 62% of sites are faster.

Note: Slow sites may be penalized by search engines.

### Tnaflix.com's Regional Traffic Ranks

| Country | Rank |
|---|---|
| Japan | 284 |
| Belgium | 297 |
| Hong Kong | 312 |
| Switzerland | 317 |
| France | 359 |

More

### Where Visitors Go on Tnaflix.com

| Subdomain | Percent of Site Traffic |
|---|---|
| tnaflix.com | 99.4% |
| premium.tnaflix.com | 0.5% |
| video.tnaflix.com | 0.1% |
| cdn.tnaflix.com | 0.0% |
| usa.tnaflix.com | 0.0% |

More

### Audience Snapshot

### Top Search Queries for Tnaflix.com

### High Impact Search Queries for Tnaflix.com

| | Query | Impact |
|---|---|---|
| 1 | porn | High |
| 2 | free porn | High |
| 3 | porno | High |
| 4 | freeporn | Medium |
| 5 | free porno | Medium |
| 6 | lesbian | Low |
| 7 | sex | Low |

View the complete Search Analytics

Advertise with Alexa

Based on internet averages, tnaflix.com is visited more frequently by **males** who have **no children**, received **some college** education and browse this site from **home**.
Get complete site demographics.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | tnaflix | 22.66% |
| 2 | tna flix | 3.33% |
| 3 | empflix | 0.83% |
| 4 | tnaflix.com | 0.73% |
| 5 | tnafix | 0.54% |
| 6 | t n a flix | 0.32% |
| 7 | tnflix | 0.28% |

View the full Audience Profile

View the complete Search Analytics

### Is this your website?

- Update your listing data using our **Self-service tools**
- Improve your SEO with an **Alexa Site Audit** for tnaflix.com.

**Top Search Queries for Tnaflix.com**

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | tnaflix | 22.66% |
| 2 | tna flix | 3.33% |
| 3 | empflix | 0.83% |
| 4 | tnaflix.com | 0.73% |
| 5 | tnafix | 0.54% |
| 6 | t n a flix | 0.32% |
| 7 | tnflix | 0.28% |

View the complete Search Analytics



**Wayback Machine**
See how Tnaflix.com looked in the past

Like tnaflix.com? **Download the Alexa toolbar** and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取tnaflix.com的网站流量信 。

