

Home | Site Tools | Top Sites | **Site Info** | What's Hot | Toolbar



empflix.com
Free Porn Video Streaming, Sex, Porno, Free XXX Porn

Search

There are 553 sites with a better three-month global Alexa traffic rank than Empflix.com. Roughly 29% of the site's visitors are in Japan, where it has attained a traffic rank of 176. Compared with the overall internet population, the site's users are disproportionately male, and they tend to be childless African Americans browsing from home and school who are not college graduates. Empflix.com's visitors view an average of 5.9 unique pages per day. The site is particularly popular among users in the cities of Yokohama (where it is ranked #102) and Tokyo (#125).

Is this your site? Learn how to get more traffic with the Alexa Site Audit.

| 1 Review | 554 Alexa Traffic Rank | 176 Traffic Rank in JP | 664 Sites Linking In |

**Traffic Stats** | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream



Traffic Rank | **Reach** | Pageviews | Pageviews/User | Bounce % | Time on Site | Search %

Percent of global Internet users who visit empflix.com:

| | Reach | Change |
|---|---|---|
| Yesterday | 0.14900 | +6% |
| 7 day | 0.16100 | -4% |
| 1 month | 0.16700 | -17% |
| 3 month | 0.19200 | -15.8% |

Trailing 3 months

Compare **empflix.com** to:

Learn more about Alexa Traffic Stats.          Share this:

### High Impact Search Queries for Empflix.com

| | Query | Impact |
|---|---|---|
| 1 | streaming | High |
| 2 | porn | High |
| 3 | free porn | High |
| 4 | stream | High |
| 5 | film porno | High |
| 6 | free streaming | High |
| 7 | porno | High |

View the complete Search Analytics

Advertise with Alexa

### Average Load Time for Empflix.com
Average (1.646 Seconds), 57% of sites are faster.
Note: Slow sites may be penalized by search engines.

### Empflix.com's Regional Traffic Ranks

| Country | Rank |
|---|---|
| Japan | 176 |
| France | 415 |
| Italy | 426 |
| Sweden | 459 |
| Belgium | 465 |

More

### Where Visitors Go on Empflix.com

| Subdomain | Percent of Site Traffic |
|---|---|
| empflix.com | 100.0% |
| OTHER | 0.0% |

### Audience Snapshot

### Top Search Queries for Empflix.com

Based on internet averages, empflix.com is visited more frequently by **males** who have **no children**, received **some college** education and browse this site from **home**.
Get complete site demographics.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | empflix | 33.34% |
| 2 | empfix | 1.91% |
| 3 | emplix | 1.17% |
| 4 | tnaflix | 1.02% |
| 5 | empflix.com | 0.72% |
| 6 | emplifix | 0.68% |
| 7 | emflix | 0.53% |

View the full Audience Profile

View the complete Search Analytics

## Is this your website?

- Update your listing data using our Self-service tools
- Improve your SEO with an Alexa Site Audit for empflix.com.

**Top Search Queries for Empflix.com**

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | empflix | 33.34% |
| 2 | empfix | 1.91% |
| 3 | emplix | 1.17% |
| 4 | tnaflix | 1.02% |
| 5 | empflix.com | 0.72% |
| 6 | emplifix | 0.68% |
| 7 | emflix | 0.53% |

View the complete Search Analytics

**Wayback Machine**
See how Empflix.com looked in the past 

Like empflix.com? Download the Alexa toolbar and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取empflix.com的网站流量信 。

**Company**
About
Jobs
Advertise on Alexa

**Help**
Help System
Tour

**Alexa Tools for Site Owners**
Get a Site Audit for your site
Edit your site listing

**Related Services**
Sell on Amazon
Free Website Content
Amazon Web Services

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company

http://www.alexa.com/siteinfo/empflix#[2/17/2011 12:25:45 PM]