Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

FRASERSIDE IP LLC,
An Iowa LLC
*Plaintiff*

v.   Civil Action No. C 11-3005

Youngtek Solutions Ltd, dba empflix.com &
dba tnaflix.com, Does 1-100 and Doe Companies
1-100   *Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Youngtek Solutions
1 Avlonos Street
1075 Cyprus
Cyprus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the State of Iowa — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/18/2011



Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Youngtek Solutions

was received by me on *(date)*  03/14/2011  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Michael Papadakis (Agent for Service)  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Youngtek Solutions
_____ on *(date)*  04/13/2011  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 200.00 for travel and $ 1975.00 for services, for a total of $ 2175.00 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2011

*Server's signature*

Tassos Kontos, Process Server
*Printed name and title*

Chad L. Bellville. Attorney at Law
P.O. Box 17879
Phoenix, AZ 85011-0879
*Server's address*

Additional information regarding attempted service, etc:

Addess of service:
3A Orfeos Street
1070 Nicosia, Cyprus

Served: 4/13/11, at 11:25 AM