UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>   An Iowa Limited Liability Company<br><br>   vs.<br><br>Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 - 100 | No. cv-11-3005 MWB<br><br>**MOTION FOR CLERKS ENTRY OF DEFAULT** |

Plaintiff, Fraserside IP LLC ("Plaintiff") respectfully submits this request in support of its Motion for Default Judgment against Defendant(s) Youngtek Solutions, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100. ("Defendants")

Plaintiff, hereby request that the Clerk of the Court for the Northern District of Iowa Central Division enter Default in this matter against Defendants, pursuant to Federal Rule of Civil Procedure 55(1) on the grounds that said Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On the twenty-fourth day of March, 2011 Defendants attorney was served the Summons and Complaint in this matter. (see Service of Process) Additionally, on the

thirteenth day of April, 2011 the Defendants registered agent was also served with the Summons and Complaint. (see Service of Summons)

Defendant's responsive pleading became due twenty days later with an additional three days for delivery by mail or May 6, 2011. Defendants have not filed a pleading in response to the complaint as of June 1, 2011. (Belville Afft.)

Further, Plaintiff certifies that Defendant(s) is not under any physical or legal disability nor is he in the military service of the United States of America.

The above-stated facts are set forth in the accompanying Affidavit of Chad L. Belville, filed herewith.

Respectfully submitted this first day of June, 2011.

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law
Admitted to Colorado District Court
304 East Beth Drive
Phoenix, AZ 85042

P.O. Box 17879
Phoenix, AZ 85066
Telephone: 480-203-5861
FAX: 602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF