UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP LLC,
   An Iowa Limited Liability Company

vs.

Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 - 100

No. cv-11-3005 MWB

**AFFIDAVIT OF CHAD L. BELVILLE IN SUPPORT OF MOTION FOR ENTRY OF DEFUALT**

I, Chad L. Belville, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on February 28, 2011

3. Defendants were served with a copy of the summons and complaint on March 24, 2011 and April 13, 2011 as reflected on the docket sheet by the proof of service filed henceforth.

4. An answer to the complaint was due on May 6, 2010

5. Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

6. Plaintiff requests that the clerk of court enter default against the defendants.

                                                                                             /s/ Chad L. Belville  
                                                                                              Chad L. Belville  
                                                                                              Attorney for Plaintiff

Sworn to and subscribed before me this __1___day of June, 2011.

/s/____Janette Molina_____  
Notary Public State of Arizona  
My Commission Expires: January 27, 2012