IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 11-3005 |
| | ) | |
| vs. | ) | **AMENDED** DEFAULT ENTRY |
| | ) | |
| YOUNGTEK SOLUTIONS, LTD, | ) | |
| EMPFLIX.COM, TNAFLIX.COM, | ) | |
| DOES 1-100 and DOE | ) | |
| COMPANIES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

On this 2nd day of June, 2011, it appearing from the record and affidavit filed in the said cause that the defendants, Youngtek Solutions, Ltd, www.empflix.com and www.tnaflix.com, are in default.

IT IS ORDERED AND ADJUDGED that the default of said defendants be and hereby is accordingly entered.

ROBERT L. PHLEPS, Clerk
U.S. District Court Northern District of Iowa

By: _____
Deputy Clerk