Dr. Münch, Legal.  Q2, 23. 68161 Mannheim
In Advance per Fax
06894/ 93 96 871
Firm
Key-Systems GmbH
In Upperplant 1
66386 St. Ingbert

Hurry! Please Submit Immediately!
Court Measures Threatened!
YoungTek/Key-Systems GmbH
Domain Lock www.empflix.com and www.tnaflix.com

Honorable Women and Men,
Honorable Judge Greiman,

The undersigned came back after today midday's guided phone conversation and confirmed under Insurance proper Authorization, that you represent the firms YoungTek Solutions Limited, Nicosia (Cyprus), which stopped inter alia the domains www.empflix.com and www.tnaflix.com registered by you.

With consideration to USA District Court / Northern District of Iowa, they said they had filed complaints at the request of Fraserside IP LLC's representing Attorney Chad Belville, who placed the above-mentioned "lock status."

My client looked despite their telephone remarks and the reference to the Policy on Transfer of Registrations between Registrars, ICANN A.3., Paragraph 7, as an unwarranted transmission barrier, since an enforceable judgement of the proceedings in Germany cannot occur alone in the U.S. State of Iowa.

I call on Key-Systems GmbH, therefore, to avoid court action

**without delay but no later than Monday, May 2nd, 2011, 14:00 Hours**

to remove the transfer lock on the specified domains and for my client and I to be notified of this immediately.

I reiterate that my client, who has not established in the United States, the complaint is not justified, according to my client, there is absolutely no jurisdiction in the State of Iowa.  My client has his base well-known in Cyprus.

I can finally hold further, that we agreed that a case of provision A.3., Paragraph 1 through 6 and on 8 through 9 of the ICANN Policy on Transfer of Registrations between Registrars of July 12, 2004, is not present in the case.

However, it is also not a case of Paragraph 7, provision A.3. seen here since this provision legitimately set up a domain.  For this reason, Key-Systems GmbH is not bound by the provisions of the ICANN opinion here, that the uncorrected set up "lock status" and cannot require them to pick up again after A.3., Paragraph 7, the presentation of a certificate of completion in Germany is ultimately virtually ineffective in U.S. Court proceedings in order to repeal the "lock status."

If the above deadline is not met, my client reserves the right against Key-Systems GmbH

**to damage claims**

and assert them in court, because my client base is currently in negotiations with a potential buyer for the above-mentioned domains and these arise from the unauthorized set "lock status" of the domains.  Should the proposed purchase not come about on the grounds of the unjustified "lock status", it threatens your company six figures in claims.

It is therefore essential to arrange to review the process and immediately remove the doubt of the placed "lock status" in time.

For consultation, I am available by telephone.

With Friendly Greetings

(signed)

Dr. Münch
Legal