# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>    Plaintiff,<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix, dba empflix.com, dba , TnaFlix, dba tnaflix.com, and John Does 1 - 100 and<br>John Doe Companies 1 - 100<br><br>    Defendant(s). | No. 3:11-cv-03005-MWB<br><br>**DECLARATION OF JASON TUCKER MOTION FOR DEFAULT JUDGMENT** |

_____

I, Jason Tucker, declare under penalty of perjury that:

1.    I am a consultant and the Enforcement Officer for Plaintiff Fraserside IP LLC. I have made myself familiar with the corporate structure of Plaintiff and its parent company, sibling companies, and related entities.

2.    I have made myself familiar with the company methods, procedures, production and ownership of copyrighted materials.

3.    I have been involved in the industry of legal adult erotic entertainment production, marketing and management at an executive level for over 10 years serving for over six as President of a company that owns and licenses the worlds largest erotic library of images.

4.    I have reviewed the evidence of Infringements committed by Defendants which are outlined in the Complaint, ECF 2 of the instant matter.

5.    I can attest to all the claims made in Plaintiff's complaint.

6.    I am personally aware of the production, marketing and distribution methods utilized by Plaintiff and can attest to the facts that Plaintiff expends great sums of money to create detailed story lines; film in exotic locations; construct detailed and intricate sets; employ very talented writers, directors, actors, and editors; use the highest quality production equipment; and far exceed the production value of typical adult erotic entertainment.

7. Based upon my experience and judgment, I am certain that Defendant's websites contain large amounts of unauthorized, copyrighted materials.

8, Based upon my experience and judgment, I am certain that Defendant and Defendant websites are earning both membership and advertising revenue utilizing Fraserside IP LLC and other unauthorized copyrighted works without compensation to the rightful copyright owners.

9. Based upon my experience and judgment, I am certain that Defendant reproduces, reformats, and distributes unauthorized copyrighted material on its website and has not adopted any generally accepted procedures to effectively limit copyright infringement.

Signed this 16th Day of June, 2011

_____
Jason Tucker

Notary Seal: