1  Marc J. Randazza, Esq., SBN 269535
2  RANDAZZA LEGAL GROUP
   3969 4th Avenue, Suite 204
3  San Diego, CA 92103
   (888) 667-1113
4   (305) 437-7662 fax
   mjr@randazza.com
5
   *Attorneys for Plaintiff Liberty Media Holdings, LLC*
6

7  Boston Law Group, LLP
   VALENTIN GURVITS (BBO# 643572) (*Pro Hac*
8  *Vice* to be Submitted)
   EVAN FRAY-WITZER (BBO# 564349) (*Pro Hac*
9  *Vice* to be Submitted)
   825 Beacon Street
10 Suite 20
   Newton Centre, MA 02459
11 Telephone: 617-928-1804
   Facsimile: 617-928-1802
12
   CROSS LAW GROUP
13 OLEG CROSS (SB# 246680)
   4370 La Jolla Village Dr., Suite 655
14 San Diego, California  92122
   Telephone:  (619) 623-2120
15 Facsimile:  (619) 819-7346

16 *Attorneys for Defendant Youngtek Solutions Ltd.*
   *dba Tnaflix.com*
17
                    UNITED STATES DISTRICT COURT
18
                   SOUTHERN DISTRICT OF CALIFORNIA
19

20 | LIBERTY MEDIA HOLDINGS, LLC, | CASE NO. 10-CV-1972-JHA-(POR) |
21 |            Plaintiff,         | **JOINT MOTION TO EXTEND TIME** |
22 |              v.               | **TO RESPOND TO COMPLAINT AND** |
   |                               | **DEFENDANT'S WITHRDAWAL OF**   |
23 | YOUNGTEK SOLUTIONS LTD. D/B/A | ***EX PARTE* MOTION**          |
24 | TNAFLIX.COM, *et al.*,        |                                |
25 |           Defendants.         |                                |

26
27
28

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

JOINT MOTION TO EXTEND TIME
CASE NO. 10-CV-1972-JHA-(POR)

Case 3:11-cv-03005-MWB-LTS   Document 14-4   Filed 06/16/11   Page 1 of 2

## JOINT MOTION

Plaintiff Liberty Media Holdings, LLC and Defendant Youngtek Solutions, Ltd. ("Youngtek") hereby jointly move for an order extending Youngtek's time to respond to Plaintiff's complaint. The current deadline for Youngtek to respond was December 6, 2010. The parties respectfully ask the Court to set Youngtek's new response date for February 28, 2011

Good cause exists to support extension, as it would allow the Parties and their counsel to further meet and confer regarding various claims and defenses, and potentially obviate the need for additional motion practice.

## WITHDRAWAL OF *EX PARTE* MOTION

To facilitate this Joint Motion, Youngtek hereby respectfully withdraws its Ex Parte Motion to Extend Time to Respond to Complaint (Doc. No. 9) filed on December 3, 2010.

Respectfully submitted,

Dated: December 9, 2010　　　　　　　　Marc J. Randazza, Esq., SBN 269535
　　　　　　　　　　　　　　　　　　　RANDAZZA LEGAL GROUP

　　　　　　　　　　　　　　　　　　　*/s/ Marc J. Randazza*
　　　　　　　　　　　　　　　　　　　3969 4th Avenue, Suite 204
　　　　　　　　　　　　　　　　　　　San Diego, CA 92103
　　　　　　　　　　　　　　　　　　　(888) 667-1113
　　　　　　　　　　　　　　　　　　　(305) 437-7662 fax
　　　　　　　　　　　　　　　　　　　mjr@randazza.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Liberty Media Holdings, LLC*

　　　　　　　　　　　　　　　　　　　CROSS LAW GROUP
　　　　　　　　　　　　　　　　　　　OLEG CROSS ( SB# 246680)

　　　　　　　　　　　　　　　　　　　*/s/ Oleg Cross*
　　　　　　　　　　　　　　　　　　　OLEG CROSS (SB # 246680)
　　　　　　　　　　　　　　　　　　　4370 La Jolla Village Dr., Suite 655
　　　　　　　　　　　　　　　　　　　San Diego, California 92122
　　　　　　　　　　　　　　　　　　　Telephone: (619) 623-2120
　　　　　　　　　　　　　　　　　　　Facsimile: (619) 819-7346
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Youngtek Solutions Ltd.*
　　　　　　　　　　　　　　　　　　　*dba Tnaflix.com*

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

2

JOINT MOTION TO EXTEND TIME
CASE NO. 10-CV-1972-JHA-(POR)

Case 3:11-cv-03005-MWB-LTS   Document 14-4   Filed 06/16/11   Page 2 of 2