# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix, dba empflix.com, dba , TnaFlix, dba tnaflix.com, and John Does 1 - 100 and<br>John Doe Companies 1 - 100<br><br>　　　　Defendant(s). | No. 3:11-cv-03005-MWB<br><br>**CERTIFICATE OF SERVICE<br>MOTION FOR DEFAULT JUDGMENT** |

_____

I, Chad Belville, declare under penalty of perjury that:

I am retained counsel for Plaintiff Fraserside IP LLC. On June 17, 2011, a Motion to Set Aside Default was filed by Defendants who had previously not responded, listing three attorneys appearing on behalf of Defendants.

I hereby certify that on June 20, 2011 I emailed copies of the June 16, 2011 Motion and Brief in Support of Default Judgment, Letter from Defendant to Registrar, Letter from Defendant to Registrar Translated, Declaration of Jason Tucker, and Motion from SD Cal showing Defendant and Counsel; to the following addresses:

vgurvits@bostonlawgroup.com

evan@cfwlegal.com

cma@shuttleworthlaw.com

Dated this 20th of June, 2011　　　　/s/ Chad L. Belville
　　　　　　　　　　　　　　　　　Chad L. Belville
　　　　　　　　　　　　　　　　　Attorney for Plaintiff