# Munson: Weather a sexier subject than porn-related office

Des Moines Register - Des Moines, Iowa

Author: KYLE MUNSON
Date: Feb 23, 2011
Start Page: B.1
Section: NEWS
Text Word Count: 832

## Document Text

kmunson@dmreg.com

Northwood, Ia. - The weather remains the sexiest gossip in this small town nestled near the Minnesota border, even with the shocking revelation that a porn-related business (sort of) resides above the downtown flower shop.

A Register front-page story Monday by my colleague Clark Kauffman detailed how a former Worth County attorney now living in Arizona uses his rented second-floor office above Flower Zone by Connie as the main business address for Fraserside LLC, the copyright holder of a "vast library" of X-rated films.

No, there aren't any neon signs or posters of busty women in the Fraserside windows situated along the Central Avenue/County Road 105 thoroughfare that runs through town. The relic "I.O.O.F." initials (Independent Order of Odd Fellows) carved in stone are all that passes for eye candy. The empty office inside lacks stacks of porn as well as basic electricity, flower shop and building owner Connie Hickle told me.

But any story this good was worth flogging for a follow-up column. Both Hickle and Northwood's mayor were blindsided by the news, so I hit the streets to get reaction from other townsfolk - where Norwegians in recent years have represented nearly 40 percent of the population of 1,989. (The annual lutefisk and meatball dinner is March 5 at the local Methodist church, in case you were wondering.)

Hickle has a good sense of humor and said she's "having fun with it" while gearing up for the more innocent prom corsage season.

"You've got to be surprising everybody," said Joe Kuennen, who was shoveling snow off the sidewalk in front of the county treasurer's office, just across the street from the unlikely porn headquarters. He remembered how the second-floor office in question had housed the studios of oldies rock radio station KYTC-FM until the early 1990s - marking quite a media transition from "I Want to Hold Your Hand" to lewd cinema.

I wasn't the only reporter in town, by the way. A southern Minnesota TV reporter set up a camera on a tripod on Central Avenue to capture the requisite scene-setter. Yet I had to pull a copy of the Register off the rack at the local Casey's and hand it to Julie Fierova behind the counter because she hadn't yet heard the news.

Fierova chuckled as she read and advised, "Most of the conversation happens at the Corner Post."

That would be Sue's Corner Post Cafe, which embraces its role as the local Grand Central Station of chit-chat with signs on the wall such as, "Gossip has to start somewhere" and "If you hear it at the Corner Post, it's true."

Joanne Steinmetz, who works at the hardware store and was about to fork into a scrumptious piece of homemade pumpkin pie, said that the most popular town chatter that day revolved around this G-rated question: "How long was your power out last night?"

If you're reading this in central or southern Iowa, you must realize that winter's claws still have Northwood locked in an icy grip. Nearly 1,500 local residents - including everybody I encountered - were without electricity at some point late Sunday or early Monday. Alliant Energy said that "galloping," ice-laden power lines snapped at multiple points in the grid.

So even if Northwood was full of porn fanatics, it's awfully hard to fire up the DVD player without electricity.

"I thought we were so wholesome," joked Larry Porter, who sat at a table in the back of the Corner Post with his wife, Jodi, as well as Phyllis Abrahams and the Corner Post owner herself, Sue Waller. Waller tracked down a stapled computer printout of the story to bring the entire table up to date.

The table's ultimate verdict: It's still easier to stumble on porn with one wrong click on Google than on the streets of

downtown Northwood.

"I think Norwegians have sex, too, once in a while," Porter did concede.

Down the block, "The Andy Griffith Show" was the afternoon programming of choice inside the Shade Tree bar. Patrons there also were more chatty about weather than porn, but the woman tending bar did wonder whether I could do anything to help drive the strip club out of nearby Myrtle, Minn.

It was at the North Star Xpress, a combination cafe and BP gas station on the north side of town, where I discovered a copy of the Register still on the table with the front-page story circled in thick, black marker.

Two men sat at the table talking motorcycles and said that the porn story "tops them all" in terms of oddball headlines out of Northwood that they could remember.

"I'm not giving you my name - no way in hell!" one of the guys said.

Now there's some of that stereotypical small-town modesty - although the man in question clarified that he wasn't Norwegian.

Kyle Munson can be reached at (515) 284-8124 or kmunson@dmreg.com. Connect with him on Facebook (Kyle Munson's Iowa), Twitter (@KyleMunson) and his blog (Des MoinesRegister.com/KyleMunson).

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Abstract** (Document Summary)

A Register front-page story Monday by my colleague Clark Kauffman detailed how a former Worth County attorney now living in Arizona uses his rented second-floor office above Flower Zone by Connie as the main business address for Fraserside LLC, the copyright holder of a "vast library" of X-rated films.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.