http://www.sos.state.ia.us/Search/corp/(S(1egzxz55sscm5cze2dg3wpyb))/corp_downloads....   6/17/2011