UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, )<br>　　　　　Plaintiff, )<br>v. )<br>　)<br>Youngtek Solutions, Limited, d/b/a )<br>Empflix, d/b/a www.empflix.com, dba )<br>TNAFlix.com and www.tnaflix.com, )<br>John Does 1-100 and John Doe )<br>Companies 1-100, )<br>　　　　　Defendants. )<br>　) | Docket No. 11-CV-03005-MWB |

## AFFIDAVIT OF OLEG CROSS

Oleg Cross, being duly sworn, does hereby depose and state:

1. My name is Oleg Cross. Unless otherwise stated, I make this affidavit of my own personal knowledge. I am an attorney licensed to practice in the State of California.

2. At one point, I was retained as local counsel to Youngtek Solutions, Ltd. in connection with a matter then-pending in the federal court in California. Other than that one matter, I have not represented Youngtek.

3. On or about March 30, 2011, I was served with a copy of a summons and complaint in this matter.

4. I have not been engaged to represent Youngtek in this matter and I am not authorized to accept service on behalf of Youngtek.

Signed under the pains and penalties of perjury this 17th day of June, 2011.

Oleg Cross, Esq.