UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Youngtek Solutions, Limited, d/b/a | ) | |
| Empflix, d/b/a www.empflix.com, dba | ) | Docket No. 11-CV-03005-MWB |
| TNAFlix.com and www.tnaflix.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF VALENTIN GURVITS

Valentin Gurvits, being duly sworn, does hereby depose and state:

1. My name is Valentin Gurvits. Unless otherwise stated, I make this affidavit of my own personal knowledge. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. At one point, I was retained as counsel to Youngtek Solutions, Ltd. in connection with a matter then-pending in the federal court in California, which was concluded in Frebruary of 2011. Other than that one matter, I have not represented Youngtek until I was retained in the present matter.

3. On or about April 4, 2011, I was served with a copy of a summons and complaint in this matter. At that time, I had not been retained by Youngtek to represent it in this matter or in any other matter.

4. I have not been authorized to accept service on behalf of Youngtek and certainly was not authorized to accept service on Youngtek's behalf at the time I was served.

5.      Given all of this, I was shocked to learn that attorney Chad Bellville has filed an affidavit in this case claiming to have effectuated service of "Youngtek's attorney." Clearly, attorney Bellville must know the difference between serving "Youngtek's attorney" and serving an attorney who – in one unrelated matter – had entered an appearance on behalf of Youngtek and I am surprised that an officer of the Court would represent otherwise.

6.      Although I have only just been formally retained in this matter, I have spent the last two weeks attempting to locate qualified local counsel in Iowa, who did not have a conflict and who was willing to serve as local counsel. Despite speaking with a number of attorneys, I did not have any success retaining local counsel until just today.

Signed under the pains and penalties of perjury this 17th day of June, 2011.

_____
Valentin Gurvits, Esq.

2