# Evan Fray-Witzer

| | |
|---|---|
| **From:** | M.Pilikou@chrysostomides.com.cy |
| **Sent:** | Friday, June 17, 2011 11:00 AM |
| **To:** | Evan Fray-Witzer |
| **Cc:** | Val Gurvits; g.mountis@chrysostomides.com.cy |
| **Subject:** | Re: Process Server |
| **Attachments:** | Summons Returned Executed (3).pdf |

Dear Evan,

Further to our correspondence in relation to the above matter, kindly note that according to the Cyprus Civil Procedure Rules, a private process server must be authorised by the Supreme Court of Cyprus to serve process. We have today conducted a search at the Supreme Court's Registry, with the assistance of the Court's officials, in relation to the registered private process servers and were unable to identify an authorised process server named 'Tassos Kontos' or 'Anastasios Kontos' or 'Kontos'.

We remain at your disposal for any clarifications and/or further assistance you may require.

Kind regards,

Maria Pilikou
Associate



1, Lampousas Street
1095 Nicosia, Cyprus
Tel. +357-22-777000
Fax +357-22-779939
E-Mails:
(1) info@chrysostomides.com.cy
(2) kchrysos@logos.cy.net

www.chrysostomides.com.cy

**Winner of the Cyprus Export Award for Legal Services 2009**




This electronic message transmission contains information from the law firm of Dr. K. Chrysostomides & Co LLC which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately.

---

**Dr. K. Chrysostomides & Co Law Office**
"Evan Fray-Witzer" <Evan@CFWLegal.com>

17/06/2011 16:17

To <M.Pilikou@chrysostomides.com.cy>
cc "Val Gurvits" <vgurvits@bostonlawgroup.com>
Subject  Process Server