UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100,<br><br>Defendants. | CASE NO. 3:11-cv-3005MWB<br><br>APPEARANCE |

COMES NOW Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enters her appearance of record on behalf of Defendant, Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com., dba TNAFlix.com, tnaflix.com, John Does 1-100 and John Doe Companies 1-100.

_/s/ Jennifer E. Rinden_
JENNIFER E. RINDEN   AT0006606
for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:   (319) 365-9461
FAX:       (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS
YOUNGTEK SOLUTIONS LIMITED

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on ___7/7/11___ by:

[✓] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

*Julie A. Miller*