UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, | )<br>)<br>) CASE NO. 3:11-cv-3005MWB |
| Plaintiff, | )<br>) |
| vs. | ) **AMENDED**<br>) **APPEARANCE** |
| Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

COMES NOW Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enters her Amended Appearance of record on behalf of Defendant, Youngtek Solutions Limited only.

_____
JENNIFER E. RINDEN    AT0006606
for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:       (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
YOUNGTEK SOLUTIONS LIMITED

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on _7/8/11_ by:<br><br>[✓] Electronically via ECF for ECF registrants<br>[ ] U.S. Mail ____<br>[ ] Fax ____<br>[ ] Fed Ex ____<br>[ ] Hand Delivered ____<br>[ ] other ____<br><br>_Julee A. Miller_ |