## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>        Defendants. | No. C11-3005-MWB<br><br>**ORDER SETTING DEADLINE FOR FILING OF SCHEDULING ORDER AND DISCOVERY PLAN** |

_____

The parties are required to file their proposed Rule 16(b) and 26(f) scheduling order and discovery plan as required by Local Rule 16 **on or before August 15, 2011**.

**IT IS SO ORDERED.**
**DATED** this 12th day of July, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA