UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, ) ) ) | |
| | CASE NO. 3:11-cv-3005MWB |
| Plaintiff, ) ) | |
| vs. ) ) | DEFENDANT YOUNGTEK SOLUTIONS,LTD'S MOTION FOR |
| Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100, ) ) ) ) ) ) | EXTENSION OF TIME TO FILE LR7.1 DISCLOSURE STATEMENT |
| Defendants. ) | |

Defendant Youngtek Solutions, LTD, moves for an extension of time to file its LR7.1 Disclosure Statement and in support states:

1. Defendant's LR 7.1 Disclosure Statement is overdue.

2. Representatives of Defendant are located in various locations abroad and although they are gathering the required information, they require more time to be certain the Disclosure Statement is complete.

3. Defendant requests until July 25, 2011 to file the Disclosure Statement.

4. This is the only request by Defendant Youngtek to extend the 7.1 Disclosure Statement deadline.

5. The Scheduling Order and Proposed Discovery Plan are due August 15, 2011 pursuant to Court Order Dated July 12, 2011.

6. Pursuant to LR 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and has been advised that Plaintiff will not agree to the requested one week extension.

WHEREFORE, Defendant Youngtek Solutions, LTD, respectfully requests that the Court grant it up to and including July 25, 2011, to file its LR7.1 Disclosure Statement.

/s/ Jennifer E. Rinden
CONNIE ALT         AT0000497
JENNIFER E. RINDEN AT0006606
for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:   (319) 365-9461
FAX:     (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
YOUNGTEK SOLUTIONS LIMITED

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on 7/15/11 by:

[X] Electronically via ECF for ECF registrants
[ ] U.S. Mail
[ ] Fax
[ ] Fed Ex
[ ] Hand Delivered
[ ] other

Julie A. Miller