IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, d/b/a EmpFlix, d/b/a www.empflix.com, d/b/a TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>　　　　Defendants. | No. C11-3005-MWB<br><br>**ORDER** |

　　　　The defendant Youngtek Solutions Limited's motion (Doc. No. 22) for extension of time to file LR7.1 disclosure statement is **granted**. The deadline is extended to **July 25, 2011**.

　　　　**IT IS SO ORDERED.**

　　　　**DATED** this 15th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Paul A. Zoss
　　　　　　　　　　　　　　　　　　　　PAUL A. ZOSS
　　　　　　　　　　　　　　　　　　　　CHIEF MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT