UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **FRASERSIDE IP LLC, An Iowa Limited Liability Company,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | CASE NO. 3:11-cv-3005MWB |
| vs. )<br>) | YOUNGTEK SOLUTIONS |
| **Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100,** )<br>)<br>)<br>)<br>)<br>) | LIMITED'S DISCLOSURE STATEMENT |
| **Defendants.** ) | |

As required by LR 7.1 and LR 81.c and d, Defendant Youngtek Solutions Limited provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case:

  i. Emitrust Limited

  ii. 3 AM B.V.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Each entity listed in (a) is an owner of equity of the Defendant, Youngtek Solutions Limited.

   /s/ Jennifer E. Rinden
CONNIE ALT           AT0000497
JENNIFER E. RINDEN    AT0006606
           for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:       (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
YOUNGTEK SOLUTIONS LIMITED

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on ___July 21, 2011, by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

   By: **Julie A. Miller**