IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

CENTRAL DIVISION

FRASERSIDE IP, LLC,              )
                                      )
           Plaintiff,       )        No. C 11-3005
                                        )
vs.                         )        ORDER ON PRO HAC VICE MOTION
                                      )
YOUNGTEK SOLUTIONS, LTD;   )
EMPLIX.COM; TNAFLIX.COM;    )
DOES 1-100 and DOE          )
COMPANIES 1-100,            )
                                      )
           Defendants.   )

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the motion to appear pro hac vice of Valentin Gurvits (docket number 24) is granted.

Attorney Valentin Gurvits is admitted on behalf of Defendant Youngtek Solutions, Ltd. to practice in the

Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED July 22, 2011.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: _____
                Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.