IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 11-3005 |
| | ) | |
| vs. | ) | ORDER ON PRO HAC VICE MOTION |
| | ) | |
| YOUNGTEK SOLUTIONS, LTD; | ) | |
| EMPLIX.COM; TNAFLIX.COM; | ) | |
| DOES 1-100 and DOE | ) | |
| COMPANIES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the motion to appear pro hac vice of Evan Fray-Witzer (docket number 27) is granted. Attorney Evan Fray-Witzer is admitted, on behalf of Defendant Youngtek Solutions, Ltd., to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED July 26, 2011.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: _____
Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.