>

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001714615 / 2010-11-05

Application Title: All Girl Fight Club.

Title:               All Girl Fight Club.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Fraserside Holdings Ltd

Date of Creation:  2010

Date of Publication:
                     2010-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Fraserside Holdings Ltd, employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.

Names:               Fraserside Holdings Ltd
                     Fraserside Holdings Ltd
                     Private Media Group

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001670900 / 2010-01-13

Application Title: all you need is sex.

Title:               all you need is sex.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Fraserside holdings Ltd

Date of Creation:  2006

Date of Publication:
                     2006-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     fraserside holdings Ltd employer for hire; Domicile:

```
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.
Names:                  fraserside holdings Ltd
                        Private media group
                        Fraserside holdings Ltd
                        Private media group

=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674266 / 2010-04-23

Application Title: ANAL FREEDOM.

Title:             ANAL FREEDOM.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2005

Date of Publication:
                   2005-02-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                      previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001670894 / 2010-01-13

Application Title: Anal lolitas.
```

```
Title:          Anal lolitas.

Description:    Videodisc (DVD)

Copyright Claimant:
                fraserside holdings Ltd

Date of Creation: 2003

Date of Publication:
                2003-04-01

Nation of First Publication:
                United States

Authorship on Application:
                fraserside holdings Ltd, employer for hire; Domicile:
                   Cyprus; Citizenship: Cyprus. Authorship: entire motion
                   picture.

Names:          fraserside holdings Ltd
                fraserside holdings Ltd
                Private media group
```

===========================================================================

```
Type of Work:   Motion Picture

Registration Number / Date:
                PA0001670905 / 2010-01-13

Application Title: Anal Mermaids.

Title:          Anal Mermaids.

Description:    Videodisc (DVD)

Copyright Claimant:
                fraserside holdings Ltd

Date of Creation: 2004

Date of Publication:
                2004-08-01

Nation of First Publication:
                United States

Authorship on Application:
                fraserside holdings Ltd employer for hire; Domicile:
                   Cyprus; Citizenship: Cyprus. Authorship: entire motion
                   picture.

Names:          fraserside holdings Ltd
                Private Media Group
```

===========================================================================

```
Type of Work:   Motion Picture
```

```
Registration Number / Date:
                   PA0001674499 / 2010-04-23

Application Title: ART CORE.

Title:             ART CORE.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                   2005-01-03

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674265 / 2010-04-23

Application Title: BEAUTIES IN THE TROPIX.

Title:             BEAUTIES IN THE TROPIX.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2005

Date of Publication:
                   2005-03-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.
```

```
Pre-existing Material:
                  some preexisting footage.

Basis of Claim:   all other cinematographic material and compilation of
                     previously published material.

Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                     Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                     08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                  PA0001674263 / 2010-04-23

Application Title: BILLIONAIRE.

Title:            BILLIONAIRE.

Description:      Videodisc (DVD)

Copyright Claimant:
                  Fraserside Holdings, Ltd.

Date of Creation: 2008

Date of Publication:
                  2008-11-01

Nation of First Publication:
                  United States

Authorship on Application:
                  Fraserside Holdings, Ltd. employer for hire; Domicile:
                     Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                  some preexisting footage.

Basis of Claim:   all other cinematographic material and compilation of
                     previously published material.

Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                     Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                     08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group
```

```
===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001670898 / 2010-01-13

Application Title: Caribbean Dream.

Title:             Caribbean Dream.

Description:       Videodisc (DVD)

Copyright Claimant:
                   fraserside Holdings Ltd

Date of Creation:  2006

Date of Publication:
                   2006-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   fraserside Holdings Ltd employer for hire; Domicile:
                      Cyprus; Citizenship: Cyprus. Authorship: entire motion
                      picture.

Names:             fraserside Holdings Ltd
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001677489 / 2010-02-12

Application Title: caribbean vacation.

Title:             caribbean vacation.

Description:       Videodisc (DVD)

Copyright Claimant:
                   fraserside holdings ltd

Date of Creation:  2003

Date of Publication:
                   2003-03-01

Nation of First Publication:
                   United States

Authorship on Application:
                   fraserside holdings ltd, employer for hire; Domicile:
                      Cyprus; Citizenship: Cyprus. Authorship: entire motion
```

```
                            picture.

Names:              fraserside holdings ltd
                    fraserside holdings ltd
                    private media group

================================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                  PA0001674262 / 2010-04-23

Application Title: COMING OF AGE.

Title:            COMING OF AGE.

Description:      Videodisc (DVD)

Copyright Claimant:
                  Fraserside Holdings, Ltd.

Date of Creation: 2005

Date of Publication:
                  2005-05-02

Nation of First Publication:
                  United States

Authorship on Application:
                  Fraserside Holdings, Ltd. employer for hire; Domicile:
                    Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                  some preexisting footage.

Basis of Claim:   all other cinematographic material and compilation of
                    previously published material.

Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                    Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                    08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

================================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                  PA0001675596 / 2009-11-30

Application Title: Dangerous curves.

Title:            Dangerous curves.
```

```
Description:        Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings LTD

Date of Creation:  2003

Date of Publication:
                    2003-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    fraserside holdings LTD employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.

Pre-existing Material:
                    contains some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                        preexisting footage.

Rights and Permissions:
                    james moran, private media group

Copyright Note:    C.O. correspondence.

Names:             fraserside holdings LTD
                   private media group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001675595 / 2009-11-30

Application Title: Dangerous things 2.

Title:             Dangerous things 2.

Description:        Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings LTD

Date of Creation:  2000

Date of Publication:
                    2000-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    fraserside holdings LTD employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
```

