# Iowa Secretary of State 

Site Map | Contact Us

## Matt Schultz

- Business Services
- Search Databases
- Online Filing
- Voter/Elections
- Notaries
- Nonprofits
- Youth/Civic Events
- Press/Media
- Publications
- About the Office
- Useful Links
- Contact Us

Home → Search Databases → Iowa Corporations → Results → Summary

## Search Databases

Addresses    Agents    Filings    Names    Officers    Stock    Summary    Search Again

### Summary

Searched: **fraserside**

[Print Certificate of Existence](#)

| Corp No. | Legal Name | Status |
|---|---|---|
| 405883 | FRASERSIDE IP, LLC | Active |

| Type | State of Inc. | Modified |
|---|---|---|
| Legal | IA | No |

| Expiration Date | Effective Date | Filing Date |
|---|---|---|
| PERPETUAL | 10/20/2010 | 10/20/2010 |

| Chapter |
|---|
| CODE 489 DOMESTIC LIMITED LIABILITY COMPANY |

### Names (viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | FRASERSIDE IP, LLC |

### Registered Agent or Reserving Party

| Full Name | CORPORATION SERVICE COMPANY |
|---|---|
| Address | 505 5TH AVE STE 729 |
| Address 2 | |
| City, ST, Zip | DES MOINES, IA, 50309 |

### Home Office

| Full Name | |
|---|---|
| Address | 837 CENTRAL AVENUE |
| Address 2 | |
| City, ST, Zip | NORTHWOOD, IA, 50459 |

Home | State of Iowa | Site Map | Contact Us