IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA HOLLAND, d/b/a CHOICE VIDEO,<br><br>Plaintiff,<br><br>v.<br><br>MGA, INC. and all Holding Companies and affiliated Entities, d/b/a Movie Gallery, et al.,<br><br>Defendants. | Civil Action No.:<br>1:05 CV 00237-M |

### DECLARATION OF JOHAN GILLBORG

I, Johan Gillborg, declare as follows:

1. I am the Chief Financial Officer of Private Media Group, Inc., the parent company of Fraserside Holding, Ltd. ("Fraserside"), a defendant in this action. I make this declaration of my own personal knowledge and could and would testify thereto under oath.

2. Fraserside is a corporation incorporated under the laws of the Republic of Cyprus with its principal place of business in Europe.

3. Fraserside does not own or lease any real estate in Alabama or the United States.

4. Fraserside does not have any employees in Alabama or the United States.

5. Fraserside does not pay any taxes in Alabama.

6. Fraserside does not have a mailing address, telephone directory listing or office in Alabama.

7. Fraserside does not maintain any bank account in Alabama.

8. Fraserside has never filed a lawsuit in Alabama and has never submitted to jurisdiction of courts in Alabama.

## Exhibit A

9. Fraserside does not ship any goods for sale to Alabama. The goods are distributed in the United States by distributors with whom Fraserside has contractual relationships. Those contracts contain provisions requiring the distributor to comply with any applicable federal and local laws.

10. Fraserside has never sent any employee to Alabama to conduct business.

11. Fraserside does not own, lease, or otherwise maintain an office located on Pendleton Street in Sun Valley, California..

12. No officer, partner, managing agent, registered agent or agent authorized to receive service of process for Fraserside is located at the Pendleton Street address where service was attempted.

13. Fraserside does not have any employee or representative with the name of "Maria Gonzales" who works in Sun Valley, California.

14. Fraserside did not find out about the pendency of this action until Friday, October 21, 2005, and has since worked diligently to rectify the situation.

I declare under penalty of perjury under the laws of the State of Alabama and the United States that the foregoing is true and correct and that this declaration was executed on the 26 day of October, 2005, in Barcelona.

By: Johan Gillborg

Its: Chief Financial Officer of Private Media Group, Inc.

-- 2 --