
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 17 04:36:27 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **27 Records(s) found (This page: 1 ~ 27)**

Refine Search  (CINE CRAFT LIMITED )[OW]   Submit

**Current Search: S13: (CINE CRAFT LIMITED )[OW] docs: 27 occ: 84**

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 85084291      |             | PRIVATE MEDIA GROUP, INC. | TARR | LIVE |
| 2  | 78975722      |             | EMAG      | TARR | LIVE |
| 3  | 78958877      | 3540412     | PRIVATE TO OWN | TARR | LIVE |
| 4  | 78725894      | 3501850     | P         | TARR | LIVE |
| 5  | 78534384      | 3216363     | PRIVATE FANTASY | TARR | LIVE |
| 6  | 78529711      | 3389749     |           | TARR | LIVE |
| 7  | 78467295      | 3198038     | PRIVATE BLUE | TARR | LIVE |
| 8  | 78461398      | 3219371     | PRIVATE GIRLS | TARR | LIVE |
| 9  | 78461387      | 3188677     | PRIVATE GOLD | TARR | LIVE |
| 10 | 78293097      |             | PRIVATE STARS | TARR | DEAD |
| 11 | 78290612      | 3121422     | PRIVATE   | TARR | LIVE |
| 12 | 78198866      |             | EMAG      | TARR | DEAD |
| 13 | 77724220      |             | PP PORNOPEDIA | TARR | LIVE |
| 14 | 77108125      | 3539301     | EXIST IN YOUR WORLD, LIVE IN OURS | TARR | LIVE |
| 15 | 77108094      | 3614320     | IT'S GOOD TO BE BAD | TARR | LIVE |
| 16 | 75927272      | 3137445     | PIRATE    | TARR | LIVE |
| 17 | 75812217      | 2875138     | THE PRIVATE LIFE OF | TARR | LIVE |
| 18 | 75774307      |             | PRVT      | TARR | DEAD |
| 19 | 75651881      | 2787791     | PC        | TARR | DEAD |
| 20 | 75650334      | 2416912     | PRIVATE COLLECTION | TARR | DEAD |
| 21 | 75486289      | 2443667     | PRIVATE   | TARR | LIVE |
| 22 | 75037010      | 2045673     | PIRATE    | TARR | DEAD |
| 23 | 75037009      |             | PIRATE    | TARR | DEAD |
| 24 | 74556720      |             | TRIPLE X A PRIVATE GROUP PUBLICATION | TARR | DEAD |

| 25 | 74418220 | 2201568 | PRIVATE INTERNATIONAL | TARR | LIVE |
|----|----------|---------|----------------------|------|------|
| 26 | 74234768 | 2049328 | PRIVATE PROTECTION | TARR | LIVE |
| 27 | 72462280 | 1014957 | PRIVATE | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 17 04:36:27 EDT 2011*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**

IC 009. US 021 023 026 036 038. G & S: PRE-RECORDED COMPACT DISCS FEATURING ADULT ENTERTAINMENT; VIDEO TAPES FEATURING ADULT ENTERTAINMENT; EXPOSED PHOTOGRAPHIC AND CINEMATOGRAPHIC FILMS; PRE-RECORDED COMPACT DISCS AND DVDS FEATURING ADULT ENTERTAINMENT; SUNGLASSES; VIDEO TAPES FEATURING ADULT ENTERTAINMENT; PRE-RECORDED MAGNETIC AND DIGITALLY RECORDED DATA CARRIERS FEATURING ADULT ENTERTAINMENT; PHOTOGRAPHY SLIDES; CINEMATOGRAPHIC FILMS. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 010. US 026 039 044. G & S: SEXUAL AND EROTIC STIMULATORS, NAMELY, VIBRATORS; INFLATABLE LIFE-SIZED DOLLS USED IN MASTURBATION; ELECTRIC MASSAGE APPARATUS; NON-ELECTRIC MASSAGE APPARATUS; CONDOMS. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 016. US 002 005 022 023 029 037 038 050. G & S: MAGAZINES FEATURING ADULT ENTERTAINMENT, BROCHURES FEATURING ADULT ENTERTAINMENT, AND PRINTED PUBLICATIONS, NAMELY, BOOKS AND MAGAZINES FEATURING ADULT ENTERTAINMENT; PENCILS; BALL-POINT PENS AND FOUNTAIN PENS. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 025. US 022 039. G & S: FOOTWEAR AND HEADWEAR; CAPS, T-SHIRTS; SHIRTS, BLOUSES; JERSEYS; SWIM SUITS, SWIMWEAR; JACKETS, PULLOVERS; LINGERIE; UNDERCLOTHING, UNDERWEAR, TROUSERS, BATHROBES. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 032. US 045 046 048. G & S: MINERAL WATER, SOFT DRINKS, ENERGY DRINKS, ISOTONIC DRINKS. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 033. US 047 049. G & S: ALCOHOLIC DRINKS, NAMELY, PRE-MIXED COCKTAILS; VODKA;

