

# Public Catalog

Copyright Catalog (1978 to present)

**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search**  **Other Search Options**

| **Search for:** | as a phrase | **Search by:** Name: Claimant (KCLN) |

**AND   OR   NOT**

| **Search for:** | as a phrase | **Search by:** Keyword Anywhere (GKEY) |

25 records per page

[Set Search Limits]

### Search Tips

1. **Optional** -- Set *Search Limits* **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended)*.
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [Begin Search] button to get results.

 * Search results sort order varies with choice of index.

Help on using Other Search Options

---

Help   Search   History   *Titles*   Start Over

---

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page

Case 3:11-cv-03005-MWB-LTS   Document 29-7   Filed 08/02/11   Page 1 of 1