Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Jul 30 04:36:28 EDT 2011*

[TESS HOME] [NEW USER] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

**WARNING:** AFTER **SEARCHING** THE USPTO DATABASE, EVEN IF **YOU** THINK THE RESULTS ARE "O.K.," DO **NOT** ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT **REFUSE TO REGISTER** YOUR MARK.

**View Search History:**

| | | | | |
|---|---|---|---|---|
| **Records Returned:** 100 | | **Plurals:** Yes | *Quick Tips* | |
| **Search Term:** | **Field:** ALL | | | **Operator** OR |
| **Search Term:** | **Field:** ALL | | | |

*Please logout when you are done to release system resources allocated for you.*

[TESS HOME] [NEW USER] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

# No TESS records were found to match the criteria of your query.

# Click on the ⇐ BACK button in your browser to return to the previous TESS screen

Please logout when you are done to release system resources allocated for you.