CLARA J. SHIN (No. 214809)
cshin@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/677-6262

Attorneys for Defendant
META INTERFACES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>META INTERFACES, LLC, a limited liability company,<br><br>           Defendant. | No. CV 10-3585<br><br>Action Filed: August 13, 2010<br><br>DEFENDANT META INTERFACES, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNTS I-VII OF THE COMPLAINT FOR FAILURE TO STATE A CLAIM<br><br>Date:        October 27, 2010<br>Time:       10:00 a.m.<br>Place:      Courtroom G<br>Judge:     Hon. Bernard Zimmerman<br><br>Trial Date:  None Set |

REQUEST FOR JUDICIAL NOTICE          CV 10-3585 BZ

In accordance with Federal Rule of Evidence 201, Defendant Meta Interfaces, LLC ("Meta") respectfully requests that this Court, in consideration of Meta's Motion To Dismiss Counts I-VII Of The Complaint For Failure To State A Claim filed herewith, take judicial notice of the document attached hereto as Exhibit A:

1.    Exhibit A is a true and correct copy of the Content License Agreement between Meta Interfaces, LLC and Fraserside Holdings, Ltd., entered into and effective on May 11, 2009.

Exhibit A is a proper subject of judicial notice because "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) ); *see* 5 C. Wright & A. Miller, *Federal Practice and Procedure*, §1327 at 762-63 (2d ed. 1990) ("when [the] plaintiff fails to introduce a pertinent document as part of his pleading, [the] defendant may introduce the exhibit as part of his motion attacking the pleading").

DATED:  September 17, 2010.

Respectfully,

CLARA J. SHIN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
              CLARA J. SHIN

Attorneys for Defendant META INTERFACES, LLC

**EXHIBIT A**

Meta Interfaces, LLC

# Office Copy

## LICENSE 1230

Content License Agreement

THIS CONTENT LICENSE AGREEMENT (the "*Agreement*") is entered into and effective as of May 11th, 2009 ("*Effective Date*") by and between Metainterfaces a California Limited Liability Company having its principal place of business at 22 Fourth St., 8th Floor, San Francisco, CA 94103, USA ("*Licensee*"), and Fraserside Holdings Ltd.,, a limited liability company, having its principal place of business at Office 1002, 10th floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus ("*Licensor*").

### RECITALS

Whereas, Licensor owns certain content, and Licensee desires to obtain the right to license, use and distribute such content subject to the terms and conditions of this Agreement.

### AGREEMENT

Now, therefore, in consideration of the foregoing and the mutual promises contained in this Agreement, the adequacy of which consideration is hereby acknowledged, the parties agree as follows:

1. **DEFINITIONS.**

"Delivery Media" means the physical media on which Licensor provides a Title to Licensee.

"Delivery Date" means the scheduled delivery date of each Title.

"Derivative Works" shall mean any and all modifications, re-creations, duplications, reproductions, digitized versions and compilations of the Titles, whether produced by standard photographic or recording techniques, by computer or by any other device or process, now or hereafter known, discovered, invented or devised, regardless of whether any or all such modifications, recreations, duplications, reproductions, or compilations of the Titles are produced intentionally or otherwise. Derivative Works include, without limitation, images in which parts or components of Titles are compiled or merged with other images or digital samples such as photographs or computer representations of body parts of other persons, and synthespian works derived from Titles or other Derivative Works.

"Download To Own" shall mean the sale of a complete version of one of the Titles on a one off basis for compensation specific to that transaction.

"End User" means any party who is licensing or utilizing a Title other than for the purpose of redistribution of such Title.

"*Intellectual Property Rights*" mean patents, trade secrets, know-how, copyrights, rights in trademarks, trade dress, moral rights, and all other intellectual property rights

and proprietary rights, whether arising under the laws of the United States or any other jurisdiction, including all rights or causes of action for infringement or misappropriation of any of the foregoing, in each case now existing or hereafter arising.

"*Licensor Materials*" means materials provided by Licensor for use by Licensee. Licensor Materials do not include Titles.

"*Licensee*" means Metainterfaces LLC together with its subsidiaries and affiliates, and all servers, systems and websites controlled by Metainterfaces LLC or its subsidiaries or affiliates. Metainterfaces will supply Licensor with a list of all their websites from time to time, which is to be annexed to this agreement.

"*Pay Per Minute*", "*Pay Per View*", or "*Video On Demand*" shall mean the transmission or other dissemination of a digitized version of a Title over the Internet through a website that allows a user or subscriber of the website to view a streamed version of one specific Title which is part for a specific limited duration of time (for example, during a 24 hour period) subject to the prior paying of a fee or charge for the right to access and view said specific Title.

"*Third Party*" shall mean parties that are not any of the following (i) Licensee or any of Licensee's affiliates, subsidiaries, directors, officers, employees or contractors, (ii) any End User, or (iii) any owner or other party who receives compensation in respect of the revenue or profit generated by Licensee's websites and businesses.

Meta          Licensor

"*Title(s)*" means the audio-visual assets owned by Licensor and licensed to Licensee, as described in Exhibit A, as Exhibit A may be amended from time to time to add additional Titles.

## 2. LICENSE.

**2.1     Use and Distribution.** Licensor hereby grants to Licensee an irrevocable, worldwide, non-exclusive, non-transferable (except as expressly provided in this Agreement) three (3) year right and license to (i) distribute, transmit, stream, and otherwise allow the download or electronic transmission, including without limitation through urls but excluding Download To Own of the Titles (or any portion thereof) by any means (including hereinafter invented means) other than physical delivery via DVD, video tape or other physical storage means; (ii)  use and reproduce Titles on systems controlled by Licensee for the purposes of distribution; (iii) encode Titles on systems controlled by Licensee; (iv) make a reasonable number of backups of Titles for archival and redundancy purposes and (v) utilize and display the trademarks contained in the Titles, the covers of the Titles and associated with the studio producing the titles for purposes consistent with organizing, displaying and promoting the viewing and distribution of the Titles through Licensee's websites. The foregoing license shall include the right for Licensee to allow End Users to download, stream but excluding Download To Own, the Titles. Licensor acknowledges and agrees that Licensee's current and hereinafter developed means of electronic distribution of the Titles includes various tools to splice, navigate, reorganize and otherwise manipulate the Titles (collectively the "User Tools"). Licensor further acknowledges that the User Tools allow Licensee and End Users to create content from the Titles (such content being "Generate Content") and agrees that the creation of the Generated Content is permissible and included under the license granted hereunder; *provided*, that the Generated Content is not sublicensed to a party other than End Users.

**2.2     Restrictions and Additional Terms.** Licensee agrees not to (i) transfer, sublicense or distribute Titles, except as provided in Section 2.1.  The license is a limited, non-exclusive and non-transferable license to transmit the Titles over the Internet under the terms and conditions of this Agreement on Licensee's websites.  Notwithstanding anything contained herein to the contrary, Licensee agrees that the Titles may not be used for Pay Per Minute, Pay Per View or Video On Demand purposes or such related purposes in any manner whatsoever, unless by written consent from Licensor, and for an additional license fee. The Titles can be used for HTML design, logo design and banner design by the Licensee at no extra cost. The Licensee is allowed to resize, rename or change the format

of the Titles. Licensee may provide up to 10% of each DVD, Video Clip, and/or Photo Galleries to their affiliates for promotional use i.e. MGP's, TGP's Free Hosted Galleries, etc; and up to an additional 10% for website design, promotional banners, buttons and other advertisements. Notwithstanding the foregoing, the promotional segments shall not exceed at any case two (2) minutes in duration per scene unless authorized in writing by Licensor. The rights licensed hereunder do not extend to, or include the use of the Titles for any purpose or by any other means of transmission of dissemination, whether now existing or hereafter developed, other than those means employed by Licensee or contemplated to be employed by Licensee.  Licensee may not rent, lease, sublicense, give away, lend, transfer, authorize the use of or distribute the Titles, or create Derivative Works based upon the Titles in whole or part or in anyway transmit the Titles to any Third Party except as provided herein through the bonafide use of Licensee's websites. Further, and without limiting the generality of the foregoing, Licensee does not have the right and/or power to use, in any way, the Titles commercially for the benefit of a Third Party. Any use, in whole or in part, of the Titles not expressly authorized in this Paragraph, or sub-parts thereof, is expressly prohibited.

Notwithstanding anything in this Agreement to the contrary, distribution through a url shall in all cases be permitted.

## 3. DELIVERY OF TITLES AND LICENSOR MATERIALS.

**3.1     Title   Selection   and   Delivery.** Licensor will deliver Titles to Licensee on or before the Delivery Date and using the Delivery Media.

**3.2     Licensor Materials.**  In its discretion, Licensor will provide Licensor Materials including marketing and promotional materials, and trailers, which Licensee will use to promote Licensor Titles.  In addition, Licensee may extract up to 2 minutes of any Title, and generate derivative works, to promote Licensee's distribution of the Titles.

**3.3     Metadata.**  Licensee will provide a means by which Licensor can provide metadata to Licensee and associate that metadata with Titles.  If licensor does not provide metadata, Licensee may create or obtain and associate metadata with Titles.

**3.4     Record Keeping.**  If requested, Licensor will provide to Licensee valid records as required 18 U.S.C 2257, and any other records required in the U.S. If Licensee is required to produce information or other records with respect to Titles licensed by Licensor, Licensor will use its best efforts to assist and cooperate with Licensee to produce such records.

META INTERFACES CONFIDENTIAL
Version #5.11.09

2

Meta          Licensor

4.     DISTRIBUTION.   Licensee will use commercially reasonable efforts to distribute Titles.

4.1     Encoding.   Licensee will provide to Licensor a list of formats and Delivery Media types for Titles.

4.2     Inspection.   Within a reasonable time of receipt, Licensee will inspect all copies of Titles provided by Licensor.   If Licensee, in its reasonable discretion, determines that a copy of a Title is defective or otherwise does not meet standards for high-quality distribution, Licensee will inform Licensor as soon as reasonably practicable.   In such event, Licensee and Licensor will agree upon and implement a course of action calculated to provide a copy of the Title suitable for high-quality distribution.

4.3     Encoding Method.   Licensee, in its reasonable discretion, will determine the formats and encoding methods for each Title to be distributed by Licensee and will implement the same for purposes of distribution in accordance with the license terms.

5.     OWNERSHIP.

5.1     Titles.   Licensee agrees that the Titles are the sole and exclusive property of Licensor and/or its licensors and agrees not to infringe or violate its or their copyrights and other proprietary rights therein. Ownership of all copyrights and other proprietary rights in the Titles is retained by Licensor and its licensors. Except as expressly provided herein, Licensor does not convey and Licensee does not obtain any right in the Titles or any data or materials utilized or provided by Licensor in connection with the Titles. All rights not granted hereunder are expressly reserved to Licensor and its licensors and information and content providers.

5.2     Licensed Copies.   Subject to Licensor's underlying intellectual property rights in the Titles, Licensee should produce copies of a Title that Licensee encodes for distribution.   Licensee's use and distribution of any copies it makes of Title are limited to its license rights under this Agreement.   At the end of the agreement Licensee will cease use of and destroy all produced copies.

6.     COSTS AND PAYMENT; CONFIDENTIALITY.

6.1     License Price. Licensor will deliver two hundred (200) titles and Licensee will pay the sum of one hundred six thousand US Dollars ($106,000.00) based on the

following tariffs: six hundred US Dollars ($600) per title for a total of sixty (60) titles from years 2004, 2005 and 2006 and five hundred US Dollars (U$500) per title for a total of one hundred fourty (140) titles from year 2003 and older years (collectively referred as the "License Price"). to be paid as follows: a) Upon signature of the agreement and no later than the 30th of May 2009, Licensee will pay the sum of sixty thousand US Dollars ($60,000.00) as a first payment and Licensor will deliver a first batch of one hundred and twenty (120) titles; b) 30 days after signature of the Agreement and no later than the 30th of June 2009, Licensee will pay a further sum of twenty-three thousand US Dollars ($23,000.00) as a second payment and Licensor will deliver a second batch of forty (40) titles; c) 60 days after signature of the Agreement and no later than the 30th of July 2009, Licensee will pay a further sum of twenty-three thousand US Dollars as a third payment and Licensor will deliver a third and final batch of forty (40) titles; The License price for each Title is described in Exhibit A. Provided that Licensee receives the Titles on the Delivery Media and in the specified format, Licensee will pay to Licensor the License Price within 30 days' of receiving an invoice from Licensor or from actual receipt of the Titles, whichever date is later. If Titles are provided in a manner other than as provided in Exhibit A, the parties will agree on appropriate adjustments to the License Price or the timing of payments. Licensor will not be entitled to payment for trailers and promotional materials.

6.2     Royalties.   Licensor shall be solely responsible and will pay any and all royalties or any other payments due to any third parties as a result of the distribution of Titles or other use of the Titles permitted by this Agreement by Licensee.

6.3     Transportation of Delivery Media. Licensor shall bear the costs of transportation of the Delivery Media.

6.4     Confidentiality.   Licensor and Licensee shall each keep the fact of this Agreement, together with all of the terms and conditions hereof including, without limitation, the pricing term set forth herein, strictly and absolutely confidential and shall not disclose any such information to any third party unless compelled to do so by court order.

7.     REPRESENTATIONS,     WARRANTIES     AND DISCLAIMERS.

7.1     REPRESENTATIONS AND WARRANTIES OF BOTH PARTIES. LICENSOR AND LICENSEE REPRESENT AND WARRANT THAT EACH HAS ALL POWER AND AUTHORITY TO ENTER INTO THIS AGREEMENT AND

META INTERFACES CONFIDENTIAL
Version #5.11.09

3

Meta        Licensor

PERFORM ITS RIGHTS AND OBLIGATIONS UNDER THIS AGREEMENT.

7.2   REPRESENTATIONS AND WARRANTIES OF LICENSOR. Licensor represents and warrants to Licensee that (a) the delivery media on which each TITLE is delivered will be free from material defects for a period of 10 days, (b) licensor owns all right and title in the titles and has all necessary rights from all applicable rightsholders to grant the license and other rights to Licensee set forth herein, and (c) all actors appearing in any title are at least 18 years of age.

Licensor further represents and warrants to Licensee that no Title contains repackaged content and that each Title contains only material that has not appeared in any other DVD. If Licensee discovers that any Title contains any scene or content that Licensee for which Licensee already has a license, whether from Licensor or from another party, Licensee shall have the right to swap such scene or content for an equivalent amount of content from Licensor at no additional cost to Licensee, such content to be mutually determined by Licensee and Licensor.

7.3   Disclaimer.   EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, LICENSOR PROVIDES THE TITLES WITHOUT IMPLIED WARRANTIES OF ANY KIND, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE, QUIET ENJOYMENT, NON-INFRINGEMENT, COURSE OF DEALING OR USAGE IN TRADE.   EXCEPT AS SET FORTH IN SECTION 7.1, LICENSEE MAKES NO REPRESENTATION OR WARRANTY TO LICENSOR.

8.   TERM AND TERMINATION.

8.1   Term.   This Agreement shall commence on the Effective Date and shall remain in full force and effect (unless terminated earlier as provided below) for a term of three (3) years.   If Titles are added to Exhibit A after the initial date of this Agreement, the license to such Titles shall commence on the Deliver Date of those Titles and shall remain in full force and effect unless terminated earlier as provided below for an initial term of three (3) years from such Title's Delivery Date. The Licensee shall have the option to renew this Agreement for an additional period of three (3) years for each Title so long as at the time of such renewal the Licensee is not in default of the terms hereunder, and the Licensee shall pay a renewal fee of Fifty ($50) Dollars per Title to Licensor.

8.2   Termination. If either party breaches a material obligation under this Agreement, the non-

breaching party may provide written notice to the breaching party indicating the non-breaching party's intention to terminate this Agreement.   If such material breach is not cured within 30 days after such notice, the non-breaching party may terminate this Agreement upon written notice.

8.3   Effect of Termination.   Sections 1, 2, 3.3, 3.4, 4.4, 5, 6.2, 7, 8.3, 9, 10, 11 and 12 will survive termination or expiration of this Agreement.   Termination or expiration of this Agreement shall not constitute a waiver or release of, or otherwise be deemed to prejudice or adversely affect, any rights, remedies or claims, whether for damages or otherwise, which a party may have under this Agreement or which may arise out of or in connection with such termination or expiration.

9.   INDEMNITY.

9.1   Licensor Obligations.   Licensor will (i) defend and settle at its own expense any action or other proceeding brought against Licensee, to the extent that such action or proceeding is based on (a) any claim regarding royalties or other amounts payable as a result of Licensee exercising any rights under this Agreement, (b) a set of allegations that, if true, would constitute a breach of Licensor's representations and warranties set forth herein, or (c) a third-party claim that the use or distribution of a Title or exercise of any right granted to Licensee herein infringes or misappropriates any third party's Intellectual Property Rights, proprietary rights or rights of privacy; and (ii) pay any and all costs and damages (including but not limited to reasonable attorneys' fees) awarded against Licensee in any such action or proceeding.

9.2   Licensee Obligations.   Subject to Licensor's obligations, Licensee will defend and settle at its own expense, any action or other proceeding brought against Licensor, to the extent that such action or proceeding is based on a set of allegations that, if true, would constitute a breach of Licensee's representations and warranties set forth herein. Licensee will pay any and all costs and damages (including but not limited to reasonable attorneys' fees) awarded against Licensor in any such action or proceeding.

9.3   Conditions to Indemnification.   The obligations to defend and indemnify provided under Sections 9.1 and 9.2 shall apply only if (i) the party requesting the indemnity ("*Indemnified Party*") promptly notifies the party obligated to provide the indemnity ("*Indemnifying Party*") in writing of the claim within a reasonable time; (ii) the Indemnified Party provides the Indemnifying Party with all reasonable assistance and information requested by the Indemnifying Party, at the Indemnifying Party's expense, for the defense and

Meta            Licensor

settlement of any claim; and (iii) the Indemnified Party provides the Indemnifying Party with the exclusive right to control and the authority to defend and settle any claim, provided that the Indemnifying Party will not enter into any settlement that adversely affects the Indemnified Party's rights or interest without the Indemnified Party's prior written approval (which shall not be unreasonably withheld or delayed).

### 10.   LIMITS ON LIABILITY.

10.1   **Liability Limit.**   EXCEPT FOR A BREACH OF SECTION 2 OR AS PROVIDED IN SECTION 9, IN NO EVENT WILL EITHER PARTY'S LIABILITY IN ANY ACTION RELATING TO OR ARISING FROM THIS AGREEMENT EXCEED THE LICENSE FEES PAID BY LICENSEE TO LICENSOR IN THE YEAR THAT THE EVENT LEADING TO LIABILITY TOOK PLACE. MULTIPLE CLAIMS WILL NOT ENLARGE THIS LIMIT.

10.2   **Consequential Damages.**   EXCEPT FOR A BREACH OF SECTION 2 OR AS PROVIDED IN SECTION 9, IN NO EVENT WILL EITHER PARTY BE LIABLE FOR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY OR SPECIAL DAMAGES (INCLUDING LOSS OF DATA, BUSINESS INTERRUPTION OR LOST PROFITS) ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, REGARDLESS OF WHETHER SUCH LIABILITY ARISES FROM A CLAIM BASED UPON CONTRACT, TORT OR OTHERWISE, AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE.

### 11.   PROTECTION.

Information disclosed by one Party ("*Disclosing Party*") to another Party ("*Receiving Party*") which is marked "confidential" (or with a similar ledger) shall constitute "*Confidential Information*" under this Agreement unless the same (i) was in the public domain at the time it was disclosed; (ii) enters the public domain without violation of this Agreement; (iii) was known to the Receiving Party, without restriction as to use or disclosure, at the time of the disclosure, (iv) is independently developed by the Receiving Party without reference to the Confidential Information of the Disclosing Party; or (v) becomes known to the Receiving Party from a third party without breach of this Agreement. The Receiving Party will not disclose to any third party any Confidential Information of the Disclosing Party without the Disclosing Party's express written consent and will not use Confidential Information of the Disclosing Party except to perform its obligations under this Agreement. The Receiving Party will use reasonable care to keep secret the Confidential Information of the Disclosing Party, which

degree of care will in no event be less than the security precautions it uses to protect its own Confidential Information of like importance. Notwithstanding anything in this Section 11, the Receiving Party may disclose Confidential Information of the Disclosing Party pursuant to court order, provided that the Receiving Party (A) first provides the Disclosing Party with prior written notice and a reasonable opportunity to oppose such disclosure; and (B) reasonably cooperates with the Disclosing Party to limit disclosure of the Confidential Information. The Parties agree that this Agreement and the terms and conditions contained herein, including, without limitation, pricing terms, shall be kept strictly confidential by both parties and shall not be disclosed to any other party.

### 12.   GENERAL PROVISIONS.

12.1   **Independent Parties.**   The parties agree that they are independent contractors and do not intend for this Agreement to be interpreted as an employment, agency, joint venture or partnership relationship between the parties.

12.2   **Notices.**   Except as explicitly stated otherwise, any notices permitted or allowed under this Agreement must be sent to Licensee at:

> Licensee
> MetaInterfaces LLC
> 22 Fourth St., 8th Floor
> San Francisco, CA 94103
> USA
> Facsimile: (415) 495 1890
> Attention: Legal

Licensee may send Licensor notices to the address provided to Licensee.   Notices shall be (i) in writing and shall be personally delivered or sent by certified mail, return receipt requested, postage prepaid, and shall be deemed to have been received upon the earlier of actual receipt or 5 days after deposit in the mail; or (ii) sent by facsimile and deemed to have been received on the date of the facsimile confirmation, if a copy of the notice is sent by certified mail as described above.

12.3   **Severability.**   If any provision in this Agreement shall be held to be invalid or unenforceable, then the meaning of that provision shall be construed, to the extent feasible, so as to render the provision enforceable, and if no such interpretation is practical, it shall be severed from the remainder of this Agreement, which shall remain in full force and effect, and the court will insert an alternate provision that most closely approximates the intent of the parties and the economic effect of the original provision.

META INTERFACES CONFIDENTIAL.
Version #5.11.09

5

      _____     _Su_
       Meta       Licensor

**12.4     Press Releases & Offline Promotion.** One or more public statements concerning the existence or terms of this Agreement may be made or released with the prior approval of both parties or to the extent required by law, including but not limited to stock market rules and regulations.

**12.5     Force Majeure.** Neither party shall be liable for any default or delay in the performance of its obligations under this Agreement if such default or delay is caused, directly or indirectly, by flood, earthquake, elements of nature or acts of God, riots, civil disorders, strikes, rebellions or revolutions, power-outages, delays in services provided by third parties, failures of the Internet, or any other cause beyond the reasonable control of such party.

**12.6     Assignment.** Neither party may assign any rights or obligations under this Agreement without the prior express written consent of the other, except that either party may assign this Agreement pursuant to a merger, sale of voting control, corporate reorganization, consolidation or restructuring, or a sale of all or substantially all of its assets. Subject to the above restrictions on assignment, this Agreement shall inure to the benefit of and bind the successors and assigns of the parties. Any attempted assignment in derogation of this Section 12 will be null and void.

**12.7     Miscellaneous.** A failure to enforce any provision of this Agreement will not be interpreted as a waiver of that breach or any preceding or succeeding breach of the same or similar nature. The headings of the clauses of this Agreement are solely for the purpose of convenience and will not be used in the interpretation of any provision. This Agreement and all collateral matters will be governed by and construed in accordance with laws of the defendant, without regard to or application of conflicts of law rules or principles. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods will not apply to this Agreement. Any suit arising out of or related to this Agreement will be brought solely in the courts of defendant. The substantially prevailing party in any dispute relating to this Agreement will be entitled to recover associated costs, including the reasonable fees of attorneys and other professionals. This Agreement contains the entire understanding of the parties relating to the subject matter, and the provisions of this Agreement cannot be waived or altered in whole or in part except in writing, signed by duly authorized representatives of both parties. This Agreement is made for the benefit of the parties and not for the benefit of any third parties. This Agreement may be executed in counterparts, each of which will be deemed an original. This Agreement will be interpreted in accordance with its terms and without any strict construction in favor of or against either party.

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be signed by their duly designated and authorized representatives.

Metainterfaces LLC

By: _____

Name: Michael Voss

Title: Director of Business Development

Date: 7/17/09

LICENSOR

By: _____

Name: SUZANNE KALOGREADES

Title: DIRECTOR

Date: 24 JUN 2009

**Special Purpose Provisions**

4.4    **Encryption.**  If any Title is encrypted, Licensor hereby authorizes Licensee to decrypt and use the content for all purposes contemplated in the License.  Licensor shall provide Licensee with all information necessary to decrypt the Titles.  Licensor represents and warrants to Licensee that it owns sufficient rights to all intellectual property associated with the encryption technology and that Licensee's decryption of the Titles does not violate any third party's rights.  *[Include in contract if Titles are encrypted]*

**Exhibit A**
**List of Titles**

| # | Title | Studio | Price | |
|---|-------|--------|-------|--|
| 1 | 2Funky4U | Private | $ | 500.00 |
| 2 | A Taste Of Pleasure | Private | $ | 600.00 |
| 3 | Acid Dreams | Private | $ | 500.00 |
| 4 | Addiction | Private | $ | 600.00 |
| 5 | African Dream | Private | $ | 500.00 |
| 6 | African temptation | Private | $ | 600.00 |
| 7 | All in | Private | $ | 600.00 |
| 8 | All Sex | Private | $ | 500.00 |
| 9 | Alpine Sex | Private | $ | 500.00 |
| 10 | Amsterdam Sex Games | Private | $ | 500.00 |
| 11 | Anal Agency | Private | $ | 500.00 |
| 12 | Anal Desires | Private | $ | 500.00 |
| 13 | Anal Fuckathon | Private | $ | 600.00 |
| 14 | Anal Toppers | Private | $ | 500.00 |
| 15 | Andromeda 121 | Private | $ | 500.00 |
| 16 | Aphrodisiac | Private | $ | 600.00 |
| 17 | Artcore | Private | $ | 600.00 |
| 18 | Bacchanal | Private | $ | 500.00 |
| 19 | Beds of Sin | Private | $ | 500.00 |
| 20 | Bitches 2 | Private | $ | 500.00 |
| 21 | Body Shock | Private | $ | 500.00 |
| 22 | Call Girl | Private | $ | 600.00 |
| 23 | Calling a Gigolo | Private | $ | 500.00 |
| 24 | Caribbean Dream | Private | $ | 600.00 |
| 25 | Casanova | Private | $ | 600.00 |
| 26 | Chain Reaction | Private | $ | 600.00 |
| 27 | Code name Matahari | Private | $ | 600.00 |
| 28 | Code name matahari 2 | Private | $ | 600.00 |
| 29 | Colette's Kinky Desires | Private | $ | 500.00 |
| 30 | Computerized Sex- Cravings | Private | $ | 500.00 |
| 31 | CUM | Private | $ | 500.00 |
| 32 | Cum Guns | Private | $ | 500.00 |
| 33 | Cum Splash | Private | $ | 600.00 |
| 34 | Cum With Me | Private | $ | 500.00 |
| 35 | Cuntry Club | Private | $ | 500.00 |
| 36 | Da Vinci | Private | $ | 600.00 |
| 37 | Dangerous Curves | Private | $ | 500.00 |

| 38 | Dangerous Games | Private | $ | 500.00 |
| 39 | Dangerous sex | Private | $ | 600.00 |
| 40 | Dangerous Things 1 | Private | $ | 500.00 |
| 41 | Dangerous Things 2 | Private | $ | 500.00 |
| 42 | Deep Obsessions | Private | $ | 500.00 |
| 43 | Delilah | Private | $ | 500.00 |
| 44 | Desert Camp Sex Exchange | Private | $ | 500.00 |
| 45 | Devil In The Flesh | Private | $ | 500.00 |
| 46 | DNA | Private | $ | 500.00 |
| 47 | Do not Disturb (We are Having Fun) | Private | $ | 500.00 |
| 48 | Dominatrix Chess Gambit | Private | $ | 500.00 |
| 49 | Double Confusion | Private | $ | 500.00 |
| 50 | Double Hole | Private | $ | 500.00 |
| 51 | Draculya, The Girls Are Hungry | Private | $ | 600.00 |
| 52 | Dreams In White | Private | $ | 600.00 |
| 53 | Enjoy The Abyss | Private | $ | 600.00 |
| 54 | Erica | Private | $ | 500.00 |
| 55 | Eternal Ecstasy | Private | $ | 500.00 |
| 56 | Eternal Love | Private | $ | 500.00 |
| 57 | Eurobabes Take It To The Xtreme | Private | $ | 600.00 |
| 58 | Eve, Insane Obsession | Private | $ | 500.00 |
| 59 | Exotic Illusions 1 | Private | $ | 500.00 |
| 60 | Exotic Illusions 2 | Private | $ | 500.00 |
| 61 | Fallen Angel | Private | $ | 500.00 |
| 62 | Fatal Orchid 2 | Private | $ | 500.00 |
| 63 | Fetish & Magic | Private | $ | 500.00 |
| 64 | Fetish Academy | Private | $ | 500.00 |
| 65 | Fetish Obsession | Private | $ | 500.00 |
| 66 | Fetish Recall - Fact or Friction | Private | $ | 500.00 |
| 67 | Fetish Therapy | Private | $ | 500.00 |
| 68 | Fetish TV | Private | $ | 500.00 |
| 69 | Fever | Private | $ | 500.00 |
| 70 | Five Doors To Ecstasy | Private | $ | 600.00 |
| 71 | Forbidden Games | Private | $ | 500.00 |
| 72 | Fuck Me | Private | $ | 500.00 |
| 73 | Fuck Me If You Can | Private | $ | 500.00 |
| 74 | Funky-Fetish Horror Show | Private | $ | 500.00 |
| 75 | Ghost Bangers | Private | $ | 600.00 |
| 76 | Girls Night Out! | Private | $ | 600.00 |
| 77 | God's will | Private | $ | 600.00 |
| 78 | Gonzo Style | Private | $ | 600.00 |
| 79 | Hard Time | Private | $ | 600.00 |
| 80 | Hell, Whores and High Heels | Private | $ | 500.00 |
| 81 | Hole in One | Private | $ | 500.00 |
| 82 | Holiday In & Out | Private | $ | 500.00 |
| 83 | Hotel affairs | Private | $ | 600.00 |
| 84 | House of Love | Private | $ | 500.00 |
| 85 | House Of The She-Wolves | Private | $ | 500.00 |

| 86 | In the Arms of Evil | Private | $ | 500.00 |
|---|---|---|---|---|
| 87 | Indecency 1 | Private | $ | 500.00 |
| 88 | Indiana Mack 2, Sex in the Desert | Private | $ | 500.00 |
| 89 | Intrigue & Pleasure | Private | $ | 500.00 |
| 90 | Island Fever | Private | $ | 500.00 |
| 91 | Italian Flair | Private | $ | 500.00 |
| 92 | Julia | Private | $ | 500.00 |
| 93 | Just Do It To Me | Private | $ | 500.00 |
| 94 | Kill Thrill | Private | $ | 600.00 |
| 95 | Kinky world | Private | $ | 600.00 |
| 96 | Latex Sex | Private | $ | 500.00 |
| 97 | Lethal Information | Private | $ | 500.00 |
| 98 | Lingerie a Go Go | Private | $ | 500.00 |
| 99 | Lost | Private | $ | 600.00 |
| 100 | Lust Tango In Paris | Private | $ | 500.00 |
| 101 | Madagascar | Private | $ | 600.00 |
| 102 | Masturbatrix | Private | $ | 600.00 |
| 103 | Matador 11: Sex Portrait | Private | $ | 500.00 |
| 104 | Matador 12: Avalanche II, Sex In The Alps | Private | $ | 500.00 |
| 105 | Matador 13: Cock O'Neal | Private | $ | 600.00 |
| 106 | Matador 14: Anal Psycho-Analysis | Private | $ | 500.00 |
| 107 | Matador 15: Sex Tapes | Private | $ | 500.00 |
| 108 | Matador 2: Ally Gets On The Wild Side | Private | $ | 500.00 |
| 109 | Matador 4: Anal Garden | Private | $ | 500.00 |
| 110 | Matador 5: Sex Trip | Private | $ | 500.00 |
| 111 | Matador 6: Dirty Men at Work | Private | $ | 500.00 |
| 112 | Matador 7: Avalanche | Private | $ | 500.00 |
| 113 | Matador 9: Eighteen Holes, Passion on the Green | Private | $ | 500.00 |
| 114 | Milk Shake | Private | $ | 600.00 |
| 115 | Mission Possible 2 | Private | $ | 600.00 |
| 116 | More Than She Expected! | Private | $ | 500.00 |
| 117 | Mystery Island | Private | $ | 600.00 |
| 118 | Nasty Nymphos | Private | $ | 500.00 |
| 119 | Natural Busty Beauties | Private | $ | 500.00 |
| 120 | Never Say No | Private | $ | 500.00 |
| 121 | No Sun, No Fun | Private | $ | 500.00 |
| 122 | Off Limits | Private | $ | 600.00 |
| 123 | Pantyhose Seduction | Private | $ | 600.00 |
| 124 | Perfect | Private | $ | 500.00 |
| 125 | Pirate 10: No Mercy | Private | $ | 500.00 |
| 126 | Pirate 11: Deviation | Private | $ | 500.00 |
| 127 | Pirate 12: Hells Belles | Private | $ | 500.00 |
| 128 | Pleasure Island | Private | $ | 500.00 |
| 129 | Point of View | Private | $ | 600.00 |
| 130 | Porn Wars | Private | $ | 600.00 |
| 131 | Porn Wars 2 | Private | $ | 600.00 |
| 132 | Private Cafe 1 | Private | $ | 500.00 |
| 133 | Private Cafe 2 | Private | $ | 500.00 |

| 134 | Private Château | Private | $ | 600.00 |
|---|---|---|---|---|
| 135 | Private Dive | Private | $ | 600.00 |
| 136 | Private football cup | Private | $ | 600.00 |
| 137 | Private Love Story | Private | $ | 500.00 |
| 138 | Private Orgies | Private | $ | 500.00 |
| 139 | Puerto Rican Affairs | Private | $ | 600.00 |
| 140 | Riviera 1 | Private | $ | 500.00 |
| 141 | Rock Hard | Private | $ | 500.00 |
| 142 | Rubber Kiss | Private | $ | 500.00 |
| 143 | Secret Delights Of Baroness Kinky | Private | $ | 500.00 |
| 144 | Sex & Revenge 1 | Private | $ | 600.00 |
| 145 | Sex Addicts | Private | $ | 500.00 |
| 146 | Sex angels 2 | Private | $ | 600.00 |
| 147 | Sex city | Private | $ | 600.00 |
| 148 | Sex In a Frame | Private | $ | 500.00 |
| 149 | Sex Opera | Private | $ | 500.00 |
| 150 | Sex Secrets of the Paparazzi | Private | $ | 500.00 |
| 151 | Sex Shot | Private | $ | 500.00 |
| 152 | Sex Slider | Private | $ | 500.00 |
| 153 | Sex Therapy 2 | Private | $ | 500.00 |
| 154 | Sextra time | Private | $ | 600.00 |
| 155 | Sexy Business | Private | $ | 600.00 |
| 156 | Sexy Santa | Private | $ | 600.00 |
| 157 | Singularity | Private | $ | 500.00 |
| 158 | Sins of the Flesh | Private | $ | 500.00 |
| 159 | Snow Sluts | Private | $ | 500.00 |
| 160 | Soccer Girls | Private | $ | 500.00 |
| 161 | Splash It All Over! | Private | $ | 500.00 |
| 162 | Stiletto | Private | $ | 600.00 |
| 163 | Susi Medusa's Hardcore Feast | Private | $ | 500.00 |
| 164 | Tanya Hyde's London Calling | Private | $ | 500.00 |
| 165 | Tanya Hyde's Rubberfuckers Rule | Private | $ | 500.00 |
| 166 | Tenerife | Private | $ | 600.00 |
| 167 | The Bride Wore Black | Private | $ | 500.00 |
| 168 | The Club (Fetish) | Private | $ | 500.00 |
| 169 | The Cult | Private | $ | 600.00 |
| 170 | The Devil Deep Inside | Private | $ | 500.00 |
| 171 | The Fetish Garden | Private | $ | 500.00 |
| 172 | The Five Keys of Pleasure | Private | $ | 500.00 |
| 173 | The Last Muse | Private | $ | 500.00 |
| 174 | The Other Face of Pleasure | Private | $ | 500.00 |
| 175 | The Perversions of Barbara | Private | $ | 500.00 |
| 176 | The Perversions of the Damned | Private | $ | 500.00 |
| 177 | The Santo Domingo Connection (The Sex Ransom) | Private | $ | 500.00 |
| 178 | The Scottish Loveknot | Private | $ | 500.00 |
| 179 | The Sexterminators | Private | $ | 500.00 |
| 180 | The Uranus Experiment 1 | Private | $ | 500.00 |
| 181 | The Wild Circle | Private | $ | 500.00 |

| 182 | Theatre Of Lust | Private | $ | 500.00 |
|-----|-----------------|---------|---|--------|
| 183 | Too Many Women for a Man | Private | $ | 500.00 |
| 184 | Tribal Fantasies | Private | $ | 600.00 |
| 185 | Tropical Cock Tales | Private | $ | 500.00 |
| 186 | Tropical twins | Private | $ | 600.00 |
| 187 | Trust No One | Private | $ | 500.00 |
| 188 | Victoria Blue- The Twisted | Private | $ | 500.00 |
| 189 | Victoria's Wet Secrets | Private | $ | 500.00 |
| 190 | Virginia's Story | Private | $ | 500.00 |
| 191 | Virtualia 1: Episode 1, Cyber Sex | Private | $ | 500.00 |
| 192 | Virtualia 2: The Final Truth | Private | $ | 500.00 |
| 193 | Virtualia 4: Dark Side 2, The Secret of the Stone | Private | $ | 500.00 |
| 194 | Virtualia 5: Dark Side 3, A New Sex Dimension | Private | $ | 500.00 |
| 195 | Virtualia 6: Lost in Sex | Private | $ | 500.00 |
| 196 | Voodoo Sex Dolls | Private | $ | 500.00 |
| 197 | Wanna Cum For A Ride? | Private | $ | 500.00 |
| 198 | Without Limits 2 | Private | $ | 500.00 |
| 199 | Without Limits, Sex Out Of Control | Private | $ | 500.00 |
| 200 | Xtreme Desires | Private | $ | 500.00 |
| Total | | | | $106,000.00 |