1   TIMOTHY DILLON (SBN 190839)
2   DILLON & GERARDI APC
    4660 La Jolla Village Drive. #1040
3   San Diego, CA 92122
    (858) 587-1800
4   Fax (858) 587-2587
5   tdillon@dillongerardi.com          E-filing
6
    SPENCER D. FREEMAN (*pro hac vice* pending)
7   FREEMAN LAW FIRM, INC.
8   2104 N. 30th St.
    Tacoma, WA 98403
9   (253) 383-4500
10  sfreeman@freemanlawfirm.org

11
                  UNITED STATES DISTRICT COURT
12               NORTHERN DISTRICT OF CALIFORNIA

13
    FRASERSIDE HOLDINGS, LTD., a          Case No:
14  foreign limited liability company,    CV 10      3585

15                                        COMPLAINT FOR DAMAGES AND
            Plaintiff,                     INJUNCTIVE RELIEF
16
    vs.
17
    METAINTERFACES, LLC, a California
18  limited liability company,

19
            Defendants.
20

21       Plaintiff Fraserside Holdings, Ltd., a foreign limited liability company with its

22  principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23  Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24  "Fraserside")  brings this action against METAINTERFACES, LLC, a California

25  limited liability company (hereinafter "Defendant" or "Metainterfaces"), with its

26

                                          1
                 COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

principal place of business located in San Francisco, California, and alleges as follows:

## JURISDICTION AND VENUE

1.     This is an action which arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, Section 32 of the Lanham Act, 15 U.S.C. §1114(1) (Direct Trademark Infringement); and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (False Designation of Origin and Unfair Competition). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b).

2.     This Court has original jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a), 17 U.S.C. § 501, 15 U.S.C. §1114(1), and 15 U.S.C. § 1125(a).

3.     Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

## PARTIES

4.     Plaintiff is a foreign limited liability company with its principal place of business in Limassol, Cyprus.

5.     Defendant is a California limited liability company, with its principal place of business in San Francisco, California.

## FACTUAL BACKGROUND

6.     Plaintiff Fraserside Holdings, Ltd is a Cyprus based company with offices in Limassol, Cyprus

7.     Fraserside is one of the world's leading producers of high quality brand driven motion picture films. Fraserside motion pictures are distributed on a wide range of platforms including mobile handsets via 104 network operators in 45 countries, digital TV via 38 platforms in 24 countries, broadband Internet, television broadcasting and sold on DVD's.

8.     Plaintiff's trademark and trade name "PRIVATE" as well as its derivatives, logotypes, applications and modifications and all the additional trademarks and applications are property of Cine Craft Ltd., without limitation, for all related products and services are licensed internationally to use and license all throughout the world in all formats, supports and distribution channels. For many years, the purchasing public has come to know, rely upon and recognize the trademark and trade name PRIVATE. Since in or around December 2003, Fraserside has owned Cine Craft Ltd.

9.     Plaintiff owns the worldwide rights to its extensive archive of high-quality content and also licenses its trademarks internationally for a select range of luxury consumer products.

10.     Metainterfaces owns and operates multiple subscription based Internet Web sites that display videos.

11.     On May 11, 2009, Fraserside and Metainterfaces entered into a Content Licensing Agreement (the "License Agreement") wherein Fraserside provided Metainterfaces with 200 films in DVD format for the sole purpose of allowing Metainterfaces to provide its customers access to stream digitized parts of the films or complete films through Metainterfaces web sites. The License Agreement also granted Metainterfaces rights to display the PRIVATE trademark on Metainterfaces' web sites in conjunction with displaying the films.

12.     The License Agreement specifically requires Metainterfaces to periodically but consistently notify and update Fraserside on all Metainterfaces' web sites that are providing Plaintiff's films to Metainterfaces' customers.

13.     The License Agreement specifically forbids Metainterfaces from using any Plaintiff film commercially for the benefit of any third party.

14. The License Agreement specifically forbids Metainterfaces from permitting anyone, including Metainterfaces' affiliates, from using any portion of a Plaintiff film in excess of two minutes as a promotional segment for Metainterfaces' controlled Web sites.

15. The License Agreement specifically forbids Metainterfaces from giving away Plaintiff films.

16. The License Agreement specifically requires MetaInterfaces to provide Fraserside with a list of all Internet web sites MetaInterfaces is displaying Plaintiff videos.

17. The License Agreement was executed in San Fransisco, California and the parties consented to the jurisdiction of the Courts of California.

18. Plaintiff's PRIVATE trademark and service mark have been continuously used in commerce since at least June 1968. U.S. Trademark Registration No. 1014975 was registered on July 1, 1975 and renewed on September 6, 2005.

19. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE. As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE as an international brand of high quality entertainment.

20. Plaintiff's "PRIVATE GOLD" trademark and service mark have been continuously used in commerce since at least August 2004. U.S. Trademark Registration No. 3188677 was registered on December 26, 2006.

21. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE GOLD. As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE GOLD as an international brand of high quality entertainment.

22.   Plaintiff's PRIVATE trademark and service mark design of two human female figures has been continuously used in commerce since at least December 2004. U.S. Trademark Registration No. 3389749 was registered on February 26, 2008.

23.   Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark design of two human female figures. As a result, the purchasing public has come to know, rely upon and recognize the mark design of two human female figures as indentifying Plaintiff's work, an international brand of high quality entertainment.

24.   Plaintiff's PIRATE trademark and service mark has been continuously used in commerce since at least February 24, 2000. U.S. Trademark Registration No. 3137445 was registered on September 5, 2006.

25.   Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark PIRATE. As a result, the purchasing public has come to know, rely upon and recognize the mark PIRATE as an international brand of high quality entertainment.

26.   Plaintiff's trademarks and service marks discussed herein were distinctive at the time of Defendant's use and remains distinctive today.

## DEFENDANT'S UNLAWFUL CONDUCT

27.   In May 2010, it was discovered that over 250 separate instances of copyright infringement and multiple separate and distinct instances of trademark infringement of Plaintiff's intellectual property existed on multiple web sites owned and controlled by MetaInterfaces or, if not so owned and controlled, web sites specifically and intentionally directing Internet users to web sites owned and controlled by MetaInterfaces.

28.   The manner in which the infringing Internet web sites are operated prevents a general user and/or observer from determining whether MetaInterfaces actually owns and/or controls the site or the site is that of a third party displaying Plaintiff's videos provided by Metainterfaces.

29.   In the instances where MetaInterfaces owned and controlled the web site displaying Plaintiff's videos, MetaInterfaces is governed by terms of the licensing agreement that prevent and prohibit MetaInterfaces from utilizing Plaintiff's videos for the benefit of third parties in any manner.

30.   In the instances where the Internet web sites displaying are owned and controlled by third parties, the Plaintiff's videos are provided by MetaInterfaces, and MetaInterfaces is governed by the terms of the licensing agreement that prevents and prohibits MetaInterfaces from giving away, Plaintiff's videos and permitting any affiliate, or other person/entity directing Internet traffic to MetaInterfaces' web sites, to use more than two minutes of a Plaintiff video.

**www.skimtube.com**

31.   On the Internet web site located at www.skimtube.com, Plaintiff videos are displayed.

32.   Defendants have incorporated a business model which uses infringing content to attract a high volume of visitors to the site for the purpose of selling advertising.

33.   In the locations on www.skimtube.com where Plaintiff videos are displayed, advertisements for third party vendors are displayed.   The Plaintiff videos specifically benefit those third party advertisers.

34.   When a user initiates any Plaintiff video on www.skimtube.com, a third party advertisement displays **over the Plaintiff's video** at the start of the video, at any pause of the video, and at the end of the video.   The display over the Plaintiff

1 | video requires direct interaction from the user in order to further display the Plaintiff

2 | video. If the user does not click on a very specific location to close the

3 | advertisement, the user is directed to a third party website. Plaintiff video is also

4 | surrounded by additional third party advertising.

5 |      35.    Each Plaintiff video displayed on www.skimtube.com exceeds nine (9)

6 | minutes in length.

7 |      36.    Each Plaintiff video displayed on www.skimtube.com is accompanied

8 | with a specific statement that the video is provided "By: X-Movie," and specific link

9 | to www.xmovie.com, which is owned and controlled by MetaInterfaces.

10 |      37.    In May 2010, www.skimtube.com displayed and offered for viewing

11 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

12 | PA1-670-905, specifically located at

13 | http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work

14 | was displayed in this manner without the consent of, or licensing by, Fraserside, the

15 | copyright owner and registrant of the motion picture. The Content Licensing

16 | Agreement specifically prohibited MetaInterface's display in this manner or

17 | MetaInterfaces permission and/or authorization for such display.

18 |      38.    In May 2010, www.skimtube.com displayed and offered for viewing

19 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

20 | PA1-670-905, specifically located at http://www.skimtube.com/68969-Barbara-

21 | Voice-And-Sintia-Stone-Anal-Mermaids.htm. This copyrighted work was displayed

22 | in this manner without the consent of, or licensing by, Fraserside, the copyright

23 | owner and registrant of the motion picture. The Content Licensing Agreement

24 | specifically prohibited MetaInterface's display in this manner or MetaInterfaces

25 | permission and/or authorization for such display.

26 |

39.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

40.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://www.skimtube.com/68664-Monika-Unco-Anal-Mermaids.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

41.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

42.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

PA1-670-905, specifically located at http://www.skimtube.com/68524-Maya-Gold-Anal-Mermaids.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

43.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://skimtube.com/index.php?search=anal%20mermaids.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

44.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://www.skimtube.com/68791-Dorina-And-Judith-Kostner-Anal-Mermaids.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

45.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://skimtube.com/index.php?search=anal%20mermaids.  This copyrighted work

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the

2  copyright owner and registrant of the motion picture. The Content Licensing

3  Agreement specifically prohibited MetaInterface's display in this manner or

4  MetaInterfaces permission and/or authorization for such display.

5       46.    In May 2010, www.skimtube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

7  PA1-670-905, specifically located at http://www.skimtube.com/68523-Maya-Gold-

8  Anal-Mermaids.htm. This copyrighted work was displayed in this manner without

9  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

10  motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13       47.    In May 2010, www.skimtube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

15  PA1-670-905, specifically located at

16  http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work

17  was displayed in this manner without the consent of, or licensing by, Fraserside, the

18  copyright owner and registrant of the motion picture. The Content Licensing

19  Agreement specifically prohibited MetaInterface's display in this manner or

20  MetaInterfaces permission and/or authorization for such display.

21       48.    In May 2010, www.skimtube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

23  PA1-670-905, specifically located at http://www.skimtube.com/68579-Eva-

24  Mercedes-Anal-Mermaids.htm. This copyrighted work was displayed in this manner

25  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

26  of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or

2  authorization for such display.

3      49.   In May 2010, www.skimtube.com displayed and offered for viewing

4  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

5  PA1-670-905, specifically located at http://www.skimtube.com/68580-Eva-

6  Mercedes-Anal-Mermaids.htm.  This copyrighted work was displayed in this manner

7  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

8  of the motion picture. The Content Licensing Agreement specifically prohibited

9  MetaInterface's display in this manner or MetaInterfaces permission and/or

10  authorization for such display.

11      50.   In May 2010, www.skimtube.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

13  PA1-670-905, specifically located at

14  http://skimtube.com/index.php?search=anal%20mermaids.  This copyrighted work

15  was displayed in this manner without the consent of, or licensing by, Fraserside, the

16  copyright owner and registrant of the motion picture.  The Content Licensing

17  Agreement specifically prohibited MetaInterface's display in this manner or

18  MetaInterfaces permission and/or authorization for such display.

19      51.   In May 2010, www.skimtube.com displayed and offered for viewing

20  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

21  PA1-674-266, specifically located at

22  http://skimtube.com/index.php?search=anal%20freedom.  This copyrighted work was

23  displayed in this manner without the consent of, or licensing by, Fraserside, the

24  copyright owner and registrant of the motion picture.  The Content Licensing

25  Agreement specifically prohibited MetaInterface's display in this manner or

26  MetaInterfaces permission and/or authorization for such display.

52.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://www.skimtube.com/54742-Sadie-Jane-And-Naudia-Rio-Anal-Freedom.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

53.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://skimtube.com/index.php?search=anal%20freedom.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

54.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://www.skimtube.com/54710-Naudia-Rio-Anal-Freedom.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

55.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

1 PA1-674-266, specifically located at

2 http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was

3 displayed in this manner without the consent of, or licensing by, Fraserside, the

4 copyright owner and registrant of the motion picture. The Content Licensing

5 Agreement specifically prohibited MetaInterface's display in this manner or

6 MetaInterfaces permission and/or authorization for such display.

7    56.    In May 2010, www.skimtube.com displayed and offered for viewing

8 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

9 PA1-674-266, specifically located at http://www.skimtube.com/54657-Vanilla-Skye-

10 Anal-Freedom.htm. This copyrighted work was displayed in this manner without the

11 consent of, or licensing by, Fraserside, the copyright owner and registrant of the

12 motion picture. The Content Licensing Agreement specifically prohibited

13 MetaInterface's display in this manner or MetaInterfaces permission and/or

14 authorization for such display.

15    57.    In May 2010, www.skimtube.com displayed and offered for viewing

16 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

17 PA1-674-266, specifically located at

18 http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was

19 displayed in this manner without the consent of, or licensing by, Fraserside, the

20 copyright owner and registrant of the motion picture. The Content Licensing

21 Agreement specifically prohibited MetaInterface's display in this manner or

22 MetaInterfaces permission and/or authorization for such display.

23    58.    In May 2010, www.skimtube.com displayed and offered for viewing

24 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

25 PA1-674-266, specifically located at http://www.skimtube.com/54665-Kat-Anal-

26 Freedom.htm. This copyrighted work was displayed in this manner without the

1  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

2  motion picture.  The Content Licensing Agreement specifically prohibited

3  MetaInterface's display in this manner or MetaInterfaces permission and/or

4  authorization for such display.

5       59.   In May 2010, www.skimtube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

7  PA1-674-266, specifically located at http://www.skimtube.com/54643-Venus-Anal-

8  Freedom.htm.  This copyrighted work was displayed in this manner without the

9  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

10  motion picture.  The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13       60.   In May 2010, www.skimtube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

15  PA1-674-266, specifically located at

16  http://skimtube.com/index.php?search=anal%20freedom.  This copyrighted work was

17  displayed in this manner without the consent of, or licensing by, Fraserside, the

18  copyright owner and registrant of the motion picture.  The Content Licensing

19  Agreement specifically prohibited MetaInterface's display in this manner or

20  MetaInterfaces permission and/or authorization for such display.

21       61.   In May 2010, www.skimtube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

23  PA1-674-266, specifically located at http://www.skimtube.com/54643-Venus-Anal-

24  Freedom.htm.  This copyrighted work was displayed in this manner without the

25  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

26  motion picture.  The Content Licensing Agreement specifically prohibited

MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

62.     In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://www.skimtube.com/54637-Melissa-Lauren-Anal-Freedom.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

63.     In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

64.     In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/56940-Donna-Marie-Beauties-In-The-Tropix.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

65.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

66.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/57004-Suzie-Carina-And-Veronica-Da-Souza-Beauties-In-The-Tropix.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

67.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

68.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

1 Number PA1-674-265, specifically located at http://www.skimtube.com/56976-
2 Suzie-Carina-Beauties-In-The-Tropix.htm. This copyrighted work was displayed in
3 this manner without the consent of, or licensing by, Fraserside, the copyright owner
4 and registrant of the motion picture. The Content Licensing Agreement specifically
5 prohibited MetaInterface's display in this manner or MetaInterfaces permission
6 and/or authorization for such display.

7     69.   In May 2010, www.skimtube.com displayed and offered for viewing
8 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
9 Number PA1-674-265, specifically located at
10 http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This
11 copyrighted work was displayed in this manner without the consent of, or licensing
12 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
13 Licensing Agreement specifically prohibited MetaInterface's display in this manner
14 or MetaInterfaces permission and/or authorization for such display.

15     70.   In May 2010, www.skimtube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
17 Number PA1-674-265, specifically located at http://www.skimtube.com/118382-
18 Suzie-Carina-Beauties-In-The-Tropix---Scene-2.htm. This copyrighted work was
19 displayed in this manner without the consent of, or licensing by, Fraserside, the
20 copyright owner and registrant of the motion picture. The Content Licensing
21 Agreement specifically prohibited MetaInterface's display in this manner or
22 MetaInterfaces permission and/or authorization for such display.

23     71.   In May 2010, www.skimtube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
25 Number PA1-674-265, specifically located at
26 http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This

1  copyrighted work was displayed in this manner without the consent of, or licensing
2  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
3  Licensing Agreement specifically prohibited MetaInterface's display in this manner
4  or MetaInterfaces permission and/or authorization for such display.

5     72.   In May 2010, www.skimtube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
7  Number PA1-674-265, specifically located at http://www.skimtube.com/57079-
8  Jennifer-S-And-Thalia-Beauties-In-The-Tropix.htm. This copyrighted work was
9  displayed in this manner without the consent of, or licensing by, Fraserside, the
10 copyright owner and registrant of the motion picture. The Content Licensing
11 Agreement specifically prohibited MetaInterface's display in this manner or
12 MetaInterfaces permission and/or authorization for such display.

13    73.   In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
15 Number PA1-674-265, specifically located at
16 http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This
17 copyrighted work was displayed in this manner without the consent of, or licensing
18 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 or MetaInterfaces permission and/or authorization for such display.

21    74.   In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
23 Number PA1-674-265, specifically located at http://www.skimtube.com/57045-
24 Kathy-Anderson-Beauties-In-The-Tropix.htm. This copyrighted work was displayed
25 in this manner without the consent of, or licensing by, Fraserside, the copyright
26 owner and registrant of the motion picture. The Content Licensing Agreement

1  specifically prohibited MetaInterface's display in this manner or MetaInterfaces
2  permission and/or authorization for such display.

3       75.    In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Coming of Age, Copyright Registration Number
5  PA1-674-262, specifically located at
6  http://www.skimtube.com/index.php?search=COMING%20OF%20AGE.  This
7  copyrighted work was displayed in this manner without the consent of, or licensing
8  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
9  Licensing Agreement specifically prohibited MetaInterface's display in this manner
10  or MetaInterfaces permission and/or authorization for such display.

11       76.    In May 2010, www.skimtube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Coming of Age, Copyright Registration Number
13  PA1-674-262, specifically located at http://www.skimtube.com/68712-Unknown-
14  Coming-Of-Age.htm.  This copyrighted work was displayed in this manner without
15  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16  motion picture.  The Content Licensing Agreement specifically prohibited
17  MetaInterface's display in this manner or MetaInterfaces permission and/or
18  authorization for such display.

19       77.    In May 2010, www.skimtube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12,
21  Copyright Registration Number PA1-674-498, specifically located at
22  http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012
23  .  This copyrighted work was displayed in this manner without the consent of, or
24  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
25  The Content Licensing Agreement specifically prohibited MetaInterface's display in
26  this manner or MetaInterfaces permission and/or authorization for such display.

78.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/77574-Bibian-Norai-And-Christina-Bella-And-Malena-Conde-And-Miercole-The-Fetish-Garden.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

79.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012 .  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

80.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/78060-Claudia-Claire-And-Christina-Bella-The-Fetish-Garden.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

81.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012 . This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

82.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/77888-Stacy-Silver-The-Fetish-Garden.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

83.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-674-249, specifically located at http://www.skimtube.com/index.php?search=GLADIATOR.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

84.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-

674-249, specifically located at http://www.skimtube.com/59494-Dorothy-Black-And-Rita-Faltoyano-And-Tina-T-Gladiator.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

85.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://www.skimtube.com/index.php?search=SEX,%20LIES%20&%20INTERNET. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

86.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://www.skimtube.com/56758-Sandra-Iron-Sex-Lies-And-Internet.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

87.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Story of Bobbi Eden, Copyright Registration Number PA1-674-274, specifically located at http://www.skimtube.com/index.php?search=explosive%20women.  This copyrighted

1  work was displayed in this manner without the consent of, or licensing by, Fraserside,

2  the copyright owner and registrant of the motion picture.  The Content Licensing

3  Agreement specifically prohibited MetaInterface's display in this manner or

4  MetaInterfaces permission and/or authorization for such display.

5      88.   In May 2010, www.skimtube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Story of Bobbi Eden, Copyright Registration

7  Number PA1-674-274, specifically located at http://www.skimtube.com/56163-

8  Bobbi-Eden-Explosive-Women.htm.  This copyrighted work was displayed in this

9  manner without the consent of, or licensing by, Fraserside, the copyright owner and

10 registrant of the motion picture.  The Content Licensing Agreement specifically

11 prohibited MetaInterface's display in this manner or MetaInterfaces permission

12 and/or authorization for such display.

13     89.   In May 2010, www.skimtube.com displayed and offered for viewing

14 Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration

15 Number PA1-674-267, specifically located at

16 http://www.skimtube.com/index.php?search=a%20taste%20of%20pleasure.  This

17 copyrighted work was displayed in this manner without the consent of, or licensing

18 by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

19 Licensing Agreement specifically prohibited MetaInterface's display in this manner

20 or MetaInterfaces permission and/or authorization for such display.

21     90.   In May 2010, www.skimtube.com displayed and offered for viewing

22 Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration

23 Number PA1-674-267, specifically located at http://www.skimtube.com/118802-

24 Black-Diamond-A-Taste-Of-Pleasure---Scene-5.htm.  This copyrighted work was

25 displayed in this manner without the consent of, or licensing by, Fraserside, the

26 copyright owner and registrant of the motion picture.  The Content Licensing

1 | Agreement specifically prohibited MetaInterface's display in this manner or

2 | MetaInterfaces permission and/or authorization for such display.

3 |     91.    In May 2010, www.skimtube.com displayed and offered for viewing

4 | Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration

5 | Number PA1-674-267, specifically located at

6 | http://www.skimtube.com/index.php?search=a%20taste%20of%20pleasure.  This

7 | copyrighted work was displayed in this manner without the consent of, or licensing

8 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

9 | Licensing Agreement specifically prohibited MetaInterface's display in this manner

10 | or MetaInterfaces permission and/or authorization for such display.

11 |     92.    In May 2010, www.skimtube.com displayed and offered for viewing

12 | Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration

13 | Number PA1-674-267, specifically located at http://www.skimtube.com/118487-

14 | Lily-Love-A-Taste-Of-Pleasure---Scene-2.htm.  This copyrighted work was

15 | displayed in this manner without the consent of, or licensing by, Fraserside, the

16 | copyright owner and registrant of the motion picture.  The Content Licensing

17 | Agreement specifically prohibited MetaInterface's display in this manner or

18 | MetaInterfaces permission and/or authorization for such display.

19 |     93.    In May 2010, www.skimtube.com displayed and offered for viewing

20 | Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration

21 | Number PA1-670-898, specifically located at

22 | /www.skimtube.com/index.php?search=Caribbean%20Dream.  This copyrighted

23 | work was displayed in this manner without the consent of, or licensing by, Fraserside,

24 | the copyright owner and registrant of the motion picture.  The Content Licensing

25 | Agreement specifically prohibited MetaInterface's display in this manner or

26 | MetaInterfaces permission and/or authorization for such display.

94.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90037-Nikki-Rider-Caribbean-Dream.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

95.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90108-Jane-Darling-Caribbean-Dream.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

96.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90557-Laura-Lion-Caribbean-Dream.htm.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

97.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration

1    Number PA1-670-898, specifically located at http://www.skimtube.com/90244-

2    Katia-And-Veronica-Da-Souza-Caribbean-Dream.htm.  This copyrighted work was

3    displayed in this manner without the consent of, or licensing by, Fraserside, the

4    copyright owner and registrant of the motion picture.  The Content Licensing

5    Agreement specifically prohibited MetaInterface's display in this manner or

6    MetaInterfaces permission and/or authorization for such display.

7        98.    In May 2010, www.skimtube.com displayed and offered for viewing

8    Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

9    PA1-670-902, specifically located at

10   http://www.skimtube.com/index.php?search=spread%20my%20lips.  This

11   copyrighted work was displayed in this manner without the consent of, or licensing

12   by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

13   Licensing Agreement specifically prohibited MetaInterface's display in this manner

14   or MetaInterfaces permission and/or authorization for such display.

15       99.    In May 2010, www.skimtube.com displayed and offered for viewing

16   Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

17   PA1-670-902, specifically located at http://www.skimtube.com/54740-Rebecca-

18   Linares-Spread-My-Lips.htm.  This copyrighted work was displayed in this manner

19   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

20   of the motion picture.  The Content Licensing Agreement specifically prohibited

21   MetaInterface's display in this manner or MetaInterfaces permission and/or

22   authorization for such display.

23       100.   In May 2010, www.skimtube.com displayed and offered for viewing

24   Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

25   PA1-670-902, specifically located at http://www.skimtube.com/54613-Electra-Angel-

26   And-Katy-Caro-Spread-My-Lips.htm.  This copyrighted work was displayed in this

1 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
2 | registrant of the motion picture. The Content Licensing Agreement specifically
3 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
4 | and/or authorization for such display.

5 |     101. In May 2010, www.skimtube.com displayed and offered for viewing
6 | Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
7 | PA1-670-902, specifically located at http://www.skimtube.com/54605-Sharka-Blue-
8 | Spread-My-Lips.htm. This copyrighted work was displayed in this manner without
9 | the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
10 | motion picture. The Content Licensing Agreement specifically prohibited
11 | MetaInterface's display in this manner or MetaInterfaces permission and/or
12 | authorization for such display.

13 |     102. In May 2010, www.skimtube.com displayed and offered for viewing
14 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
15 | Registration Number PA1-670-899, specifically located at
16 | http://www.skimtube.com/index.php?search=dominatrix%20chess%20gambit. This
17 | copyrighted work was displayed in this manner without the consent of, or licensing
18 | by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 | or MetaInterfaces permission and/or authorization for such display.

21 |     103. In May 2010, www.skimtube.com displayed and offered for viewing
22 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
23 | Registration Number PA1-670-899, specifically located at
24 | http://www.skimtube.com/79578-Melinda-Vecsey-And-Michelle-Wild-And-Orsi-
25 | Shine-Dominatrix-Chess-Gambit.htm. This copyrighted work was displayed in this
26 | manner without the consent of, or licensing by, Fraserside, the copyright owner and

1   registrant of the motion picture. The Content Licensing Agreement specifically
2   prohibited MetaInterface's display in this manner or MetaInterfaces permission
3   and/or authorization for such display.

4       104. In May 2010, www.skimtube.com displayed and offered for viewing
5   Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
6   Registration Number PA1-670-899, specifically located at
7   http://www.skimtube.com/79517-Dora-Venter-And-Jessica-Mark-And-Michelle-
8   Wild-Dominatrix-Chess-Gambit.htm. This copyrighted work was displayed in this
9   manner without the consent of, or licensing by, Fraserside, the copyright owner and
10   registrant of the motion picture. The Content Licensing Agreement specifically
11   prohibited MetaInterface's display in this manner or MetaInterfaces permission
12   and/or authorization for such display.

13       105. In May 2010, www.skimtube.com displayed and offered for viewing
14   Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
15   PA1-672-445, specifically located at
16   http://www.skimtube.com/index.php?search=sexy%20business. This copyrighted
17   work was displayed in this manner without the consent of, or licensing by, Fraserside,
18   the copyright owner and registrant of the motion picture. The Content Licensing
19   Agreement specifically prohibited MetaInterface's display in this manner or
20   MetaInterfaces permission and/or authorization for such display.

21       106. In May 2010, www.skimtube.com displayed and offered for viewing
22   Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
23   PA1-672-445, specifically located at http://www.skimtube.com/89438-Poppy-
24   Morgan-Sexy-Business.htm. This copyrighted work was displayed in this manner
25   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26   of the motion picture. The Content Licensing Agreement specifically prohibited

1 | MetaInterface's display in this manner or MetaInterfaces permission and/or
2 | authorization for such display.

3 |     107.   In May 2010, www.skimtube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
5 | PA1-672-445, specifically located at http://www.skimtube.com/90001-Lucy-Love-
6 | And-Priva-Sexy-Business.htm.  This copyrighted work was displayed in this manner
7 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
8 | of the motion picture.  The Content Licensing Agreement specifically prohibited
9 | MetaInterface's display in this manner or MetaInterfaces permission and/or
10 | authorization for such display.

11 |     108.   In May 2010, www.skimtube.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
13 | PA1-672-445, specifically located at http://www.skimtube.com/89396-Katin-Sexy-
14 | Business.htm.  This copyrighted work was displayed in this manner without the
15 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 | motion picture.  The Content Licensing Agreement specifically prohibited
17 | MetaInterface's display in this manner or MetaInterfaces permission and/or
18 | authorization for such display.

19 |     109.   In May 2010, www.skimtube.com displayed and offered for viewing
20 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
21 | PA1-672-445, specifically located at http://www.skimtube.com/89735-Jamie-Brooks-
22 | And-Mandy-Saxo-Sexy-Business.htm.  This copyrighted work was displayed in this
23 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
24 | registrant of the motion picture.  The Content Licensing Agreement specifically
25 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
26 | and/or authorization for such display.

110.   In May 2010, www.skimtube.com displayed and offered for viewing
Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
PA1-672-445, specifically located at http://www.skimtube.com/89788-Angelina-Sky-
Sexy-Business.htm.  This copyrighted work was displayed in this manner without the
consent of, or licensing by, Fraserside, the copyright owner and registrant of the
motion picture.  The Content Licensing Agreement specifically prohibited
MetaInterface's display in this manner or MetaInterfaces permission and/or
authorization for such display.

111.   In May 2010, www.skimtube.com displayed and offered for viewing
Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
PA1-672-445, specifically located at http://www.skimtube.com/89621-Nikki-Nite-
Sexy-Business.htm.  This copyrighted work was displayed in this manner without the
consent of, or licensing by, Fraserside, the copyright owner and registrant of the
motion picture.  The Content Licensing Agreement specifically prohibited
MetaInterface's display in this manner or MetaInterfaces permission and/or
authorization for such display.

112.   In May 2010, www.skimtube.com displayed and offered for viewing
Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
PA1-670-893, specifically located at
http://www.skimtube.com/index.php?search=tropical%20twins.  This copyrighted
work was displayed in this manner without the consent of, or licensing by, Fraserside,
the copyright owner and registrant of the motion picture.  The Content Licensing
Agreement specifically prohibited MetaInterface's display in this manner or
MetaInterfaces permission and/or authorization for such display.

113.   In May 2010, www.skimtube.com displayed and offered for viewing
Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

PA1-670-893, specifically located at http://www.skimtube.com/89669-Sharka-Blue-And-Liliane-Tiger-Tropical-Twins.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

114. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number PA1-670-893, specifically located at http://www.skimtube.com/89650-Melany-Jolie-Tropical-Twins.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

115. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number PA1-670-893, specifically located at http://www.skimtube.com/89900-Jane-Darling-And-Priva-Tropical-Twins.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

116. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration Number PA1-670-901, specifically located at http://www.skimtube.com/index.php?search=guns%20and. This copyrighted work

1 │ was displayed in this manner without the consent of, or licensing by, Fraserside, the
2 │ copyright owner and registrant of the motion picture. The Content Licensing
3 │ Agreement specifically prohibited MetaInterface's display in this manner or
4 │ MetaInterfaces permission and/or authorization for such display.

5 │      117. In May 2010, www.skimtube.com displayed and offered for viewing
6 │ Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
7 │ Number PA1-670-901, specifically located at http://www.skimtube.com/74524-
8 │ Michelle-Wild-Guns-And-Rough-Sex.htm. This copyrighted work was displayed in
9 │ this manner without the consent of, or licensing by, Fraserside, the copyright owner
10 │ and registrant of the motion picture. The Content Licensing Agreement specifically
11 │ prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 │ and/or authorization for such display.

13 │      118. In May 2010, www.skimtube.com displayed and offered for viewing
14 │ Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
15 │ Number PA1-677-516, specifically located at
16 │ http://www.skimtube.com/index.php?search=forbidden%20games. This copyrighted
17 │ work was displayed in this manner without the consent of, or licensing by, Fraserside,
18 │ the copyright owner and registrant of the motion picture. The Content Licensing
19 │ Agreement specifically prohibited MetaInterface's display in this manner or
20 │ MetaInterfaces permission and/or authorization for such display.

21 │      119. In May 2010, www.skimtube.com displayed and offered for viewing
22 │ Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
23 │ Number PA1-677-516, specifically located at http://www.skimtube.com/77919-Dora-
24 │ Venter-Forbidden-Games.htm. This copyrighted work was displayed in this manner
25 │ without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 │ of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or

2  authorization for such display.

3      120.   In May 2010, www.skimtube.com displayed and offered for viewing

4  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

5  Number PA1-677-516, specifically located at http://www.skimtube.com/78082-

6  Monica-Sweetheart-Forbidden-Games.htm.  This copyrighted work was displayed in

7  this manner without the consent of, or licensing by, Fraserside, the copyright owner

8  and registrant of the motion picture.  The Content Licensing Agreement specifically

9  prohibited MetaInterface's display in this manner or MetaInterfaces permission

10  and/or authorization for such display.

11      121.   In May 2010, www.skimtube.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

13  Number PA1-677-516, specifically located at http://www.skimtube.com/77545-Tera-

14  Joy-Forbidden-Games.htm.  This copyrighted work was displayed in this manner

15  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

16  of the motion picture.  The Content Licensing Agreement specifically prohibited

17  MetaInterface's display in this manner or MetaInterfaces permission and/or

18  authorization for such display.

19      122.   In May 2010, www.skimtube.com displayed and offered for viewing

20  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration

21  Number PA1-675-815, specifically located at

22  http://www.skimtube.com/index.php?search=paintball%20warriors.  This

23  copyrighted work was displayed in this manner without the consent of, or licensing

24  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

25  Licensing Agreement specifically prohibited MetaInterface's display in this manner

26  or MetaInterfaces permission and/or authorization for such display.

123. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration Number PA1-675-815, specifically located at http://www.skimtube.com/57789-Diana-Gold-Paintball-Warriors.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

124. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.skimtube.com/index.php?search=dangerous%20curves. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

125. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.skimtube.com/78070-Gabriella-Tchekan-Dangerous-Curves.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

126. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

1  Number PA1-675-596, specifically located at http://www.skimtube.com/77880-
2  Suzie-Sweet-Dangerous-Curves.htm.  This copyrighted work was displayed in this
3  manner without the consent of, or licensing by, Fraserside, the copyright owner and
4  registrant of the motion picture.  The Content Licensing Agreement specifically
5  prohibited MetaInterface's display in this manner or MetaInterfaces permission
6  and/or authorization for such display.

7     127.  In May 2010, www.skimtube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
9  Number PA1-675-596, specifically located at http://www.skimtube.com/77676-Jane-
10 Darling-Dangerous-Curves.htm.  This copyrighted work was displayed in this manner
11 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
12 of the motion picture.  The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15    128.  In May 2010, www.skimtube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
17 Number PA1-675-596, specifically located at http://www.skimtube.com/77642-
18 Gabriella-Bond-Dangerous-Curves.htm.  This copyrighted work was displayed in this
19 manner without the consent of, or licensing by, Fraserside, the copyright owner and
20 registrant of the motion picture.  The Content Licensing Agreement specifically
21 prohibited MetaInterface's display in this manner or MetaInterfaces permission
22 and/or authorization for such display.

23    129.  In May 2010, www.skimtube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
25 Number PA1-675-596, specifically located at http://www.skimtube.com/77606-
26 Cecile-Dangerous-Curves.htm.  This copyrighted work was displayed in this manner

1   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

2   of the motion picture. The Content Licensing Agreement specifically prohibited

3   MetaInterface's display in this manner or MetaInterfaces permission and/or

4   authorization for such display.

5        130.  In May 2010, www.skimtube.com displayed and offered for viewing

6   Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

7   Number PA1-675-596, specifically located at http://www.skimtube.com/77918-

8   Vanessa-Dangerous-Cur. This copyrighted work was displayed in this manner

9   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10  of the motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13        131.  In May 2010, www.skimtube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

15  Number PA1-675-596, specifically located at http://www.skimtube.com/77745-

16  Laura-Lion-And-Stacy-Silver-Dangerous-Curves.htm. This copyrighted work was

17  displayed in this manner without the consent of, or licensing by, Fraserside, the

18  copyright owner and registrant of the motion picture. The Content Licensing

19  Agreement specifically prohibited MetaInterface's display in this manner or

20  MetaInterfaces permission and/or authorization for such display.

21        132.  In May 2010, www.skimtube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

23  670-897, specifically located at http://skimtube.com/index.php?search=tenerife. This

24  copyrighted work was displayed in this manner without the consent of, or licensing

25  by, Fraserside, the copyright owner and registrant of the motion picture. The Content

26

Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

133.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89751-Lara-Stevens-And-Priva-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

134.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://skimtube.com/index.php?search=tenerife. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

135.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89672-Lara-Stevens-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

136. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89949-Jane-Darling-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

137. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89516-Jane-Darling-And-Silvia-Saint-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

138. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89565-Angel-Felon-And-Melissa-Black-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

139. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1 | Number PA1-670-895, specifically located at

2 | http://www.skimtube.com/index.php?search=the%20girls%20of%20desire.  This

3 | copyrighted work was displayed in this manner without the consent of, or licensing

4 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

5 | Licensing Agreement specifically prohibited MetaInterface's display in this manner

6 | or MetaInterfaces permission and/or authorization for such display.

7 |     140.   In May 2010, www.skimtube.com displayed and offered for viewing

8 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

9 | Number PA1-670-895, specifically located at http://www.skimtube.com/61909-

10 | Sophie-Moone-The-Girls-Of-Desire.htm.  This copyrighted work was displayed in

11 | this manner without the consent of, or licensing by, Fraserside, the copyright owner

12 | and registrant of the motion picture.  The Content Licensing Agreement specifically

13 | prohibited MetaInterface's display in this manner or MetaInterfaces permission

14 | and/or authorization for such display.

15 |     141.   In May 2010, www.skimtube.com displayed and offered for viewing

16 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

17 | Number PA1-670-895, specifically located at

18 | http://www.skimtube.com/index.php?search=the%20girls%20of%20desire.  This

19 | copyrighted work was displayed in this manner without the consent of, or licensing

20 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

21 | Licensing Agreement specifically prohibited MetaInterface's display in this manner

22 | or MetaInterfaces permission and/or authorization for such display.

23 |     142.   In May 2010, www.skimtube.com displayed and offered for viewing

24 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

25 | Number PA1-670-895, specifically located at http://www.skimtube.com/61749-

26 | Alexa-Weix-And-Bianca-And-Nikki-Black-The-Girls-Of-Desire.htm_.  This

copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

143.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://www.skimtube.com/62139-Lucy-Lee-The-Girls-Of-Desire.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

144.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://www.skimtube.com/62228-Carmen-White-And-Michelle-Wild-The-Girls-Of-Desire.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

145.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://www.skimtube.com/index.php?search=the%20girls%20of%20desire. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content

1   Licensing Agreement specifically prohibited MetaInterface's display in this manner

2   or MetaInterfaces permission and/or authorization for such display.

3         146.   In May 2010, www.skimtube.com displayed and offered for viewing

4   Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

5   Number PA1-670-895, specifically located at http://www.skimtube.com/57515-

6   Fabiola-Dos-Santos-The-Girls-Of-Desire.htm.  This copyrighted work was displayed

7   in this manner without the consent of, or licensing by, Fraserside, the copyright

8   owner and registrant of the motion picture.  The Content Licensing Agreement

9   specifically prohibited MetaInterface's display in this manner or MetaInterfaces

10  permission and/or authorization for such display.

11        147.   In May 2010, on its Internet Web site page, specifically located at

12  http://www.skimtube.com/index.php?search=GLADIATOR, www.skimtube.com

13  displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number

14  1014957.  Plaintiff's trademarks were infringed in this manner as they were displayed

15  without the consent of, or licensing by, the Plaintiff, the trademark owner and

16  registrant of the trademark.

17                           **www.eskimotube.com**

18        148.   On the Internet web site located at www.eskimotube.com, Plaintiff

19  videos are displayed.

20        149.   Defendants have incorporated a business model which uses infringing

21  content to attract a high volume of visitors to the site for the purpose of selling

22  advertising.

23        150.   In the locations on www.eskimotube.com where Plaintiff's copyrighted

24  works are displayed, advertisements for third party vendors are displayed.  Plaintiff's

25  videos specifically benefit those third party advertisers.

26