151.   When the user initiates any Plaintiff video on www.eskimotube.com, a third party advertisement displays over the video at any pause of the video, and at the end of the video.  The display over the Plaintiff video requires direct interaction from the user in order to further display the Plaintiff video.   If the user does not click on a specific location to close advertisement, user is directed to a third party website. Plaintiff video is also surrounded by additional third party advertising.

152.   Under each Plaintiff displayed video is text that states "Watch and download in HD: HQ WMV | HQ MP4 | DVD | IPHONE/IPOD/PSP".  This text is linked to a third party subscription based website.  HD is an internationally known term for High Definition.  This advertisement entices user into believing that Plaintiff's content, for a fee, can be viewed in various formats and quality on such third party site.  Plaintiff's content is being used in a "bait and switch" scheme.

153.   Each Plaintiff video displayed on www.eskimotube.com exceeds two minutes.

154.   Each Plaintiff video displayed on www.eskimotube.com is accompanied with a specific statement, "Download Full Scene at: X-Movie," and specific link to www.xmovie.com, which is owned and controlled by MetaInterfaces.

155.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/show.php?search=a%20taste%20of%20pleasure.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

156.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/show.php?search=a%20taste%20of%20pleasure, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

157.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/118487-Lily-Love-A-Taste-Of-Pleasure---Scene-2.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

158.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/118487-Lily-Love-A-Taste-Of-Pleasure---Scene-2.html?th=1, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing

43
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1 | Agreement specifically prohibited MetaInterface's display in this manner or
2 | MetaInterfaces permission and/or authorization for such display.

3 | 159.   In May 2010, www.eskimotube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
5 | Number PA1-674-267, specifically located at http://eskimotube.com/118802-Black-
6 | Diamond-A-Taste-Of-Pleasure---Scene-5.html?th=1.  This copyrighted work was
7 | displayed in this manner without the consent of, or licensing by, Fraserside, the
8 | copyright owner and registrant of the motion picture.  The Content Licensing
9 | Agreement specifically prohibited MetaInterface's display in this manner or
10 | MetaInterfaces permission and/or authorization for such display.

11 | 160.   In May 2010, www.eskimotube.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
13 | Number PA1-674-267, specifically located at http://eskimotube.com/118802-Black-
14 | Diamond-A-Taste-Of-Pleasure---Scene-5.html?th=1, in a manner which permitted
15 | and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter
16 | display the film in any manner or location desired by the user.  This copyrighted work
17 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
18 | copyright owner and registrant of the motion picture.  The Content Licensing
19 | Agreement specifically prohibited MetaInterface's display in this manner or
20 | MetaInterfaces permission and/or authorization for such display.

21 | 161.   In May 2010, www.eskimotube.com displayed and offered for viewing
22 | Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
23 | PA1-674-266, specifically located at
24 | http://eskimotube.com/show.php?search=anal%20freedom.  This copyrighted work
25 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
26 | copyright owner and registrant of the motion picture.  The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      162.   In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
5  PA1-674-266, specifically located at http://eskimotube.com/54742-Sadie-Jane-And-
6  Naudia-Rio-Anal-Freedom.html?th=1. This copyrighted work was displayed in this
7  manner without the consent of, or licensing by, Fraserside, the copyright owner and
8  registrant of the motion picture. The Content Licensing Agreement specifically
9  prohibited MetaInterface's display in this manner or MetaInterfaces permission
10  and/or authorization for such display.

11      163.   In May 2010, www.eskimotube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
13  PA1-674-266, specifically located at http://eskimotube.com/54710-Naudia-Rio-Anal-
14  Freedom.html?th=1. This copyrighted work was displayed in this manner without the
15  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16  motion picture. The Content Licensing Agreement specifically prohibited
17  MetaInterface's display in this manner or MetaInterfaces permission and/or
18  authorization for such display.

19      164.   In May 2010, www.eskimotube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
21  PA1-674-266, specifically located at http://eskimotube.com/54637-Melissa-Lauren-
22  Anal-Freedom.html?th=1. This copyrighted work was displayed in this manner
23  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
24  of the motion picture. The Content Licensing Agreement specifically prohibited
25  MetaInterface's display in this manner or MetaInterfaces permission and/or
26  authorization for such display.

1     165.   In May 2010, www.eskimotube.com displayed and offered for viewing

2   Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

3   PA1-674-266, specifically located at http://eskimotube.com/54657-Vanilla-Skye-

4   Anal-Freedom.html?th=1.  This copyrighted work was displayed in this manner

5   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

6   of the motion picture.  The Content Licensing Agreement specifically prohibited

7   MetaInterface's display in this manner or MetaInterfaces permission and/or

8   authorization for such display.

9     166.   In May 2010, www.eskimotube.com displayed and offered for viewing

10   Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

11   PA1-674-266, specifically located at http://eskimotube.com/54665-Kat-Anal-

12   Freedom.html?th=1.  This copyrighted work was displayed in this manner without the

13   consent of, or licensing by, Fraserside, the copyright owner and registrant of the

14   motion picture.  The Content Licensing Agreement specifically prohibited

15   MetaInterface's display in this manner or MetaInterfaces permission and/or

16   authorization for such display.

17     167.   In May 2010, www.eskimotube.com displayed and offered for viewing

18   Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration

19   Number PA1-670-905, specifically located at

20   http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work

21   was displayed in this manner without the consent of, or licensing by, Fraserside, the

22   copyright owner and registrant of the motion picture.  The Content Licensing

23   Agreement specifically prohibited MetaInterface's display in this manner or

24   MetaInterfaces permission and/or authorization for such display.

25     168.   In May 2010, www.eskimotube.com displayed and offered for viewing

26   Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

1  PA1-670-905, specifically located at http://eskimotube.com/68579-Eva-Mercedes-
2  Anal-Mermaids.html?th=1. This copyrighted work was displayed in this manner
3  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
4  of the motion picture. The Content Licensing Agreement specifically prohibited
5  MetaInterface's display in this manner or MetaInterfaces permission and/or
6  authorization for such display.

7      169.  In May 2010, www.eskimotube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
9  PA1-670-905, specifically located at
10  http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work
11  was displayed in this manner without the consent of, or licensing by, Fraserside, the
12  copyright owner and registrant of the motion picture. The Content Licensing
13  Agreement specifically prohibited MetaInterface's display in this manner or
14  MetaInterfaces permission and/or authorization for such display.

15      170.  In May 2010, www.eskimotube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
17  PA1-670-905, specifically located at http://eskimotube.com/68580-Eva-Mercedes-
18  Anal-Mermaids.html?th=1. This copyrighted work was displayed in this manner
19  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
20  of the motion picture. The Content Licensing Agreement specifically prohibited
21  MetaInterface's display in this manner or MetaInterfaces permission and/or
22  authorization for such display.

23      171.  In May 2010, www.eskimotube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
25  PA1-670-905, specifically located at
26  http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the

2  copyright owner and registrant of the motion picture. The Content Licensing

3  Agreement specifically prohibited MetaInterface's display in this manner or

4  MetaInterfaces permission and/or authorization for such display.

5       172.   In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

7  PA1-670-905, specifically located at http://eskimotube.com/68664-Monika-Unco-

8  Anal-Mermaids.html?th=4. This copyrighted work was displayed in this manner

9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10  of the motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13       173.   In May 2010, www.eskimotube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

15  PA1-670-905, specifically located at

16  http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work

17  was displayed in this manner without the consent of, or licensing by, Fraserside, the

18  copyright owner and registrant of the motion picture. The Content Licensing

19  Agreement specifically prohibited MetaInterface's display in this manner or

20  MetaInterfaces permission and/or authorization for such display.

21       174.   In May 2010, www.eskimotube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

23  PA1-670-905, specifically located at http://eskimotube.com/68524-Maya-Gold-Anal-

24  Mermaids.html?th=1. This copyrighted work was displayed in this manner without

25  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

26  motion picture. The Content Licensing Agreement specifically prohibited

1 | MetaInterface's display in this manner or MetaInterfaces permission and/or
2 | authorization for such display.

3 | 　　　175.   In May 2010, www.eskimotube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
5 | PA1-670-905, specifically located at
6 | http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work
7 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
8 | copyright owner and registrant of the motion picture.  The Content Licensing
9 | Agreement specifically prohibited MetaInterface's display in this manner or
10 | MetaInterfaces permission and/or authorization for such display.

11 | 　　　176.   In May 2010, www.eskimotube.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
13 | PA1-670-905, specifically located at http://eskimotube.com/68523-Maya-Gold-Anal-
14 | Mermaids.html?th=1.  This copyrighted work was displayed in this manner without
15 | the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 | motion picture.  The Content Licensing Agreement specifically prohibited
17 | MetaInterface's display in this manner or MetaInterfaces permission and/or
18 | authorization for such display.

19 | 　　　177.   In May 2010, www.eskimotube.com displayed and offered for viewing
20 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
21 | PA1-670-905, specifically located at
22 | ttp://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work
23 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
24 | copyright owner and registrant of the motion picture.  The Content Licensing
25 | Agreement specifically prohibited MetaInterface's display in this manner or
26 | MetaInterfaces permission and/or authorization for such display.

178.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://eskimotube.com/68791-Dorina-And-Judith-Kostner-Anal-Mermaids.html?th=2.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

179.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

180.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://eskimotube.com/68969-Barbara-Voice-And-Sintia-Stone-Anal-Mermaids.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

181.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Art Core, Copyright Registration Number

1 | PA1674499, specifically located at

2 | http://eskimotube.com/show.php?search=art%20core.  This copyrighted work was

3 | displayed in this manner without the consent of, or licensing by, Fraserside, the

4 | copyright owner and registrant of the motion picture.  The Content Licensing

5 | Agreement specifically prohibited MetaInterface's display in this manner or

6 | MetaInterfaces permission and/or authorization for such display.

7 |     182.  In May 2010, www.eskimotube.com displayed and offered for viewing

8 | Fraserside's copyrighted work titled Art Core, Copyright Registration Number

9 | PA1674499, specifically located at http://eskimotube.com/118356-Libellule-Art-

10 | Core---Scene-5.html?th=2.  This copyrighted work was displayed in this manner

11 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant

12 | of the motion picture.  The Content Licensing Agreement specifically prohibited

13 | MetaInterface's display in this manner or MetaInterfaces permission and/or

14 | authorization for such display.

15 |     183.  In May 2010, www.eskimotube.com displayed and offered for viewing

16 | Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

17 | Number PA1-674-265, specifically located at

18 | http://eskimotube.com/show.php?search=Beauties%20in%20the%20tropix.  This

19 | copyrighted work was displayed in this manner without the consent of, or licensing

20 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

21 | Licensing Agreement specifically prohibited MetaInterface's display in this manner

22 | or MetaInterfaces permission and/or authorization for such display.

23 |     184.  In May 2010, www.eskimotube.com displayed and offered for viewing

24 | Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

25 | Number PA1-674-265, specifically located at http://eskimotube.com/57004-Suzie-

26 | Carina-And-Veronica-Da-Souza-Beauties-In-The-Tropix.html?th=1.  This

1    copyrighted work was displayed in this manner without the consent of, or licensing

2    by, Fraserside, the copyright owner and registrant of the motion picture. The Content

3    Licensing Agreement specifically prohibited MetaInterface's display in this manner

4    or MetaInterfaces permission and/or authorization for such display.

5         185.   In May 2010, www.eskimotube.com displayed and offered for viewing

6    Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

7    Number PA1-674-265, specifically located at http://eskimotube.com/56940-Donna-

8    Marie-Beauties-In-The-Tropix.html?th=1. This copyrighted work was displayed in

9    this manner without the consent of, or licensing by, Fraserside, the copyright owner

10   and registrant of the motion picture. The Content Licensing Agreement specifically

11   prohibited MetaInterface's display in this manner or MetaInterfaces permission

12   and/or authorization for such display.

13        186.   In May 2010, www.eskimotube.com displayed and offered for viewing

14   Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

15   Number PA1-674-265, specifically located at http://eskimotube.com/56976-Suzie-

16   Carina-Beauties-In-The-Tropix.html?th=1. This copyrighted work was displayed in

17   this manner without the consent of, or licensing by, Fraserside, the copyright owner

18   and registrant of the motion picture. The Content Licensing Agreement specifically

19   prohibited MetaInterface's display in this manner or MetaInterfaces permission

20   and/or authorization for such display.

21        187.   In May 2010, www.eskimotube.com displayed and offered for viewing

22   Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

23   Number PA1-674-265, specifically located at http://eskimotube.com/57079-Jennifer-

24   S-And-Thalia-Beauties-In-The-Tropix.html?th=1. This copyrighted work was

25   displayed in this manner without the consent of, or licensing by, Fraserside, the

26   copyright owner and registrant of the motion picture. The Content Licensing

1 | Agreement specifically prohibited MetaInterface's display in this manner or
2 | MetaInterfaces permission and/or authorization for such display.

3 |     188.  In May 2010, www.eskimotube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
5 | Number PA1-674-265, specifically located at http://eskimotube.com/57045-Kathy-
6 | Anderson-Beauties-In-The-Tropix.html?th=1.  This copyrighted work was displayed
7 | in this manner without the consent of, or licensing by, Fraserside, the copyright
8 | owner and registrant of the motion picture.  The Content Licensing Agreement
9 | specifically prohibited MetaInterface's display in this manner or MetaInterfaces
10 | permission and/or authorization for such display.

11 |     189.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
13 | Number PA1-674-265, specifically located at http://eskimotube.com/118382-Suzie-
14 | Carina-Beauties-In-The-Tropix---Scene-2.html?th=1.  This copyrighted work was
15 | displayed in this manner without the consent of, or licensing by, Fraserside, the
16 | copyright owner and registrant of the motion picture.  The Content Licensing
17 | Agreement specifically prohibited MetaInterface's display in this manner or
18 | MetaInterfaces permission and/or authorization for such display.

19 |     190.  In May 2010, www.eskimotube.com displayed and offered for viewing
20 | Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration
21 | Number PA1-670-898, specifically located at
22 | http://eskimotube.com/show.php?search=Caribbean%20Dream.  This copyrighted
23 | work was displayed in this manner without the consent of, or licensing by, Fraserside,
24 | the copyright owner and registrant of the motion picture.  The Content Licensing
25 | Agreement specifically prohibited MetaInterface's display in this manner or
26 | MetaInterfaces permission and/or authorization for such display.

191. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90557-Laura-Lion-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

192. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90108-Jane-Darling-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

193. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90037-Nikki-Rider-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

194. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration

1   Number PA1-670-898, specifically located at http://eskimotube.com/90244-Katia-
2   And-Veronica-Da-Souza-Caribbean-Dream.html?th=1. This copyrighted work was
3   displayed in this manner without the consent of, or licensing by, Fraserside, the
4   copyright owner and registrant of the motion picture. The Content Licensing
5   Agreement specifically prohibited MetaInterface's display in this manner or
6   MetaInterfaces permission and/or authorization for such display.

7        195.   In May 2010, www.eskimotube.com displayed and offered for viewing
8   Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
9   Number PA1-674-262, specifically located at
10  http://eskimotube.com/show.php?search=COMING%20OF%20AGE. This
11  copyrighted work was displayed in this manner without the consent of, or licensing
12  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
13  Licensing Agreement specifically prohibited MetaInterface's display in this manner
14  or MetaInterfaces permission and/or authorization for such display.

15       196.   In May 2010, www.eskimotube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
17  Number PA1-674-262, specifically located at http://eskimotube.com/68712-
18  Unknown-Coming-Of-Age.html?th=1. This copyrighted work was displayed in this
19  manner without the consent of, or licensing by, Fraserside, the copyright owner and
20  registrant of the motion picture. The Content Licensing Agreement specifically
21  prohibited MetaInterface's display in this manner or MetaInterfaces permission
22  and/or authorization for such display.

23       197.   In May 2010, www.eskimotube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Coming of Age 2, Copyright Registration
25  Number PA1-674-262, specifically located at
26  http://eskimotube.com/show.php?search=COMING%20OF%20AGE. This

1  copyrighted work was displayed in this manner without the consent of, or licensing

2  by, Fraserside, the copyright owner and registrant of the motion picture. The Content

3  Licensing Agreement specifically prohibited MetaInterface's display in this manner

4  or MetaInterfaces permission and/or authorization for such display.

5      198.  In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Coming of Age 2, Copyright Registration

7  Number PA1-674-262, specifically located at http://eskimotube.com/59433-

8  Unknown-Coming-Of-Age.html?th=1. This copyrighted work was displayed in this

9  manner without the consent of, or licensing by, Fraserside, the copyright owner and

10 registrant of the motion picture. The Content Licensing Agreement specifically

11 prohibited MetaInterface's display in this manner or MetaInterfaces permission

12 and/or authorization for such display.

13     199.  In May 2010, www.eskimotube.com displayed and offered for viewing

14 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

15 Number PA1-675-596, specifically located at

16 http://eskimotube.com/show.php?search=dangerous%20curves. This copyrighted

17 work was displayed in this manner without the consent of, or licensing by, Fraserside,

18 the copyright owner and registrant of the motion picture. The Content Licensing

19 Agreement specifically prohibited MetaInterface's display in this manner or

20 MetaInterfaces permission and/or authorization for such display.

21     200.  In May 2010, www.eskimotube.com displayed and offered for viewing

22 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

23 Number PA1-675-596, specifically located at http://eskimotube.com/77606-Cecile-

24 Dangerous-Curves.html?th=1. This copyrighted work was displayed in this manner

25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant

26 of the motion picture. The Content Licensing Agreement specifically prohibited

1 | MetaInterface's display in this manner or MetaInterfaces permission and/or
2 | authorization for such display.

3 |     201.  In May 2010, www.eskimotube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
5 | Registration Number PA1-670-899, specifically located at
6 | http://eskimotube.com/show.php?search=dominatrix%20chess%20gambit.  This
7 | copyrighted work was displayed in this manner without the consent of, or licensing
8 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
9 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
10 | or MetaInterfaces permission and/or authorization for such display.

11 |     202.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
13 | Registration Number PA1-670-899, specifically located at
14 | http://eskimotube.com/79578-Melinda-Vecsey-And-Michelle-Wild-And-Orsi-Shine-
15 | Dominatrix-Chess-Gambit.html?th=1.  This copyrighted work was displayed in this
16 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
17 | registrant of the motion picture.  The Content Licensing Agreement specifically
18 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
19 | and/or authorization for such display.

20 |     203.  In May 2010, www.eskimotube.com displayed and offered for viewing
21 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
22 | Registration Number PA1-670-899, specifically located at
23 | http://eskimotube.com/79618-Alma-And-Michelle-Wild-Dominatrix-Chess-
24 | Gambit.html?th=1.  This copyrighted work was displayed in this manner without the
25 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
26 | motion picture.  The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      204.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
5  Registration Number PA1-670-899, specifically located at
6  http://eskimotube.com/79517-Dora-Venter-And-Jessica-Mark-And-Michelle-Wild-
7  Dominatrix-Chess-Gambit.html?th=1.  This copyrighted work was displayed in this
8  manner without the consent of, or licensing by, Fraserside, the copyright owner and
9  registrant of the motion picture.  The Content Licensing Agreement specifically
10  prohibited MetaInterface's display in this manner or MetaInterfaces permission
11  and/or authorization for such display.

12      205.  In May 2010, www.eskimotube.com displayed and offered for viewing
13  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
14  PA1-675-598, specifically located at
15  http://eskimotube.com/show.php?search=fatal%20orchid.  This copyrighted work
16  was displayed in this manner without the consent of, or licensing by, Fraserside, the
17  copyright owner and registrant of the motion picture.  The Content Licensing
18  Agreement specifically prohibited MetaInterface's display in this manner or
19  MetaInterfaces permission and/or authorization for such display.

20      206.  In May 2010, www.eskimotube.com displayed and offered for viewing
21  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
22  PA1-675-598, specifically located at http://eskimotube.com/78146-Swanny-Fatal-
23  Orchid-2.html?th=1.  This copyrighted work was displayed in this manner without
24  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
25  motion picture.  The Content Licensing Agreement specifically prohibited
26

1   MetaInterface's display in this manner or MetaInterfaces permission and/or

2   authorization for such display.

3        207.   In May 2010, www.eskimotube.com displayed and offered for viewing

4   Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

5   Number PA1-677-516, specifically located at

6   http://eskimotube.com/show.php?search=forbidden%20games.  This copyrighted

7   work was displayed in this manner without the consent of, or licensing by, Fraserside,

8   the copyright owner and registrant of the motion picture.  The Content Licensing

9   Agreement specifically prohibited MetaInterface's display in this manner or

10  MetaInterfaces permission and/or authorization for such display.

11       208.   In May 2010, www.eskimotube.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

13  Number PA1-677-516, specifically located at http://eskimotube.com/77919-Dora-

14  Venter-Forbidden-Games.html?th=1.  This copyrighted work was displayed in this

15  manner without the consent of, or licensing by, Fraserside, the copyright owner and

16  registrant of the motion picture.  The Content Licensing Agreement specifically

17  prohibited MetaInterface's display in this manner or MetaInterfaces permission

18  and/or authorization for such display.

19       209.   In May 2010, www.eskimotube.com displayed and offered for viewing

20  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-

21  674-249, specifically located at

22  http://eskimotube.com/show.php?search=GLADIATOR.  This copyrighted work was

23  displayed in this manner without the consent of, or licensing by, Fraserside, the

24  copyright owner and registrant of the motion picture.  The Content Licensing

25  Agreement specifically prohibited MetaInterface's display in this manner or

26  MetaInterfaces permission and/or authorization for such display.

210.  In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-674-249, specifically located at http://eskimotube.com/59494-Dorothy-Black-And-Rita-Faltoyano-And-Tina-T-Gladiator.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

211.  In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration Number PA1-670-901, specifically located at http://eskimotube.com/show.php?search=Guns%20and%20rough%20sex.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

212.  In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration Number PA1-670-901, specifically located at http://eskimotube.com/74524-Michelle-Wild-Guns-And-Rough-Sex.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

213.  In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration

1  Number PA1-670-901, specifically located at http://eskimotube.com/73904-Patricia-
2  Diamond-Guns-And-Rough-Sex.html?th=1. This copyrighted work was displayed in
3  this manner without the consent of, or licensing by, Fraserside, the copyright owner
4  and registrant of the motion picture. The Content Licensing Agreement specifically
5  prohibited MetaInterface's display in this manner or MetaInterfaces permission
6  and/or authorization for such display.

7      214.  In May 2010, www.eskimotube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
9  Number PA1-670-901, specifically located at http://eskimotube.com/75269-Mandy-
10  Bright-And-Silvia-Sexton-Guns-And-Rough-Sex.html?th=1. This copyrighted work
11  was displayed in this manner without the consent of, or licensing by, Fraserside, the
12  copyright owner and registrant of the motion picture. The Content Licensing
13  Agreement specifically prohibited MetaInterface's display in this manner or
14  MetaInterfaces permission and/or authorization for such display.

15      215.  In May 2010, www.eskimotube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
17  Number PA1-670-901, specifically located at http://eskimotube.com/74558-Adriana-
18  Rouso-And-Leslie-Taylor-And-Michelle-Wild-Guns-And-Rough-Sex.html?th=1.
19  This copyrighted work was displayed in this manner without the consent of, or
20  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
21  The Content Licensing Agreement specifically prohibited MetaInterface's display in
22  this manner or MetaInterfaces permission and/or authorization for such display.

23      216.  In May 2010, www.eskimotube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
25  Number PA1-670-901, specifically located at http://eskimotube.com/74355-Bambie-
26  Dolce-And-Silvia-Sexton-Guns-And-Rough-Sex.html?th=1. This copyrighted work

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the

2  copyright owner and registrant of the motion picture. The Content Licensing

3  Agreement specifically prohibited MetaInterface's display in this manner or

4  MetaInterfaces permission and/or authorization for such display.

5  217.  In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

7  PA1-675-697, specifically located at

8  http://eskimotube.com/show.php?search=house%20of%20love. This copyrighted

9  work was displayed in this manner without the consent of, or licensing by, Fraserside,

10  the copyright owner and registrant of the motion picture. The Content Licensing

11  Agreement specifically prohibited MetaInterface's display in this manner or

12  MetaInterfaces permission and/or authorization for such display.

13  218.  In May 2010, www.eskimotube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

15  PA1-675-697, specifically located at http://eskimotube.com/75176-Meridian-And-

16  Michelle-Greco-House-Of-Love.html?th=1. This copyrighted work was displayed in

17  this manner without the consent of, or licensing by, Fraserside, the copyright owner

18  and registrant of the motion picture. The Content Licensing Agreement specifically

19  prohibited MetaInterface's display in this manner or MetaInterfaces permission

20  and/or authorization for such display.

21  219.  In May 2010, www.eskimotube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

23  PA1-675-697, specifically located at http://eskimotube.com/75565-Inga-House-Of-

24  Love.html?th=1. This copyrighted work was displayed in this manner without the

25  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

26  motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or

2  authorization for such display.

3      220.  In May 2010, www.eskimotube.com displayed and offered for viewing

4  Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration

5  Number PA1-673-381, specifically located at

6  http://eskimotube.com/show.php?search=Lady%20Of%20the%20Rings.  This

7  copyrighted work was displayed in this manner without the consent of, or licensing

8  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

9  Licensing Agreement specifically prohibited MetaInterface's display in this manner

10  or MetaInterfaces permission and/or authorization for such display.

11      221.  In May 2010, www.eskimotube.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration

13  Number PA1-673-381, specifically located at http://eskimotube.com/118526-

14  Christin-Black-And-Tia-Lady-Of-The-Rings---Scene-1.html?th=1.  This copyrighted

15  work was displayed in this manner without the consent of, or licensing by, Fraserside,

16  the copyright owner and registrant of the motion picture.  The Content Licensing

17  Agreement specifically prohibited MetaInterface's display in this manner or

18  MetaInterfaces permission and/or authorization for such display.

19      222.  In May 2010, www.eskimotube.com displayed and offered for viewing

20  Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration

21  Number PA1-673-381, specifically located at http://eskimotube.com/118731-Gina-

22  Blonde-And-Silvia-Saint-And-Simony-Diamond-Lady-Of-The-Rings---Scene-

23  5.html?th=1.  This copyrighted work was displayed in this manner without the

24  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

25  motion picture.  The Content Licensing Agreement specifically prohibited

26

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      223.   In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration
5  Number PA1-673-381, specifically located at http://eskimotube.com/118423-
6  Lilliane-Tiger-And-Valentina-Velasques-Lady-Of-The-Rings---Scene-4.html?th=1.
7  This copyrighted work was displayed in this manner without the consent of, or
8  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
9  The Content Licensing Agreement specifically prohibited MetaInterface's display in
10 this manner or MetaInterfaces permission and/or authorization for such display.

11     224.   In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
13 Number PA1-675-815, specifically located at
14 http://eskimotube.com/show.php?search=paintball%20warriors.  This copyrighted
15 work was displayed in this manner without the consent of, or licensing by, Fraserside,
16 the copyright owner and registrant of the motion picture.  The Content Licensing
17 Agreement specifically prohibited MetaInterface's display in this manner or
18 MetaInterfaces permission and/or authorization for such display.

19     225.   In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
21 Number PA1-675-815, specifically located at http://eskimotube.com/57789-Diana-
22 Gold-Paintball-Warriors.html?th=1.  This copyrighted work was displayed in this
23 manner without the consent of, or licensing by, Fraserside, the copyright owner and
24 registrant of the motion picture.  The Content Licensing Agreement specifically
25 prohibited MetaInterface's display in this manner or MetaInterfaces permission
26 and/or authorization for such display.

226.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/show.php?search=fetish%20garden.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

227.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77888-Stacy-Silver-The-Fetish-Garden.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

228.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77888-Stacy-Silver-The-Fetish-Garden.html?th=1, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

229. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/78060-Claudia-Claire-And-Christina-Bella-The-Fetish-Garden.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

230. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77574-Bibian-Norai-And-Christina-Bella-And-Malena-Conde-And-Miercole-The-Fetish-Garden.html?th=1 This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

231. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number PA1-670-904, specifically located at http://eskimotube.com/show.php?search=psychoporn. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

1      232.   In May 2010, www.eskimotube.com displayed and offered for viewing

2  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

3  PA1-670-904, specifically located at http://eskimotube.com/67637-Janet-Alfano-

4  And-Justine-Ashley-Psychoporn.html?th=1.  This copyrighted work was displayed in

5  this manner without the consent of, or licensing by, Fraserside, the copyright owner

6  and registrant of the motion picture.  The Content Licensing Agreement specifically

7  prohibited MetaInterface's display in this manner or MetaInterfaces permission

8  and/or authorization for such display.

9      233.   In May 2010, www.eskimotube.com displayed and offered for viewing

10  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

11  PA1-670-904, specifically located at http://eskimotube.com/67848-Melissa-Black-

12  Psychoporn.html?th=1.  This copyrighted work was displayed in this manner without

13  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

14  motion picture.  The Content Licensing Agreement specifically prohibited

15  MetaInterface's display in this manner or MetaInterfaces permission and/or

16  authorization for such display.

17      234.   In May 2010, www.eskimotube.com displayed and offered for viewing

18  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

19  PA1-670-904, specifically located at http://eskimotube.com/67848-Melissa-Black-

20  Psychoporn.html?th=1, in a manner which permitted and/or allowed the user to copy

21  the embedded code of the Plaintiff film and thereafter display the film in any manner

22  or location desired by the user.  This copyrighted work was displayed in this manner

23  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

24  of the motion picture.  The Content Licensing Agreement specifically prohibited

25  MetaInterface's display in this manner or MetaInterfaces permission and/or

26  authorization for such display.

235.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number PA1-670-904, specifically located at http://eskimotube.com/67879-Liliane-Tiger-Psychoporn.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

236.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://eskimotube.com/show.php?search=SEX,%20LIES%20&%20INTERNET. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

237.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://eskimotube.com/56758-Sandra-Iron-Sex-Lies-And-Internet.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

238.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

1   PA1-672-445, specifically located at

2   http://eskimotube.com/show.php?search=sexy%20business.  This copyrighted work

3   was displayed in this manner without the consent of, or licensing by, Fraserside, the

4   copyright owner and registrant of the motion picture.  The Content Licensing

5   Agreement specifically prohibited MetaInterface's display in this manner or

6   MetaInterfaces permission and/or authorization for such display.

7       239.  In May 2010, www.eskimotube.com displayed and offered for viewing

8   Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

9   PA1-672-445, specifically located at http://eskimotube.com/89438-Poppy-Morgan-

10  Sexy-Business.html?th=1.  This copyrighted work was displayed in this manner

11  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

12  of the motion picture.  The Content Licensing Agreement specifically prohibited

13  MetaInterface's display in this manner or MetaInterfaces permission and/or

14  authorization for such display.

15      240.  In May 2010, www.eskimotube.com displayed and offered for viewing

16  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

17  PA1-670-902, specifically located at

18  http://eskimotube.com/show.php?search=spread%20my%20lips.  This copyrighted

19  work was displayed in this manner without the consent of, or licensing by, Fraserside,

20  the copyright owner and registrant of the motion picture.  The Content Licensing

21  Agreement specifically prohibited MetaInterface's display in this manner or

22  MetaInterfaces permission and/or authorization for such display.

23      241.  In May 2010, www.eskimotube.com displayed and offered for viewing

24  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

25  PA1-670-902, specifically located at http://eskimotube.com/54613-Electra-Angel-

26  And-Katy-Caro-Spread-My-Lips.html?th=1.  This copyrighted work was displayed in

1  this manner without the consent of, or licensing by, Fraserside, the copyright owner

2  and registrant of the motion picture.  The Content Licensing Agreement specifically

3  prohibited MetaInterface's display in this manner or MetaInterfaces permission

4  and/or authorization for such display.

5          242.   In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

7  PA1-670-902, specifically located at http://eskimotube.com/54740-Rebecca-Linares-

8  Spread-My-Lips.html?th=1.  This copyrighted work was displayed in this manner

9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10 of the motion picture.  The Content Licensing Agreement specifically prohibited

11 MetaInterface's display in this manner or MetaInterfaces permission and/or

12 authorization for such display.

13         243.   In May 2010, www.eskimotube.com displayed and offered for viewing

14 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

15 670-897, specifically located at http://eskimotube.com/show.php?search=tenerife.

16 This copyrighted work was displayed in this manner without the consent of, or

17 licensing by, Fraserside, the copyright owner and registrant of the motion picture.

18 The Content Licensing Agreement specifically prohibited MetaInterface's display in

19 this manner or MetaInterfaces permission and/or authorization for such display.

20         244.   In May 2010, www.eskimotube.com displayed and offered for viewing

21 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

22 670-897, specifically located at http://eskimotube.com/89516-Jane-Darling-And-

23 Silvia-Saint-Tenerife.html?th=1.  This copyrighted work was displayed in this

24 manner without the consent of, or licensing by, Fraserside, the copyright owner and

25 registrant of the motion picture.  The Content Licensing Agreement specifically

26

1   prohibited MetaInterface's display in this manner or MetaInterfaces permission

2   and/or authorization for such display.

3       245.   In May 2010, www.eskimotube.com displayed and offered for viewing

4   Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

5   PA1-670-893, specifically located at

6   http://eskimotube.com/show.php?search=tropical%20twins.  This copyrighted work

7   was displayed in this manner without the consent of, or licensing by, Fraserside, the

8   copyright owner and registrant of the motion picture.  The Content Licensing

9   Agreement specifically prohibited MetaInterface's display in this manner or

10   MetaInterfaces permission and/or authorization for such display.

11       246.   In May 2010, www.eskimotube.com displayed and offered for viewing

12   Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

13   PA1-670-893, specifically located at http://eskimotube.com/89669-Sharka-Blue-And-

14   Liliane-Tiger-Tropical-Twins.html?th=1.  This copyrighted work was displayed in

15   this manner without the consent of, or licensing by, Fraserside, the copyright owner

16   and registrant of the motion picture.  The Content Licensing Agreement specifically

17   prohibited MetaInterface's display in this manner or MetaInterfaces permission

18   and/or authorization for such display.

19       247.   In May 2010, www.eskimotube.com displayed and offered for viewing

20   Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

21   Number PA1-670-895, specifically located at

22   http://eskimotube.com/show.php?search=the%20girls%20of%20desire.  This

23   copyrighted work was displayed in this manner without the consent of, or licensing

24   by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

25   Licensing Agreement specifically prohibited MetaInterface's display in this manner

26   or MetaInterfaces permission and/or authorization for such display.

248.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://eskimotube.com/61909-Sophie-Moone-The-Girls-Of-Desire.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

249.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://eskimotube.com/62139-Lucy-Lee-The-Girls-Of-Desire.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

250.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration Number PA1-670-895, specifically located at http://eskimotube.com/61749-Alexa-Weix-And-Bianca-And-Nikki-Black-The-Girls-Of-Desire.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

251.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1  Number PA1-670-895, specifically located at http://eskimotube.com/62228-Carmen-

2  White-And-Michelle-Wild-The-Girls-Of-Desire.html?th=1.  This copyrighted work

3  was displayed in this manner without the consent of, or licensing by, Fraserside, the

4  copyright owner and registrant of the motion picture.  The Content Licensing

5  Agreement specifically prohibited MetaInterface's display in this manner or

6  MetaInterfaces permission and/or authorization for such display.

7      252.   In May 2010, on its Internet Web site page, specifically located at

8  http://eskimotube.com/59494-Dorothy-Black-And-Rita-Faltoyano-And-Tina-T-

9  Gladiator.html?th=1, www.eskimotube.com displayed and/or utilized Plaintiff's

10  trademarks PRIVATE, Registration Number 1014957.  Plaintiff's trademarks were

11  infringed in this manner as they were displayed without the consent of, or licensing

12  by, the Plaintiff, the trademark owner and registrant of the trademark.

13                          **www.tjoob.com**

14      253.   On the Internet web site located at www.tjoob.com, Plaintiff's videos are

15  displayed.

16      254.   Defendants have incorporated a business model which uses infringing

17  content to attract a high volume of visitors to the site for the purpose of selling

18  advertising.

19      255.   In the locations on www.tjoob.com where Plaintiff's copyrighted works

20  are displayed, advertisements for third party vendors are displayed.  Plaintiff's videos

21  specifically benefit those third party advertisers.

22      256.   Each Plaintiff video displayed on www.tjoob.com exceeds nine (9)

23  minutes in length.

24      257.   Each Plaintiff video displayed on www.tjoob.com is surrounded by third

25  party advertising.

26

258.   Under each Plaintiff video displayed on www.tjoob.com are icons provided through a service operated by addthis.com; each icon provides a different function for the end user.  Icon functions include allowing a user to email the video to a third party, bookmark the video page, share the video through their account on sites such as Facebook, Amazon, Twitter and Digg.  This functionality induces a user to commit infringement by promoting the video to third parties in mass.

259.   Each Plaintiff video displayed on www.tjoob.com is accompanied with a specific statement that the video is provided "By: X-Movie," and specific link to www.xmovie.com, which is owned and controlled by MetaInterfaces.

260.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration Number PA1-670-905, specifically located at http://www.tjoob.com/vids/68523/maya-gold-Anal-Mermaids.html.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

261.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration Number PA1-670-905, specifically located at http://www.tjoob.com/vids/68523/maya-gold-Anal-Mermaids.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.

1  The Content Licensing Agreement specifically prohibited MetaInterface's display in

2  this manner or MetaInterfaces permission and/or authorization for such display.

3      262.   In May 2010, www.tjoob.com displayed and offered for viewing

4  Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration

5  Number PA1-670-905, specifically located at http://www.tjoob.com/search/anal-

6  mermaids/. This copyrighted work was displayed in this manner without the consent

7  of, or licensing by, Fraserside, the copyright owner and registrant of the motion

8  picture. The Content Licensing Agreement specifically prohibited MetaInterface's

9  display in this manner or MetaInterfaces permission and/or authorization for such

10  display.

11      263.   In May 2010, www.tjoob.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration

13  Number PA1-670-905, specifically located at http://www.tjoob.com/search/anal-

14  mermaids/, in a manner which permitted and/or allowed the user to copy the

15  embedded code of the Plaintiff film and thereafter display the film in any manner or

16  location desired by the user. This copyrighted work was displayed in this manner

17  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

18  of the motion picture. The Content Licensing Agreement specifically prohibited

19  MetaInterface's display in this manner or MetaInterfaces permission and/or

20  authorization for such display.

21      264.   In May 2010, www.tjoob.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number

23  PA1-674-266, specifically located at http://www.tjoob.com/search/anal-freedom/.

24  This copyrighted work was displayed in this manner without the consent of, or

25  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

26

1  The Content Licensing Agreement specifically prohibited MetaInterface's display in
2  this manner or MetaInterfaces permission and/or authorization for such display.

3      265.   In May 2010, www.tjoob.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
5  PA1-674-266, specifically located at http://www.tjoob.com/search/anal-freedom/, in a
6  manner which permitted and/or allowed the user to copy the embedded code of the
7  Plaintiff film and thereafter display the film in any manner or location desired by the
8  user. This copyrighted work was displayed in this manner without the consent of, or
9  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
10  The Content Licensing Agreement specifically prohibited MetaInterface's display in
11  this manner or MetaInterfaces permission and/or authorization for such display.

12      266.   In May 2010, www.tjoob.com displayed and offered for viewing
13  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
14  PA1-674-266, specifically located at http://www.tjoob.com/vids/54665/kat-Anal-
15  Freedom.html. This copyrighted work was displayed in this manner without the
16  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
17  motion picture. The Content Licensing Agreement specifically prohibited
18  MetaInterface's display in this manner or MetaInterfaces permission and/or
19  authorization for such display.

20      267.   In May 2010, www.tjoob.com displayed and offered for viewing
21  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
22  PA1-674-266, specifically located at http://www.tjoob.com/vids/54665/kat-Anal-
23  Freedom.html, in a manner which permitted and/or allowed the user to copy the
24  embedded code of the Plaintiff film and thereafter display the film in any manner or
25  location desired by the user. This copyrighted work was displayed in this manner
26  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1 │ of the motion picture.  The Content Licensing Agreement specifically prohibited

2 │ MetaInterface's display in this manner or MetaInterfaces permission and/or

3 │ authorization for such display.

4 │     268.  In May 2010, www.tjoob.com displayed and offered for viewing

5 │ Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number

6 │ PA1-674-266, specifically located at http://www.tjoob.com/vids/54657/vanilla-skye-

7 │ Anal-Freedom.html.  This copyrighted work was displayed in this manner without the

8 │ consent of, or licensing by, Fraserside, the copyright owner and registrant of the

9 │ motion picture.  The Content Licensing Agreement specifically prohibited

10 │ MetaInterface's display in this manner or MetaInterfaces permission and/or

11 │ authorization for such display.

12 │     269.  In May 2010, www.tjoob.com displayed and offered for viewing

13 │ Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number

14 │ PA1-674-266, specifically located at http://www.tjoob.com/vids/54657/vanilla-skye-

15 │ Anal-Freedom.html, in a manner which permitted and/or allowed the user to copy the

16 │ embedded code of the Plaintiff film and thereafter display the film in any manner or

17 │ location desired by the user.  This copyrighted work was displayed in this manner

18 │ without the consent of, or licensing by, Fraserside, the copyright owner and registrant

19 │ of the motion picture.  The Content Licensing Agreement specifically prohibited

20 │ MetaInterface's display in this manner or MetaInterfaces permission and/or

21 │ authorization for such display.

22 │     270.  In May 2010, www.tjoob.com displayed and offered for viewing

23 │ Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number

24 │ PA1-674-266, specifically located at http://www.tjoob.com/vids/54742/sadie-jane-

25 │ and-naudia-rio-Anal-Freedom.html.  This copyrighted work was displayed in this

26 │ manner without the consent of, or licensing by, Fraserside, the copyright owner and

registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

271. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number PA1-674-266, specifically located at http://www.tjoob.com/vids/54742/sadie-jane-and-naudia-rio-Anal-Freedom.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

272. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number PA1-674-266, specifically located at http://www.tjoob.com/vids/54637/melissa-lauren-Anal-Freedom.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

273. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number PA1-674-266, specifically located at http://www.tjoob.com/vids/54637/melissa-lauren-Anal-Freedom.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any

1 | manner or location desired by the user. This copyrighted work was displayed in this
2 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
3 | registrant of the motion picture. The Content Licensing Agreement specifically
4 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
5 | and/or authorization for such display.

6 | 274. In May 2010, www.tjoob.com displayed and offered for viewing
7 | Fraserside's copyrighted work titled Beauties In the Tropix 1, Copyright Registration
8 | Number PA1-674-265, specifically located at
9 | http://www.tjoob.com/vids/56976/suzie-carina-Beauties-In-The-Tropix.html. This
10 | copyrighted work was displayed in this manner without the consent of, or licensing
11 | by, Fraserside, the copyright owner and registrant of the motion picture. The Content
12 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
13 | or MetaInterfaces permission and/or authorization for such display.

14 | 275. In May 2010, www.tjoob.com displayed and offered for viewing
15 | Fraserside's copyrighted work titled Beauties In the Tropix 1, Copyright Registration
16 | Number PA1-674-265, specifically located at
17 | http://www.tjoob.com/vids/56976/suzie-carina-Beauties-In-The-Tropix.html, in a
18 | manner which permitted and/or allowed the user to copy the embedded code of the
19 | Plaintiff film and thereafter display the film in any manner or location desired by the
20 | user. This copyrighted work was displayed in this manner without the consent of, or
21 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
22 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
23 | this manner or MetaInterfaces permission and/or authorization for such display.

24 | 276. In May 2010, www.tjoob.com displayed and offered for viewing
25 | Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
26 | Number PA1-674-262, specifically located at

http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html.  This copyrighted
work was displayed in this manner without the consent of, or licensing by, Fraserside,
the copyright owner and registrant of the motion picture.  The Content Licensing
Agreement specifically prohibited MetaInterface's display in this manner or
MetaInterfaces permission and/or authorization for such display.

277.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
Number PA1-674-262, specifically located at
http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html, in a manner
which permitted and/or allowed the user to copy the embedded code of the Plaintiff
film and thereafter display the film in any manner or location desired by the user.
This copyrighted work was displayed in this manner without the consent of, or
licensing by, Fraserside, the copyright owner and registrant of the motion picture.
The Content Licensing Agreement specifically prohibited MetaInterface's display in
this manner or MetaInterfaces permission and/or authorization for such display.

278.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
Number PA1-674-262, specifically located at
http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html.  This copyrighted
work was displayed in this manner without the consent of, or licensing by, Fraserside,
the copyright owner and registrant of the motion picture.  The Content Licensing
Agreement specifically prohibited MetaInterface's display in this manner or
MetaInterfaces permission and/or authorization for such display.

279.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
Number PA1-674-262, specifically located at

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1 http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html, in a manner
2 which permitted and/or allowed the user to copy the embedded code of the Plaintiff
3 film and thereafter display the film in any manner or location desired by the user.
4 This copyrighted work was displayed in this manner without the consent of, or
5 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
6 The Content Licensing Agreement specifically prohibited MetaInterface's display in
7 this manner or MetaInterfaces permission and/or authorization for such display.

8      280.   In May 2010, www.tjoob.com displayed and offered for viewing
9 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
10 Number PA1-675-596, specifically located at
11 http://www.tjoob.com/search/dangerous-curves/playtime-0/. This copyrighted work
12 was displayed in this manner without the consent of, or licensing by, Fraserside, the
13 copyright owner and registrant of the motion picture. The Content Licensing
14 Agreement specifically prohibited MetaInterface's display in this manner or
15 MetaInterfaces permission and/or authorization for such display.

16      281.   In May 2010, www.tjoob.com displayed and offered for viewing
17 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
18 Number PA1-675-596, specifically located at
19 http://www.tjoob.com/search/dangerous-curves/playtime-0/, in a manner which
20 permitted and/or allowed the user to copy the embedded code of the Plaintiff film and
21 thereafter display the film in any manner or location desired by the user. This
22 copyrighted work was displayed in this manner without the consent of, or licensing
23 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
24 Licensing Agreement specifically prohibited MetaInterface's display in this manner
25 or MetaInterfaces permission and/or authorization for such display.

26

282.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
Number PA1-675-596, specifically located at
http://www.tjoob.com/vids/77606/cecile-Dangerous-Curves.html.  This copyrighted
work was displayed in this manner without the consent of, or licensing by, Fraserside,
the copyright owner and registrant of the motion picture.  The Content Licensing
Agreement specifically prohibited MetaInterface's display in this manner or
MetaInterfaces permission and/or authorization for such display.

283.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
Number PA1-675-596, specifically located at
http://www.tjoob.com/vids/77606/cecile-Dangerous-Curves.html, in a manner which
permitted and/or allowed the user to copy the embedded code of the Plaintiff film and
thereafter display the film in any manner or location desired by the user.  This
copyrighted work was displayed in this manner without the consent of, or licensing
by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
Licensing Agreement specifically prohibited MetaInterface's display in this manner
or MetaInterfaces permission and/or authorization for such display.

284.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
Number PA1-675-596, specifically located at http://www.tjoob.com/vids/77676/jane-
darling-Dangerous-Curves.html.  This copyrighted work was displayed in this
manner without the consent of, or licensing by, Fraserside, the copyright owner and
registrant of the motion picture.  The Content Licensing Agreement specifically
prohibited MetaInterface's display in this manner or MetaInterfaces permission
and/or authorization for such display.

1    285.  In May 2010, www.tjoob.com displayed and offered for viewing

2  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

3  Number PA1-675-596, specifically located at http://www.tjoob.com/vids/77676/jane-

4  darling-Dangerous-Curves.html, in a manner which permitted and/or allowed the user

5  to copy the embedded code of the Plaintiff film and thereafter display the film in any

6  manner or location desired by the user.  This copyrighted work was displayed in this

7  manner without the consent of, or licensing by, Fraserside, the copyright owner and

8  registrant of the motion picture.  The Content Licensing Agreement specifically

9  prohibited MetaInterface's display in this manner or MetaInterfaces permission

10  and/or authorization for such display.

11    286.  In May 2010, www.tjoob.com displayed and offered for viewing

12  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright

13  Registration Number PA1-670-899, specifically located at

14  http://www.tjoob.com/search/dominatrix-chess-gambit/.  This copyrighted work was

15  displayed in this manner without the consent of, or licensing by, Fraserside, the

16  copyright owner and registrant of the motion picture.  The Content Licensing

17  Agreement specifically prohibited MetaInterface's display in this manner or

18  MetaInterfaces permission and/or authorization for such display.

19    287.  In May 2010, www.tjoob.com displayed and offered for viewing

20  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright

21  Registration Number PA1-670-899, specifically located at

22  http://www.tjoob.com/search/dominatrix-chess-gambit/, in a manner which permitted

23  and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter

24  display the film in any manner or location desired by the user.  This copyrighted work

25  was displayed in this manner without the consent of, or licensing by, Fraserside, the

26  copyright owner and registrant of the motion picture.  The Content Licensing