1 Agreement specifically prohibited MetaInterface's display in this manner or
2 MetaInterfaces permission and/or authorization for such display.

3     288.   In May 2010, www.tjoob.com displayed and offered for viewing
4 Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
5 PA1-675-598, specifically located at http://www.tjoob.com/search/fatal-
6 orchid/playtime-0/. This copyrighted work was displayed in this manner without the
7 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
8 motion picture. The Content Licensing Agreement specifically prohibited
9 MetaInterface's display in this manner or MetaInterfaces permission and/or
10 authorization for such display.

11     289.   In May 2010, www.tjoob.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
13 PA1-675-598, specifically located at http://www.tjoob.com/search/fatal-
14 orchid/playtime-0/, in a manner which permitted and/or allowed the user to copy the
15 embedded code of the Plaintiff film and thereafter display the film in any manner or
16 location desired by the user. This copyrighted work was displayed in this manner
17 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
18 of the motion picture. The Content Licensing Agreement specifically prohibited
19 MetaInterface's display in this manner or MetaInterfaces permission and/or
20 authorization for such display.

21     290.   In May 2010, www.tjoob.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
23 PA1-675-598, specifically located at http://www.tjoob.com/vids/78146/swanny-
24 Fatal-Orchid--2.html. This copyrighted work was displayed in this manner without
25 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
26 motion picture. The Content Licensing Agreement specifically prohibited

1   MetaInterface's display in this manner or MetaInterfaces permission and/or

2   authorization for such display.

3       291.   In May 2010, www.tjoob.com displayed and offered for viewing

4   Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number

5   PA1-675-598, specifically located at http://www.tjoob.com/vids/78146/swanny-

6   Fatal-Orchid--2.html, in a manner which permitted and/or allowed the user to copy

7   the embedded code of the Plaintiff film and thereafter display the film in any manner

8   or location desired by the user.  This copyrighted work was displayed in this manner

9   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10  of the motion picture.  The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13      292.   In May 2010, www.tjoob.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number

15  PA1-675-598, specifically located at http://www.tjoob.com/vids/77677/jasmine-

16  Fatal-Orchid--2.html.  This copyrighted work was displayed in this manner without

17  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

18  motion picture.  The Content Licensing Agreement specifically prohibited

19  MetaInterface's display in this manner or MetaInterfaces permission and/or

20  authorization for such display.

21      293.   In May 2010, www.tjoob.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number

23  PA1-675-598, specifically located at http://www.tjoob.com/vids/77677/jasmine-

24  Fatal-Orchid--2.html, in a manner which permitted and/or allowed the user to copy

25  the embedded code of the Plaintiff film and thereafter display the film in any manner

26  or location desired by the user.  This copyrighted work was displayed in this manner

1  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

2  of the motion picture. The Content Licensing Agreement specifically prohibited

3  MetaInterface's display in this manner or MetaInterfaces permission and/or

4  authorization for such display.

5      294. In May 2010, www.tjoob.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

7  Copyright Registration Number PA1674498, specifically located at

8  http://www.tjoob.com/search/The-Fetish-Garden/. This copyrighted work was

9  displayed in this manner without the consent of, or licensing by, Fraserside, the

10  copyright owner and registrant of the motion picture. The Content Licensing

11  Agreement specifically prohibited MetaInterface's display in this manner or

12  MetaInterfaces permission and/or authorization for such display.

13      295. In May 2010, www.tjoob.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

15  Copyright Registration Number PA1674498, specifically located at

16  http://www.tjoob.com/search/The-Fetish-Garden/, in a manner which permitted

17  and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter

18  display the film in any manner or location desired by the user. This copyrighted work

19  was displayed in this manner without the consent of, or licensing by, Fraserside, the

20  copyright owner and registrant of the motion picture. The Content Licensing

21  Agreement specifically prohibited MetaInterface's display in this manner or

22  MetaInterfaces permission and/or authorization for such display.

23      296. In May 2010, www.tjoob.com displayed and offered for viewing

24  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

25  Copyright Registration Number PA1674498, specifically located at

26  http://www.tjoob.com/vids/77574/bibian-norai-and-christina-bella-and-malena-

1    conde-and-miercole-The-Fetish-Garden.html. This copyrighted work was displayed

2    in this manner without the consent of, or licensing by, Fraserside, the copyright

3    owner and registrant of the motion picture. The Content Licensing Agreement

4    specifically prohibited MetaInterface's display in this manner or MetaInterfaces

5    permission and/or authorization for such display.

6        297. In May 2010, www.tjoob.com displayed and offered for viewing

7    Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

8    Copyright Registration Number PA1674498, specifically located at

9    http://www.tjoob.com/vids/77574/bibian-norai-and-christina-bella-and-malena-

10    conde-and-miercole-The-Fetish-Garden.html, in a manner which permitted and/or

11    allowed the user to copy the embedded code of the Plaintiff film and thereafter

12    display the film in any manner or location desired by the user. This copyrighted work

13    was displayed in this manner without the consent of, or licensing by, Fraserside, the

14    copyright owner and registrant of the motion picture. The Content Licensing

15    Agreement specifically prohibited MetaInterface's display in this manner or

16    MetaInterfaces permission and/or authorization for such display.

17        298. In May 2010, www.tjoob.com displayed and offered for viewing

18    Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

19    Copyright Registration Number PA1674498, specifically located at

20    http://www.tjoob.com/vids/78060/claudia-claire-and-christina-bella-The-Fetish-

21    Garden.html. This copyrighted work was displayed in this manner without the

22    consent of, or licensing by, Fraserside, the copyright owner and registrant of the

23    motion picture. The Content Licensing Agreement specifically prohibited

24    MetaInterface's display in this manner or MetaInterfaces permission and/or

25    authorization for such display.

26

299.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12, Copyright Registration Number PA1674498, specifically located at http://www.tjoob.com/vids/78060/claudia-claire-and-christina-bella-The-Fetish-Garden.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

300.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12, Copyright Registration Number PA1674498, specifically located at http://www.tjoob.com/vids/77888/stacy-silver-The-Fetish-Garden.html.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

301.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12, Copyright Registration Number PA1674498, specifically located at http://www.tjoob.com/vids/77888/stacy-silver-The-Fetish-Garden.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or

1  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

2  The Content Licensing Agreement specifically prohibited MetaInterface's display in

3  this manner or MetaInterfaces permission and/or authorization for such display.

4    302.   In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

6  Number PA1-677-516, specifically located at

7  http://www.tjoob.com/search/forbidden-games/playtime-0/.  This copyrighted work

8  was displayed in this manner without the consent of, or licensing by, Fraserside, the

9  copyright owner and registrant of the motion picture.  The Content Licensing

10  Agreement specifically prohibited MetaInterface's display in this manner or

11  MetaInterfaces permission and/or authorization for such display.

12    303.   In May 2010, www.tjoob.com displayed and offered for viewing

13  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

14  Number PA1-677-516, specifically located at

15  http://www.tjoob.com/search/forbidden-games/playtime-0/, in a manner which

16  permitted and/or allowed the user to copy the embedded code of the Plaintiff film and

17  thereafter display the film in any manner or location desired by the user.  This

18  copyrighted work was displayed in this manner without the consent of, or licensing

19  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

20  Licensing Agreement specifically prohibited MetaInterface's display in this manner

21  or MetaInterfaces permission and/or authorization for such display.

22    304.   In May 2010, www.tjoob.com displayed and offered for viewing

23  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

24  Number PA1-677-516, specifically located at http://www.tjoob.com/vids/77919/dora-

25  venter-Forbidden-Games.html.  This copyrighted work was displayed in this manner

26  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture. The Content Licensing Agreement specifically prohibited
2  MetaInterface's display in this manner or MetaInterfaces permission and/or
3  authorization for such display.

4      305. In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
6  Number PA1-677-516, specifically located at http://www.tjoob.com/vids/77919/dora-
7  venter-Forbidden-Games.html, in a manner which permitted and/or allowed the user
8  to copy the embedded code of the Plaintiff film and thereafter display the film in any
9  manner or location desired by the user. This copyrighted work was displayed in this
10 manner without the consent of, or licensing by, Fraserside, the copyright owner and
11 registrant of the motion picture. The Content Licensing Agreement specifically
12 prohibited MetaInterface's display in this manner or MetaInterfaces permission
13 and/or authorization for such display.

14     306. In May 2010, www.tjoob.com displayed and offered for viewing
15 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
16 Number PA1-677-516, specifically located at
17 http://www.tjoob.com/vids/78082/monica-sweetheart-Forbidden-Games.html. This
18 copyrighted work was displayed in this manner without the consent of, or licensing
19 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
20 Licensing Agreement specifically prohibited MetaInterface's display in this manner
21 or MetaInterfaces permission and/or authorization for such display.

22     307. In May 2010, www.tjoob.com displayed and offered for viewing
23 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
24 Number PA1-677-516, specifically located at
25 http://www.tjoob.com/vids/78082/monica-sweetheart-Forbidden-Games.html, in a
26 manner which permitted and/or allowed the user to copy the embedded code of the

1    Plaintiff film and thereafter display the film in any manner or location desired by the

2    user. This copyrighted work was displayed in this manner without the consent of, or

3    licensing by, Fraserside, the copyright owner and registrant of the motion picture.

4    The Content Licensing Agreement specifically prohibited MetaInterface's display in

5    this manner or MetaInterfaces permission and/or authorization for such display.

6        308.   In May 2010, www.tjoob.com displayed and offered for viewing

7    Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

8    Number PA1-670-895, specifically located at http://www.tjoob.com/search/the-girls-

9    of-desire/. This copyrighted work was displayed in this manner without the consent

10   of, or licensing by, Fraserside, the copyright owner and registrant of the motion

11   picture. The Content Licensing Agreement specifically prohibited MetaInterface's

12   display in this manner or MetaInterfaces permission and/or authorization for such

13   display.

14       309.   In May 2010, www.tjoob.com displayed and offered for viewing

15   Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

16   Number PA1-670-895, specifically located at http://www.tjoob.com/search/the-girls-

17   of-desire/, in a manner which permitted and/or allowed the user to copy the

18   embedded code of the Plaintiff film and thereafter display the film in any manner or

19   location desired by the user. This copyrighted work was displayed in this manner

20   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

21   of the motion picture. The Content Licensing Agreement specifically prohibited

22   MetaInterface's display in this manner or MetaInterfaces permission and/or

23   authorization for such display.

24       310.   In May 2010, www.tjoob.com displayed and offered for viewing

25   Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

26   Number PA1-670-895, specifically located at

http://www.tjoob.com/vids/61909/sophie-moone-The-Girls-Of-Desire.html.  This
copyrighted work was displayed in this manner without the consent of, or licensing
by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
Licensing Agreement specifically prohibited MetaInterface's display in this manner
or MetaInterfaces permission and/or authorization for such display.

311.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
Number PA1-670-895, specifically located at
http://www.tjoob.com/vids/61909/sophie-moone-The-Girls-Of-Desire.html, in a
manner which permitted and/or allowed the user to copy the embedded code of the
Plaintiff film and thereafter display the film in any manner or location desired by the
user.  This copyrighted work was displayed in this manner without the consent of, or
licensing by, Fraserside, the copyright owner and registrant of the motion picture.
The Content Licensing Agreement specifically prohibited MetaInterface's display in
this manner or MetaInterfaces permission and/or authorization for such display.

312.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
Number PA1-670-895, specifically located at
http://www.tjoob.com/vids/61749/alexa-weix-and-bianca-and-nikki-black-The-Girls-
Of-Desire.html.  This copyrighted work was displayed in this manner without the
consent of, or licensing by, Fraserside, the copyright owner and registrant of the
motion picture.  The Content Licensing Agreement specifically prohibited
MetaInterface's display in this manner or MetaInterfaces permission and/or
authorization for such display.

313.   In May 2010, www.tjoob.com displayed and offered for viewing
Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1  Number PA1-670-895, specifically located at

2  http://www.tjoob.com/vids/61749/alexa-weix-and-bianca-and-nikki-black-The-Girls-

3  Of-Desire.html, in a manner which permitted and/or allowed the user to copy the

4  embedded code of the Plaintiff film and thereafter display the film in any manner or

5  location desired by the user.  This copyrighted work was displayed in this manner

6  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

7  of the motion picture.  The Content Licensing Agreement specifically prohibited

8  MetaInterface's display in this manner or MetaInterfaces permission and/or

9  authorization for such display.

10     314.   In May 2010, www.tjoob.com displayed and offered for viewing

11  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

12  Number PA1-670-895, specifically located at

13  http://www.tjoob.com/vids/62228/carmen-white-and-michelle-wild-The-Girls-Of-

14  Desire.html.  This copyrighted work was displayed in this manner without the

15  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

16  motion picture.  The Content Licensing Agreement specifically prohibited

17  MetaInterface's display in this manner or MetaInterfaces permission and/or

18  authorization for such display.

19     315.   In May 2010, www.tjoob.com displayed and offered for viewing

20  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

21  Number PA1-670-895, specifically located at

22  http://www.tjoob.com/vids/62228/carmen-white-and-michelle-wild-The-Girls-Of-

23  Desire.html, in a manner which permitted and/or allowed the user to copy the

24  embedded code of the Plaintiff film and thereafter display the film in any manner or

25  location desired by the user.  This copyrighted work was displayed in this manner

26  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture.  The Content Licensing Agreement specifically prohibited
2  MetaInterface's display in this manner or MetaInterfaces permission and/or
3  authorization for such display.

4      316.  In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
6  Number PA1-670-895, specifically located at
7  http://www.tjoob.com/vids/57515/fabiola-dos-santos-The-Girls-Of-Desire.html.  This
8  copyrighted work was displayed in this manner without the consent of, or licensing
9  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
10 Licensing Agreement specifically prohibited MetaInterface's display in this manner
11 or MetaInterfaces permission and/or authorization for such display.

12     317.  In May 2010, www.tjoob.com displayed and offered for viewing
13 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
14 Number PA1-670-895, specifically located at
15 http://www.tjoob.com/vids/57515/fabiola-dos-santos-The-Girls-Of-Desire.html, in a
16 manner which permitted and/or allowed the user to copy the embedded code of the
17 Plaintiff film and thereafter display the film in any manner or location desired by the
18 user.  This copyrighted work was displayed in this manner without the consent of, or
19 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
20 The Content Licensing Agreement specifically prohibited MetaInterface's display in
21 this manner or MetaInterfaces permission and/or authorization for such display.

22     318.  In May 2010, www.tjoob.com displayed and offered for viewing
23 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
24 Number PA1-670-895, specifically located at http://www.tjoob.com/vids/62139/lucy-
25 lee-The-Girls-Of-Desire.html.  This copyrighted work was displayed in this manner
26 without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1 | of the motion picture. The Content Licensing Agreement specifically prohibited
2 | MetaInterface's display in this manner or MetaInterfaces permission and/or
3 | authorization for such display.

4 |     319.   In May 2010, www.tjoob.com displayed and offered for viewing
5 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
6 | Number PA1-670-895, specifically located at http://www.tjoob.com/vids/62139/lucy-
7 | lee-The-Girls-Of-Desire.html, in a manner which permitted and/or allowed the user to
8 | copy the embedded code of the Plaintiff film and thereafter display the film in any
9 | manner or location desired by the user. This copyrighted work was displayed in this
10 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
11 | registrant of the motion picture. The Content Licensing Agreement specifically
12 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
13 | and/or authorization for such display.

14 |     320.   In May 2010, www.tjoob.com displayed and offered for viewing
15 | Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
16 | 674-249, specifically located at http://www.tjoob.com/search/GLADIATOR/. This
17 | copyrighted work was displayed in this manner without the consent of, or licensing
18 | by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 | or MetaInterfaces permission and/or authorization for such display.

21 |     321.   In May 2010, www.tjoob.com displayed and offered for viewing
22 | Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
23 | 674-249, specifically located at http://www.tjoob.com/search/GLADIATOR/, in a
24 | manner which permitted and/or allowed the user to copy the embedded code of the
25 | Plaintiff film and thereafter display the film in any manner or location desired by the
26 | user. This copyrighted work was displayed in this manner without the consent of, or

1  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
2  The Content Licensing Agreement specifically prohibited MetaInterface's display in
3  this manner or MetaInterfaces permission and/or authorization for such display.

4      322.   In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
6  674-249, specifically located at http://www.tjoob.com/vids/59494/dorothy-black-and-
7  rita-faltoyano-and-tina-t-Gladiator.html. This copyrighted work was displayed in this
8  manner without the consent of, or licensing by, Fraserside, the copyright owner and
9  registrant of the motion picture. The Content Licensing Agreement specifically
10  prohibited MetaInterface's display in this manner or MetaInterfaces permission
11  and/or authorization for such display.

12      323.   In May 2010, www.tjoob.com displayed and offered for viewing
13  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
14  674-249, specifically located at http://www.tjoob.com/vids/59494/dorothy-black-and-
15  rita-faltoyano-and-tina-t-Gladiator.html, in a manner which permitted and/or allowed
16  the user to copy the embedded code of the Plaintiff film and thereafter display the
17  film in any manner or location desired by the user. This copyrighted work was
18  displayed in this manner without the consent of, or licensing by, Fraserside, the
19  copyright owner and registrant of the motion picture. The Content Licensing
20  Agreement specifically prohibited MetaInterface's display in this manner or
21  MetaInterfaces permission and/or authorization for such display.

22      324.   In May 2010, www.tjoob.com displayed and offered for viewing
23  Fraserside's copyrighted work titled House of Love, Copyright Registration Number
24  PA1-675-697, specifically located at http://www.tjoob.com/search/house-of-
25  love/playtime-0/. This copyrighted work was displayed in this manner without the
26  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

1  motion picture. The Content Licensing Agreement specifically prohibited

2  MetaInterface's display in this manner or MetaInterfaces permission and/or

3  authorization for such display.

4      325.  In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

6  PA1-675-697, specifically located at http://www.tjoob.com/search/house-of-

7  love/playtime-0/, in a manner which permitted and/or allowed the user to copy the

8  embedded code of the Plaintiff film and thereafter display the film in any manner or

9  location desired by the user. This copyrighted work was displayed in this manner

10  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

11  of the motion picture. The Content Licensing Agreement specifically prohibited

12  MetaInterface's display in this manner or MetaInterfaces permission and/or

13  authorization for such display.

14      326.  In May 2010, www.tjoob.com displayed and offered for viewing

15  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

16  PA1-675-697, specifically located at http://www.tjoob.com/vids/74272/victoria-

17  House-Of-Love.html. This copyrighted work was displayed in this manner without

18  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

19  motion picture. The Content Licensing Agreement specifically prohibited

20  MetaInterface's display in this manner or MetaInterfaces permission and/or

21  authorization for such display.

22      327.  In May 2010, www.tjoob.com displayed and offered for viewing

23  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

24  PA1-675-697, specifically located at http://www.tjoob.com/vids/74272/victoria-

25  House-Of-Love.html, in a manner which permitted and/or allowed the user to copy

26  the embedded code of the Plaintiff film and thereafter display the film in any manner

1   or location desired by the user.  This copyrighted work was displayed in this manner
2   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
3   of the motion picture.  The Content Licensing Agreement specifically prohibited
4   MetaInterface's display in this manner or MetaInterfaces permission and/or
5   authorization for such display.

6       328.   In May 2010, www.tjoob.com displayed and offered for viewing
7   Fraserside's copyrighted work titled House of Love, Copyright Registration Number
8   PA1-675-697, specifically located at http://www.tjoob.com/vids/75565/inga-House-
9   Of-Love.html.  This copyrighted work was displayed in this manner without the
10  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
11  motion picture.  The Content Licensing Agreement specifically prohibited
12  MetaInterface's display in this manner or MetaInterfaces permission and/or
13  authorization for such display.

14      329.   In May 2010, www.tjoob.com displayed and offered for viewing
15  Fraserside's copyrighted work titled House of Love, Copyright Registration Number
16  PA1-675-697, specifically located at http://www.tjoob.com/vids/75565/inga-House-
17  Of-Love.html, in a manner which permitted and/or allowed the user to copy the
18  embedded code of the Plaintiff film and thereafter display the film in any manner or
19  location desired by the user.  This copyrighted work was displayed in this manner
20  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
21  of the motion picture.  The Content Licensing Agreement specifically prohibited
22  MetaInterface's display in this manner or MetaInterfaces permission and/or
23  authorization for such display.

24      330.   In May 2010, www.tjoob.com displayed and offered for viewing
25  Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
26  Number PA1-673-381, specifically located at http://www.tjoob.com/search/Lady-Of-

1    the-Rings/. This copyrighted work was displayed in this manner without the consent

2    of, or licensing by, Fraserside, the copyright owner and registrant of the motion

3    picture. The Content Licensing Agreement specifically prohibited MetaInterface's

4    display in this manner or MetaInterfaces permission and/or authorization for such

5    display.

6        331.  In May 2010, www.tjoob.com displayed and offered for viewing

7    Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

8    Number PA1-673-381, specifically located at http://www.tjoob.com/search/Lady-Of-

9    the-Rings/, in a manner which permitted and/or allowed the user to copy the

10   embedded code of the Plaintiff film and thereafter display the film in any manner or

11   location desired by the user. This copyrighted work was displayed in this manner

12   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

13   of the motion picture. The Content Licensing Agreement specifically prohibited

14   MetaInterface's display in this manner or MetaInterfaces permission and/or

15   authorization for such display.

16       332.  In May 2010, www.tjoob.com displayed and offered for viewing

17   Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

18   Number PA1-673-381, specifically located at

19   http://www.tjoob.com/vids/118423/lilliane-tiger-and-valentina-velasques-Lady-Of-

20   The-Rings---Scene-4.html. This copyrighted work was displayed in this manner

21   without the consent of, or licensing by, Fraserside, the copyright owner and registrant

22   of the motion picture. The Content Licensing Agreement specifically prohibited

23   MetaInterface's display in this manner or MetaInterfaces permission and/or

24   authorization for such display.

25       333.  In May 2010, www.tjoob.com displayed and offered for viewing

26   Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

1  | Number PA1-673-381, specifically located at

2  | http://www.tjoob.com/vids/118423/lilliane-tiger-and-valentina-velasques-Lady-Of-

3  | The-Rings---Scene-4.html, in a manner which permitted and/or allowed the user to

4  | copy the embedded code of the Plaintiff film and thereafter display the film in any

5  | manner or location desired by the user. This copyrighted work was displayed in this

6  | manner without the consent of, or licensing by, Fraserside, the copyright owner and

7  | registrant of the motion picture. The Content Licensing Agreement specifically

8  | prohibited MetaInterface's display in this manner or MetaInterfaces permission

9  | and/or authorization for such display.

10 | 334.   In May 2010, www.tjoob.com displayed and offered for viewing

11 | Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

12 | Number PA1-673-381, specifically located at

13 | http://www.tjoob.com/vids/118526/christin-black-and-tia-Lady-Of-The-Rings---

14 | Scene-1.html. This copyrighted work was displayed in this manner without the

15 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the

16 | motion picture. The Content Licensing Agreement specifically prohibited

17 | MetaInterface's display in this manner or MetaInterfaces permission and/or

18 | authorization for such display.

19 | 335.   In May 2010, www.tjoob.com displayed and offered for viewing

20 | Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

21 | Number PA1-673-381, specifically located at

22 | http://www.tjoob.com/vids/118526/christin-black-and-tia-Lady-Of-The-Rings---

23 | Scene-1.html, in a manner which permitted and/or allowed the user to copy the

24 | embedded code of the Plaintiff film and thereafter display the film in any manner or

25 | location desired by the user. This copyrighted work was displayed in this manner

26 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture. The Content Licensing Agreement specifically prohibited

2  MetaInterface's display in this manner or MetaInterfaces permission and/or

3  authorization for such display.

4      336.   In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration

6  Number PA1-675-815, specifically located at http://www.tjoob.com/search/paintball-

7  warriors/. This copyrighted work was displayed in this manner without the consent

8  of, or licensing by, Fraserside, the copyright owner and registrant of the motion

9  picture. The Content Licensing Agreement specifically prohibited MetaInterface's

10  display in this manner or MetaInterfaces permission and/or authorization for such

11  display.

12      337.   In May 2010, www.tjoob.com displayed and offered for viewing

13  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration

14  Number PA1-675-815, specifically located at http://www.tjoob.com/search/paintball-

15  warriors/, in a manner which permitted and/or allowed the user to copy the embedded

16  code of the Plaintiff film and thereafter display the film in any manner or location

17  desired by the user. This copyrighted work was displayed in this manner without the

18  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

19  motion picture. The Content Licensing Agreement specifically prohibited

20  MetaInterface's display in this manner or MetaInterfaces permission and/or

21  authorization for such display.

22      338.   In May 2010, www.tjoob.com displayed and offered for viewing

23  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration

24  Number PA1-675-815, specifically located at

25  http://www.tjoob.com/vids/57789/diana-gold-Paintball-Warriors.html. This

26  copyrighted work was displayed in this manner without the consent of, or licensing

1  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

2  Licensing Agreement specifically prohibited MetaInterface's display in this manner

3  or MetaInterfaces permission and/or authorization for such display.

4      339.   In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration

6  Number PA1-675-815, specifically located at

7  http://www.tjoob.com/vids/57789/diana-gold-Paintball-Warriors.html, in a manner

8  which permitted and/or allowed the user to copy the embedded code of the Plaintiff

9  film and thereafter display the film in any manner or location desired by the user.

10  This copyrighted work was displayed in this manner without the consent of, or

11  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

12  The Content Licensing Agreement specifically prohibited MetaInterface's display in

13  this manner or MetaInterfaces permission and/or authorization for such display.

14      340.   In May 2010, www.tjoob.com displayed and offered for viewing

15  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

16  PA1-670-904, specifically located at http://www.tjoob.com/search/psychoporn/.  This

17  copyrighted work was displayed in this manner without the consent of, or licensing

18  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

19  Licensing Agreement specifically prohibited MetaInterface's display in this manner

20  or MetaInterfaces permission and/or authorization for such display.

21      341.   In May 2010, www.tjoob.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

23  PA1-670-904, specifically located at http://www.tjoob.com/search/psychoporn/, in a

24  manner which permitted and/or allowed the user to copy the embedded code of the

25  Plaintiff film and thereafter display the film in any manner or location desired by the

26  user.  This copyrighted work was displayed in this manner without the consent of, or

1  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

2  The Content Licensing Agreement specifically prohibited MetaInterface's display in

3  this manner or MetaInterfaces permission and/or authorization for such display.

4      342.   In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

6  PA1-670-904, specifically located at http://www.tjoob.com/vids/67879/liliane-tiger-

7  Psychoporn.html. This copyrighted work was displayed in this manner without the

8  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

9  motion picture. The Content Licensing Agreement specifically prohibited

10  MetaInterface's display in this manner or MetaInterfaces permission and/or

11  authorization for such display.

12      343.   In May 2010, www.tjoob.com displayed and offered for viewing

13  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

14  PA1-670-904, specifically located at http://www.tjoob.com/vids/67879/liliane-tiger-

15  Psychoporn.html, in a manner which permitted and/or allowed the user to copy the

16  embedded code of the Plaintiff film and thereafter display the film in any manner or

17  location desired by the user. This copyrighted work was displayed in this manner

18  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

19  of the motion picture. The Content Licensing Agreement specifically prohibited

20  MetaInterface's display in this manner or MetaInterfaces permission and/or

21  authorization for such display.

22      344.   In May 2010, www.tjoob.com displayed and offered for viewing

23  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

24  PA1-670-904, specifically located at http://www.tjoob.com/vids/67848/melissa-

25  black-Psychoporn.html. This copyrighted work was displayed in this manner without

26  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

1   motion picture.  The Content Licensing Agreement specifically prohibited
2   MetaInterface's display in this manner or MetaInterfaces permission and/or
3   authorization for such display.

4       345.   In May 2010, www.tjoob.com displayed and offered for viewing
5   Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
6   PA1-670-904, specifically located at http://www.tjoob.com/vids/67848/melissa-
7   black-Psychoporn.html, in a manner which permitted and/or allowed the user to copy
8   the embedded code of the Plaintiff film and thereafter display the film in any manner
9   or location desired by the user.  This copyrighted work was displayed in this manner
10  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
11  of the motion picture.  The Content Licensing Agreement specifically prohibited
12  MetaInterface's display in this manner or MetaInterfaces permission and/or
13  authorization for such display.

14      346.   In May 2010, www.tjoob.com displayed and offered for viewing
15  Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
16  Number PA1-673-407, specifically located at http://www.tjoob.com/search/SEX,-
17  LIES-/playtime-0/.  This copyrighted work was displayed in this manner without the
18  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
19  motion picture.  The Content Licensing Agreement specifically prohibited
20  MetaInterface's display in this manner or MetaInterfaces permission and/or
21  authorization for such display.

22      347.   In May 2010, www.tjoob.com displayed and offered for viewing
23  Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
24  Number PA1-673-407, specifically located at http://www.tjoob.com/search/SEX,-
25  LIES-/playtime-0/, in a manner which permitted and/or allowed the user to copy the
26  embedded code of the Plaintiff film and thereafter display the film in any manner or

1   location desired by the user. This copyrighted work was displayed in this manner
2   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
3   of the motion picture. The Content Licensing Agreement specifically prohibited
4   MetaInterface's display in this manner or MetaInterfaces permission and/or
5   authorization for such display.

6       348.   In May 2010, www.tjoob.com displayed and offered for viewing
7   Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
8   Number PA1-673-407, specifically located at
9   http://www.tjoob.com/vids/56758/sandra-iron-Sex-Lies-And-Internet.html. This
10  copyrighted work was displayed in this manner without the consent of, or licensing
11  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
12  Licensing Agreement specifically prohibited MetaInterface's display in this manner
13  or MetaInterfaces permission and/or authorization for such display.

14      349.   In May 2010, www.tjoob.com displayed and offered for viewing
15  Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
16  Number PA1-673-407, specifically located at
17  http://www.tjoob.com/vids/56758/sandra-iron-Sex-Lies-And-Internet.html, in a
18  manner which permitted and/or allowed the user to copy the embedded code of the
19  Plaintiff film and thereafter display the film in any manner or location desired by the
20  user. This copyrighted work was displayed in this manner without the consent of, or
21  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
22  The Content Licensing Agreement specifically prohibited MetaInterface's display in
23  this manner or MetaInterfaces permission and/or authorization for such display.

24      350.   In May 2010, www.tjoob.com displayed and offered for viewing
25  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
26  PA1-672-445, specifically located at http://www.tjoob.com/search/sexy-

1  business/playtime-0/.  This copyrighted work was displayed in this manner without

2  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

3  motion picture.  The Content Licensing Agreement specifically prohibited

4  MetaInterface's display in this manner or MetaInterfaces permission and/or

5  authorization for such display.

6      351.  In May 2010, www.tjoob.com displayed and offered for viewing

7  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

8  PA1-672-445, specifically located at http://www.tjoob.com/search/sexy-

9  business/playtime-0/, in a manner which permitted and/or allowed the user to copy

10  the embedded code of the Plaintiff film and thereafter display the film in any manner

11  or location desired by the user.  This copyrighted work was displayed in this manner

12  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

13  of the motion picture.  The Content Licensing Agreement specifically prohibited

14  MetaInterface's display in this manner or MetaInterfaces permission and/or

15  authorization for such display.

16      352.  In May 2010, www.tjoob.com displayed and offered for viewing

17  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

18  PA1-672-445, specifically located at http://www.tjoob.com/vids/89438/poppy-

19  morgan-Sexy-Business.html.  This copyrighted work was displayed in this manner

20  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

21  of the motion picture.  The Content Licensing Agreement specifically prohibited

22  MetaInterface's display in this manner or MetaInterfaces permission and/or

23  authorization for such display.

24      353.  In May 2010, www.tjoob.com displayed and offered for viewing

25  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

26  PA1-672-445, specifically located at http://www.tjoob.com/vids/89438/poppy-

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  morgan-Sexy-Business.html, in a manner which permitted and/or allowed the user to

2  copy the embedded code of the Plaintiff film and thereafter display the film in any

3  manner or location desired by the user. This copyrighted work was displayed in this

4  manner without the consent of, or licensing by, Fraserside, the copyright owner and

5  registrant of the motion picture. The Content Licensing Agreement specifically

6  prohibited MetaInterface's display in this manner or MetaInterfaces permission

7  and/or authorization for such display.

8      354.   In May 2010, www.tjoob.com displayed and offered for viewing

9  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

10  PA1-672-445, specifically located at http://www.tjoob.com/vids/89945/jessica-dee-

11  Sexy-Business.html. This copyrighted work was displayed in this manner without

12  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

13  motion picture. The Content Licensing Agreement specifically prohibited

14  MetaInterface's display in this manner or MetaInterfaces permission and/or

15  authorization for such display.

16      355.   In May 2010, www.tjoob.com displayed and offered for viewing

17  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

18  PA1-672-445, specifically located at http://www.tjoob.com/vids/89945/jessica-dee-

19  Sexy-Business.html, in a manner which permitted and/or allowed the user to copy the

20  embedded code of the Plaintiff film and thereafter display the film in any manner or

21  location desired by the user. This copyrighted work was displayed in this manner

22  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

23  of the motion picture. The Content Licensing Agreement specifically prohibited

24  MetaInterface's display in this manner or MetaInterfaces permission and/or

25  authorization for such display.

26

356.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/search/spread-my-lips/playtime-0/. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

357.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/search/spread-my-lips/playtime-0/, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

358.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54613/electra-angel-and-katy-caro-Spread-My-Lips.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

359. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54613/electra-angel-and-katy-caro-Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

360. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54740/rebecca-linares-Spread-My-Lips.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

361. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54740/rebecca-linares-Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically

1  prohibited MetaInterface's display in this manner or MetaInterfaces permission
2  and/or authorization for such display.

3  362. In May 2010, www.tjoob.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
5  PA1-670-902, specifically located at http://www.tjoob.com/vids/54623/ellen-saint-
6  Spread-My-Lips.html. This copyrighted work was displayed in this manner without
7  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
8  motion picture. The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10 authorization for such display.

11 363. In May 2010, www.tjoob.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
13 PA1-670-902, specifically located at http://www.tjoob.com/vids/54623/ellen-saint-
14 Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy
15 the embedded code of the Plaintiff film and thereafter display the film in any manner
16 or location desired by the user. This copyrighted work was displayed in this manner
17 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
18 of the motion picture. The Content Licensing Agreement specifically prohibited
19 MetaInterface's display in this manner or MetaInterfaces permission and/or
20 authorization for such display.

21 364. In May 2010, www.tjoob.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
23 PA1-670-902, specifically located at http://www.tjoob.com/vids/54838/alejandra-
24 maderos-Spread-My-Lips.html. This copyrighted work was displayed in this manner
25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or

2  authorization for such display.

3      365.   In May 2010, www.tjoob.com displayed and offered for viewing

4  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

5  PA1-670-902, specifically located at http://www.tjoob.com/vids/54838/alejandra-

6  maderos-Spread-My-Lips.html, in a manner which permitted and/or allowed the user

7  to copy the embedded code of the Plaintiff film and thereafter display the film in any

8  manner or location desired by the user.  This copyrighted work was displayed in this

9  manner without the consent of, or licensing by, Fraserside, the copyright owner and

10  registrant of the motion picture.  The Content Licensing Agreement specifically

11  prohibited MetaInterface's display in this manner or MetaInterfaces permission

12  and/or authorization for such display.

13      366.   In May 2010, www.tjoob.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

15  PA1-670-893, specifically located at http://www.tjoob.com/search/tropical-

16  twins/playtime-0/.  This copyrighted work was displayed in this manner without the

17  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

18  motion picture.  The Content Licensing Agreement specifically prohibited

19  MetaInterface's display in this manner or MetaInterfaces permission and/or

20  authorization for such display.

21      367.   In May 2010, www.tjoob.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

23  PA1-670-893, specifically located at http://www.tjoob.com/search/tropical-

24  twins/playtime-0/, in a manner which permitted and/or allowed the user to copy the

25  embedded code of the Plaintiff film and thereafter display the film in any manner or

26  location desired by the user.  This copyrighted work was displayed in this manner

1 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
2 of the motion picture. The Content Licensing Agreement specifically prohibited
3 MetaInterface's display in this manner or MetaInterfaces permission and/or
4 authorization for such display.

5      368.   In May 2010, www.tjoob.com displayed and offered for viewing
6 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
7 PA1-670-893, specifically located at http://www.tjoob.com/vids/89669/sharka-blue-
8 and-liliane-tiger-Tropical-Twins.html. This copyrighted work was displayed in this
9 manner without the consent of, or licensing by, Fraserside, the copyright owner and
10 registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13      369.   In May 2010, www.tjoob.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
15 PA1-670-893, specifically located at http://www.tjoob.com/vids/89669/sharka-blue-
16 and-liliane-tiger-Tropical-Twins.html, in a manner which permitted and/or allowed
17 the user to copy the embedded code of the Plaintiff film and thereafter display the
18 film in any manner or location desired by the user. This copyrighted work was
19 displayed in this manner without the consent of, or licensing by, Fraserside, the
20 copyright owner and registrant of the motion picture. The Content Licensing
21 Agreement specifically prohibited MetaInterface's display in this manner or
22 MetaInterfaces permission and/or authorization for such display.

23      370.   In May 2010, www.tjoob.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
25 PA1-670-893, specifically located at http://www.tjoob.com/vids/89650/melany-jolie-
26 Tropical-Twins.html. This copyrighted work was displayed in this manner without

1  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

2  motion picture.  The Content Licensing Agreement specifically prohibited

3  MetaInterface's display in this manner or MetaInterfaces permission and/or

4  authorization for such display.

5      371.   In May 2010, www.tjoob.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

7  PA1-670-893, specifically located at http://www.tjoob.com/vids/89650/melany-jolie-

8  Tropical-Twins.html, in a manner which permitted and/or allowed the user to copy

9  the embedded code of the Plaintiff film and thereafter display the film in any manner

10  or location desired by the user.  This copyrighted work was displayed in this manner

11  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

12  of the motion picture.  The Content Licensing Agreement specifically prohibited

13  MetaInterface's display in this manner or MetaInterfaces permission and/or

14  authorization for such display.

15      372.   In May 2010, www.tjoob.com displayed and offered for viewing

16  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

17  670-897, specifically located at http://www.tjoob.com/search/tenerife/playtime-0/.

18  This copyrighted work was displayed in this manner without the consent of, or

19  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

20  The Content Licensing Agreement specifically prohibited MetaInterface's display in

21  this manner or MetaInterfaces permission and/or authorization for such display.

22      373.   In May 2010, www.tjoob.com displayed and offered for viewing

23  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

24  670-897, specifically located at http://www.tjoob.com/search/tenerife/playtime-0/, in

25  a manner which permitted and/or allowed the user to copy the embedded code of the

26  Plaintiff film and thereafter display the film in any manner or location desired by the

1  user. This copyrighted work was displayed in this manner without the consent of, or

2  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

3  The Content Licensing Agreement specifically prohibited MetaInterface's display in

4  this manner or MetaInterfaces permission and/or authorization for such display.

5      374.   In May 2010, www.tjoob.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

7  670-897, specifically located at http://www.tjoob.com/vids/89516/jane-darling-and-

8  silvia-saint-Tenerife.html. This copyrighted work was displayed in this manner

9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10  of the motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13      375.   In May 2010, www.tjoob.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

15  670-897, specifically located at http://www.tjoob.com/vids/89516/jane-darling-and-

16  silvia-saint-Tenerife.html, in a manner which permitted and/or allowed the user to

17  copy the embedded code of the Plaintiff film and thereafter display the film in any

18  manner or location desired by the user. This copyrighted work was displayed in this

19  manner without the consent of, or licensing by, Fraserside, the copyright owner and

20  registrant of the motion picture. The Content Licensing Agreement specifically

21  prohibited MetaInterface's display in this manner or MetaInterfaces permission

22  and/or authorization for such display.

23      376.   In May 2010, www.tjoob.com displayed and offered for viewing

24  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

25  670-897, specifically located at http://www.tjoob.com/vids/89949/jane-darling-

26  Tenerife.html. This copyrighted work was displayed in this manner without the

1  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
2  motion picture. The Content Licensing Agreement specifically prohibited
3  MetaInterface's display in this manner or MetaInterfaces permission and/or
4  authorization for such display.

5      377.   In May 2010, www.tjoob.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
7  670-897, specifically located at http://www.tjoob.com/vids/89949/jane-darling-
8  Tenerife.html, in a manner which permitted and/or allowed the user to copy the
9  embedded code of the Plaintiff film and thereafter display the film in any manner or
10 location desired by the user. This copyrighted work was displayed in this manner
11 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
12 of the motion picture. The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15     378.   In May 2010, on its Internet Web site page, specifically located at
16 http://www.tjoob.com/vids/59494/dorothy-black-and-rita-faltoyano-and-tina-t-
17 Gladiator.html, www.tjoob.com displayed and/or utilized Plaintiff's trademarks
18 PRIVATE, Registration Number 1014957. Plaintiff's trademarks were infringed in
19 this manner as they were displayed without the consent of, or licensing by, the
20 Plaintiff, the trademark owner and registrant of the trademark.

21

22                          **COUNT I**
23              **(Copyright Infringement, 17 U.S.C § 501 et seq.)**

24     379.   Plaintiff repeats, realleges, and incorporates by this reference each and
25 every preceding allegation set forth herein.

26

380.   Plaintiff is the sole owner of all right, title, and interest in and to each of the digital motion pictures referenced herein and covered by Plaintiff's registered copyrights, and of all corresponding copyrights and Certificates of Registration.

381.   Plaintiff's copyrighted works consists of material original to the Plaintiff and each is copyrightable subject matter.

382.   Defendant has copied, reproduced, distributed, adapted, and/or publicly displayed the Plaintiff's copyrighted works without the consent or authority of the Plaintiff, thereby directly infringing Plaintiff's copyrights.

383.   Defendant's conduct constitutes infringement of Plaintiff's copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

384.   The infringement of Plaintiff's rights in and to each of the digital motion pictures constitutes a separate and distinct act of infringement.

385.   The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff.

386.   As a direct and proximate result of its unlawful conduct, Defendant is liable to Plaintiff for copyright infringement.  Plaintiff has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill.  Plaintiff is entitled to recover damages, which include its losses and all profits Defendants has made as a result of its wrongful conduct, pursuant to 17 U.S.C. § 504(b).

387.   Alternative to actual damages plus Defendant's profits, Plaintiff is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 for each infringed motion picture, or other such amounts as may be proper pursuant to 17 U.S.C. § 504(c).

388.   Defendant's conduct has caused and, unless enjoined and restrained by this court, will continue to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief prohibiting further infringements of Plaintiff's copyrights.

389.   Defendant is continuing its infringement in blatant disregard of Plaintiff's protected rights.

390.   Plaintiff is also entitled to recover their attorneys' fees and costs of suit, pursuant to 17 U.S.C. § 505.

## COUNT II

### (Contributory Copyright Infringement, 17 U.S.C. § 501 et seq.)

391.   Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

392.   Defendant has engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display, and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of the Plaintiff's copyrighted motion pictures.

393.   Defendant's conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

394.   The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constitutes a separate and distinct infringement.

395.   The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to Plaintiff's rights.

396.   As a direct and proximate result of the infringements by Defendant of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's

1   copyrighted works, Plaintiff is entitled to its actual damages and Defendant's profits

2   pursuant to 17 U.S.C. § 504(b).

3       397.   Alternatively, Plaintiff is entitled to maximum statutory damages,

4   pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work

5   infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

6       398.   Plaintiff further is entitled to their attorneys' fees and full costs pursuant

7   to 17 U.S.C. § 505.

8

9                              **COUNT III**

10   **(Trademark Infringement Under the Lanham Act – 15 U.S.C. §1114)**

11       399.   Plaintiff repeats, realleges, and incorporates by this reference each and

12   every preceding allegation set forth herein.

13       400.   Defendant's use of Plaintiff's registered PRIVATE trademark and

14   service mark in a manner likely to create consumer confusion, as alleged herein,

15   constitutes trademark infringement pursuant to 15 U.S.C. §1114.

16       401.   Defendant's infringement is intentional and willful, and has caused and

17   will continue to cause damage to Plaintiff in an amount to be proven at trial, and is

18   causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

19   Plaintiff is entitled to statutory and treble damages.

20

21                              **COUNT IV**

22   **(False Designation of Origin Under the Lanham Act – 15 U.S.C §1125(a))**

23       402.   Plaintiff repeats, realleges, and incorporates by this reference each and

24   every preceding allegation set forth herein..

25

26

403.   Defendant's conduct is likely to cause confusion, mistake, or deception as to defendant's affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of their goods or commercial activities.

404.   Defendant's conduct as alleged herein, including but not necessarily limited to their use of the PRIVATE mark, constitutes false designation of origin pursuant to 15 U.S.C. §1125(a).

405.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against defendants.

## COUNT V

### (Unfair Competition Under the Lanham Act – 15 U.S.C. § 1125(a))

406.   Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

407.   Defendant's conduct as alleged herein, including but not limited to falsely representing that they are somehow affiliated, connected, or associated with Plaintiff or falsely to imply that Plaintiff has created, sponsors, or otherwise approves of their websites constitutes unfair competition and false advertising pursuant to 15 U.S.C. § 1125(a).

408.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendant.

## COUNT VI

### (Accounting)

409.   Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

410.   Plaintiff is informed and believes and based thereon allege that Defendant, has received revenues by virtue of the wrongful conduct, as alleged herein.  As such, Plaintiff is entitled to Defendant's profits attributable to that wrongful conduct.  The amount of theses profits is presently unknown and, because Plaintiff does not have access to Defendant's books and records, the total amount cannot be ascertained without an accounting.

411.   Plaintiff is entitled to an accounting from Defendant of all revenues and profits earned and received by Defendant, and each of them in connection with the wrongful conduct alleged herein.  The accounting will show any profits due and owing to Plaintiff based thereon.

## COUNT VII

## (Constructive Trust)

412.   Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

413.   As a result of Defendant's wrongful conduct alleged herein, Defendant, has been unjustly enriched at the expense of Plaintiff, and will very likely continue to receive money and/or other valuable consideration and benefits in the future based thereon.

414.   Plaintiff is entitled to an accounting from Defendant of all revenue and profits earned and received by Defendant, in connection with the wrongful conduct alleged herein.  The accounting will show any profits now due and owing to Plaintiff based thereon.  Plaintiff is further entitled to injunctive relieve against Defendant, and each of them, restraining them from transferring such funds during the pendency of this action, so that meaningful equitable relief may be obtained upon entry of a judgment herein.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully request judgment as follows:

1.      That the Court enter a judgment against the Defendant that it has willfully infringed Plaintiff's rights in its federally registered copyrights in violation of 17 U.S.C. § 501.

2.      That this Court enter judgment against Defendant for unfair methods of competition in violation of state common law.

3.      That the Court issue injunctive relief against Defendant, and the Defendant, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert and/or participation with the Defendant, be enjoined and restrained from display and distribution of Plaintiff's motion pictures.

4.      That the Court issue temporary and permanent injunctive relief against the Defendant, and that the Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with the Defendant, be enjoined and restrained from copying, reproducing, distributing, adapting, and/or publicly displaying Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

5.      That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiff's motion pictures.

6.      That the Court issue temporary and permanent injunctive relief against Defendant, and that Defendant, its officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with Defendant, be enjoined and restrained from:

a)      infringing Plaintiff's trademark and service mark;

b)    advertising their products in a manner that falsely suggests that their products are somehow affiliated, connected, or associated with Plaintiff or falsely imply that Plaintiff, has created, sponsors, or otherwise approves the products;

c)    assisting, aiding, or abetting any other person or business in engaging in or performing any of the activities referred to in paragraph a) through b) above;

7.    That the Court award Plaintiff actual damages and profits of Defendant in an amount to be proved at trial and/or statutory damages;

8.    That the Court award Plaintiff its attorneys' fees and costs incurred herein;

9.    That the Court enter an order declaring that the Defendant hold in trust, as constructive trustees for the benefit of Plaintiff, their illegal profits obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

10.    That the Court enter an order requiring the Defendants to provide to Plaintiff a full and complete accounting of all gross revenue obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works and of any other amounts due and owing to Plaintiff as a result of the Defendant's illegal activities.

11.    That the Court order the Defendant to pay Plaintiff's damages and Defendant's profits pursuant to 17 U.S.C. § 504(b), or, alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 504(c)(2), for the Defendant's willful infringement of Plaintiff's copyrights.

12.     That the Court order Defendant to pay to Plaintiff both the costs of this suit and the reasonable attorneys' fees incurred by Plaintiff in investigating and prosecuting this action.

13.     For all costs of suit; and

14.     That the Court grant to Plaintiffs such other and additional relief as is just and proper.

August 12, 2010.

Respectfully submitted,
DILLON & GERARDI

 s/ Timothy Dillon
Timothy Dillon (SBN190839)
Attorney for Plaintiffs
Email: TDillon@dillongerardi.com

THE FREEMAN LAW FIRM INC.

 s/ Spencer Freeman
Spencer Freeman (pro hac pending)
Attorney for Plaintiffs
Email: sfreeman@freemanlawfirm.org