# COPY

1  TIMOTHY DILLON (SBN 190839)
2  DILLON & GERARDI APC
   4660 La Jolla Village Drive, Suite 1040
3  San Diego, CA 92122
   (858) 587-1800
4  Facsimile: (858) 587-2587
5  E-mail: tdillon@dillongerardi.com

6  SPENCER D. FREEMAN (*pro hac vice* pending)
7  FREEMAN LAW FIRM, INC.
   2104 N. 30th St.
8  Tacoma, WA 98403
9  (253) 383-4500
   E-mail: sfreeman@freemanlawfirm.org
10

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  FRASERSIDE HOLDINGS, LTD., a       Case No. **CV10 5174 -Gw (FMOx)**
15  foreign limited liability company

16        Plaintiff,                   COMPLAINT FOR DAMAGES AND
                                       INJUNCTIVE RELIEF
17        vs.

18  XOD LLC, a Delaware corporation,
19  d/b/a XonDemand, Xondemand.com

20        Defendant.

21        Plaintiff, Fraserside Holdings, Ltd., a foreign limited liability company with its

22  principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23  Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24  "Fraserside") brings this action against XOD LLC, a Delaware Corporation, dba

25  XonDemand and Xondemand.com (hereinafter "Defendant" or "XOD"), with its

26  principal place of business located in Hatboro, Pennsylvania, and alleges as follows:

27  ///

28  ///

1

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF



1  TIMOTHY DILLON (SBN ___08)
   DILLON & GERARDI APC
2  4660 La Jolla Village Drive, Suite 1040
   San Diego, CA 92122
3  (858) 587-1800
4  Facsimile: (858) 587-2587
5  E-mail: tdillon@dillongerardi.com

6  SPENCER D. FREEMAN (*pro hac vice* pending)
   FREEMAN LAW FIRM, INC.
7  2104 N. 30th St.
8  Tacoma, WA 98403
   (253) 383-4500
9  E-mail: sfreeman@freemanlawfirm.org

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14  FRASERSIDE HOLDINGS, LTD., a      Case No.: **CV10   5174**-Gw(FMOx)
    foreign limited liability company
15

16            Plaintiff,              COMPLAINT FOR DAMAGES AND
                                      INJUNCTIVE RELIEF
17        vs.

18  XOD LLC, a Delaware corporation,
    d/b/a XonDemand, Xondemand.com
19
            Defendant.
20

21      Plaintiff, Fraserside Holdings, Ltd., a foreign limited liability company with its

22  principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23  Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24  "Fraserside") brings this action against XOD LLC, a Delaware Corporation, dba

25  XonDemand and Xondemand.com (hereinafter "Defendant" or "XOD"), with its

26  principal place of business located in Hatboro, Pennsylvania, and alleges as follows:

27  ///

28  ///

---

                                1
        COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## JURISDICTION AND VENUE

1. This is an action which arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, Section 32 of the Lanham Act, 15 U.S.C. §1114(1) (Direct Trademark Infringement); and Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a) (False Designation of Origin and Unfair Competition). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331, 1338(a) and (b).

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a), 17 U.S.C. §501, 15 U.S.C. §1114(1), and 15 U.S.C. §1125(a).

3. Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

## PARTIES

4. Plaintiff, is a foreign limited liability company with its principal place of business in Limassol, Cyprus.

5. Defendant XOD is a Delaware Corporation, with its principal place of business in Hatboro, Pennsylvania.

## FACTUAL BACKGROUND

6. Plaintiff is a Cyprus based company with offices in San Francisco, California.

7. Fraserside is one of the world's leading producers of high-quality brand driven motion picture films. Fraserside's motion pictures are distributed on a wide range of platforms including mobile handsets via 104 network operators in 45 countries, digital TV via 38 platforms in 24 countries, broadband Internet, television broadcasting and sold on DVD's.

8. Fraserside is the owner of Cine Craft, Ltd. and has all rights to pursue the trademark and/or copyright claims of Cine Craft, Ltd. Plaintiff, through Cine Craft, Ltd., owns and maintains the trademark and trade name "PRIVATE" as well as its derivatives, logotypes, applications and modifications and all the additional related trademarks and applications, without limitation, for all related products and services are

2

licensed internationally to use and license all throughout the world in all formats, supports and distribution channels.   For many years, the purchasing public has come to know, rely upon and recognize the trademark and trade name PRIVATE since 1968.

9.     Plaintiff owns the worldwide rights to its extensive archive of high-quality content and also licenses its trademarks internationally for a select range of luxury consumer products.

10.     Defendant, XOD, maintains offices in several states throughout the United States.  XOD provides video streaming and rental capabilities on demand to customers over the Internet for a fee through its web site www.xondemand.com.  XOD garners users to its web property through various marketing methods and sources including, but not limited to, Internet search engines such as Google, Yahoo!, and AOL, as well as an affiliate based program that pays third parties to market its web sites in exchange for a percentage of sales generated.

11.     Defendant XOD, offers membership to its websites for free, but charges the user by the minute for viewing of some video content on Defendant's website.

12.     On March 2, 2006, Fraserside Holdings and XOD entered into a Video Streaming Agreement wherein Fraserside would provide XOD with 200 of its "PRIVATE" branded films in DVD format for the sole purpose of allowing XOD customers to stream or rent digitized parts of the films or complete films through XOD web sites, such as www.xondemand.com (the "Video Streaming Agreement").   The Video Streaming Agreement also granted XOD rights to display the PRIVATE trademark on XOD web sites in conjunction with displaying Plaintiff's films.

13.     Pursuant to the Video Streaming Agreement, XOD had a pay-per-minute pricing schedule for streaming and rental of Fraserside's videos, of which XOD was to pay Fraserside fifty percent (50%) of the gross revenues.

14.     The Video Streaming Agreement permitted either party to terminate the Agreement at any time after one (1) year from the effective date of the Agreement. Such termination required thirty (30) days written notice.

15.     The parties consented to the jurisdiction of the Courts of California.

16.     On March 5, 2007, Fraserside sent XOD written notice of the termination of the Video Streaming Agreement, termination effective April 7, 2007. The letter was confirmed delivered on March 8, 2007.

17.     As a result of the March 5, 2007 Agreement termination letter, delivered on March 8, 2007, as of April 7, 2007, XOD no longer had rights or lawful authority to display, stream, or rent Fraserside films or to display Fraserside's trademark PRIVATE.

18.     Plaintiff's PRIVATE trademark and service mark have been continuously used in commerce since at least June 1968. U.S. Trademark Registration No. 1014975 was registered on July 1, 1975 and renewed on September 6, 2005.

19.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE.  As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE as an international brand of high quality entertainment.

20.     Plaintiff's PRIVATE GOLD trademark and service mark has been continuously used in commerce since at least August 2004. PRIVATE GOLD holds U.S. Trademark Registration No. 3188677 and was registered on December 26, 2006.

21.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE GOLD.  As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE GOLD as an international brand of high quality entertainment.

22.     Plaintiff's PRIVATE trademark and service mark design of two human female figures has been continuously used in commerce since at least December 2004. The trademar holds U.S. Trademark Registration No. 3389749 and was registered on February 26, 2008.

23.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark design of two human female figures.  As a result, the purchasing public has come to know, rely upon and

4

recognize the mark design of two human female figures as indentifying Plaintiff's work, an international brand of high quality entertainment.

24.    Plaintiff's PIRATE trademark and service mark have been continuously used in commerce since at least February 24, 2000 and maintains U.S. Trademark Registration No. 3137445, registered on September 5, 2006.

25.    Plaintiff has expended considerable effort and expense in promoting and selling goods using its PIRATE trademark.  As a result, the purchasing public has come to know, rely upon and recognize the PIRATE mark as an international brand of high quality entertainment.

26.    Plaintiff's trademarks and service marks discussed herein were distinctive at the time of Defendant's use and remains distinctive today.

## DEFENDANT'S UNLAWFUL CONDUCT

27.    In or around May 2010, Plaintiff discovery that Defendant was committing over 30 separate instances of copyright infringement and over 1000 separate and distinct instances of trademark infringement of Plaintiff's intellectual property on and through its web site www.xondemand.com through servers located at Carolina Internet, Ltd., 900 Center Park Drive, Charlotte, North Carolina.

28.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267,                    specifically                    located                    at http://straight.xondemand.com/Movies/Index.cfm/a_taste_of_pleasure/21486/?refid=0 &.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

29.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-

5

674-266, specifically located at http://straight.xondemand.com/Movies/Index.cfm/anal_freedom/21495/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

30.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Artcore, Copyright Registration Number PA0001674499, specifically located at http://straight.xondemand.com/Movies/Index.cfm/artcore/21485/?refid=0&.   This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

31.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Beauties in the Tropix, Copyright Registration Number PA1-674-265, specifically located at http://straight.xondemand.com/Movies/Index.cfm/beauties_in_the_tropix/21529/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

32.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff'scopyrighted work titled Coming of Age, Copyright Registration Number PA1-674-262, specifically located at http://straight.xondemand.com/Movies/Index.cfm/coming_of_age_1/21505/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the

6

Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

33.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Gladiator, Copyright Registration Number PA1-674-249,                     specifically                     located                     at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator/21532/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

34.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Gladiator II – In the City of Lust, Copyright Registration     Number     PA1-674-246,     specifically     located     at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_2_in_the_city_of_l ust/21531/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

35.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Gladiator III – Sexual Conquest, Copyright Registration     Number     PA1-674-245,     specifically     located     at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_3_sexual_conquest /21530/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

36.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #5, Copyright Registration Number PA1-674-243,           specifically           located           at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_5/21462/?refi d=0&.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

37.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #8, Copyright Registration Number PA1-674-247,           specifically           located           at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_8/21465/?refi d=0&.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

38.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Lust Treasure #9, Copyright Registration Number PA1-674-248,           specifically           located           at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_9/21466/?refi d=0&.  This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

39.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Millionaire I, Copyright Registration Number PA1-674-271,           specifically           located           at

http://straight.xondemand.com/Movies/Index.cfm/millionaire/21507/?refid=0&.   This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

40.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Millionaire II, Copyright Registration Number PA1-674-272,                specifically                located                at http://straight.xondemand.com/Movies/Index.cfm/millionaire_part_2/21508/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

41.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Fetish Machine – the Fetish Garden, Copyright    Registration    Number    PA1-674-498,    specifically    located    at http://straight.xondemand.com/Movies/Index.cfm/the_fetish_garden/21497/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

42.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Stories No. 14 – Sex Dream, Copyright Registration    Number    PA1-682-800,    specifically    located    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no14/21480/?refid=0 &.   This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

43.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Stories No. 15 – Forest Nymph, Copyright Registration Number PA0001674481, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no15/21481/?refid=0 &. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

44.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Stories No. 9 – Blue Girls, Copyright Registration Number PA0001674476, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no9/21475/?refid=0 &. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

45.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Story of Bobbi Eden, Copyright Registration Number PA1-674-274, specifically located at http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_bobbi_eden/21 513/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

46.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Private Story of Sarah O'Neal, Copyright

Registration   Number   PA1-674-275,   specifically   located   at
http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_sarah_oneal/21
512/?refid=0&.   This copyrighted work was displayed without the consent of, or
licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.
Any licensing agreement previously provided to Defendant was terminated as of April
7, 2007.

47.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex & Revenge, Copyright Registration Number
PA1-673-421,   specifically   located   at
http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_1/21501/?refid=0&.
This copyrighted work was displayed without the consent of, or licensing by, the
Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
agreement previously provided to Defendant was terminated as of April 7, 2007.

48.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex & Revenge 2, Copyright Registration Number
PA1-674-465,   specifically   located   at
http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_2/21502/?refid=0&.
This copyrighted work was displayed without the consent of, or licensing by, the
Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing
agreement previously provided to Defendant was terminated as of April 7, 2007.

49.   On or about May 5, 2010, Defendant, on the Internet Web site located at
www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent
Plaintiff's copyrighted work titled Sex Lies & Internet, Copyright Registration Number
PA1-673-407,   specifically   located   at
http://straight.xondemand.com/Movies/Index.cfm/sex_lies_and_internet/21498/?refid=
0&.   This copyrighted work was displayed without the consent of, or licensing by, the

11

Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

50.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex Rebels, Copyright Registration Number PA1-675-398, specifically located at http://straight.xondemand.com/Movies/Index.cfm/sex_rebels/21509/?refid=0&.   This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

51.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex Thriller, Copyright Registration Number PA1-673-428, specifically located at http://straight.xondemand.com/Movies/Index.cfm/sex_thriller_1/21510/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

52.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Sex, Lust & Video-Tapes, Copyright Registration Number PA1-675-399, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_12/21455/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

53.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

Plaintiff's copyrighted work titled Total Desire, Copyright Registration Number PA1-674-480, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_15/21456/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

54.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX-Chain Reaction, Copyright Registration Number PA1-674-566, specifically located at http://straight.xondemand.com/Movies/Index.cfm/chain_reaction/21447/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

55.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX 08, Copyright Registration Number PA1-674-472, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_8/21451/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

56.    On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX 09, Copyright Registration Number PA1-674-469, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_9/21452/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff,

13

the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

57.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX 18 – Wet Dreams, Copyright Registration Number PA1-674-270, specifically located at http://straight.xondemand.com/Movies/Index.cfm/wet_dreams_1/21446/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

58.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX No. 10, Copyright Registration Number PA1-674-484, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_10/21453/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

59.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled XXX No. 11 – High Level Sex, Copyright Registration Number PA1-674-495, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_x_11/21454/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

60.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent

14

Plaintiff's copyrighted work titled XXX No. 15, Copyright Registration Number PA1-674-474, specifically located at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_15/21519/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

61.   On or about May 5, 2010, Defendant, on the Internet Web site located at www.xondemand.com, displayed and offered for pay-per-minute streaming and/or rent Plaintiff's copyrighted work titled Your Time is Up, Copyright Registration Number PA1-674-269, specifically located at http://straight.xondemand.com/Movies/Index.cfm/your_time_is_up/21527/?refid=0&. This copyrighted work was displayed without the consent of, or licensing by, the Plaintiff, the copyright owner and registrant of the motion picture. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

62.   On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/a_taste_of_pleasure/21486/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-nine (29) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

63.   On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/anal_freedom/21495/?refid=0&,

15

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

64.     On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/artcore/21485/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-two (32) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

65.     On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/beauties_in_the_tropix/21529/?refid =0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on fourteen (14) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

16

66.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/coming_of_age_1/21505/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on five (5) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

67.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/PRIVATE_gladiator/21532/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twelve (12) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

68.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_2_in_the_city_of_l ust/21531/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark

17

owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

69.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/private_gladiator_3_sexual_conquest /21530/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and PRIVATE GOLD, Registration Number 3188677, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

70.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_5/21462/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

71.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_8/21465/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE

GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

72.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_9/21466/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

73.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                 at http://straight.xondemand.com/Movies/Index.cfm/millionaire/21507/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-two (42) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on three (3) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

74.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/millionaire_part_2/21508/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on three (3) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

75.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/the_fetish_garden/21497/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions; and PIRATE, Registration Number 3137445, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

76.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no14/21480/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on fifty-eight (58) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct

occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

77. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no15/21481/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-three (63) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

78. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no9/21475/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-nine (79) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

79. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_bobbi_eden/21 513/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,

Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

80.   On or about May 10, 2010, on its Internet Web site page, specifically located                                          at                                          http http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_sarah_oneal/21 512/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-three (43) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

81.   On or about May 10, 2010, on its Internet Web site page, specifically located                                          at http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_1/21501/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

82.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_revenge_2/21502/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-nine (39) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

83.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_lies_and_internet/21498/?refid= 0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

84.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/sex_rebels/21509/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and

23

design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

85.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/sex_thriller_1/21510/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on five (5) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

86.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                at http://straight.xondemand.com/Movies/Index.cfm/private_x_12/21455/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-five (45) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on inve (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

87.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_x_15/21456/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-two (42) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

88.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/chain_reaction/21447/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

89.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_x_8/21451/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design

1  of two human female figures, Registration Number 3389749, on one (1) separate and
2  distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were
3  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and
4  registrant of the trademark.  Any licensing agreement previously provided to Defendant
5  was terminated as of April 7, 2007.

6      90.    On or about May 10, 2010, on its Internet Web site page, specifically
7  located                                                                                                      at
8  http://straight.xondemand.com/Movies/Index.cfm/private_x_9/21452/?refid=0&,
9  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
10  Number 1014957, on forty-three (43) separate and distinct occasions; PRIVATE
11  GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and
12  design of two human female figures, Registration Number 3389749, on one (1) separate
13  and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were
14  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and
15  registrant of the trademark.  Any licensing agreement previously provided to Defendant
16  was terminated as of April 7, 2007.

17      91.    On or about May 10, 2010, on its Internet Web site page, specifically
18  located                                                                                                      at
19  http://straight.xondemand.com/Movies/Index.cfm/wet_dreams_1/21446/?refid=0&,
20  Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
21  Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE
22  GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and
23  design of two human female figures, Registration Number 3389749, on two (2)
24  separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as
25  they were displayed without the consent of, or licensing by, the Plaintiff, the trademark
26  owner and registrant of the trademark.  Any licensing agreement previously provided to
27  Defendant was terminated as of April 7, 2007.

28

92.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/private_x_10/21453/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

93.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/private_x_11/21454/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

94.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                    at

http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_15/21519/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-seven (27) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and

27

distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

95.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/your_time_is_up/21527/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

96.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/a_hidden_pleasure/21524/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-six (26) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

97.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/a_life_of_porn/21503/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-three (33) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

98.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                at
http://straight.xondemand.com/Movies/Index.cfm/a_womans_ass_is_a_beautiful_thing/21490/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

99.    On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                at
http://straight.xondemand.com/Movies/Index.cfm/anal_love_stories/21491/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

1    100.  On or about May 10, 2010, on its Internet Web site page, specifically

2    located                                                                              at

3    http://straight.xondemand.com/Movies/Index.cfm/anal_manor/21442/?refid=0&,

4    Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

5    Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two

6    human female figures, Registration Number 3389749, on two (2) separate and distinct

7    occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed

8    without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

9    of the trademark.   Any licensing agreement previously provided to Defendant was

10   terminated as of April 7, 2007.

11   101.  On or about May 10, 2010, on its Internet Web site page, specifically

12   located                                                                              at

13   http://straight.xondemand.com/Movies/Index.cfm/ass_games/21492/?refid=0&,

14   Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

15   Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two

16   human female figures, Registration Number 3389749, on one (1) separate and distinct

17   occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed

18   without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

19   of the trademark.   Any licensing agreement previously provided to Defendant was

20   terminated as of April 7, 2007.

21   102.  On or about May 10, 2010, on its Internet Web site page, specifically

22   located                                                                              at

23   http://straight.xondemand.com/Movies/Index.cfm/backdoor_to_sweden/21441/?refid=0

24   &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

25   Number 1014957, on seven (7) separate and distinct occasions; and design of two

26   human female figures, Registration Number 3389749, on one (1) separate and distinct

27   occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed

28   without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

103.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/big_pack_1_2/21432/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

104.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/big_titted_super_sluts/21493/?refid= 0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

105.  On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/body_x/21444/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as

31

they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

106. On or about May 10, 2010, on its Internet Web site page, specifically located                    at                    http http://straight.xondemand.com/Movies/Index.cfm/cadillac_highway/21506/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-four (34) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

107. On or about May 10, 2010, on its Internet Web site page, specifically located                                                          at http://straight.xondemand.com/Movies/Index.cfm/caribbean_airlines/21521/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

108. On or about May 10, 2010, on its Internet Web site page, specifically located                    at                    http http://straight.xondemand.com/Movies/Index.cfm/castings_x_35_julia_taylor_thats_ho

w_i_got_started/21496/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

109. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/club_private_in_seychelles/21443/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-two (42) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

110. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/costa_rica_studies/21439/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eleven (11) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

111.  On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/delilah/21499/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (4) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

112.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/dream_girls_in_st_martin/21522/?ref id=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirteen (13) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

113.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                  at http://straight.xondemand.com/Movies/Index.cfm/eurobabes_take_it_to_xtreme/21494/ ?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on ten (10) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and

1  distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were
2  displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and
3  registrant of the trademark.  Any licensing agreement previously provided to Defendant
4  was terminated as of April 7, 2007.

5       114.  On or about May 10, 2010, on its Internet Web site page, specifically
6  located                                                                                    at
7  http://straight.xondemand.com/Movies/Index.cfm/fashion_in_paradise/21526/?refid=0
8  &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
9  Number 1014957, on thirty-seven (37) separate and distinct occasions; and design of
10 two human female figures, Registration Number 3389749, on four (4) separate and
11 distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were
12 displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and
13 registrant of the trademark.  Any licensing agreement previously provided to Defendant
14 was terminated as of April 7, 2007.

15      115.  On or about May 10, 2010, on its Internet Web site page, specifically
16 located                                                                                    at
17 http://straight.xondemand.com/Movies/Index.cfm/ghost_bangers/21484/?refid=0&,
18 Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
19 Number 1014957, on thirty-eight (38) separate and distinct occasions; PRIVATE
20 GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and
21 design of two human female figures, Registration Number 3389749, on three (3)
22 separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as
23 they were displayed without the consent of, or licensing by, the Plaintiff, the trademark
24 owner and registrant of the trademark.  Any licensing agreement previously provided to
25 Defendant was terminated as of April 7, 2007.

26      116.  On or about May 10, 2010, on its Internet Web site page, specifically
27 located                                                                                    at
28 http://straight.xondemand.com/Movies/Index.cfm/hot_property/21489/?refid=0&,

Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on six (6) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

117.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/lady_in_spain/21440/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on five (5) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

118.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/money_for_nothing_sex_for_free/21 438/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

119.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/on_the_road_to_fame/21504/?refid=

0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-two (32) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

120.   On or about May 10, 2010, on its Internet Web site page, specifically located                                    at                                    http http://straight.xondemand.com/Movies/Index.cfm/private_diamonds/21436/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-nine (39) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

121.   On or about May 10, 2010, on its Internet Web site page, specifically located                                    at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_1/21460/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and

registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

122.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_2/21461/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-five (45) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

123.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_6/21463/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

124.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_lust_treasures_7/21464/?refi d=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE

GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

125. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/private_platinum/21435/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

126. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/private_solid_gold/21434/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on twenty-seven (27) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

127.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no1/21467/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

128.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no10/21476/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

129.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no11/21477/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant

1   of the trademark.  Any licensing agreement previously provided to Defendant was
2   terminated as of April 7, 2007.

3      130.  On or about May 10, 2010, on its Internet Web site page, specifically
4   located                                                                          at
5   http://straight.xondemand.com/Movies/Index.cfm/private_stories_no12/21478/?refid=0
6   &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
7   Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
8   human female figures, Registration Number 3389749, on two (2) separate and distinct
9   occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed
10  without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant
11  of the trademark.  Any licensing agreement previously provided to Defendant was
12  terminated as of April 7, 2007.

13     131.  On or about May 10, 2010, on its Internet Web site page, specifically
14  located                                                                          at
15  http://straight.xondemand.com/Movies/Index.cfm/private_stories_no13/21479/?refid=0
16  &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
17  Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
18  human female figures, Registration Number 3389749, on two (2) separate and distinct
19  occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed
20  without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant
21  of the trademark.  Any licensing agreement previously provided to Defendant was
22  terminated as of April 7, 2007.

23     132.  On or about May 10, 2010, on its Internet Web site page, specifically
24  located                                                                          at
25  http://straight.xondemand.com/Movies/Index.cfm/private_stories_no16/21482/?refid=0
26  &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
27  Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two
28  human female figures, Registration Number 3389749, on two (2) separate and distinct

41

occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

133.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no17/21483/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on sixty-six (66) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

134.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no2/21468/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.   Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

135.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                            at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no3/21469/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

Number 1014957, on seventy-two (72) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

136.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no4/21470/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy (70) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

137.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no5/21471/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-three (73) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

138.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                          at

43

http://straight.xondemand.com/Movies/Index.cfm/private_stories_no6/21472/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-two (72) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

139. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no7/21473/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on seventy-four (74) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

140. On or about May 10, 2010, on its Internet Web site page, specifically located at http://straight.xondemand.com/Movies/Index.cfm/private_stories_no8/21474/?refid=0 &, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, seventy-seven (77) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

141.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_x_1_2/21433/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (4) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

142.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_x_2/21448/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.   Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

143.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                        at http://straight.xondemand.com/Movies/Index.cfm/private_x_3/21449/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty (40) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design

of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

144.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/private_x_5/21450/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

145.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                     at http://straight.xondemand.com/Movies/Index.cfm/sin_island/21523/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on fourteen (14) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

146.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                     at

http://straight.xondemand.com/Movies/Index.cfm/sunset_memories/21525/?refid=0&,
Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration
Number 1014957, on thirty-six (36) separate and distinct occasions; and design of two
human female figures, Registration Number 3389749, on one (1) separate and distinct
occasion. Plaintiff's trademarks were infringed in this manner as they were displayed
without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant
of the trademark. Any licensing agreement previously provided to Defendant was
terminated as of April 7, 2007.

147. On or about May 10, 2010, on its Internet Web site page, specifically
located                                                                                    at
http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_chrystal/21514
/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,
Registration Number 1014957, on forty-one (41) separate and distinct occasions; and
design of two human female figures, Registration Number 3389749, on two (2)
separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as
they were displayed without the consent of, or licensing by, the Plaintiff, the trademark
owner and registrant of the trademark. Any licensing agreement previously provided to
Defendant was terminated as of April 7, 2007.

148. On or about May 10, 2010, on its Internet Web site page, specifically
located                                                                                    at
http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_mia_stone/215
11/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE,
Registration Number 1014957, on forty-three (43) separate and distinct occasions;
PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct
occasions; and design of two human female figures, Registration Number 3389749, on
two (2) separate and distinct occasions. Plaintiff's trademarks were infringed in this
manner as they were displayed without the consent of, or licensing by, the Plaintiff, the

47

trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

149.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/the_private_story_of_monika_sweet heart/21516/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-four (44) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasion.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

150.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_13/21517/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-eight (48) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

151.   On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                                                          at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_14/21518/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration

Number 1014957, on forty-nine (49) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on four (4) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

152. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                       at http://straight.xondemand.com/Movies/Index.cfm/triple_x_video_16/21520/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-three (33) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

153. On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                       at http://straight.xondemand.com/Movies/Index.cfm/virgin_treasures/21437/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on eight (8) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on one (1) separate and distinct occasion. Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark. Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

49

154.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_3_the_dark_side_i /21457/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

155.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_4_dark_side_i/214 58/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-six (46) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on one (1) separate and distinct occasion; and design of two human female figures, Registration Number 3389749, on three (3) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

156.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                    at http://straight.xondemand.com/Movies/Index.cfm/virtualia_episode_5_dark_side_i/214 59/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-five (35) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on

two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

157.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/voodoo_sex_dolls/21500/?refid=0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-one (41) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

158.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/wanna_cum_for_a_ride/21488/?refid =0&, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on thirty-seven (37) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

159.  On or about May 10, 2010, on its Internet Web site page, specifically located                                                                                                                      at http://straight.xondemand.com/Movies/Index.cfm/wet_young_bitches/21487/?refid=0&

, Defendant displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number 1014957, on forty-three (43) separate and distinct occasions; PRIVATE GOLD, Registration Number 3188677, on two (2) separate and distinct occasions; and design of two human female figures, Registration Number 3389749, on two (2) separate and distinct occasions.  Plaintiff's trademarks were infringed in this manner as they were displayed without the consent of, or licensing by, the Plaintiff, the trademark owner and registrant of the trademark.  Any licensing agreement previously provided to Defendant was terminated as of April 7, 2007.

## COUNT I

### (Copyright Infringement, 17 U.S.C § 501 et seq.)

160.  Plaintiff repeats, realleges, and incorporates by this reference each and every allegation set forth in paragraphs 1 through 159.

161.  Plaintiff is the sole owners of all rights, titles, and interest to each of the digital motion pictures referenced herein and covered by Plaintiff's registered copyrights, and of all corresponding copyrights and Certificates of Registration.

162.  Plaintiff's copyrighted works consists of material original to the Plaintiff and each is copyrightable subject matter.

163.  Defendant has copied, reproduced, distributed, adapted, and/or publicly displayed the Plaintiffs' copyrighted works without the consent or authority of the Plaintiff, thereby directly infringing Plaintiffs' copyrights.

164.  Defendants' conduct constitutes infringement of Plaintiffs' copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§106 and 501 et seq.

165.  The infringement of Plaintiff's rights in and to each of the digital motion pictures constitutes a separate and distinct act of infringement.

166.  The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff.

52

167.   As a direct and proximate result of its unlawful conduct, Defendant is liable to Plaintiff for copyright infringement.  Plaintiff has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill.  Plaintiff is entitled to recover damages, which include its losses and all profits Defendants has made as a result of its wrongful conduct, pursuant to 17 U.S.C. §504(b).

168.   Alternative to actual damages plus Defendant's profits, Plaintiff is entitled to the maximum statutory damages, pursuant to 17 U.S.C. §504(c), in the amount of $150,000 for each infringed motion picture, or other such amounts as may be proper pursuant to 17 U.S.C. §504(c).

169.   Defendant's conduct has caused and, unless enjoined and restrained by this court, will continue to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. §502, Plaintiff is entitled to injunctive relief prohibiting further infringements of Plaintiff's copyrights.

170.   Plaintiff is also entitled to recover their attorneys' fees and costs of suit, pursuant to 17 U.S.C. §505.

## COUNT II

## (Contributory Copyright Infringement, 17 U.S.C. §501 et seq.)

171.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 170 as if set forth fully herein.

172.   Defendant has engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display, and/or distribution of copies of the Plaintiff's Copyrighted works, and thus to the direct infringement of the Plaintiff's copyrighted motion pictures.

173.   Defendant's conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's Copyrighted Works in violation of the Copyright Act, 17 U.S.C. §§106 and 501.

53

174. The infringement of Plaintiff's rights in and to each of the Plaintiff's Copyrighted Works constitutes a separate and distinct infringement.

175. The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of the Plaintiff.

176. As a direct and proximate result of the infringements by Defendant of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's Copyrighted Works, Plaintiff is entitled to its actual damages and Defendant's profits pursuant to 17 U.S.C. §504(b).

177. Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. §504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. §504(c).

178. Plaintiff further is entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

## COUNT III

### (Trademark Infringement Under the Lanham Act – 15 U.S.C. §1114)

179. Plaintiff repeat, reallege, and incorporate by reference the allegations in Paragraphs 1 through 178 as if set forth fully herein.

180. Defendants' use of Plaintiff's registered PRIVATE trademark and service mark in a manner likely to create consumer confusion, as alleged herein, constitutes trademark infringement pursuant to 15 U.S.C. §1114.

181. Defendant's infringement is intentional and willful, and has caused and will continue to cause damage to Plaintiff in an amount to be proven at trial, and is causing irreparable harm to plaintiff for which there is no adequate remedy at law. Plaintiff is entitled to statutory and treble damages.

## COUNT IV

### (False Designation of Origin Under the Lanham Act – 15 U.S.C §1125(a))

182. Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 181 as if fully set forth herein.

183.   Defendant's conduct is likely to cause confusion, mistake, or deception as to defendant's affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of their goods or commercial activities.

184.   Defendant's conduct as alleged herein, including but not necessarily limited to their use of the PRIVATE mark, constitutes false designation of origin pursuant to 15 U.S.C. §1125(a).

185.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against defendants.

## COUNT V

## (Unfair Competition Under the Lanham Act – 15 U.S.C. § 1125(a))

186.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 185 as if fully set forth herein.

187.   Defendant's conduct as alleged herein, including but not limited to falsely representing that they are somehow affiliated, connected, or associated with Plaintiff or falsely to imply that Plaintiff has created, sponsors, or otherwise approves of their websites constitutes unfair competition and false advertising pursuant to 15 U.S.C. §1125(a).

188.   Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendant.

## COUNT VI

## (Accounting)

189.   Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 188 as if fully set forth herein.

190.   Plaintiff is informed and believes and based thereon allege that Defendant, , has received revenues by virtue of the wrongful conduct, as alleged herein.  As such, Plaintiff is entitled to Defendant's profits attributable to that wrongful conduct.  The

amount of theses profits is presently unknown and, because Plaintiff does not have access to Defendant's books and records, the total amount cannot be ascertained without an accounting.

191.  Plaintiff is entitled to an accounting from Defendant of all revenues and profits earned and received by Defendant, and each of them in connection with the wrongful conduct alleged herein.  The accounting will show any profits due and owing to Plaintiff based thereon.

## COUNT VII

### (Constructive Trust)

192.  Plaintiff repeats, realleges, and incorporates by reference the allegations in Paragraphs 1 through 191 as if fully set forth herein.

193.  As a result of Defendant's wrongful conduct alleged herein, Defendant, has been unjustly enriched at the expense of Plaintiff, and will very likely continue to receive money and/or other valuable consideration and benefits in the future based thereon.

194.  Plaintiff is entitled to an accounting from Defendant of all revenue and profits earned and received by Defendant, in connection with the wrongful conduct alleged herein.  The accounting will show any profits now due and owing to Plaintiff based thereon.  Plaintiff is further entitled to injunctive relieve against Defendant, and each of them, restraining them from transferring such funds during the pendency of this action, so that meaningful equitable relief may be obtained upon entry of a judgment herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request judgment as follows:

1.    That the Court enter a judgment against the Defendant that it has willfully infringed Plaintiff's rights in the federally registered copyrights referenced in Paragraphs 12 through 31 in violation of 17 U.S.C. § 501.

2.     That the Court enters a judgment that the Defendant have engaged in unfair methods of competition in violation of state common law.

3.     That the Court issue injunctive relief against Defendant, and the Defendant, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert and/or participation with the Defendant, be enjoined and restrained from display and distribution of Plaintiff's motion pictures.

4.     That the Court issue temporary and permanent injunctive relief against the Defendant, and that the Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with the Defendant, be enjoined and restrained from copying, reproducing, distributing, adapting, and/or publicly displaying Plaintiffs' copyrighted works without the consent or authority of the Plaintiff.

5.     That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiffs' motion pictures.

6.     That the Court issue temporary and permanent injunctive relief against Defendant, and that Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with Defendant, be enjoined and restrained from:

        a)     infringing Plaintiff's trademark and service mark;

        b)     advertising their products in a manner that falsely suggests that their products are somehow affiliated, connected, or associated with Plaintiff or falsely imply that Plaintiff, has created, sponsors, or otherwise approves the products;

        c)     assisting, aiding, or abetting any other person or business in engaging in or performing any of the activities referred to in paragraph a) through b) above;

7.     That the Court award Plaintiff actual damages and profits of Defendant in an amount to be proved at trial and/or statutory damages;

8.     That the Court award Plaintiff its attorneys' fees and costs incurred herein;

9.     That the Court enter an order declaring that the Defendant hold in trust, as constructive trustees for the benefit of Plaintiff, their illegal profits obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

10.    That the Court enter an order requiring the Defendants to provide to Plaintiff a full and complete accounting of all gross revenue obtained from their copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's copyrighted works without the consent or authority of the Plaintiff, and of any other amounts due and owing to Plaintiff as a result of the Defendant's illegal activities.

11.    That the Court order the Defendant to pay Plaintiff's damages and Defendant's profits pursuant to 17 U.S.C. § 504(b), or, alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 504(c)(2), for the Defendant's willful infringement of Plaintiff's copyrights.

12.    That the Court order Defendant to pay to Plaintiff both the costs of this suit and the reasonable attorneys' fees incurred by Plaintiff in investigating and prosecuting this action.

13.    That the Court grant to Plaintiffs such other and additional relief as is just and proper.

DATED THIS 14ᵗʰ day of ___July___ 2010.    Respectfully submitted,

DILLON & GERARDI

_____

Timothy Dillon (SBN190839)
Attorney for Plaintiffs
Email: tdillon@dillongerardi.com

THE FREEMAN LAW FIRM INC.
s/ Spencer Freeman
Spencer Freeman (pro hac pending)
Attorney for Plaintiffs
Email:sfreeman@freemanlawfirm.org