1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clyde DeWitt
California State Bar No. 117911
Law Offices of Clyde DeWitt,
     A Professional Corporation
2800 28th Street, Suite 321
Santa Monica, CA 90405-6201
(310) 392-2600
Fax (310) 362-8667
*clydedewitt@earthlink.net*

Attorneys for Defendant, XOD, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XOD LLC, a Delaware corporation, d/b/a XonDemand, Xondemand.com<br><br>Defendants, | Case Number **CV 10-5174 GW (FMOx)**<br><br>Hon. George H. Wu,<br>     United States District Judge<br><br>Hon. Fernando M. Olguin,<br>     United States Magistrate Judge<br><br>**ORIGINAL ANSWER OF DEFENDANT XOD, LLC TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.** |

COMES NOW XOD, LLC and, based upon knowledge of its own acts and information and belief as to the acts of others, answers the original complaint of Fraserside Holdings, Ltd., filed on or about July 14, 2010 (the "Complaint"):

## JURISDICTION AND VENUE

1.      Answering the allegations contained in Paragraph Number 1 of the Complaint, Defendant XOD, LLC ADMITS same.

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 1**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

2.     Answering the allegations contained in Paragraph Number 2 of the Complaint, Defendant XOD, LLC ADMITS same.

3.     Answering the allegations contained in Paragraph Number 3 of the Complaint, Defendant XOD, LLC ADMITS the allegations therein.

## PARTIES

4.     Answering the allegations contained in Paragraph Number 4 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

5.     Answering the allegations contained in Paragraph Number 5 of the Complaint, Defendant XOD, LLC ADMITS said allegations.

## FACTUAL BACKGROUND

6.     Answering the allegations contained in Paragraph Number 6 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

7.     Answering the allegations contained in Paragraph Number 7 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

8.     Answering the allegations contained in Paragraph Number 8 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 2**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

9.      Answering the allegations contained in Paragraph Number 9 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

10.     Answering the allegations contained in Paragraph Number 10 of the Complaint, Defendant XOD, LLC ADMITS same.

11.     Answering the allegations contained in Paragraph Number 11 of the Complaint, Defendant XOD, LLC ADMITS same.

12.     Answering the allegations contained in Paragraph Number 12 of the Complaint, Defendant XOD, LLC ADMITS that it entered into a contract that is Exhibit Number 101 to this Answer.

13.     Answering the allegations contained in Paragraph Number 13 of the Complaint, Defendant XOD, LLC neither admits nor denies same and alleges that the contract that is Exhibit Number 101 to this Answer speaks for itself.

14.     Answering the allegations contained in Paragraph Number 14 of the Complaint, Defendant XOD, LLC neither admits nor denies same and alleges that the contract that is Exhibit Number 101 to this Answer speaks for itself.

15.     Answering the allegations contained in Paragraph Number 15 of the Complaint, Defendant XOD, LLC neither admits nor denies same and alleges that the contract that is Exhibit Number 101 to this Answer speaks for itself.

16.     Answering the allegations contained in Paragraph Number 16 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

17.     Answering the allegations contained in Paragraph Number 17 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 3**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

18.     Answering the allegations contained in Paragraph Number 18 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny the allegations in the first sentence and, accordingly, DENIES said allegations.  As to the second sentence, Defendant XOD, LLC believes that Registration Number 1014975 is a trademark registered on July 1, 1975 to a corporation known as Guardian Company, Inc., which trademark was cancelled on November 24, 1981; however, Defendant XOD, LLC ADMITS that on July 1, 1975, the United States Patent and Trademark Office issued a trademark, Registration Number 1014957, work mark "PRIVATE" to Private Press Ab Ltd Liab Co Sweden Funkens Grand 1 S-104 62 Stockholm Sweden; XOD, LLC otherwise is without sufficient information and belief to admit or deny the allegations in the second sentence and, accordingly, DENIES said allegations.

19.     Answering the allegations contained in Paragraph Number 19 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny the allegations in the first sentence and, accordingly, DENIES said allegations.

20.     Answering the allegations contained in Paragraph Number 20 of the Complaint, Defendant XOD, LLC ADMITS that Trademark Registration Number 3188667 was registered as alleged but, as to the remainder of the allegations of this paragraph, is without sufficient information and belief to admit or deny the allegations in the first sentence and, accordingly, DENIES said allegations.

21.     Answering the allegations contained in Paragraph Number 21 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny the allegations in the first sentence and, accordingly, DENIES said allegations.

22.     Answering the allegations contained in Paragraph Number 22 of the Complaint, Defendant XOD, LLC ADMITS that Trademark Registration Number 3389749 was registered as alleged but, as to the remainder of the allegations of this paragraph, is without

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 4**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1  sufficient information and belief to admit or deny the allegations in the first sentence and,

2  accordingly, DENIES said allegations.

3      23.   Answering the allegations contained in Paragraph Number 23 of the Complaint,

4  Defendant XOD, LLC is without sufficient information and belief to admit or deny the

5  allegations in the first sentence and, accordingly, DENIES said allegations.

6      24.   Answering the allegations contained in Paragraph Number 24 of the Complaint,

7  Defendant XOD, LLC ADMITS that Trademark Registration Number 3137445 was

8  registered as alleged but is without sufficient information and belief to admit or deny the

9  allegations in the first sentence and, accordingly, DENIES said allegations.

10     25.   Answering the allegations contained in Paragraph Number 25 of the Complaint,

11 Defendant XOD, LLC is without sufficient information and belief to admit or deny the

12 allegations in the first sentence and, accordingly, DENIES said allegations.

13     26.   Answering the allegations contained in Paragraph Number 26 of the Complaint,

14 Defendant XOD, LLC is without sufficient information and belief to admit or deny the

15 allegations in the first sentence and, accordingly, DENIES said allegations.

16

17              **DEFENDANT'S ALLEGED UNLAWFUL CONDUCT**

18     27.   Answering the allegations contained in Paragraph Number 27 of the Complaint,

19 Defendant XOD, LLC is without sufficient information and belief to admit or deny the

20 allegations in the first sentence and, accordingly, DENIES said allegations; and in so doing

21 assumes that the word "discovery" in the first line is a clerical error and should be

22 "discovered".

23     28.   Answering the allegations contained in Paragraph Number 28 of the Complaint,

24 Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27 K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 5**

28                      **ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
                        **TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

29.     Answering the allegations contained in Paragraph Number 29 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

30.     Answering the allegations contained in Paragraph Number 30 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

31.     Answering the allegations contained in Paragraph Number 31 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

32.     Answering the allegations contained in Paragraph Number 32 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

33.     Answering the allegations contained in Paragraph Number 33 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

34.     Answering the allegations contained in Paragraph Number 34 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

**Page 6**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

35.     Answering the allegations contained in Paragraph Number 35 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

36.     Answering the allegations contained in Paragraph Number 36 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

37.     Answering the allegations contained in Paragraph Number 37 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

38.     Answering the allegations contained in Paragraph Number 38 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

39.     Answering the allegations contained in Paragraph Number 39 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

40.     Answering the allegations contained in Paragraph Number 40 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

**Page 7**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

41.    Answering the allegations contained in Paragraph Number 41 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

42.    Answering the allegations contained in Paragraph Number 42 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

43.    Answering the allegations contained in Paragraph Number 43 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

44.    Answering the allegations contained in Paragraph Number 44 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

45.    Answering the allegations contained in Paragraph Number 45 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

46.    Answering the allegations contained in Paragraph Number 46 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

**Page 8**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

47.     Answering the allegations contained in Paragraph Number 47 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

48.     Answering the allegations contained in Paragraph Number 48 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

49.     Answering the allegations contained in Paragraph Number 49 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

50.     Answering the allegations contained in Paragraph Number 50 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

51.     Answering the allegations contained in Paragraph Number 51 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

52.     Answering the allegations contained in Paragraph Number 52 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3         53.    Answering the allegations contained in Paragraph Number 53 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7         54.    Answering the allegations contained in Paragraph Number 54 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11        55.    Answering the allegations contained in Paragraph Number 55 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15        56.    Answering the allegations contained in Paragraph Number 56 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19        57.    Answering the allegations contained in Paragraph Number 57 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23        58.    Answering the allegations contained in Paragraph Number 58 of the Complaint,

24  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd     **Page 10**

28  **ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
    **TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3       59.     Answering the allegations contained in Paragraph Number 59 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7       60.     Answering the allegations contained in Paragraph Number 60 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11      61.     Answering the allegations contained in Paragraph Number 61 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15      62.     Answering the allegations contained in Paragraph Number 62 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19      63.     Answering the allegations contained in Paragraph Number 63 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23      64.     Answering the allegations contained in Paragraph Number 64 of the Complaint,

24  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 11**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3        65.   Answering the allegations contained in Paragraph Number 65 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7        66.   Answering the allegations contained in Paragraph Number 66 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11       67.   Answering the allegations contained in Paragraph Number 67 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15       68.   Answering the allegations contained in Paragraph Number 68 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19       69.   Answering the allegations contained in Paragraph Number 69 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23       70.   Answering the allegations contained in Paragraph Number 70 of the Complaint,

24  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 12**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3         71.      Answering the allegations contained in Paragraph Number 71 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7         72.      Answering the allegations contained in Paragraph Number 72 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11        73.      Answering the allegations contained in Paragraph Number 73 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15        74.      Answering the allegations contained in Paragraph Number 74 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19        75.      Answering the allegations contained in Paragraph Number 75 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23        76.      Answering the allegations contained in Paragraph Number 76 of the Complaint,

24  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 13**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

77.     Answering the allegations contained in Paragraph Number 77 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

78.     Answering the allegations contained in Paragraph Number 78 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

79.     Answering the allegations contained in Paragraph Number 79 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

80.     Answering the allegations contained in Paragraph Number 80 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

81.     Answering the allegations contained in Paragraph Number 81 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

82.     Answering the allegations contained in Paragraph Number 82 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 14**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3       83.     Answering the allegations contained in Paragraph Number 83 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7       84.     Answering the allegations contained in Paragraph Number 84 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11      85.     Answering the allegations contained in Paragraph Number 85 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15      86.     Answering the allegations contained in Paragraph Number 86 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19      87.     Answering the allegations contained in Paragraph Number 87 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23      88.     Answering the allegations contained in Paragraph Number 88 of the Complaint,

24  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd      **Page 15**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

89.     Answering the allegations contained in Paragraph Number 89 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

90.     Answering the allegations contained in Paragraph Number 90 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

91.     Answering the allegations contained in Paragraph Number 91 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

92.     Answering the allegations contained in Paragraph Number 92 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

93.     Answering the allegations contained in Paragraph Number 93 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

94.     Answering the allegations contained in Paragraph Number 94 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1   same but is continuing to investigate these allegations and, accordingly, DENIES said

2   allegations.

3        95.    Answering the allegations contained in Paragraph Number 95 of the Complaint,

4   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

5   same but is continuing to investigate these allegations and, accordingly, DENIES said

6   allegations.

7        96.    Answering the allegations contained in Paragraph Number 96 of the Complaint,

8   Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

9   same but is continuing to investigate these allegations and, accordingly, DENIES said

10  allegations.

11       97.    Answering the allegations contained in Paragraph Number 97 of the Complaint,

12  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

13  same but is continuing to investigate these allegations and, accordingly, DENIES said

14  allegations.

15       98.    Answering the allegations contained in Paragraph Number 98 of the Complaint,

16  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

17  same but is continuing to investigate these allegations and, accordingly, DENIES said

18  allegations.

19       99.    Answering the allegations contained in Paragraph Number 99 of the Complaint,

20  Defendant XOD, LLC presently is without sufficient information and belief to admit or deny

21  same but is continuing to investigate these allegations and, accordingly, DENIES said

22  allegations.

23       100.   Answering the allegations contained in Paragraph Number 100 of the

24  Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

25

26

27  K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd        **Page 17**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

101.   Answering the allegations contained in Paragraph Number 101 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

102.   Answering the allegations contained in Paragraph Number 102 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

103.   Answering the allegations contained in Paragraph Number 103 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

104.   Answering the allegations contained in Paragraph Number 104 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

105.   Answering the allegations contained in Paragraph Number 105 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

106.   Answering the allegations contained in Paragraph Number 106 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 18**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

107.   Answering the allegations contained in Paragraph Number 107 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

108.   Answering the allegations contained in Paragraph Number 108 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

109.   Answering the allegations contained in Paragraph Number 109 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

110.   Answering the allegations contained in Paragraph Number 110 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

111.   Answering the allegations contained in Paragraph Number 111 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

112.   Answering the allegations contained in Paragraph Number 112 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

113.   Answering the allegations contained in Paragraph Number 113 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

114.   Answering the allegations contained in Paragraph Number 114 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

115.   Answering the allegations contained in Paragraph Number 115 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

116.   Answering the allegations contained in Paragraph Number 116 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

117.   Answering the allegations contained in Paragraph Number 117 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

118.   Answering the allegations contained in Paragraph Number 118 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 20**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1    admit or deny same but is continuing to investigate these allegations and, accordingly,
2    DENIES said allegations.

3        119.    Answering the allegations contained in Paragraph Number 119 of the
4    Complaint, Defendant XOD, LLC presently is without sufficient information and belief to
5    admit or deny same but is continuing to investigate these allegations and, accordingly,
6    DENIES said allegations.

7        120.    Answering the allegations contained in Paragraph Number 120 of the
8    Complaint, Defendant XOD, LLC presently is without sufficient information and belief to
9    admit or deny same but is continuing to investigate these allegations and, accordingly,
10   DENIES said allegations.

11       121.    Answering the allegations contained in Paragraph Number 121 of the
12   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to
13   admit or deny same but is continuing to investigate these allegations and, accordingly,
14   DENIES said allegations.

15       122.    Answering the allegations contained in Paragraph Number 122 of the
16   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to
17   admit or deny same but is continuing to investigate these allegations and, accordingly,
18   DENIES said allegations.

19       123.    Answering the allegations contained in Paragraph Number 123 of the
20   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to
21   admit or deny same but is continuing to investigate these allegations and, accordingly,
22   DENIES said allegations.

23       124.    Answering the allegations contained in Paragraph Number 124 of the
24   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

25

26

27   K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 21**

28                          **ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
                        **TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

125.    Answering the allegations contained in Paragraph Number 125 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

126.    Answering the allegations contained in Paragraph Number 126 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

127.    Answering the allegations contained in Paragraph Number 127 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

128.    Answering the allegations contained in Paragraph Number 128 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

129.    Answering the allegations contained in Paragraph Number 129 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

130.    Answering the allegations contained in Paragraph Number 130 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

131.   Answering the allegations contained in Paragraph Number 131 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

132.   Answering the allegations contained in Paragraph Number 132 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

133.   Answering the allegations contained in Paragraph Number 133 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

134.   Answering the allegations contained in Paragraph Number 134 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

135.   Answering the allegations contained in Paragraph Number 135 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

136.   Answering the allegations contained in Paragraph Number 136 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 23**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

137.   Answering the allegations contained in Paragraph Number 137 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

138.   Answering the allegations contained in Paragraph Number 138 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

139.   Answering the allegations contained in Paragraph Number 139 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

140.   Answering the allegations contained in Paragraph Number 140 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

141.   Answering the allegations contained in Paragraph Number 141 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

142.   Answering the allegations contained in Paragraph Number 142 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 24**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

143.   Answering the allegations contained in Paragraph Number 143 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

144.   Answering the allegations contained in Paragraph Number 144 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

145.   Answering the allegations contained in Paragraph Number 145 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

146.   Answering the allegations contained in Paragraph Number 146 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

147.   Answering the allegations contained in Paragraph Number 147 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to admit or deny same but is continuing to investigate these allegations and, accordingly, DENIES said allegations.

148.   Answering the allegations contained in Paragraph Number 148 of the Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 25**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1  admit or deny same but is continuing to investigate these allegations and, accordingly,

2  DENIES said allegations.

3       149.   Answering the allegations contained in Paragraph Number 149 of the

4  Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

5  admit or deny same but is continuing to investigate these allegations and, accordingly,

6  DENIES said allegations.

7       150.   Answering the allegations contained in Paragraph Number 150 of the

8  Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

9  admit or deny same but is continuing to investigate these allegations and, accordingly,

10 DENIES said allegations.

11      151.   Answering the allegations contained in Paragraph Number 151 of the

12 Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

13 admit or deny same but is continuing to investigate these allegations and, accordingly,

14 DENIES said allegations.

15      152.   Answering the allegations contained in Paragraph Number 152 of the

16 Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

17 admit or deny same but is continuing to investigate these allegations and, accordingly,

18 DENIES said allegations.

19      153.   Answering the allegations contained in Paragraph Number 153 of the

20 Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

21 admit or deny same but is continuing to investigate these allegations and, accordingly,

22 DENIES said allegations.

23      154.   Answering the allegations contained in Paragraph Number 154 of the

24 Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

25

26

27

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 26**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1    admit or deny same but is continuing to investigate these allegations and, accordingly,

2    DENIES said allegations.

3         155.   Answering the allegations contained in Paragraph Number 155 of the

4    Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

5    admit or deny same but is continuing to investigate these allegations and, accordingly,

6    DENIES said allegations.

7         156.   Answering the allegations contained in Paragraph Number 156 of the

8    Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

9    admit or deny same but is continuing to investigate these allegations and, accordingly,

10   DENIES said allegations.

11        157.   Answering the allegations contained in Paragraph Number 157 of the

12   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

13   admit or deny same but is continuing to investigate these allegations and, accordingly,

14   DENIES said allegations.

15        158.   Answering the allegations contained in Paragraph Number 158 of the

16   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

17   admit or deny same but is continuing to investigate these allegations and, accordingly,

18   DENIES said allegations.

19        159.   Answering the allegations contained in Paragraph Number 159 of the

20   Complaint, Defendant XOD, LLC presently is without sufficient information and belief to

21   admit or deny same but is continuing to investigate these allegations and, accordingly,

22   DENIES said allegations.

23   \\\

24   \\\

25   \\\

26

27   K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd        **Page 27**

28           **ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
         **TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

**COUNT I**

160.   Answering the allegations contained in Paragraph Number 160 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

161.   Answering the allegations contained in Paragraph Number 161 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

162.   Answering the allegations contained in Paragraph Number 162 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

163.   Answering the allegations contained in Paragraph Number 163 of the Complaint, Defendant XOD, LLC is without sufficient information and belief to admit or deny same and, accordingly, DENIES said allegations.

164.   Answering the allegations contained in Paragraph Number 164 of the Complaint, Defendant XOD, LLC DENIES said allegations.

165.   Answering the allegations contained in Paragraph Number 165 of the Complaint, Defendant XOD, LLC DENIES said allegations.

166.   Answering the allegations contained in Paragraph Number 166 of the Complaint, Defendant XOD, LLC DENIES said allegations.

167.   Answering the allegations contained in Paragraph Number 167 of the Complaint, Defendant XOD, LLC DENIES said allegations.

168.   Answering the allegations contained in Paragraph Number 168 of the Complaint, Defendant XOD, LLC DENIES said allegations.

169.   Answering the allegations contained in Paragraph Number 169 of the Complaint, Defendant XOD, LLC DENIES said allegations.

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

170.   Answering the allegations contained in Paragraph Number 170 of the Complaint, Defendant XOD, LLC DENIES said allegations.

## COUNT II

171.   Answering the allegations contained in Paragraph Number 171 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

172.   Answering the allegations contained in Paragraph Number 172 of the Complaint, Defendant XOD, LLC DENIES said allegations.

173.   Answering the allegations contained in Paragraph Number 173 of the Complaint, Defendant XOD, LLC DENIES said allegations.

174.   Answering the allegations contained in Paragraph Number 174 of the Complaint, Defendant XOD, LLC DENIES said allegations.

175.   Answering the allegations contained in Paragraph Number 175 of the Complaint, Defendant XOD, LLC DENIES said allegations.

176.   Answering the allegations contained in Paragraph Number 176 of the Complaint, Defendant XOD, LLC DENIES said allegations.

177.   Answering the allegations contained in Paragraph Number 177 of the Complaint, Defendant XOD, LLC DENIES said allegations.

178.   Answering the allegations contained in Paragraph Number 178 of the Complaint, Defendant XOD, LLC DENIES said allegations.

\\\

\\\

\\\

\\\

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 29**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

## COUNT III

179.   Answering the allegations contained in Paragraph Number 179 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

180.   Answering the allegations contained in Paragraph Number 180 of the Complaint, Defendant XOD, LLC DENIES said allegations.

181.   Answering the allegations contained in Paragraph Number 181 of the Complaint, Defendant XOD, LLC DENIES said allegations.

## COUNT IV

182.   Answering the allegations contained in Paragraph Number 182 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

183.   Answering the allegations contained in Paragraph Number 183 of the Complaint, Defendant XOD, LLC DENIES said allegations.

184.   Answering the allegations contained in Paragraph Number 184 of the Complaint, Defendant XOD, LLC DENIES said allegations.

185.   Answering the allegations contained in Paragraph Number 185 of the Complaint, Defendant XOD, LLC DENIES said allegations.

## COUNT V

186.   Answering the allegations contained in Paragraph Number 186 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 30**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

187.    Answering the allegations contained in Paragraph Number 187 of the Complaint, Defendant XOD, LLC DENIES said allegations.

188.    Answering the allegations contained in Paragraph Number 188 of the Complaint, Defendant XOD, LLC DENIES said allegations.

**COUNT VI**

189.    Answering the allegations contained in Paragraph Number 189 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

190.    Answering the allegations contained in Paragraph Number 190 of the Complaint, Defendant XOD, LLC DENIES said allegations.

191.    Answering the allegations contained in Paragraph Number 191 of the Complaint, Defendant XOD, LLC DENIES said allegations.

**COUNT VII**

192.    Answering the allegations contained in Paragraph Number 192 of the Complaint, Defendant XOD, LLC repeats, re-alleges and incorporates by reference as if fully set forth here its responses to each of the paragraphs listed in this paragraph of the complaint.

193.    Answering the allegations contained in Paragraph Number 193 of the Complaint, Defendant XOD, LLC DENIES said allegations.

194.    Answering the allegations contained in Paragraph Number 194 of the Complaint, Defendant XOD, LLC DENIES said allegations.

\\\

\\\

\\\

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd          **Page 31**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

**PRAYER FOR RELIEF**

WHEREFORE, Defendant XOD, LLC prays that the court enter a judgment,

     a.     In favor of Defendant XOD, LLC and against Plaintiff Fraserside Holdings, Ltd.;

     b.     That Plaintiff Fraserside Holdings, Ltd. take nothing;

     c.     That Plaintiff Fraserside Holdings, Ltd. tbe awarded no relief;

     d.     That costs be awarded in favor of Defendant XOD, LLC and against Plaintiff Fraserside Holdings, Ltd.;

     e.     That attorneys fees be awarded in favor of Defendant XOD, LLC and against Plaintiff Fraserside Holdings, Ltd. pursuant to section 505 of the Copyright Act, 17 U.S.C. § 505; and

     f.     That attorneys fees in favor of Defendant XOD, LLC and against Plaintiff Fraserside Holdings, Ltd. pursuant to and pursuant to section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a)(3).

**FIRST AFFIRMATIVE DEFENSE**

Because, based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to an action for breach of contract, this court lacks subject matter jurisdiction over this case.

**SECOND AFFIRMATIVE DEFENSE**

Based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to the amount of royalties due and, accordingly, Count I of the Complaint is barred by contractual agreement.

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 32**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

## THIRD AFFIRMATIVE DEFENSE

Based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to the amount of royalties due and, accordingly, Count II of the Complaint is barred by contractual agreement.

## FOURTH AFFIRMATIVE DEFENSE

Based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to the amount of royalties due and, accordingly, Count III of the Complaint is barred by contractual agreement.

## FIFTH AFFIRMATIVE DEFENSE

Based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to the amount of royalties due and, accordingly, Count IV of the Complaint is barred by contractual agreement.

## SIXTH AFFIRMATIVE DEFENSE

Based upon the terms of the contract that is Exhibit 101 to this answer, paragraph 19.3, the liability of Defendant XOD, LLC is limited to the amount of royalties due and, accordingly, Count IV of the Complaint is barred by contractual agreement.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent that Defendant XOD, LLC exhibited any of the copyrighted materials as alleged, it was under a valid license to do so.

\\\

\\\

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd

**Page 33**

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

**EIGHTH AFFIRMATIVE DEFENSE**

To the extent that Defendant XOD, LLC exhibited any of the trademarks as alleged, it was under a valid license to do so.

**NINTH AFFIRMATIVE DEFENSE**

To the extent that there was any infringement of the copyrights as alleged in the Complaint, XOD, LLC was not aware of and had no reason to believe that his or her acts constituted an infringement of copyright as those terms are defined and understood in connection with section 504(c)(2) of the Copyright Act, 17 U.S.C. § 504(c)(2).

**TENTH AFFIRMATIVE DEFENSE**

To the extent that XOD, LLC displayed any of the trademarks alleged in the Complaint, such display did not tend to cause confusion because the original source and origin of the alleged motion picture works was in fact the owner of the mark.

**ELEVENTH AFFIRMATIVE DEFENSE**

Count I of the Complaint is in part and as a whole barred by the applicable statute of limitations, namely, Section 507 of the Copyright Act, 17 U.S.C. § 507.

**TWELFTH AFFIRMATIVE DEFENSE**

Count II of the Complaint is in part and as a whole barred by the applicable statute of limitations, namely, Section 507 of the Copyright Act, 17 U.S.C. § 507.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Count III of the Complaint is barred by the doctrine of Laches.

---

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC
TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

1

**FOURTEENTH AFFIRMATIVE DEFENSE**

2      Count IV of the Complaint is barred by the doctrine of Laches.

3

4

**FIFTEENTH AFFIRMATIVE DEFENSE**

5      Count V of the Complaint is barred by the doctrine of Laches.

6

7

**SIXTEENTH AFFIRMATIVE DEFENSE**

8      Count VI of the Complaint is barred by the doctrine of Laches.

9

10

**SEVENTEENTH AFFIRMATIVE DEFENSE**

11      Count VII of the Complaint is barred by the doctrine of Laches.

12

13

**EIGHTEENTH AFFIRMATIVE DEFENSE**

14      The statutory damages sought pursuant to the Copyright Act violate the Eighth

15 Amendment to the United States Constitution.

16

17

**NINETEENTH AFFIRMATIVE DEFENSE**

18      The Complaint fails to state a claim upon which relief can be granted.

19

20 Dated: August 20, 2010.                    Respectfully Submitted,

21                                            CLYDE DeWITT
                                             LAW OFFICES OF CLYDE DEWITT
22

23                                           By:   /s/ Clyde DeWitt
                                                   Clyde DeWitt
24
                                             Counsel for Defendant XOD, LLC
25

26

27

K:\Files\XoD LLC C2014\XOD adv Fraserside\10-004-p-Answer.wpd        **Page 35**

28

**ORIGINAL ANSWER OF DEFENDANT XOD, LLC**
**TO ORIGINAL COMPLAINT OF FRASERSIDE HOLDINGS, LTD.**

**EXHIBIT 101**

**Contract**

## VIDEO STREAMING AGREEMENT

This VIDEO STREAMING AGREEMENT (henceforth "Agreement"), dated as of 2nd March, 2006 (the "Effective Date"), is made by and between

**FRASERSIDE HOLDINGS LIMITED,** a company with a principal offices at 36 Vyronos Avenues, Nicosia Tower Centre, Office 201, 2nd floor, Nicosia, Cyprus (henceforth "Fraserside"), on behalf thereof and represented by Mårten Kull, pursuant to the authority granted to him by the Board of Directors of Company.

and

**XOD LLC,** with the company's principal offices at 400 Lincoln Avenue, Unit 3 A, Hatboro, PA 19040, United States of America (henceforth "XonDemand" or "Company"), on behalf thereof and represented by Frank Ryan, President, pursuant to the authority granted to him by the Board of Directors.

### Recitals

**WHEREAS** Fraserside is the owner or licensee of erotic media content (the "Content"), with the all rights of distribution through electronic mediums.

**WHEREAS** Fraserside is the owner or licensee of certain trademarks, trade names and service marks registered or not registered including Private (the "Trademarks").

**WHEREAS** Company is an internet service provider focused on the use of broadband to provide video streaming and rental capabilities to customers over the internet through its own websites namely www.xondemand.com (the "Site") (collectively, the "Company Services").

**WHEREAS** Fraserside and Company desire to collectively co-operate to integrate and market the Content into the Company Services.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Fraserside and Company hereby agree as follows:

### Terms and Conditions

1. **Fraserside Obligations**.

   Fraserside will provide to Company two hundred (200) units of Private branded films (the "Films", or singular as the "Film") mutually agreeable to both parties in DVD format for the sole purpose of allowing Company customers to stream or rent digitized parts of the Films or complete Films through the Company Services. The Films will be delivered as follows: (i) one hundred (100) Films, as further described in **Exhibit A**, at the date of signature of this Agreement, (ii) fifty (50) Films after the first month and (iii) fifty (50) Films after the second month. After the third month, Fraserside will provide to Company with additional

available titles for the territory of the USA on a monthly basis, at Fraserside's sole discretion. Such titles will be added to Exhibit A.

## 2. **Company Services**

2.1 Company will ensure that all Films will be branded on the Site with Private trademarks, shown on a prominent way.

2.2 Company will digitize and encode the supplied Content to allow its streaming, or rental, as well as to securely store all Content on Company's servers. If any of the Films delivered by Fraserside is technically defective and hinders or difficults its digitalization or encoding, Company will promptly inform Fraserside and Fraserside will either (i) provide Company another copy of the Film technically suitable for digitalization and encoding, (ii) substitute the defective Film for another one or (iii) withdraw the defective Film from the list of licensed Films.

2.3 Company will exclusively grant access to the Films to its customers in two different ways:

    2.3.1   Pay-Per-View streaming service: Company will make the Content available to customers who pay a price for a limited time viewing of one specific Film on a pay-per-view basis, subject to Company's terms and conditions.

    2.3.2   Optional Mini Theater: Company and Fraserside may agree that Company shall prepare a user interface that will allow visitors to access and view the Content directly from Content Provider's site (a "Mini-Theater"), which then will be hosted, served and maintained by the Company, either on a membership or pay-per-view basis.

2.4   Company will host the Content for unlimited, on-demand simultaneous streams, buy times or downloads, and will ensure the security of the transactions (to exchange proprietary customer payment information).

2.5   Company will process customer credit card and other payment options for access to Content on the Site through third party Internet billing companies. No customers will be able to access Content without prior payment and age verification.

## 3. **Digital Rights Management.**

Company will integrate into the Content a Digital Rights Management system, which shall be notified to Fraserside, prior to using the Content. "Digital Rights Management" is defined as a software program that encodes the Content in such a manner that only persons granted permission may view the Content.

## 4. **Content.**

4.1 Company may reject some of the Content, if necessary, for any of the following reasons:

    4.1.1   to comply with the requirements of any governmental censorship authority or regulator; or

    4.1.2   to conform the Content to the specific technical requirements of the Company Services.

5. **Pricing.**

    5.1 Company will price access to the Content to its customers as follows:

| Pay-Per-Minute Package | Price |
|---|---|
| 15 min | 3.49 USD |
| 30 min | 5.49 USD |
| 60 min | 8.99 USD |
| 90 min | 10.99 USD |
| 120 min | 13.99 USD |
| 250 min | 24.99 USD |
| 300 min | 29.99 USD |
| 500 min | 45.99 USD |
| 750 min | 64.99 USD |
| 1.000 min | 79.99 USD |

    5.2 Company may change the prices and/or pay-per-minute packages in Section 5.1 above with prior written notice to Fraserside, given through any written means.

6. **Revenues.**

    6.1    Company will pay Fraserside fifty per cent (50%) of the Gross Revenues generated by access of customers to the Films through the Company Services, as per Section 5.1 above (the "Revenue Share").

    6.2    "Gross Revenues" means all monies received by XonDemand as a consequence of this Agreement.

        6.2.1    XOD, LLC reserves the right to deduct all chargebacks and refunds of Fraserside's Films made by customers outside of XOD, LLC control.

7. **Payment.**

Company will pay Fraserside the Revenue Share within thirty (30) days of the end of each month in which such Revenues were generated along with a printed report that ranks each of Private's Films by use, number of views and time spent viewing the Content.

8. **Project Manager.**

Fraserside and Company will each assign a project manager to oversee the implementation of this Agreement.

9. **Term.**

This Agreement will commence on the Effective Date and may be terminated by either party at any time after one (1) year from the Effective Date on 30-day written notice to the other party.

10. **Exclusivity.**  Neither party will grant the other party any kind of exclusivity.

11. **Reporting.**

    11.1 Company will incorporate into the Company Services all needed technical systems necessary to accurately determine the use of the Content (the "Reporting System"). Company will grant Fraserside online access to the Reporting System to monitor revenues generated by the Content.

    11.2 Fraserside has the right to audit the books and records of Company as are reasonably necessary for the purpose of verifying the Revenues Reports (as defined below) or the revenues made with or by the Company's customers. Company will pay the expenses related to an auditing firm's activities in the event the auditing firm confirms that the revenue figures provided by Company differ more than 3% from the revenues received by Fraserside. Any audits made pursuant to this Section will be made; (a) on not less than ten (10) business days written notice; (b) during regular business hours; and (c) by independent and reputable auditors reasonably acceptable to Company. If the auditor's figures reflect payment due under this Agreement that are different than that reported by Company, then Company will promptly pay the discrepancy to Fraserside. After this Agreement is terminated by any party, Fraserside has three (3) months from the date of termination to request any audits.

12. **Marketing and Promoting.**

Company may market and promote the Content according the following guideline:

    12.1 Company is committed to maximizing success for the Private titles in the Company Services. Company may take all necessary steps to ensure that Fraserside receives adequate exposure and promotion on the Company Services for as long as Fraserside remains a Content provider. To implement it, Company may:

        12.1.1 Feature Fraserside or the company within the Private Group that Fraserside appoints on the studio page, if ever created.

        12.1.2 Issue an AVN press release announcing the addition of Private Content to XonDemand.com.

        12.1.3 Search Engine Optimization to promote the Fraserside (Private) Custom Theater in Google, Overture and other search engines.

        12.1.4 Use Private box covers in the Selection and Genres areas.

        12.1.5 Use Private box covers in certain print advertisements. When requested by third parties and at Fraserside's sole discretion, covers will be delivered without nudity (genitalia and breasts) on them.

        12.1.6 Run print advertisements mentioning a Private Custom Mini-Theatre if Fraserside grants permission to build and promote it.

        12.1.7 Provided that Fraserside provides Company with images and biographies, if requested, of Private models, Company may add the models to the XonDemand landing page and to the Pornstars.xondemand.com (screening room) site.

        12.1.8 Company may include the Private logo to the landing page, if possible, and to the Studios area, if ever created.

        12.1.9 Expose any and all Films provided by Fraserside in the Site and make them available to its customers. At any time at least fifty (50) of the Films provided by Fraserside will be exposed.

    12.2 Company reserves discretion to market the Site as it deems appropriate, including using traditional marketing efforts such as print advertising, direct mail (not spam), and promotions and online marketing efforts such as search engine submissions, directory listings, posting to newsgroups, and revenue share programs.

12.3 Fraserside agrees to provide Company, subject to availability, with images to use in marketing efforts. Images should be of "Soft Core" and "Hard Core" nature (i.e. "glamour shots") with no text or graphics covering the subject of the image

12.4 Fraserside agrees to allow Company to use a limited amount of short sample clips of streams ("trailers") and still images as needed for promotional purposes. Appropriate photographic credit will be provided when used ("Images courtesy of Private").

12.5 Fraserside reserves discretion to market the Site as it deems appropriate, including using traditional marketing efforts such as print advertising, direct mail (not spam), and promotions and online marketing efforts such as search engine submissions, directory listings, posting to newsgroups, and revenue share programs.

13. **Termination.**

13.1 Either party may terminate this Agreement at any time after one (1) year from the Effective Date on thirty (30) days written notice to the other party.

13.2 Upon the event of termination (a) Company will pay Fraserside all remaining unpaid balances within fifteen (15) days from the latest date between the termination date and the end of the month in which the termination notice is sent; (b) will remove all Content from its servers; (c) promptly return all Content to Private; and (c) provide proof satisfactory to Fraserside that any copies of the Content have been destroyed.

13.3 The following paragraphs will survive termination of this Agreement: 6, 7, 11, 15, 16, 17, 18, 19 and 21.

14. **Licenses.**

Fraserside hereby grants Company a non-transferable, worldwide license to create derivative works from the Content, and to use, publicly display, publicly perform, transmit, distribute, and reproduce the Content, during the Term solely for the purposes described herein so that each party may exercise their rights and perform their obligations hereunder. In addition Fraserside hereby grants Company the right to reproduce and display its logos, Trademarks, trade names and other similar identifying material solely for the purposes described herein and during the Term.

15. **Ownership of the Rights in Content.**

Any and all of the rights in and to the Content remain in Fraserside's ownership, including any derivative work created by the Company in accordance with Section 14 above. Nothing in this Agreement creates any rights for the Company or any other party in and to the Content.

16. **Fraserside Representations and Warranties**

16.1 Fraserside warrants and represents that it is the sole owner of all intellectual property rights and Trademarks with respect to the Content and advertising material as well as all other content provided by Fraserside and that its content and advertising material will not violate or infringe upon a patent, copyright, literary, privacy, publicity, trademark, service mark or any other personal or property right of any person, nor will the same constitute a libel or defamation of any person or entity.

16.2 Fraserside warrants and represents that the Content complies with 18 USC 2257 of

5/12

the United States of America, so all models in Content are 18 years of age or older and records are on file with Private's custodian of records. Fraserside agrees to provide copies of records upon request.

17. **Company Representations and Warranties.**

17.1  Company warrants and represents that the hosting of the Content will be conducted in a location where such hosting of such Content complies with all relevant laws, regulations and ordinances.

17.2  Company warrants and represents that it has all necessary agreements, know-how, licenses, equipment and technical abilities to comply with the terms and conditions of this Agreement during the Term.

17.3  Company warrants and represents that it will comply with all relevant laws and regulations necessary to display the Content over the Internet, including, without limitation, restricting access to the Content by minors.

17.4  Company warrants and represents that will not apply for any trademark containing the word 'PRIVATE' on it, now or in the future, and will not challenge any of the Private trademarks owned by Fraserside or any its parent, subsidiary of affiliated companies. This Section will survive the termination of this Agreement.

17.5  Company warrants:

17.5.1  To prevent free access to the Content;
17.5.2  Not to use or reproduce the Content except in furtherance of its obligations hereunder; and
17.5.3  To take all necessary steps to have the copyright of the Content protected during the Term.

18. **Indemnification.**

Fraserside and Company will fully indemnify and hold each other harmless from any claims, demands, suits, losses, damages, liabilities, fines, expenses (including reasonable attorneys' fees) or any other such issues, resulting from any breach of any obligations, warranties or representations set out herein. Company will fully indemnify and hold Fraserside harmless from any claims, demands, suits, losses, damages, liabilities, fines, expenses (including reasonable attorneys' fees) arising from a claim that the Company Services, or Private's use thereof, infringes the intellectual property rights of a third party. In connection with any claim or action described in this section, the party seeking indemnification: (i) will give the indemnifying party prompt written notice of the claim; (ii) will cooperate with the indemnifying party (at the indemnifying party's expense) in connection with the defense and settlement of the claim; and (iii) will permit the indemnifying party to control the defense and settlement of the claim, provided that the indemnifying party may not settle the claim without the indemnified party's prior written consent (which will not be unreasonably withheld). Further, the indemnified party (at its cost) may participate in the defense and settlement of the claim.

19. **Disclaimer of Warranties; Limitation of Liability.**

19.1  Company will use commercially reasonable efforts to maintain operability and functioning of the Site; however, Company does not warrant that the Site will function without interruption or that they will be error free. Fraserside's sole remedy and Company's sole liability in the event of any failure of or problem with the

6/12

operability and functioning of the Site shall be Company's taking of reasonably prompt action to correct such failure, problem or error or Fraserside's election to remove its Content from the Site.

19.2  Except as otherwise expressly provided in this Agreement, Company disclaims all warranties, express, implied or statutory, including without limitation, any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.  In the event that, as a matter of law, Company may not disclaim any such warranty, the scope and duration of such warranty shall be the minimum permitted under applicable law.

19.3  IN NO EVENT WILL EITHER PARTY BE LIABLE FOR (I) ANY CONSEQUENTIAL, INDIRECT, EXEMPLARY, OR INCIDENTAL DAMAGES, INCLUDING ANY LOST DATA AND LOST PROFITS, ARISING FROM OR RELATING TO THIS AGREEMENT; OR, (II) FOR DAMAGES EXCEEDING THE TOTAL AMOUNT OF ALL FEES PAYABLE TO THE OTHER PARTY HEREUNDER.  EACH PARTY ACKNOWLEDGES THAT THE FOREGOING LIMITATION REFLECTS THE ALLOCATION OF RISK SET FORTH IN THIS AGREEMENT AND THAT NEITHER PARTY WOULD ENTER INTO THIS AGREEMENT WITHOUT THESE LIMITATIONS ON ITS LIABILITY.

20.  **Press Releases and Offline Promotion**.

One or more public statements concerning the existence or terms of this Agreement may be made or released with the prior approval of both parties or as required by law, including but not limited to stock market rules and regulations.

21.  **Confidentiality**.

21.1  During the Term of this Agreement and thereafter, each party will use and reproduce the other party's Confidential Information only for purposes of this Agreement and only to the extent necessary for such purpose and will restrict disclosure of the other party's Confidential Information to its employees, consultants or independent contractors with a need to know and will not disclose the other party's Confidential Information to any third party without the prior written approval of the other party. Notwithstanding the foregoing, it will not be a breach of this Agreement for either party to disclose Confidential Information of the other party if required to do so under law or in a judicial or other governmental investigation or proceeding, provided the other party has been given prior notice and the disclosing party has sought all available safeguards against widespread dissemination prior to such disclosure. "Confidential Information" refers to (i) each party's trade secrets, business plans, strategies, methods and/or practices, (ii) any other information relating to either party or its business that is not generally known to the public and (iii) the terms and conditions of this Agreement.

21.2  Specifically, the amount of the Revenue Share paid to Fraserside is confidential and will not be shared with other producers or content providers.

22.  **Relationship of Parties**.

Fraserside and Company are independent contractors under this Agreement, and nothing herein will be construed to create a partnership, joint venture or agency relationship between them. Neither party has authority to enter into agreements of any kind on behalf of the other.

23. **Choice of Law**.

This Agreement, its interpretation, performance or any breach thereof, will be construed in accordance with, will be governed by, and all questions with respect thereto will be determined by, the laws of California, United States of America. Any disputes unresolved concerning this Agreement will be brought before the courts of Los Angeles, California.

24. **Entire Agreement**.

This Agreement constitutes the entire understanding of the parties hereto with respect to the transactions and matters contemplated hereby, supersedes all previous agreements between the parties concerning the subject matter, and cannot be amended except by a writing signed by authorized representatives of both parties.

25. **Survival**.

All terms of this Agreement, which by their nature extend beyond its termination, remain in effect until fulfilled and apply to respective successors and assigns.

26. **Notices**.

All notice required to be given under this Agreement must be given in writing and delivered either in hand, by certified mail, return receipt requested, postage pre-paid, or by Federal Express or other recognized overnight delivery service, all delivery charges pre-paid, and addressed:

If to Fraserside:
FRASERSIDE HOLDINGS LIMITED
c/o Milcap Media Group, S.L.
Carretera de Rubí, 22
08173 Sant Cugat del Vallès
Spain

If to Company:
XOD LLC
400 Lincoln Avenue, Unit 3A
Hatboro, PA 19040
USA

27. **Severability**.

Each provision of this Agreement will be severable from every other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

28. **Force Majeure**.

Neither party will be responsible for any failure to perform its obligations under this Agreement due to causes beyond its reasonable control, including but not limited to, acts of God, war, riot, embargoes, acts of civil or military authorities, fire, floods or accidents.

29. **Waiver**.

The failure of either party to insist upon strict performance by the other party of any provision of this Agreement or to exercise any right under this Agreement will not be construed as a waiver that party's right to assert or rely upon any such provision or right in that or any other instance.

30. **Headings.**

The headings to the Sections and Subsections of this Agreement are merely for convenience and do not affect the meaning of the Agreement.

31. **Assignment.**

Neither party may assign the Agreement without the written consent of the other party, which consent shall not be unreasonably withheld or delayed, other than with respect to assignments made to corporations over which the shareholders of the assigning party have control.

**IN WITNESS WHEREOF**, the parties have caused their authorized representatives to execute this Agreement:

By: _____

Mårten Kull
FRASERSIDE HOLDINGS LIMITED

By: _____

Frank Ryan
XOD LLC.

## EXHIBIT "A"

### FILMS

| TITLE | LINE |
|-------|------|
| A Hidden Pleasure | Private Tropical |
| A Life of Porn | The Private Adventures of Pierre Woodman |
| A Taste of Pleasure | Private Movies |
| A Woman's Ass is a Beautiful Thing | Private X-Treme |
| Anal Freedom | Private X-Treme |
| Anal Love Stories | Private X-Treme |
| Anal Manor | Private Films |
| Artcore | Private Movies |
| Ass Games | Private X-Treme |
| Backdoor to Sweden | Private Films |
| Beauties in the Tropix | When Pornstars Play |
| Big Pack | The Best of the Year |
| Big Titted Super Sluts | Private X-Treme |
| Body XXX | Private XXX |
| Cadillac Highway | Private Gold |
| Caribbean Airlines | Private Tropical |
| Chain Reaction | Private XXX |
| Coming of Age | The Private Adventures of Pierre Woodman |
| Costa Rica Studies | Private Films |
| Delilah | Private Movies |
| Dream Girls in St. Martin | Private Tropical |
| Eurobabes take it to the Extreeme | Private X-Treme |
| Fashion in Paradise | Private Tropical |
| Ghost Bangers | Private Movies |
| High Level Sex | Private XXX |
| Hot Property | Private X-Treme |
| Lady in Spain | Private Films |
| Millionaire | Private Gold |
| Millionaire 2 | Private Gold |
| On the Road to Fame | The Private Adventures of Pierre Woodman |
| Private Club in Seychelles | Private Films |
| Private Diamonds | The Best of the Year |
| Private Fantasies 1 | Private Fantasies |
| Private Fantasies 2 | Private Fantasies |
| Private Fantasies 3 | Private Fantasies |
| Private Fantasies 4 | Private Fantasies |
| Private Fantasies 5 | Private Fantasies |
| Private Interactive | Private Interactive |

| | |
|---|---|
| Private Lust Treasures 1 | Private Lust Treasures |
| Private Lust Treasures 2 | Private Lust Treasures |
| Private Lust Treasures 5 | Private Lust Treasures |
| Private Lust Treasures 6 | Private Lust Treasures |
| Private Lust Treasures 7 | Private Lust Treasures |
| Private Lust Treasures 8 | Private Lust Treasures |
| Private Lust Treasures 9 | Private Lust Treasures |
| Private Platinum | The Best of the Year |
| Private Solid Gold | The Best of the Year |
| Private Stories 01 | Private Stories |
| Private Stories 02 | Private Stories |
| Private Stories 03 | Private Stories |
| Private Stories 04 | Private Stories |
| Private Stories 05 | Private Stories |
| Private Stories 06 | Private Stories |
| Private Stories 07 | Private Stories |
| Private Stories 08 | Private Stories |
| Private Stories 09 | Private Stories |
| Private Stories 10 | Private Stories |
| Private Stories 11 | Private Stories |
| Private Stories 12 | Private Stories |
| Private Stories 13 | Private Stories |
| Private Stories 14 | Private Stories |
| Private Stories 15 | Private Stories |
| Private Stories 16 | Private Stories |
| Private Stories 17 | Private Stories |
| Private XXX 02 | Private XXX |
| Private XXX 03 | Private XXX |
| Private XXX 05 | Private XXX |
| Private XXX 08 | Private XXX |
| Private XXX 09 | Private XXX |
| Private XXX 10 | Private XXX |
| Sex & Revenge 1 | Private Movies |
| Sex & Revenge 2 | Private Movies |
| Sex for Free | Private Films |
| Sex Kittens | Private XXX |
| Sex Rebels | Private Gold |
| Sex Thriller | Private Gold |
| Sex, Lies and Internet | Private Movies |
| Sex, Lust & Video-Tapes | Private XXX |
| Sin Island | Private Tropical |
| Sunset Memories | Private Tropical |
| The Dark Side 1 | Virtualia |
| The Dark Side 2 | Virtualia |
| The Dark Side 3, The New Dimension | Virtualia |
| The Private Story of Bobbi Eden | The Private Story of... |

| | |
|---|---|
| The Private Story of Christal | The Private Story of... |
| The Private Story of Lucy Lee | The Private Story of... |
| The Private Story of Mia Stone | The Private Story of... |
| The Private Story of Monika | |
| Sweetheart | The Private Story of... |
| The Private Story of Sarah O'Neal | The Private Story of... |
| Total Desire | Private XXX |
| Triple X Video 13 | Triple X Video |
| Triple X Video 14 | Triple X Video |
| Triple X Video 15 | Triple X Video |
| Triple X Video 16 | Triple X Video |
| Virgin Treasures I | Private Films |
| Voodoo Sex Dolls | Private Movies |
| Wanna Cum For a Ride? | Private X-Treme |
| Wet Dreams | Private XXX |
| Wet Young Bitches | Private X-Treme |
| XXX Video | The Best of the Year |
| Your Time is Up | Private-Ninn |

By: _____

Mårten Kull
FRASERSIDE HOLDINGS LIMITED

By: _____

Frank Ryan
XOD LLC