# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Youngtek Solutions Limited

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.empflix.com, www.tnaflix.com

**Address of Service Provider:** Alvonos 1 Maria House Nicosia, Cyprus

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** dmca@tnaflix.com, dmca@empflix.com

Signature of Officer or Representative of the Designating Service Provider:
Date: 10/14/2010

Typed or Printed Name and Title: Ofer Eshed, Operations Manager

Note: This Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Scanned JAN 13 2011

Mail the form to:
Copyright RRP
P.O. Box 71537
Washington, DC 20024

Received DEC 27 2010 Copyright Office


162703721