# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Youngtek Solutions Limited

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.empflix.com, www.tnaflix.com, www.pornwall.com, www.moviefap.com

**Address of Service Provider:** Alvonos 1 Maria House Nicosia, Cyprus

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address than can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** dmca@tnaflix.com, dmca@empflix.com, dmca@pornwall.com, admin@moviefap.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Youngtek Solutions Limited

Signature of Officer or Representative of the Designating Service Provider:
Date: 1/24/2011

Typed or Printed Name and Title: Ofer Eshedl, Operations Manager

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright GC/RRP
P.O. Box 71537
Washington, DC 20024

Scanned FEB 18 2011

Received FEB 09 2011 Copyright Office

162708995