

Register   Login   Help

Home | Site Tools | Top Sites | Site Info | What's Hot | Toolbar

Search for more        Search

### tnaflix.com
Free Porn | Sex | Porno - Home

Is this your site? Run an Alexa Site Audit.

Tnaflix.com is ranked #550 in the world according to the three-month Alexa traffic rankings, and visitors to the site view an average of 4.5 unique pages per day. About 10% of visits to the site...

Show More

**550** Global Rank | Rank in **US** | **836** Sites Linking In | 2 Reviews

Traffic Stats | Search Analytics | **Audience** | Contact Info | Reviews | Related Links | Clickstream



Advertise with Alexa

## Audience Demographics for Tnaflix.com

Relative to **the general internet population** how popular is tnaflix.com with each audience below?






### High Impact Search Queries for Tnaflix.com

| | Query | Impact |
|---|---|---|
| 1 | porn | High |
| 2 | free porn | High |
| 3 | freeporn | High |
| 4 | porno | High |
| 5 | flix | Medium |
| 6 | free sex | Medium |
| 7 | sex | Medium |

View the complete Search Analytics

## Advanced Demographics for tnaflix.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.









### Visitors by Country for Tnaflix.com

| Country | Percent of Site Traffic |
|---|---|
| United States | 21.5% |
| Germany | 9.5% |
| Japan | 7.0% |
| Italy | 4.9% |
| France | 4.7% |
| India | 4.0% |
| United Kingdom | 3.9% |
| Russia | 3.2% |
| Canada | 2.4% |
| Netherlands | 2.3% |



**Top Search Queries for Tnaflix.com**

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | tnaflix | 18.60% |
| 2 | tna flix | 2.19% |
| 3 | empflix | 0.75% |
| 4 | tnafix | 0.67% |
| 5 | tnaflix.com | 0.61% |
| 6 | tnflix | 0.23% |
| 7 | squirting | 0.17% |

View the complete Search Analytics

 Wayback Machine
See how Tnaflix.com looked in the past

Like tnaflix.com? Download the Alexa toolbar and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取tnaflix.com的网站流量信 。

**Get $75 Free Advertising**
Grow Your Business With Google. Claim Your $75 Coupon Now!
www.Google.com/AdWords

Ads by Google

| Company | Help | Alexa Tools for Site Owners | Related Services | |
|---|---|---|---|---|
| About | Help System | Get a Site Audit for your site | Free Website Content | Download the Alexa Toolbar! |
| Jobs | Tour | Create a Custom Toolbar | | Privacy Policy | Terms of Use |
| Advertise on Alexa | | Edit your site listing | | © Alexa Internet, Inc. |

An amazon.com company