

Register   Login   Help

Home   Site Tools   Top Sites   Site Info   What's Hot   Toolbar

Search for more                     Search

### empflix.com
Empflix.com

Is this your site? Run an Alexa Site Audit.

About Empflix.com (empflix.com):

There are 766 sites with a better three-month global Alexa traffic rank than Empflix.com. Roughly 21% of the site's visitors are in Japan, where it has attained a traffic rank of 251. Compared...

Show More

| 767 | | 880 | ★★★★☆ |
|---|---|---|---|
| Global Rank | Rank in JP | Sites Linking In | 1 Review |

Traffic Stats | Search Analytics | **Audience** | Contact Info | Reviews | Related Links | Clickstream

Ads by Google

**Free Online Advertising**
See What $75 of Free Google Ads Can Do For Your Business. Try It Now!
www.Google.com/AdWords

**Slingshot SEO**
Providing Help With Natural Search Optimization For Web Sites.
www.SlingshotSEO.com

**Submit Your Site To Manta**
Advertise Your Business For Free. Be Found. Get Leads. 100% Free!
www.Manta.com

Advertise with Alexa

## Audience Demographics for Empflix.com

Relative to **the general internet population** how popular is empflix.com with each audience below?






### High Impact Search Queries for Empflix.com

| | Query | Impact |
|---|---|---|
| 1 | streaming | High |
| 2 | porn | High |
| 3 | stream | High |
| 4 | free streaming | Medium |
| 5 | teen anal | Medium |
| 6 | free porn | Medium |
| 7 | porno | Medium |

View the complete Search Analytics

### Advanced Demographics for empflix.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.



Age | Education | Gender | Has Children | **Browsing Location** | Income | Ethnicity





## Visitors by Country for Empflix.com

| Country | Percent of Site Traffic |
|---|---|
| Japan | 20.9% |
| United States | 16.9% |
| Germany | 7.9% |
| Italy | 4.7% |
| France | 4.5% |
| United Kingdom | 3.5% |
| India | 3.0% |
| Russia | 2.6% |
| Canada | 2.6% |
| South Korea | 2.1% |





### Top Search Queries for Empflix.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | empflix | 34.56% |
| 2 | emplix | 2.54% |
| 3 | empfix | 2.46% |
| 4 | tnaflix | 1.26% |
| 5 | empflix.com | 1.10% |
| 6 | emflix | 0.91% |
| 7 | emplifix | 0.77% |

View the complete Search Analytics

 **Wayback Machine**
See how Empflix.com looked in the past

Like empflix.com? Download the Alexa toolbar and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取empflix.com的网站流量信 。

---

**Company**
About
Jobs
Advertise on Alexa

**Help**
Help System
Tour

**Alexa Tools for Site Owners**
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

**Related Services**
Free Website Content

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company