# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF IOWA

# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, <br> An Iowa Limited Liability Company <br><br> Plaintiff, <br><br> vs. <br><br> Youngtek Solutions Limited, dba <br> EmpFlix, dba empflix.com, dba , <br> TnaFlix, dba tnaflix.com, and John Does 1 - 100 and <br> John Doe Companies 1 - 100 <br><br> Defendant(s). | No.  3:11-cv-03005-MWB <br><br> **RESISTANCE TO MOTION TO DISMISS** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendant's Motion to Dismiss in its entirety. In support of it Resistance to Motion, Plaintiff provides the following Brief and Attachments.

Date: August 12, 2011               Respectfully submitted,


                                  By:    /s/ Chad L. Belville

Chad Belville, Attorney at Law

Iowa Bar # 015731

304 East Beth Drive

Phoenix, AZ 85042


P.O. Box 17879

Phoenix, AZ 85011

Telephone: 602-904-5485

FAX: 602-297-6953

E-mail cbelville@azbar.org


ATTORNEY FOR PLAINTIFF



Certificate of Service


I, Chad Belville, Attorney for Plaintiff, hereby certify that on August 12, 2011 a copy of this Resistance to Defendants' Motion to Dismiss was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.


/s/ Chad L. Belville

TABLE OF EXHIBITS

EXHIBIT 1

    ASSIGNMENT OF COPYRIGHTS TO PLAINTIFF FRASERSIDE IP LLC.

EXHIBIT 2

    ASSIGNMENT OF TRADEMARKS TO PLAINTIFF FRASERSIDE IP LLC

EXHIBIT 3

    DEFENDANT'S WEB PAGE AT TIME OF DOCUMENTED INFRINGEMENT NOT SHOWING A DMCA AGENT

EXHIBIT 4

    EMP/TNA FREQUENTLY ASKED QUESTIONS WEBPAGE (EXHIBIT 4 FROM COMPLAINT ALSO)