

# EMPflix FAQ

**Q. Ok, so what's this Empflix thing all about?**
A. Empflix is a community of people who all have atleast one of a few things in common, their love of porn, sex and masturbation! On Empflix you can post your favorite videos, watch videos that other users have posted, meet other like-minded individuals and discuss what's great (or what you'd love to change) about porn from all eras.

**Q. Sounds great, but how much does it cost?**
A. Empflix is completely free of charge! Empflix won't charge you anything to watch as many videos as you like, upload your own videos or participate in our community. As long as you're happy, Empflix is happy.

**Q. Help! The videos don't play at all! What do I do?**
A. To make sure that we provide only the highest possible quality videos, you will need to download Flash 9.0 (or higher) to view videos. If you don't yet have Flash you can download the latest version here. If you already have Flash 9.0 and still can't watch the videos, please send us an email and we'll be happy to look into it for you!

**Q. I see that you have a members' area. Why should I become a member of Empflix?**
A. While anyone can watch the videos that the community is sharing on Empflix, only members receive the full spectrum of features that are available to the community. Upload videos, rate videos, upload a avatar and message other users, fully participate in the Empflix experience! You can even store your favorite videos on your very own member's page, browse other member's profiles, send them messages and see what other members are watching and talking about! Click HERE, to get started!

**Q. How much does it cost to become a regular member?**
A. Nothing! Becoming a basic member of Empflix is absolutely free. All it requires is that you choose a unique name for yourself and provide a valid email address. Once you've signed up, you're ready to fully participate in the Empflix community. Upload your favorite videos, interact with other members, rate videos and start growing your reputation as a Porn King! You can start your membership experience by clicking HERE,

**Q. How do I upload a video to Empflix?**
A. Once you've become a member, simply choose "upload video" from the main page, or follow this LINK, to share your video with the community.

**Q. What are "tags"?**
A. When uploading a video, we ask that you include at least a few tags that describe your video and that will make it easier for the community to find. Tags are essentially keywords that will be associated with your video and which will be referenced when users search the video collection. Suggested tags for your video could include the name of the girl (or guy) in the scene, her hair color or body type, the primary action in the scene (threesome, blowjob, anal, etc) or any other keywords that you think might be relevant. If the scene was first featured on a different, third party site, please credit that site by entering the star's name as a tag (eg: Alexis Texas, Gianna Micheals, Jenna Jameson etc)

**Q. Can I add tags to a video that someone else has uploaded?**
A. While that feature is not yet available, it is on our list of priorities and should be added to the site soon.

**Q. How do I delete my account?**
A. Just goto the contact us page and let us know you want to delete your account and we will deal with this, you can also send email to admin at Empflix dot com

**Q. I've submitted my video, but I can't find it anywhere on Empflix. Where is it?**
A. In order to prevent unacceptable content from appearing on the site, most submitted videos must be approved before they will appear on Empflix. While we do try to approve your videos as quickly as possible, there can sometimes be a short delay before your video appears online. We thank you for your patience during this time.

**Q. I'm trying to upload videos to the community, but they keep getting rejected. What am I doing wrong?**
A. In order to help make sure that the videos you are trying to share with the Empflix community get approved, make sure that they meet the following conditions:

1. If you are uploading a professional quality video, check the forbidden list before uploading to avoid it being rejected
2. If the video you are uploading is of people that do not look like they are of legal age, the video will be deleted **IMMEDIATELY!**
3. If the video you are uploading is too short or does not contain a significant amount of "action", the video will not be approved.
4. If the video or sound quality is poor, the video could be deleted.
5. If the video contains banned or illegal content - Beastiality, Rape, Snuff, Violant Porn, Under-age. Real, Simulated or Cartoon will not be approved, and the **account will be blocked**

Ultimately, approving and declining videos is a manual process and one that leaves room for interpretation, but as long as you stay within the guidelines, you should be ok.

**Q. What kinds of videos are unacceptable?**
A. As we are a community website, it is important that we all respect certain rules of decent community behavior. As such, we reserve the right to refuse any videos that contain content which is illegal, harassing, harmful, abusive, obscene or hateful. For the full description, you can see Article Four of our Terms and Conditions.

**Q. Can I download videos from Empflix?**
A. Sure, goto the video and click the download as FLV button to download the video file to your computer. Then you can play the file using Real Media Player or VLC

**Q. What are "Favorites"?**
A. "Favorites" is a place where members can store videos that they like for easy retrieval later. Simply click the "Add to favorites" link while watching a video and it will be automatically saved for you without leaving the page.

**Q. What does the "Flag as inappropriate" link do?**
A. Flag as inappropriate will notify the Empflix team of any videos that you consider inappropriate. These videos and the user who uploaded this video(s) will be terminated from Empflix for life. You can leave a note with the video if you feel it's needed

**Q. How do I see another member's profile?**
A. When viewing a video there is a section under the video with some stats and voting on the video. There is a added by field, with the username as a link. Click this and you will be viewing a users profile.

**Q. How do I get in touch with you if something goes wrong?**
A. If you ever have any questions, comments, queries or concerns, please don't hesitate to contact us using our contact form.

**Q. Is working for Empflix the coolest job ever?**
A. Yes. Yes it is. If you wanna work here, check our jobs section regularly!



Report Abuse | FAQ | Contact Us
Terms Of Service | Privacy Policy | DMCA Policy | Refund Policy
List of forbidden content | 2257

Copyright © 2011 | Empflix
All rights reserved

Empflix (http://www.empflix.com) DOES NOT control the uploaded material for any Copyright Infringement, therefore any Copyright Infringement complaints from anyone who claims he/she has rights to any material presented on EMPFLIX (http://www.empflix.com) and that the material presented is violating copyrights, the said material will be immediately removed after receiving proper notice.