UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, | ) ) ) |
| Plaintiff, | ) CASE NO. 3:11-cv-3005MWB ) ) |
| vs. | ) YOUNGTEK SOLUTIONS LTD.'S ) MOTION FOR EXTENSION OF |
| Youngtek Solutions Limited, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1 – 100 and John Doe Companies 1 – 100, | ) TIME TO FILE A REPLY BRIEF ) ) ) ) ) |
| Defendants. | ) |

Defendant, Youngtek Solutions Ltd., moves for an extension of time to file its Reply to Plaintiff's Resistance to the Motion to Dismiss and in support states:

1. On August 14, 2011, Plaintiff filed a Motion to File Overlength Brief in Support of Its Resistance to Defendant's Motion to Dismiss. The Court has not yet ruled on that Motion and, therefore, the due date for Defendant's Reply is uncertain.

2. Counsel for Defendant is currently out of the country and will not be returning to the United States until August 29, 2011.

3. It is anticipated that Plaintiff's Motion to File Overlength Brief will be granted and that Youngtek's Reply will be due prior to Defendant's counsel's return.

4. The Reply deadline has not previously been extended.

5. Defendant requests up to and including September 5, 2011, to file a Reply to Plaintiff's Resistance to the Motion to Dismiss.

6. Pursuant to Local Rule 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and Plaintiff's counsel has indicated that he will resist the Request for an Extension of Time.

WHEREFORE, Defendant, Youngtek Solutions, Ltd., respectfully requests that the Court grant it up to and including September 5, 2011, to file its Reply to Plaintiff's Resistance to Motion to Dismiss.

/s/ Jennifer E. Rinden
CONNIE ALT         AT0000497
JENNIFER E. RINDEN   AT0006606
         for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:   (319) 365-9461
FAX:      (319) 365-8564
jer@shuttleworthlaw.com


/s/Valentin Gurvits
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
BBO # 643572
(617) 928-1804
vgurvits@bostonlawgroup.com


/s/Evan Fray-Witzer
Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

ATTORNEYS FOR DEFENDANT
YOUNGTEK SOLUTIONS LIMITED

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on August 18, 2011, by:<br><br>[ x ] Electronically via ECF for ECF registrants<br>[ ] U.S. Mail _____<br>[ ] Fax _____<br>[ ] Fed Ex _____<br>[ ] Hand Delivered _____<br>[ ] other _____<br><br>     **Julie A. Miller**            |