# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF IOWA

# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, <br><br> An Iowa Limited Liability Company <br><br> Plaintiff, <br><br> vs. <br><br> Youngtek Solutions Limited, dba <br><br> EmpFlix, dba empflix.com, dba , <br><br> TnaFlix, dba tnaflix.com, and John Does 1 - 100 and <br><br> John Doe Companies 1 - 100 <br><br> Defendant(s). | No.  3:11-cv-03005-MWB <br><br> **RESISTANCE TO MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendants' Motion for Extension of Time to File a Reply Brief.

In support of it Resistance to Motion, Plaintiff submits:

1. Resistance to Motion to Dismiss was due August 15, 2011. This date did not change because of a Motion to File Over Length Brief. Defendants' counsel knew that any reply brief would be due within seven (7) days after resistance of motion was served. The Resistance was served August 14, 2011. Preparation of a Reply Brief in the seven days following August 15 was foreseeable.

2. Absence from the country by one of Defendants' counsel was voluntary and foreseeable.

3. A Reply is very limited in scope and length.

4. Defendants are represented by no fewer than four (4) lawyers. The absence of one lawyer should have no effect on the ability of Defendants to prepare a Reply.

5. The Requested extension of time triples the time allowed by the Rules to file a Reply Brief. L.R. 7 (g) allows seven (7) days for a Moving Party to file a Reply Brief. Defendant asks for twenty-one (21).

6. One of Defendant's counsel leaving the country and a Reply Brief needing to be filed by August 22, 2011 were both foreseeable events, which should be easily handled by four attorneys without the need for tripling the time provided by the Rules.

7. Defendants have previously asked for extension of time to file documents, although not for this Motion. Delays requested by Defendant prejudice Plaintiff and allow the harm alleged to continue.

Defendants have not provided good cause for the delay requested. Plaintiff respectfully requests the Court DENY Defendant's Motion for Extension of Time to File Reply Brief.

Date: August 17, 2011                              Respectfully submitted,

                                                   By:   /s/ Chad L. Belville
                                                   Chad Belville, Attorney at Law
                                                   Iowa Bar # 015731
                                                   304 East Beth Drive
                                                   Phoenix, AZ 85042

                                                   P.O. Box 17879
                                                   Phoenix, AZ 85011
                                                   Telephone: 602-904-5485
                                                   FAX: 602-297-6953
                                                   E-mail cbelville@azbar.org

                                                   ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on August 17, 2011 a copy of this Resistance to Defendants' Motion For Extension of Time to File a Reply Brief was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.

/s/ Chad L. Belville