**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>    Defendants. | No. C11-3005-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF RESISTANCE TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANT YOUNGTEK SOLUTIONS LIMITED'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

_____

This case is before the court on plaintiff Fraserside IP L.L.C.'s (Fraserside") Motion to File Overlength Brief in Support of Resistance to Defendants' Motion to Dismiss (docket no. 31), and defendant Youngtek Solutions Limited's Motion for Extension To File a Reply (docket no. 32). Plaintiff Fraserside has filed a timely resistance to defendant Youngtek's motion. The court concludes that for good cause shown by both parties in support of their motion, both motions are granted. Plaintiff Fraserside is granted leave to file an overlength brief in support of its resistance to defendants' Motion to Dismiss. Defendant Youngtek shall file any reply brief in support of its Motion to Dismiss on or before September 5, 2011.

**IT IS SO ORDERED.**

**DATED** this 19th day of August, 2011.

                                                   _/s/ Mark W. Bennett_
                                                   MARK W. BENNETT
                                                   U. S. DISTRICT COURT JUDGE
                                                   NORTHERN DISTRICT OF IOWA