IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP LLC,<br>An Iowa Limited Liability Company<br>Plaintiff(s), | NO. cv-11-03005 MWB |
| vs. | |
| Youngtek Solutions Limited, dba<br>EmpFlix, dba www.empflix.com, dba<br>TnaFlix.com and www.tnaflix.com<br>And John Does 1-100 and<br>John Doe Companies 1-100,<br>Defendant(s). | SCHEDULING ORDER AND<br>DISCOVERY PLAN |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __x__ yes _____ no (Sept. 8, 2011)
   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:
2. Deadline for motions to add parties: **October 17, 2011**
3. Deadline for motions to amend pleadings: October 17, 2011
4. Expert witnesses disclosed by: a) Plaintiff: **November 15, 2011**
   b) Defendant: **January 16, 2012**
   c) Plaintiff Rebuttal: **February 15, 2012**
5. Deadline for *completion* of discovery: **April 16, 2012**
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): **May 15, 2012**
7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): **September 17, 2012**
8. Has a jury demand been filed? __XX__ yes _____ no
9. Estimated length of trial: __10__ days
10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after:
    _____; or
    (b) _____ A court-sponsored settlement conference is not necessary at this time.

    **XX (c) *Parties did not reach agreement on this point*.** Plaintiff desires a court-sponsored settlement conference after October 17, 2011 but before December 30, 2011. Defendant's counsel did not agree to any settlement conference of any kind.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? _____ yes __X__ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? _____ yes __X__ no

_____
Attorney for Plaintiff(s): Chad Belville
Address: PO Box 17879, Phoenix, AZ 85011
Telephone: 602-904-5485
Facsimile: 602-297-6953
E-mail address: cbelville@azbar.org

_____
Attorney for Defendant: Valentin Gurvits
Address: 825 Beacon St. Ste. 20, Newton, MA 02459
Telephone: 617-928-1804
Facsimile:
E-mail address: vgurvits@bostonlawgroup.com

_____
Attorney for Defendant(s): Evan Fray-Witzer
Address: 20 Park Plaza, Ste 804 Boston, MA 02116
Telephone: 617-723-5630
Facsimile:
E-mail address: evan@cfwlegal.com

_____
Attorney for Defendants: Jennifer E. Rinden
Address: 500 US Bank Bldg, PO Box 2107
Cedar Rapids, IA 52406
Telephone: 319-365-9461
Facsimile: 319-365-8564
E-mail address: jer@shuttleworthlaw.com

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

IT IS ORDERED that this proposed Scheduling Order and Discovery Plan
_____ is _____ is not approved and adopted by this court.

IT IS FURTHER ORDERED that a scheduling and planning conference:

_____ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ____ .m.

_____ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ____ .m.

DATED this 29 day of August, 2011

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT