UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Fraserside IP, LLC, )
    Plaintiff, )
v. )
  )
Youngtek Solutions, Limited, d/b/a )
Empflix, d/b/a www.empflix.com, dba )   Docket No. 11-CV-03005-MWB
TNAFlix.com and www.tnaflix.com, )
John Does 1-100 and John Doe )
Companies 1-100, )
    Defendants. )

## SUPPLEMENTAL AFFIDAVIT OF ARJAN WIJNVEEN

Arjan Wijnveen, being duly sworn, does hereby depose and state:

1. My name is Arjan Wijnveen. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am the Managing Partner of Youngtek Solutions, Ltd. ("Youngtek").

3. In my prior affidavit, I noted that Youngtek has no offices in Iowa, no telephone number in Iowa, no employees in Iowa, no agent for service of process in Iowa, and does not advertise in Iowa. All of this remains true. I also noted that, to the best of my knowledge, no Youngek officer or director has ever visited Iowa. This, too, remains true.

4. In addition, Youngtek does not maintain any servers within Iowa. Indeed, all of Youngtek's servers are located outside of the United States.

Signed under the pains and penalties of perjury this 5th day of September, 2011.

                                                  _____
                                                Arjan Wijnveen, Managing Partner,
                                                Youngtek Solutions, Ltd.