**COPY** FILED

1  TIMOTHY DILLON (SBN 190839)
   DILLON & GERARDI APC
2  4660 La Jolla Village Drive, Suite 1040     10 JUL 14 PM 4:06
3  San Diego, CA 92122
   (858) 587-1800                              CLERK U.S. DISTRICT COURT
4  Facsimile: (858) 587-2587                   CENTRAL DIST. OF CALIF.
                                               LOS ANGELES
5  E-mail: tdillon@dillongerardi.com           BY:_____

6  SPENCER D. FREEMAN (*pro hac vice* pending)
7  FREEMAN LAW FIRM, INC.
   2104 N. 30th St.
8  Tacoma, WA 98403
9  (253) 383-4500
   E-mail: sfreeman@freemanlawfirm.org
10

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

14 FRASERSIDE HOLDINGS, LTD., a       Case No.: **CV10 5174 -GW (FMOx)**
15 foreign limited liability company

16         Plaintiff,                 CERTIFICATION AND NOTICE OF
17    vs.                             INTERESTED PARTIES
18 XOD LLC, a Delaware corporation,
19 d/b/a XonDemand, xondemand.com

20    Defendant.
21

22 TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:
23

24    The undersigned, counsel of record for Fraserside Holdings, Ltd., certifies that the
25 following listed party may have a direct, pecuniary interest in the outcome of this case.
26 These representations are made to enable to the Court to evaluate possible
27 disqualification or recusal.
28

1
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION |
|---|---|
| Private Media Group, Inc. | Sole Shareholder of Plaintiff. |

Dated: July ___, 2010

Respectfully Submitted,

_____
Timothy P. Dillon
Attorney for Plaintiff,
Fraserside Holdings, Inc.
E-Mail: tdillon@dillongerardi.com

(*pro hac vice* pending)
Spencer D. Freeman
Attorney for Plaintiff,
Fraserside Holdings, Inc.

2