IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3005-MWB<br><br>**ORDER REGARDING DEFENDANT YOUNGTEK SOLUTIONS LIMITED'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY** |

_____

This case is before the court on defendant Youngtek Solutions Limited's Motion for Leave to File Supplemental Reply (docket no. 37). In its motion, defendant Youngtek Solutions Limited seeks permission to file a supplemental reply brief to address new factual developments. For good cause shown, defendant Youngtek Solutions Limited's motion is **granted**.

    **IT IS SO ORDERED.**

    **DATED** this 7th day of November, 2011.

                                                                                MARK W. BENNETT<br>
                                                             U. S. DISTRICT COURT JUDGE<br>
                                                             NORTHERN DISTRICT OF IOWA