COPY

FILED
10 JUL 14 PM 4:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1  TIMOTHY DILLON (SBN 190839)
   DILLON & GERARDI APC
2  4660 La Jolla Village Drive, Suite 1040
3  San Diego, CA 92122
   (858) 587-1800
4  Facsimile: (858) 587-2587
5  E-mail: tdillon@dillongerardi.com

6  SPENCER D. FREEMAN (*pro hac vice* pending)
7  FREEMAN LAW FIRM, INC.
   2104 N. 30th St.
8  Tacoma, WA 98403
9  (253) 383-4500
   E-mail: sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRASERSIDE HOLDINGS, LTD., a foreign limited liability company

    Plaintiff,

vs.

XOD LLC, a Delaware corporation, d/b/a XonDemand, xondemand.com

    Defendant.

Case No.: CV10 5174-GW (FMOx)

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Fraserside Holdings, Ltd., certifies that the following listed party may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION |
|---|---|
| Private Media Group, Inc. | Sole Shareholder of Plaintiff. |

Dated: July ___, 2010

Respectfully Submitted,

_____
Timothy P. Dillon
Attorney for Plaintiff,
Fraserside Holdings, Inc.
E-Mail: tdillon@dillongerardi.com

(*pro hac vice* pending)
Spencer D. Freeman
Attorney for Plaintiff,
Fraserside Holdings, Inc.