DECLARATION OF JASON TUCKER

I, JASON TUCKER, being duly sworn, do depose and state as follows:

1. I am of legal age. I am the Chief Enforcement Officer of Fraserside IP LLC and a consultant for Private Media Group Inc and Fraserside Holdings Ltd. I have personal knowledge of the matters stated below and could testify to them if called to do so. This Declaration is submitted in support of Fraserside IP LLC.

2. I was aware of the formation of Fraserside IP LLC and the subsequent transfer of copyrights and trademarks from various Private Media Group Inc. entities.

3. Transfers of copyrights and trademarks from various Private entities to Fraserside IP LLC occurred in or about November 2010. Fraserside IP LLC has been the legal owner of those copyrights and trademarks from those dates to the present, and continues to be the owner of those copyrights and trademarks.

3. The enforcement of copyright and trademark rights are in the ordinary course of business for a media entity such as Private Media Group Inc. and Fraserside IP LLC.

4. I am not aware of any directors or officers that did not support the formation of Fraserside IP LLC or the subsequent transfers of copyrights and trademarks at issue.

5. As the enforcement of copyright and trademark rights are in the ordinary course of business and no opposition from any director was noted, the formation of Fraserside IP LLC and subsequent transfers of copyrights and trademarks did not violate any court order.

6. Fraserside IP LLC is the legal owner of the copyrights and trademark rights it claims and has been, at all times relevant, the legal and sole owner of the copyrights and trademarks it claims.

7. I have been and remain in communication with Attorney Chad Belville, who represents Fraserside IP LLC in various matters, including civil complaints filed in the United States District Court for the Northern District of Iowa and with Mr. Berth Milton, Mr. Ilan Bunimovitz, Mr. Johan Gillborg and Attorney James Moran since prior to the formation of Fraserside IP LLC and all of the previously stated parties and Mr. Eric Johnson and Mr. Philip Christmas since Fraserside IP LLC was formed.

8. The continued prosecution of these complaints and enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support and the knowledge and support of the officers and directors of the relevant entities.

Signed under penalty of perjury this 11th day of November, 2011

_____
Jason Tucker