# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, d/b/a EmpFlix, d/b/a www.empflix.com, d/b/a TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>　　　　Defendants. | No. C11-3005-MWB<br><br>**ORDER** |

_____

The defendant Youngtek Solutions Limited filed a motion to dismiss (Doc. No. 29) on August 2, 2011. On December 2, the court entered an order (Doc No. 42) converting the motion to dismiss to a motion for summary judgment, and directing the defendant to refile the motion by December 30, 2011. On December 19, 2011, the defendant filed a motion (Doc. No. 44) asking for leave to take limited discovery to assist in the preparation fo the motion, and for a modification of the briefing schedule. In the motion, the defendant indicated that the plaintiff does not consent to the motion.

It is obvious that the motion to dismiss was filed improvidently, and that the defendant's intention is to pursue summary judgment. The motion to dismiss (Doc. No. 29) is **stricken**. The defendant is directed to file an answer to the complaint by **December 30, 2011**. The defendant may, of course, preserve any Rule 12(b) defense in its answer.

The scheduling order (Doc. No. 35) establishes a dispositive motion deadline of May 15, 2012. There are no restrictions on discovery in the scheduling order. The defendant may file a motion for summary judgment by May 15, 2012, and may conduct any appropriate discovery to assist in its defense of the case, as well as in the preparation of a motion for summary judgment, until the discovery deadline, which is April 16, 2012. No cause has been shown to modify either of these deadlines. The motion for leave (Doc. No. 44) is unnecessary, and therefore is **denied**.

**IT IS SO ORDERED.**

**DATED** this 20th day of December, 2011.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT