UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Youngtek Solutions, Limited, d/b/a | ) | Docket No. 11-CV-03005-MWB |
| Empflix, d/b/a www.empflix.com, dba | ) | |
| TNAFlix.com and www.tnaflix.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |

**DEFENDANT YOUNGTEK SOLUTIONS, LTD.'S
ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND**

Defendants Youngtek Solutions, Limited, www.EmpFlix.com, and www.TnaFlix.com (collectively, "Youngtek") hereby answer the Complaint of the plaintiff, Fraserside IP, LLC, as follows.

**INTRODUCTION**

The introductory statement fails to comply with Fed. R. Civ. P. 8 inasmuch as it is not a "short and plain statement of the claim," but rather is a rambling diatribe that contains wild speculation, generalizations, and hyperbole.  What the introductory statement does *not* contain are facts requiring a response.  To the extent that a response is required, Youngtek denies the allegations contained in the introductory statement.

**JURISDICTION AND VENUE**

1.      Youngtek has insufficient information to admit or deny the allegations of this paragraph.

1

2.      Youngtek admits that it is located in Cyprus and that it owns and operates the websites www.empflix.com and www.tnaflix.com.  To the extent not specifically admitted, Youngtek denies the allegations of this paragraph.

3.      Denied.

4.      Denied.

## PARTIES

5.      This two page long paragraph fails to comply with the requirements of Fed. R. Civ. P. 8.  Youngtek denies that Fraserside IP, LLC is the rightful owner of the intellectual property which is the basis for this action.  Youngtek is without sufficient information to admit or deny either the size of Fraserside Holdings, Ltd. or the alleged quality of its videos.  Youngtek admits that Fraserside Holdings, Ltd., the proper owner of the intellectual property which is the basis for this action is a Cyprus based company.  Because the plaintiff has intentionally referred to "Fraserside" without differentiating between Fraserside IP, LLC or Fraserside Holdings, it is impossible to fully respond to the allegations of this paragraph.  Youngtek denies that Fraserside IP is commonly and commercially known as "Private" and that Fraserside IP has been producing adult entertainment since 1968.  Youngtek has insufficient information to admit or deny the amount of orders shipped by Private to Iowa residents or online customers which Private services in Iowa.  Youngtek has insufficient information to admit or deny the scope of distribution of the intellectual property at issue and notes again that the Plaintiff employs the generic "Fraserside," making this allegation impossible to respond to.  Youngtek denies that Fraserside IP has trade names to protect or that it has done so.  Youngtek denies that Fraserside IP has protected registered intellectual property since 1975 or that it has done so in 25 countries.

Youngtek denies that Fraserside IP produces, distributes or licenses anything.  Youngtek denies that Fraserside IP expends significant amounts of time, money, or other resources to produce adult entertainment or that it develops a supply chain or distribution system or that it builds premium brand recognition of products.

Youngtek denies that Fraserside IP – either directly or through affiliates or licensees – distributes copyrighted work in any form.  Youngtek denies that, at the time the complaint was filed, that Fraserside IP had registered any copyrights.  Youngtek denies that Fraserside IP takes industry steps to identify products.  To the extent not specifically admitted, Youngtek denies the allegations contained in this paragraph.

6.      Youngtek denies that the Private trademark and service mark properly belong to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

7.      Youngtek denies that Fraserside IP has expended either effort or expense in promoting the trademark PRIVATE.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

8.      Youngtek denies that the Private Gold trademark and service mark properly belong to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

9.      Youngtek denies that Fraserside IP has expended either effort or expense in promoting the trademark PRIVATE GOLD.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

10.     Youngtek denies that the trademark described in this paragraph properly belongs to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

11.     Youngtek denies that Fraserside IP has expended either effort or expense in promoting the trademark described in this paragraph.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

12.     Youngtek denies that the Private trademark and service mark properly belong to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

13.     Youngtek denies that the "The Private Life of" trademark and service mark properly belong to Fraserside IP.  Youngtek denies that Fraserside IP has expended either effort or expense in promoting the trademark described in this paragraph.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

14.     Youngtek denies that the Pirate trademark and service mark properly belong to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

15.     Youngtek denies that the "The Private Life of" trademark and service mark properly belong to Fraserside IP.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

16.     Youngtek denies that the "The Private Life of" trademark and service mark properly belong to Fraserside IP.  Youngtek denies that Fraserside IP has expended either effort or expense in promoting the trademark described in this paragraph.  Youngtek is without information to admit or deny the remaining allegations in this paragraph.

4

17.     Youngtek denies that Fraserside IP has produced any videos or properly holds any copyrights.

18.     Admitted.

19.     Youngtek admits that it owns and operates the websites www.empflix.com and www.TNAFlix.com.  To the extent not specifically admitted, Youngtek denies the allegations of this paragraph.

20.     Denied.

21.     Denied.

## STATEMENT OF FACTS

22.     Admitted.

23.     Youngtek denies the allegation that www.TnaFlix.com has more than three million visitors per day.  Youngtek is without sufficient knowledge to admit or deny the rankings or traffic of websites other than its own.  Youngtek is without sufficient knowledge to vouch for the accuracy of website ranking services such as Alexa and Compete.com.  In all other respects, Youngtek admits the allegations of this paragraph.

24.     This paragraph contains primarily conclusions of law and speculation, neither of which require a response.  To the extent that a response is required, Youngtek denies the allegations of this paragraph.

25.     Denied.

26.     Youngtek admits that it does not itself own the videos posted to its website.  To the extent not specifically admitted, Youngtek denies the allegations of this paragraph.

27.     Youngtek denies that Fraserside IP properly owns the content at issue or that it licenses said content.

28.     Youngtek denies that Fraserside IP has dedicated such resources.

29.     Denied.

30.     This paragraph contains speculation and opinion, neither of which requires a response.  To the extent a response is required, Youngtek denies the allegations of this paragraph.

31.     This paragraph contains only generalizations, speculation and opinion, none of which requires a response.  To the extent a response is required, Youngtek denies the allegations of this paragraph.

32.     This paragraph contains only generalizations, speculation and opinion, none of which requires a response.  To the extent a response is required, Youngtek denies the allegations of this paragraph.

33.     Youngtek admits that it owns and operates the websites www.EmpFlix.com and www.TnaFlix.com .  To the extent not specifically admitted, Youngtek denies the allegations of this paragraph.

34.     Denied.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

## CLAIMS FOR RELIEF

## COUNT I – COPYRIGHT INFRINGEMENT

45.     The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

46.     Denied.

47.     Denied.

48.     Denied.

49.     Denied.

50.     Denied.

51.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

52.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

53. Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website. Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites. In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

54. Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website. Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites. In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

55. Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website. Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites. In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

56. Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website. Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites. In all other

respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

57.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

58.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

59.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

60.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the

Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

61.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

62.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

63.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

64.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the

video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

65.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

66.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

67.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

68.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

69.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

70.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

71.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other

respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

72.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

73.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

74.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

75.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the

Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

76.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

77.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

78.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

79.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the

14

video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

80.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

81.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

82.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

83.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

84.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

85.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

86.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other

respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

87.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

88.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

89.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

90.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the

Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

91.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

92.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

93.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

94.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the

video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

95.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

96.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

97.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

98.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

99.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

100.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

101.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other

respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

102.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

103.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

104.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

105.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the

21

Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

106.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

107.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

108.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

109.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the

video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

110.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

111.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

112.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

113.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

114.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

115.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

116.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other

respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

117.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

118.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

119.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

120.     Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the

Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

121.   Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

122.   Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

123.   Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

124.   Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the

video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

125.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

126.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

127.    Youngtek denies that it "displayed and offered" the video identified in this paragraph if, by "displayed and offered," the Plaintiff means that Youngtek itself placed the video on the website.  Youngtek also answers that it never received a takedown notice from the Plaintiff identifying the existence of allegedly infringing materials on its websites.  In all other respects, Youngtek is without sufficient information to admit or deny the allegations contained in this paragraph.

128.    Denied.

129.    Denied.

130.    Denied.

131.    Denied.

132.    Denied.

133.    Denied.

## COUNT II – CONTRIBUTORY COPYRIGHT INFRINGEMENT

134.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Denied.

## COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT

144.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

145.    Denied.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

## COUNT IV – INDUCEMENT OF COPYRIGHT INFRINGEMENT

152.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

153.    Denied.

154.    Denied.

155.    Denied.

156.    Denied.

157.    Denied.

158.    Denied.

159.    Denied.

## COUNT V – TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT

160.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

161.    Denied.

162.    Denied.

163.    Denied.

164.    Denied.

## COUNT VI – CONTRIBUTORY TRADEMARK INFRINGEMENT

165.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

166.    Denied.

167.    Denied.

168.    Denied.

169.    Denied.

## COUNT VII – VICARIOUS TRADEMARK INFRINGEMENT

170.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Denied.

175.    Denied.

176.    Denied.

177.    Denied.

## COUNT IX – DILUTION OF TRADEMARK

178.    The Defendants reassert and incorporate herein their answers to the allegations contained in the foregoing paragraphs.

179.    Denied.

180.    Denied.

181.    Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

This Court lacks personal jurisdiction over the Defendants in this action.

### Second Affirmative Defense

This Court lacks subject matter jurisdiction over the Plaintiff's claims.

### Third Affirmative Defense

The Complaint fails to allege that any of act of the Defendants occurred within the United States.  As the intellectual property laws of the United States do not apply extra-territorially, the Complaint fails to state a claim upon which relief may be granted.

### Fourth Affirmative Defense

The Plaintiff is not the proper holder of the intellectual property at issue in this litigation and, as such, lacks standing to bring the present claims.

### Fifth Affirmative Defense

The Plaintiff has failed to comply with the requirements of the Digital Millennium Copyright Act and, as such, the Complaint must fail in whole or in part.

### Sixth Affirmative Defense

The Defendants are entitled to the safe harbor of the Digital Millennium Copyright Act and, as such, the Complaint must fail in whole or in part.

### Seventh Affirmative Defense

The Complaint fails in whole or in part to state a claim upon which relief may be granted and, as such, must be dismissed.

### Eighth Affirmative Defense

The Complaint fails in whole or in part because the alleged infringements were neither

the result of the actions of the Defendants, nor within their control.

## Ninth Affirmative Defense

Plaintiff's Complaint, and each count purportedly stated therein, is barred in whole or in part by an express and/or implied license or authorization from the owner(s) of the intellectual property.  On information and belief, some of Youngteks users store and transmit content files of which they are the authors or to which they have the authorization or license of the copyright owner.

## Tenth Affirmative Defense

Plaintiff's Complaint and each count purportedly stated therein, is barred in whole or in part by the statements of Private's CEO, who encouraged the publication and dissemination of the intellectual property at issue in this case as beneficial to the owner(s) of the intellectual property.

## Eleventh Affirmative Defense

Plaintiff's Complaint, and each count purportedly stated therein, is barred in whole or in part because the Plaintiff is claiming protection for obscene materials, which are not entitled to copyright protection.

## Twelfth Affirmative Defense

Plaintiff's Complaint, and each count purportedly stated therein, is barred by the doctrine of unclean hands.

## Thirteenth Affirmative Defense

Plaintiff's Complaint, and each count purportedly stated therein, is barred by Plaintiff's failure to mitigate damages.

<u>Fourteenth Affirmative Defense</u>

Plaintiffs' Complaint, and each count purportedly stated therein, is barred because the Plaintiff has not suffered the damages claimed

<u>Fifteenth Affirmative Defense</u>

The Defendants reserve the right to amend its answer to add such other and further defenses and counterclaims as become apparent during the course of discovery in this action.

## **<u>JURY DEMAND</u>**

A trial by jury is demanded for all counts so triable.

**WHEREFORE**, the Defendants respectfully pray that this Court grant them the

following relief:

1.      That judgment enter for the Defendants on each and every of the counts of the
        Complaint;

2.      That the Court deny each and every of the Plaintiff's claims for relief;

3.      That the Court grant such other and further relief as it considers just and
        proper.

                                        Respectfully submitted,
                                        Youngtek Solutions, Ltd.
                                        By its attorneys,

                                        /s/Evan Fray-Witzer
                                        Evan Fray-Witzer, *pro hac vice*
                                        Ciampa Fray-Witzer, LLP
                                        20 Park Plaza, Suite 804
                                        Boston, MA 02116
                                        (617) 723-5630
                                        Evan@CFWLegal.com

                                        /s/Valentin Gurvits
                                        Valentin Gurvits, *pro hac vice*
                                        Boston Law Group, PC
                                        825 Beacon Street, Suite 20
                                        Newton, MA 02459
                                         (617) 928-1804
                                        vgurvits@bostonlawgroup.com

                                        /s/Jennifer E. Rinden
                                        Connie Alt            AT0000497
                                        Jennifer E. Rinden    AT0006606
                                                 for
                                        SHUTTLEWORTH & INGERSOLL, P.C.
                                        500 US Bank Bldg., P.O. Box 2107
                                        Cedar Rapids, IA 52406
                                        PHONE:        (319) 365-9461
                                        FAX:          (319) 365-8564
                                        jer@shuttleworthlaw.com

<u>ECF CERTIFICATE OF SERVICE</u>

I, Evan Fray-Witzer, hereby certify that on December 30, 2011, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.


/s/ Evan Fray-Witzer