UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Youngtek Solutions, Limited, d/b/a ) | Docket No. 11-CV-03005-MWB |
| Empflix, d/b/a www.empflix.com, dba ) | |
| TNAFlix.com and www.tnaflix.com, ) | |
| John Does 1-100 and John Doe ) | |
| Companies 1-100, ) | |
| Defendants. ) | |

## DEFENDANT YOUNGTEK SOLUTIONS, LTD.'S MOTION FOR SUMMARY JUDGMENT ON PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 56, Defendant Youngtek Solutions, Ltd. ("Youngtek") respectfully moves for the Court to enter Summary Judgment in its favor based on a lack of personal jurisdiction. In support of this Motion, Youngtek relies on the accompanying Memorandum of Law and supporting documentation submitted herewith.

Respectfully submitted,
Youngtek Solutions, Ltd.,
By their attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt                AT0000497
Jennifer E. Rinden     AT0006606
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:       (319) 365-9461
FAX:              (319) 365-8564
jer@shuttleworthlaw.com

ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on April 19, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer