UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
|  | ) | |
| Youngtek Solutions, Limited, d/b/a | ) | Docket No. 11-CV-03005-MWB |
| Empflix, d/b/a www.empflix.com, dba | ) | |
| TNAFlix.com and www.tnaflix.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |

**DEFENDANT YOUNGTEK SOLUTIONS, LTD.'S**
**STATEMENT OF MATERIAL UNDISPUTED FACTS**

Pursuant to Local Rule 56(a)(3), defendant Youngtek Solutions, Ltd. ("Youngtek") respectfully submits the following statement of material facts to which Youngtek contends there is no genuine issue to be tried.

Undisputed Facts

1. The Plaintiff, Fraserside IP, LLC is a wholly owned subsidiary of Fraserside Holdings, Ltd. ("Fraserside Holdings"), a Cyprus-based company. Complaint, ¶5. See also, Private Media Group 2010 Annual Report, Appendix p. 102.

2. Fraserside Holdings is, in turn, a wholly-owned subsidiary of Private Media Group, a publicly traded company, incorporated in Nevada and with corporate headquarters in Barcelona, Spain. Id.

3. Fraserside IP did not exist as an Iowa company until October 20, 2010, when it was first incorporated in the state. See Iowa Secretary of State Certificate of Existence, Appendix, p. 108.

4. In less than 18 months, Fraserside IP has initiated 17 different lawsuits in this Court. None of the named defendants have been Iowa residents or Iowa corporations. See Pacer Case Listings, Appendix, pp. 109-110.

5. Youngtek, too, is a Cyprus-based company. Complaint, ¶2. See also, Winjveen Affidavit, Appendix, pp. 111-113 ("WA"), Supplemental Winjveen Affidavit, Appendix, p. 114 ("SWA"), and Third Winjveen Affidavit ("TWA"), Appendix, pp. 115-116.

6. Youngtek has no offices in Iowa or the United States and has never had any offices in Iowa or the United States. See WA, SWA, and TWA. See also Youngtek's Answers to Interrogatories, No. 16, Appendix, pp. 124-126.

7. Youngtek has no telephone number in Iowa or the United States and has never had a telephone number in Iowa or the United States. See WA, SWA, and TWA. See also Youngtek's Answers to Interrogatories, No. 16, Appendix, pp. 124-126.

8. Youngtek has no employees in Iowa or the United States and has never had any employees in Iowa or the United States. See WA, SWA, and TWA. See also Youngtek's Answers to Interrogatories, No. 3, Appendix, pp. 118-119.

9. Youngtek has no agent for service of process in Iowa or the United States and has never had an agent for service of process in Iowa or the United States. See WA, SWA, and TWA.

10. Youngtek does not advertise in Iowa or the United States, nor has it ever advertised in Iowa or the United States. Id.

11. No Youngtek officer or director has ever visited Iowa. <u>Id.</u>

12. Youngtek does not aim or direct its websites towards Iowa or the United States, nor has it ever done so. <u>See</u> TWA.

13. Youngtek does not maintain servers in Iowa or the United States, nor has it ever maintained servers in Iowa or the United States. <u>See</u> SWA and TWA.

14. In February of 2011, the time the alleged infringements took place, there was no way that Youngtek could have known that an Iowa entity claimed ownership of the copyrights allegedly infringed upon, because, at that time, the publically available records listed the Cyprian entity, Fraserside Holdings, as the owner of the copyrights at issue. <u>See</u> Appendix, pp. 137-145.

15. In February of 2011, the time the alleged infringements took place, there was no way that Youngtek could have known that an Iowa entity claimed ownership of the trademarks allegedly infringed upon, because, at that time, the publically available records listed Cine Craft, Ltd., a Private Media Group subsidiary located in the United Kingdom, as the owner of the Trademarks at issue. <u>See</u> Appendix, pp. 146-147.

16. Indeed, as of the date this litigation was initiated, searches of both the United States Copyright Office and United States Patent and Trademark Office still indicted that the Iowa entity, Fraserside IP, had registered no copyrights or trademarks. <u>See</u> Appendix, pp. 148-152.

Respectfully submitted,
Youngtek Solutions, Ltd.
By its attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt                AT0000497
Jennifer E. Rinden        AT0006606
        for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:       (319) 365-9461
FAX:         (319) 365-8564
jer@shuttleworthlaw.com

4

ECF CERTIFICATE OF SERVICE

    I, Evan Fray-Witzer, hereby certify that on April 19, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

                                      /s/ Jennifer E. Rinden