**youngtek**

|x
A Private/Private EMP|x

Reply

from **Connie Alt** CMA@shuttleworthlaw.com via azbar.org hide details Apr 11 (9 days ago)
sender-time Sent at 2:04 PM (GMT-05:00). Current time there: 12:01 PM.
to cbelville@azbar.org

date Wed, Apr 11, 2012 at 2:04 PM
subject youngtek

Important mainly because of the people in the conversation.
Chad, Val had to make a trip out of the country, and he was working on our discovery responses. Could you give us an additional 10 days on the discovery responses and responses to the requests for admissions? Connie

Reply    Forward

Reply

from **Chad Belville** cbelville@azbar.org via gmail.com                hide details Apr 11
sender-time Sent at 2:16 PM (GMT-07:00). Current time there: 10:01 AM.    (9 days ago)
to Connie Alt <CMA@shuttleworthlaw.com>

date Wed, Apr 11, 2012 at 2:16 PM
subject Re: youngtek
mailed-by       gmail.com

Yes, if we can jointly ask for an extension of time for discovery. Depending on your client's responses, my client may seek clarifications or other information. I believe we would be pushing up against the scheduled date for the close of discovery and at this point my client would prefer to extend the discovery period rather than meet it hastily.

Chad

Reply    Forward
Reply

| | |
|---|---|
| from | **Connie Alt** CMA@shuttleworthlaw.com via azbar.org     hide details Apr 11 (9 days ago) |
| sender-time | Sent at 3:22 PM (GMT-05:00). Current time there: 12:01 PM. |
| to | Chad Belville <cbelville@azbar.org> |
| date | Wed, Apr 11, 2012 at 3:22 PM |
| subject | RE: youngtek |

Important mainly because of your interaction with messages in the conversation.

Chad, thanks for your response. Apparently Evan is going to be able to get these out the door yet tonight. They work harder than I do, I'm going home! Connie

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Wednesday, April 11, 2012 4:17 PM
**To:** Connie Alt
**Subject:** Re: youngtek
- Show quoted text -

Reply     Forward