Reply

from **Chad Belville** cbelville@azbar.org via gmail.com    hide details Apr 12
sender-time Sent at 11:16 AM (GMT-07:00). Current time there: 10:04 AM. (8 days ago)
to Connie Alt <CMA@shuttleworthlaw.com>

date Thu, Apr 12, 2012 at 11:16 AM
subject Re: youngtek
mailed-by gmail.com

Connie,
I received the complete Requests for Admission from Evan, so thank you.

Will I be receiving responses to the Interrogatories today also?

Chad

- Show quoted text -

Reply    Forward

Reply

from **Connie Alt** CMA@shuttleworthlaw.com via azbar.org    hide details Apr 12
sender-time Sent at 2:30 PM (GMT-05:00). Current time there: 12:04 PM. (8 days ago)
to Chad Belville <cbelville@azbar.org>

date Thu, Apr 12, 2012 at 2:30 PM
subject RE: youngtek
    Important mainly because of your interaction with messages in the conversation.

Chad, we're working on them, and we should have them to you Monday at the latest.
Connie

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Thursday, April 12, 2012 1:16 PM
- Show quoted text -
- Show quoted text -

Reply    Forward

Reply

show details Apr 12
**Chad Belville** cbelville@azbar.org via gmail.com to Connie    (8 days ago)

Based on the responses in the Requests for Admissions, my client will want access to the websites' Google Analytics and log files, particularly if your client intends to raise jurisdiction as an issue. Google Analytics will show how much website traffic came from Iowa, so unless your client agreed to waive jurisdiction, we will need discovery from Google and the third party mentioned in Requests for Admission Nos. 11 and 12.

I would like to submit a joint request for extension of discovery to address these items and others that may arise upon further review of the responses received and the responses expected Monday.