**Val Gurvits** gurvits@bostonlawgroup.com via azbar.org     4:14 PM (16 minutes ago)

to Chad, Jennifer, Connie

Chad,

Attached is the Stipulation and Protective Order signed by me on behalf of the Defendant. Please countersign and email me for my records. We can then jointly file it with the Court.

Thank you,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

-------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

---

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Thursday, April 19, 2012 5:30 PM
**To:** Val Gurvits

📄 **Protective Order - Fraserside v. Youngtek.pdf**
146K   View   Download