**Val Gurvits** gurvits@bostonlawgroup.com     4:17 PM (9 minutes ago)

to me, Evan, Connie, Jennifer

Dear Chad,

With respect to your request to extend discovery, please be advised that Defendant does not agree to extend discovery. This is an unnecessary and costly litigation, which does not belong in Iowa. Plaintiff had sufficient time to conduct discovery and discovery is now closed.

Very truly yours,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

---

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Thursday, April 12, 2012 4:59 PM
**To:** Connie Alt
**Subject:** Re: youngtek

Based on the responses in the Requests for Admissions, my client will want access to the websites' Google Analytics and log files, particularly if your client intends to raise jurisdiction as an issue. Google Analytics will show how much website traffic came from Iowa, so unless your client agreed to waive jurisdiction, we will need discovery from Google and the third party mentioned in Requests for Admission Nos. 11 and 12.

I would like to submit a joint request for extension of discovery to address these items and others that may arise upon further review of the responses received and the responses expected Monday.

Sincerely,

Chad Belville

On Thu, Apr 12, 2012 at 2:30 PM, Connie Alt <CMA@shuttleworthlaw.com> wrote:
Chad, we're working on them, and we should have them to you Monday at the latest.
Connie

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Thursday, April 12, 2012 1:16 PM

**To:** Connie Alt
**Subject:** Re: youngtek

Connie,
I received the complete Requests for Admission from Evan, so thank you.

Will I be receiving responses to the Interrogatories today also?

Chad


On Wed, Apr 11, 2012 at 3:22 PM, Connie Alt <CMA@shuttleworthlaw.com> wrote:
Chad, thanks for your response. Apparently Evan is going to be able to get these out the door yet tonight. They work harder than I do, I'm going home! Connie

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Wednesday, April 11, 2012 4:17 PM
**To:** Connie Alt
**Subject:** Re: youngtek

Yes, if we can jointly ask for an extension of time for discovery. Depending on your client's responses, my client may seek clarifications or other information. I believe we would be pushing up against the scheduled date for the close of discovery and at this point my client would prefer to extend the discovery period rather than meet it hastily.

Chad


On Wed, Apr 11, 2012 at 2:04 PM, Connie Alt <CMA@shuttleworthlaw.com> wrote:
Chad, Val had to make a trip out of the country, and he was working on our discovery responses. Could you give us an additional 10 days on the discovery responses and responses to the requests for admissions? Connie