# in.drovestudios

Home | About | Portfolio | Blog | Contact

## and so they came, in droves

Graphic Design | Web Design | Photography

## About Us

Well what is there to say about a great business. We are one of the most active and highly sought after studios in Miami. We have a great team of designers well versed in the many areas of graphic design and web design, and also specializing in photography. Our proven strategies including effective designs that communicate

## Mission Statement

Provide effective designs that communicate exactly what the client demands.

## Who we are



### Dave Sierra

The backbone of drovestudios, he makes sure that each work is done efficiently and that each client's expectations are met. Graduating from Florida International University with a Bachelor's degree in December 2009, he has been working with designs since high school.

Currently working on:
miamiartzine.com
romanceinacan.com
(As of March 2010)
Employed
**Content Editor at Youngtek Solutions**

### Tools we use:
Adobe Photoshop
Adobe Illustrator
Adobe InDesign
Adobe Dreamweaver



### Michael Hospedales

Michael Hospedales a.k.a. ZeF has been doing graphic design for over a decade now with a unique style and has amassed a breadth of techniques. His only limit is his imagination (it runs wild). He is a good listener and has an eye for minute details. He's well oiled and runs on schedule. This train is never late.