EXHIBIT I LinkedIn Page of Dave Sierra





# Dave Sierra
**Web Development and Programming**
Miami/Fort Lauderdale Area | Marketing and Advertising

**Join LinkedIn and access Dave Sierra's full profile.**

As a LinkedIn member, you'll join 150 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Dave Sierra** know in common
- Get introduced to **Dave Sierra**
- Contact **Dave Sierra** directly

**View Full Profile**

## Dave Sierra's Overview

| | |
|---|---|
| Current | **Programmer** at **kabookaboo Marketing**<br>**Web Developer** at **droveStudios** |
| Past | Web Developer at **OMG National**<br>Graphic Designer/Photographer at **Miamiartzine.com**<br>Content Editor at **Youngtek Solutions** |
| Education | Florida International University |
| Connections | **37** connections |
| Websites | Personal Website<br>Portfolio |

## Dave Sierra's Summary

Ambitious individual who continuously seeks unending growth and enrichment to become highly knowledgeable and a competitive expert in my field.

Specialties
Front and back end development of complex website functionality by implementing the latest web technologies that enrich user experience and reduces operational costs. Web branding, XHTML, JavaScript, web usability, CSS, semantic

## Dave Sierra's Experience

**Programmer**
**kabookaboo Marketing**
Privately Held; 11-50 employees; Marketing and Advertising industry
March 2011 – Present (1 year 2 months) | Coral Gables, FL

Design and code websites.
Develop stand-alone mobile apps.
Web site UI design.

**Web Developer**
**droveStudios**
September 2000 – Present (11 years 8 months)

**Web Developer**
**OMG National**
Public Company; 51-200 employees; Marketing and Advertising industry
June 2010 – April 2011 (11 months) | Plantation, FL

Design and code websites.
Email marketing campaigns.
Search Engine Optimization.
Brand development including logo design.
Facebook presence development.
Web site traffic growth.
Web site UI and database management of 4 major content sites with PHP and MySQL.

**Graphic Designer/Photographer**
**Miamiartzine.com**
November 2009 – September 2010 (11 months) | Miami, FL

Photographed and wrote on various artistic events.
Retouched photos to industry standards and uploaded all photos to the website.

**Content Editor**
**Youngtek Solutions**
August 2009 – February 2010 (7 months) | International

Using basic web language, maintained one of many umbrella sites with new content that

---

**Name Search:**
**Search for people you know** from over 150 million professionals already on LinkedIn.

First Name | Last Name

Example: **Dave Sierra**

**Viewers of this profile also viewed...**

**Silvia Reinhardt**
Sr. Web Designer/Developer

**Eli Geske**
Contracted as Senior UI Developer at...

**Nick Shwaery**
Web Developer/Creative...

**Jahrough Lopez**
Web Developer at Destination Rewards

**Coby Herd**
UX/UI Developer at Aplicor

**Find a different Dave Sierra:**

**David Sierra**, Assistant Director, Reimbursement - Memorial Healthcare System
Mami/Fort Lauderdale Area

**David Sierra**, Manager, Talent Attraction - Interactive at ATT / Human Resources
United States

**David Sierra**, Gas Pricer at Gas Natural Fenosa
Paris Area, France

**David Arias Sierra**, Fundador y Director Técnico en ESOLVE
Barcelona Area, Spain

**David Sierra**, Business Transformation Services Consultant at IMS Health
Madrid Area, Spain

**More professionals named Dave Sierra »**





converted by Web2PDFConvert.com

~~secured continuous visits from our customers.~~   EXHIBIT I LinkedIn Page of Dave Sierra

### Dave Sierra's Skills & Expertise

`Web Design`  `JavaScript`  `HTML`  `CSS`  `jQuery`  `HTML5`  `PHP`
`MySQL`  `Mobile Applications`  `Email Marketing`  `Web Development`  `SEO`
`Front-end Development`  `Graphic Design`  `User Interface Design`  `Logo Design`
`Programming`  `Adobe Creative Suite`  `Windows`

### Dave Sierra's Education

**Florida International University**
Bachelor's, Psychology
2005 – 2009
Minor in Communication

### Dave Sierra's Additional Information

| | |
|---|---|
| Websites: | • Personal Website<br>• Portfolio |
| Interests: | programming, front and back end development, web technologies, social media, search engine, IT, computer science, design, photography, typography |
| Groups and Associations: |  An Event Apart<br><br>Inclusive Web Design |

### Contact Dave for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

### View Dave Sierra's full profile to...

- See who you and **Dave Sierra** know in common
- Get introduced to **Dave Sierra**
- Contact **Dave Sierra** directly

**View Full Profile**

Not the Dave Sierra you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.
LinkedIn Corporation © 2011 | User Agreement | Privacy Policy | Copyright Policy

converted by Web2PDFConvert.com