                        picture.

Pre-existing Material:
                    contains some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                        preexisting material.

Rights and Permissions:
                    james moran, private media group

Copyright Note:    C.O. correspondence.

Names:             fraserside holdings LTD
                   private media group

==========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001670899 / 2010-01-13

Application Title: dominatrix chess gambit.

Title:             dominatrix chess gambit.

Description:       Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings Ltd

Date of Creation:  2001

Date of Publication:
                    2001-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside holdings Ltd employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.

Names:             Fraserside holdings Ltd
                   Private media group
                   fraserside holdings Ltd
                   Private media group

==========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001675598 / 2009-11-30

Application Title: Fatal Orchid 2.

Title:             Fatal Orchid 2.

```
Description:       Videodisc (DVD)

Copyright Claimant:
                   fraserside holdings LTD

Date of Creation:  1999

Date of Publication:
                   1999-11-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings LTD employer for hire; Domicile:
                      Cyprus; Citizenship: Cyprus. Authorship: entire motion
                      picture.

Pre-existing Material:
                   contains some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                      preexisting footage.

Rights and Permissions:
                   james moran, private media group

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings LTD
                   Private Media group
                   fraserside holdings LTD
                   private media group

=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001677516 / 2010-02-12

Application Title: Forbidden Games.

Title:             Forbidden Games.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Hlodings LTD

Date of Creation:  2003

Date of Publication:
                   2003-10-01

Nation of First Publication:
                   United States

Authorship on Application:
```

                    fraserside holdings LTD employer for hire; Domicile:
                    Cyprus; Citizenship: Cyprus. Authorship: entire motion
                    picture.

Rights and Permissions:
                    james moran, private media group

Names:              fraserside holdings LTD
                    private media group
                    Fraserside Hlodings LTD
                    private media group

===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001670896 / 2010-01-13

Application Title: From behind is ok.

Title:              From behind is ok.

Description:        Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings Ltd

Date of Creation:   2001

Date of Publication:
                    2001-12-01

Nation of First Publication:
                    United States

Authorship on Application:
                    fraserside holdings Ltd, employer for hire; Domicile:
                    Cyprus; Citizenship: Cyprus. Authorship: entire motion
                    picture.

Names:              fraserside holdings Ltd
                    fraserside holdings Ltd
                    Private media Group

===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001670895 / 2010-01-13

Application Title: The Girls of desire.

Title:              The Girls of desire.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Fraserside Holdings Ltd

```
Date of Creation:  2003

Date of Publication:
                   2003-04-01

Nation of First Publication:
                   United States

Authorship on Application:
                   fraserside holdings Ltd, employer for hire; Domicile:
                      Cyprus; Citizenship: Cyprus. Authorship: entire motion
                      picture.

Names:             fraserside holdings Ltd
                   Fraserside Holdings Ltd
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674249 / 2010-04-28

Application Title: GLADIATOR.

Title:             GLADIATOR.

Description:       2 videodiscs (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd dba Private Media Group.

Date of Creation:  2002

Date of Publication:
                   2002-01-07

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd dba Private Media Group, employer
                      for hire; Domicile: Cyprus. Authorship: Motion
                      picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                      previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings Ltd dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, james.moran@private.com

Copyright Note:    C.O. correspondence.
```

```
Names:              Fraserside Holdings, Ltd
                    Private Media Group

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001674246 / 2010-04-23

Application Title: GLADIATOR II - IN THE CITY OF LUST.

Title:              GLADIATOR II - IN THE CITY OF LUST.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:   2002

Date of Publication:
                    2002-07-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
                       Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                    some preexisting footage.

Basis of Claim:     all other cinematographic material and compilation of
                       previously published material.

Rights and Permissions:
                    James Moran, Fraserside Holdings, Ltd. dba Private Media
                       Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                       08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:     C.O. correspondence.

Names:              Fraserside Holdings, Ltd.
                    Private Media Group

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001674245 / 2010-04-23

Application Title: GLADIATOR III - SEXUAL CONQUEST.

Title:              GLADIATOR III - SEXUAL CONQUEST.

Description:        Videodisc (DVD)
```

```
Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:  2002

Date of Publication:
                    2002-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                    some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                        previously published material.

Rights and Permissions:
                    James Moran, Fraserside Holdings, Ltd. dba Private Media
                        Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                        08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                    Private Media Group

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001670901 / 2010-01-13

Application Title: Guns and rough sex.

Title:             Guns and rough sex.

Description:       Videodisc (DVD)

Copyright Claimant:
                    Fraserside Holdings Ltd

Date of Creation:  2002

Date of Publication:
                    2002-04-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings Ltd employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.
```

```
Names:               Fraserside Holdings Ltd
                     Private media group

===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001675697 / 2009-11-30

Application Title: House of love.

Title:               House of love.

Description:         Videodisc (DVD)

Copyright Claimant:
                     fraserside Holdings LTD

Date of Creation:  2000

Date of Publication:
                     2000-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     fraserside Holdings LTD employer for hire; Domicile:
                        Cyprus; Citizenship: Cyprus. Authorship: entire motion
                        picture.

Pre-existing Material:
                     contains some preexisting footage.

Basis of Claim:      all other cinematographic material and compilation of
                        preexisting material.

Rights and Permissions:
                     james moran, private media group

Copyright Note:    C.O. correspondence.

Names:               fraserside Holdings LTD
                     private media group

===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001674244 / 2010-04-23

Application Title: IBIZA SEX PARTY 5.

Title:               IBIZA SEX PARTY 5.

Description:         Videodisc (DVD)

Copyright Claimant:
```

Fraserside Holdings, Ltd.

Date of Creation:  2007

Date of Publication:
                2008-03-01

Nation of First Publication:
                United States

Authorship on Application:
                Fraserside Holdings, Ltd. employer for hire; Domicile:
                   Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                some preexisting footage.

Basis of Claim:   all other cinematographic material and compilation of
                   previously published material.

Rights and Permissions:
                James Moran, Fraserside Holdings, Ltd. dba Private Media
                   Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                   08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

===========================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                PA0001673381 / 2009-11-30

Application Title: Lady Of the Rings.

Title:            Lady Of the Rings.

Description:      Videodisc (DVD)

Copyright Claimant:
                Fraserside Holdings Ltd

Date of Creation:  2005

Date of Publication:
                2005-10-01

Nation of First Publication:
                Sweden

Authorship on Application:
                Fraserside Holdings Ltd, employer for hire; Domicile:
                   Cyprus; Citizenship: Cyprus. Authorship: entire motion
                   picture.

Rights and Permissions:

```
                    james moran, Private Media Group

Names:              Fraserside Holdings Ltd
                    Fraserside Holdings Ltd
                    Private Media group

================================================================================
```

>

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001674243 / 2010-04-23

Application Title: LUST TREASURES NO. 5.

Title:               LUST TREASURES NO. 5.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Fraserside Holdings, Ltd.

Date of Creation: 2002

Date of Publication:
                     2002-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                     some preexisting footage.

Basis of Claim:     all other cinematographic material and compilation of
                        previously published material.

Rights and Permissions:
                     James Moran, Fraserside Holdings, Ltd. dba Private Media
                        Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                        08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:     C.O. correspondence.

Names:               Fraserside Holdings, Ltd.
                     Private Media Group

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001674247 / 2010-04-23

Application Title: LUST TREASURES NO. 8.

Title:               LUST TREASURES NO. 8.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Fraserside Holdings, Ltd.

```
Date of Creation:  2002

Date of Publication:
                   2002-11-04

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                       Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                       previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                       Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                       08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674248 / 2010-04-23

Application Title: LUST TREASURES NO. 9.

Title:             LUST TREASURES NO. 9.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2003

Date of Publication:
                   2003-02-03

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                       Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.
```

Basis of Claim:    all other cinematographic material and compilation of
                   previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674271 / 2010-04-23

Application Title: MILLIONAIRE.

Title:             MILLIONAIRE.

Description:       2 videodiscs (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                   2004-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                   previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

==============================================================================

Type of Work:      Motion Picture

```
Registration Number / Date:
                   PA0001674272 / 2010-04-23

Application Title: MILLIONAIRE II.

Title:             MILLIONAIRE II.

Description:       2 videodiscs (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                   2004-12-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                      previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001675815 / 2009-11-30

Application Title: Paintball Warriors.

Title:             Paintball Warriors.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings Ltd

Date of Creation:  2006

Date of Publication:
```

```
                    2006-12-01

Nation of First Publication:
                    Sweden

Authorship on Application:
                    fraserside holding Ltd employer for hire; Domicile: Cyprus;
                       Citizenship: Cyprus. Authorship: entire motion picture.

Pre-existing Material:
                    contains some previously published footage.

Basis of Claim:     all other cinematographic material and compilation of
                       preexisting material.

Rights and Permissions:
                    james moran, private media group, james.moran@private.com

Names:              fraserside holding Ltd
                    Private Media group
                    Fraserside Holdings Ltd
                    Private Media Group

========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001677513 / 2010-02-12

Application Title: Paradise Island.

Title:              Paradise Island.

Description:        Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings Ltd

Date of Creation:   2003

Date of Publication:
                    2003-03-01

Nation of First Publication:
                    United States

Authorship on Application:
                    fraserside holdings Ltd, employer for hire; Domicile:
                       Cyprus; Citizenship: Cyprus. Authorship: entire motion
                       picture.

Names:              fraserside holdings Ltd
                    fraserside holdings Ltd
                    private media group

========================================================================

Type of Work:       Motion Picture
```

Registration Number / Date:
            PA0001674498 / 2010-04-23

Application Title: PIRATE FETISH MACHINE - THE FETISH GARDEN.

Title:          PIRATE FETISH MACHINE - THE FETISH GARDEN.

Description:     Videodisc (DVD)

Copyright Claimant:
            Fraserside Holdings, Ltd.

Date of Creation:  2003

Date of Publication:
            2003-03-03

Nation of First Publication:
            United States

Authorship on Application:
            Fraserside Holdings, Ltd. employer for hire; Domicile:
               Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
            James Moran, Fraserside Holdings, Ltd. dba Private Media
               Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
               08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:          Fraserside Holdings, Ltd.
            Private Media Group

===========================================================================

Type of Work:     Motion Picture

Registration Number / Date:
            PA0001670614 / 2009-10-06

Application Title: PORNOLYMPICS.

Title:          PORNOLYMPICS.

Description:     Videodisc (DVD)

Copyright Claimant:
            Fraserside Holdings Ltd.

Date of Creation:  2008

Date of Publication:
            2008-08-01

Nation of First Publication:
            United States

Authorship on Application:
            Fraserside Holdings Ltd. employer for hire; Domicile:
               Cyprus; Citizenship: Cyprus. Authorship: entire motion
               picture.

```
Rights and Permissions:
                 D. Gill Sperlein, The Law Office of D. Gill Sperlein, 584
                    Castro Street, Suite 879, San Francisco, CA, 94114,
                    United States, (415) 404-6615, gill@sperleinlaw.com

Names:           Fraserside Holdings Ltd.
                 Private Media Group

==========================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                 PA0001714650 / 2010-11-05

Application Title: The Prime Ministers sex tape.

Title:           The Prime Ministers sex tape.

Description:     Videodisc (DVD)

Copyright Claimant:
                 Fraserside Holdings Ltd

Date of Creation: 2010

Date of Publication:
                 2010-07-01

Nation of First Publication:
                 United States

Authorship on Application:
                 Fraserside Holdings Ltd, employer for hire; Domicile:
                    Cyprus; Citizenship: Cyprus. Authorship: entire motion
                    picture.

Names:           Fraserside Holdings Ltd
                 Fraserside Holdings Ltd
                 Private Media Group

==========================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                 PA0001690103 / 2010-02-12

Application Title: Private life of Angelika.

Title:           Private life of Angelika.

Description:     Videodisc (DVD)

Copyright Claimant:
                 fraserside holdings Ltd

Date of Creation: 2009
```

```
Date of Publication:
                2009-10-01

Nation of First Publication:
                United States

Authorship on Application:
                fraserside holdings Ltd employer for hire; Domicile:
                    Cyprus; Citizenship: Cyprus. Authorship: entire motion
                    picture.

Pre-existing Material:
                some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                    preexisting material.

Copyright Note:    C.O. correspondence.

Names:             fraserside holdings Ltd
                   private media group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                PA0001690102 / 2010-02-12

Application Title: Private life of jennifer love vol.2.

Title:             Private life of jennifer love vol.2.

Description:       Videodisc (DVD)

Copyright Claimant:
                fraserside holding ltd

Date of Creation:  2009

Date of Publication:
                2009-03-01

Nation of First Publication:
                United States

Authorship on Application:
                fraserside holdings ltd employer for hire; Domicile:
                    Cyprus; Citizenship: Cyprus. Authorship: entire motion
                    picture.

Pre-existing Material:
                Some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                    preexisting material.

Copyright Note:    C.O. correspondence.

Names:             fraserside holdings ltd
```

```
                    private media group
                    fraserside holding ltd
                    Private media group

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001690101 / 2010-02-12

Application Title: private life of mandy bright.

Title:             private life of mandy bright.

Description:       Videodisc (DVD)

Copyright Claimant:
                    fraserside holdings Ltd

Date of Creation:  2009

Date of Publication:
                    2009-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    fraserside holdings Ltd, employer for hire; Domicile:
                       Cyprus; Citizenship: Cyprus. Authorship: entire motion
                       picture.

Pre-existing Material:
                    some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                       preexisting material.

Copyright Note:    C.O. correspondence.

Names:             fraserside holdings Ltd
                    fraserside holdings Ltd
                    private media group

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001682800 / 2010-04-23

Application Title: PRIVATE STORIES NO. 14 - SEX DREAM.

Title:             PRIVATE STORIES NO. 14 - SEX DREAM.

Description:       Videodisc (DVD)

Language:          Multiple language options
```

Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                    2004-12-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                    Footage from previous movies.

Basis of Claim:    Compilation.

Rights and Permissions:
                    James Moran, Fraserside Holdings, Ltd. dba Private Media
                        Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                        08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                    Private Media Group

==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PA0001674481 / 2010-04-23

Application Title: PRIVATE STORIES NO. 15 - FOREST NYMPH.

Title:             PRIVATE STORIES NO. 15 - FOREST NYMPH.

Description:       Videodisc (DVD)

Language:          Multiple language options.

Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                    2005-01-03

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

```
Pre-existing Material:
                Some Footage.

Basis of Claim:    All other cinematographic material and compilation of
                    previously published material.

Rights and Permissions:
                James Moran, Fraserside Holdings, Ltd. dba Private Media
                    Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                    08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                PA0001674476 / 2010-04-23

Application Title: PRIVATE STORIES NO. 9 - BLUE GIRLS.

Title:             PRIVATE STORIES NO. 9 - BLUE GIRLS.

Description:       Videodisc (DVD)

Copyright Claimant:
                Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                2004-06-01

Nation of First Publication:
                United States

Authorship on Application:
                Fraserside Holdings, Ltd. employer for hire; Domicile:
                    Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                Some Footage.

Rights and Permissions:
                James Moran, Fraserside Holdings, Ltd. dba Private Media
                    Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                    08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture
```

```
Registration Number / Date:
                   PA0001674274 / 2010-04-23

Application Title: PRIVATE STORY OF BOBBI EDEN.

Title:             PRIVATE STORY OF BOBBI EDEN.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                   2004-12-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings, Ltd. employer for hire; Domicile:
                      Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                   some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                      previously published material.

Rights and Permissions:
                   James Moran, Fraserside Holdings, Ltd. dba Private Media
                      Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                      08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001674275 / 2010-04-23

Application Title: PRIVATE STORY OF SARAH O'NEAL.

Title:             PRIVATE STORY OF SARAH O'NEAL.

Description:       Videodisc (DVD)

Language:          English language with German subtitles.

Copyright Claimant:
                   Fraserside Holdings, Ltd.

Date of Creation:  2004
```

```
Date of Publication:
                     2004-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                     some preexisting footage.

Basis of Claim:    all other cinematographic material and compilation of
                        previously published material.

Rights and Permissions:
                     James Moran, Fraserside Holdings, Ltd. dba Private Media
                        Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                        08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:    C.O. correspondence.

Names:             Fraserside Holdings, Ltd.
                   Private Media Group

===========================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                     PA0001675399 / 2010-04-23

Application Title: SEX, LUST & VIDEO-TAPES.

Title:             PRIVATE XXX - SEX, LUST & VIDEO-TAPES.

Description:       Videodisc (DVD)

Copyright Claimant:
                     Fraserside Holdings, Ltd.

Date of Creation: 2001

Date of Publication:
                     2001-03-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Fraserside Holdings, Ltd. employer for hire; Domicile:
                        Cyprus. Authorship: motion picture/audiovisual.

Pre-existing Material:
                     Some Footage.

Basis of Claim:    All other cinematographic material and compilation of
                        previously published material.
```

```
Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                     Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                     08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

===========================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                  PA0001670904 / 2010-01-13

Application Title: Psychoporn.

Title:            Psychoporn.

Description:      Videodisc (DVD)

Copyright Claimant:
                  fraserside holdings Ltd

Date of Creation: 2006

Date of Publication:
                  2006-06-01

Nation of First Publication:
                  United States

Authorship on Application:
                  Fraserside holdings Ltd, employer for hire; Domicile:
                     Cyprus; Citizenship: Cyprus. Authorship: entire motion
                     picture.

Names:            Fraserside holdings Ltd
                  fraserside holdings Ltd
                  Private Media group

===========================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                  PA0001673421 / 2010-04-23

Application Title: SEX & REVENGE.

Title:            SEX & REVENGE.

Description:      Videodisc (DVD)

Language:         Multiple language options.

Copyright Claimant:
```

Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                 2005-01-01

Nation of First Publication:
                 United States

Authorship on Application:
                 Fraserside Holdings, Ltd. employer for hire; Domicile:
                    Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                 James Moran, Fraserside Holdings, Ltd. dba Private Media
                    Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                    08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:           Fraserside Holdings, Ltd.
                 Private Media Group

=============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                 PA0001674465 / 2010-04-23

Application Title: SEX & REVENGE 2.

Title:           SEX & REVENGE 2.

Description:     Videodisc (DVD)

Copyright Claimant:
                 Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                 2005-03-01

Nation of First Publication:
                 United States

Authorship on Application:
                 Fraserside Holdings, Ltd. employer for hire; Domicile:
                    Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                 James Moran, Fraserside Holdings, Ltd. dba Private Media
                    Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                    08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:           Fraserside Holdings, Ltd.
                 Private Media Group

=============================================================================

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001673407 / 2010-04-23

Application Title: SEX, LIES & INTERNET.

Title:              SEX, LIES & INTERNET.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                    2004-02-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
                       Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                    James Moran, Fraserside Holdings, Ltd. dba Private Media
                       Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                       08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:              Fraserside Holdings, Ltd.
                    Private Media Group

==============================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001675398 / 2010-04-23

Application Title: SEX REBELS.

Title:              SEX REBELS.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Fraserside Holdings, Ltd.

Date of Creation:  2004

Date of Publication:
                    2005-05-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Fraserside Holdings, Ltd. employer for hire; Domicile:
```

                         Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                     Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                     08005, Spain, (349) 362-0809 x0, james.moran@private.com

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

===============================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                  PA0001673428 / 2010-04-23

Application Title: SEX THRILLER.

Title:            SEX THRILLER.

Appears in:       Private Gold #69

Description:      Videodisc (DVD)

Language:         Multiple language options

Copyright Claimant:
                  Fraserside Holdings, Ltd.

Date of Creation: 2004

Date of Publication:
                  2005-03-01

Nation of First Publication:
                  United States


Authorship on Application:
                  Fraserside Holdings, Ltd. employer for hire; Domicile:
                     Cyprus. Authorship: motion picture/audiovisual.

Rights and Permissions:
                  James Moran, Fraserside Holdings, Ltd. dba Private Media
                     Group, Marina 16-18, 18th Floor, Suite D, Barcelona,
                     08005, Spain, (349) 362-0809 x0, james.moran@private.com

Copyright Note:   C.O. correspondence.

Names:            Fraserside Holdings, Ltd.
                  Private Media Group

===============================================================================

>

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001676455 / 2009-11-12

Application Title: CLEOPATRA.

Title:             CLEOPATRA.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Fraserside Holdings Limited

Date of Creation:  2003

Date of Publication:
                   2003-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Fraserside Holdings Limited, employer for hire; Domicile:
                      Cyprus; Citizenship: Cyprus. Authorship: entire motion
                      picture.

Names:             Fraserside Holdings Limited
                   Private Media Group

================================================================================