WHISKEY; WINE; CHAMPAGNE. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 038. US 100 101 104. G & S: BROADCASTING OF TELEVISION PROGRAMS; CABLE TELEVISION BROADCASTING; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; SATELLITE TELEVISION BROADCASTING. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

IC 041. US 100 101 107. G & S: entertainment services in the nature of providing personal audio and video and on-line adult entertainment shows; publication of texts not including publicity texts; electronic publication of compact discs, DVDs, and on-line content featuring adult entertainment; motion film production; production and editing of radio and television programs. FIRST USE: 20060100. FIRST USE IN COMMERCE: 20060100

| Field | Value |
|---|---|
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.01.39 - Bathing suits, men wearing; Nude men, men wearing underclothes, bathing suits or brief attire; Underwear, men wearing<br>02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women<br>02.03.19 - Bathing suits (women wearing); Lingerie (women wearing); Nude women, women wearing underclothes, bathing suits or brief attire; Underclothes (women wearing); Underwear (women wearing)<br>02.07.02 - Groups, females<br>02.09.14 - Dancing, humans; Humans, including men, women and children, depicted dancing |
| Trademark Search Facility Classification Code | HUM Accurate representation of a human form, or any portion of a human form |
| Serial Number | 78529711 |
| Filing Date | December 9, 2004 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 25, 2006 |
| Registration Number | **3389749** |
| Registration Date | February 26, 2008 |
| Owner | (REGISTRANT) CINE CRAFT LIMITED CORPORATION UNITED KINGDOM 3 BELL LANE GIBRALTAR UNITED KINGDOM |
| Attorney of Record | Herbert H. Finn |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of TWO HUMAN FEMALE FIGURES. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 17 04:36:27 EDT 2011*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [___] OR [Jump] to record: [___] **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PRIVATE GOLD |
| **Goods and Services** | IC 038. US 100 101 104. G & S: TELEVISION BROADCASTING SERVICES WITH ADULT ENTERTAINMENT CONTENT<br><br>IC 041. US 100 101 107. G & S: PRODUCTION AND EDITING OF TELEVISION PROGRAMS FEATURING ADULT ENTERTAINMENT CONTENT; ADULT ENTERTAINMENT-ORIENTED VIDEOTAPE AND MOTION PICTURE FILM PRODUCTION; ENTERTAINMENT SERVICES, NAMELY, ON-GOING TELEVISION PROGRAMS IN THE FIELD OF ADULT ENTERTAINMENT |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 78461387 |
| **Filing Date** | August 3, 2004 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 10, 2006 |
| **Registration Number** | 3188677 |
| **Registration Date** | December 26, 2006 |
| **Owner** | (REGISTRANT) CINE CRAFT LIMITED CORPORATION UNITED KINGDOM 3 BELL LANE |

|   |   |
|---|---|
|   | GIBRALTAR UNITED KINGDOM |
| **Attorney of Record** | JOHN S. PACOCHA |
| **Prior Registrations** | 1014957;2201568;2443667 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 17 04:36:27 EDT 2011*

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **THE PRIVATE LIFE OF** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded video tapes, discs, and DVDs containing motion pictures, photographic and graphic works featuring adult entertainment; photographic slides featuring adult entertainment; and motion picture films featuring adult entertainment. FIRST USE: 20010800. FIRST USE IN COMMERCE: 20010800<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: [ Magazines in the field of adult entertainment, photographs and drawings of an erotic content ]. FIRST USE: 20010800. FIRST USE IN COMMERCE: 20010800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75812217 |
| **Filing Date** | September 30, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 9, 2002 |
| **Registration Number** | 2875138 |
| **Registration Date** | August 17, 2004 |
| **Owner** | (REGISTRANT) CINE CRAFT LIMITED CORPORATION UNITED KINGDOM 3 BELL LANE GIBRALTAR UNITED KINGDOM |
| **Attorney of Record** | CHARLES P. LAPOLIA |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY