**Plaintiffs**

1. Youngtek Solutions LTD ("Youngtek")

**Defendants**

1. FRASERSIDE HOLDINGS LTD ("Fraserside Cy")
2. FRASERSIDE IP LLC ("Fraserside USA")

**Facts:**

1. Youngtek is a Cyprus company of limited liability by shares and has its registered office at 1 Avlonos, Maria House, P.C. 1075, Nicosia, Cyprus
2. Youngtek is developing an advanced Content Distribution Network (CDN) technology for the purpose of operating video-sharing websites on which users can upload, share, and view related videos (such as YouTube). Youngtek technologies are utilized under a fair use policy by over 10,000 global publishers and individuals for the display of a wide variety of over 150,000 adult user-generated videos, including adult movie clips and scenes, adult professional production movies, along with adult amateur content such as home made and amateur production videos. With this vast amount of video content Youngtek can simply not be aware of every specific infringement that is occurring over its websites. Most of the content on www.empflix.com and www.tnaflix.com along with other websites operated by Youngtek has been uploaded by individuals and amateur producers around the world, although professional production houses and other organizations offer some of their material via the site, as part of a link-exchange partnership program.
3. Youngtek has also been a groundbreaker in the field of video delivery through IP networks and has introduced many innovations to the video streaming industry as a whole over the last years.
4. Youngtek strictly prohibits users from storing files that violate copyright and other laws. Its conditions of use, clearly displayed on its websites, expressly proves that users may not store illegal files, such as files that constitute child pornography, works that download which violate third party copyrights, racist or violence

glorifying works, or instruction to criminal offenses against public. Youngtek's websites *empflix.com* and *tnaflix.com* encourages and clearly advises users and copyright holders to contact Youngtek's abuse department via email indentifying any files claimed as infringing or otherwise illegal.

5. Youngtek sells content on its websites www.tnaflix.com and www.empflix.com though its Premium programs, where users can get access to higher streaming quality video clips and HD content. All content which is associated with the Premium programs is licensed directly from the production companies.

6. Youngtek, as an operator and a developer of video Internet publishing platforms for user generated content, takes Internet piracy very seriously. Youngtek has established one of the fastest response systems in the industry in disabling access to material published in response to "takedown notices" sent to it by the right holders or their agents. Youngtek's abuse department responds expeditiously to takedown notices with a "No question asked policy" once they become aware of any specific infringement. It immediately disables access to any files identified in Digital Millennium Copyright Act ("DMCA") or any other takedown notices and thereafter permanently deletes the files(s). Youngtek also offers the right holders an advanced identification technology that prevents the subsequent upload of the same file that was deleted and filters automatically all of its sites from copyright protected content.

7. Youngtek's main revenue sources, which are related to the operation of its adult websites, come from sold advertisement spaces. It does not come from the resell of licensed content.

8. Fraserside Cy is a Cyprus registered company having its registered office in Nicosia and is owned and/or controlled by PMG.

9. PMG is an adult related company incorporated in Nevada USA and is listed on NASDAQ.

10. Fraserside Cy is involved in the production, filming and casting of hardcore pornography through sourcing some of its projects to service providers. In its casting efforts, Fraserside Cy convinces young woman (above 18 years old) to perform in adult movies under promises of bright careers. Fraserside Cy is also responsible for the distribution of porno DVDs and movies produced through the formation of

11. Fraserside USA is a relatively new company established by late 2010 and is a "Straw" company based in the state of Iowa, USA. It is strictly a vehicle designed and established by Fraserside Cy for the only purpose of misusing its copyright works and conduct unfair competition acts. In fact, through its daughter company Fraserside USA, Fraserside Cy is misusing its copyright works for the sole purpose to shakedown and extracting money out of settlement fees from legitimate internet website operators like Youngtek, Fraserside USA has in its short 7 months lifespan sued over 6 companies to date, and has threatened to follow actions with many more. Fraserside USA is controlled, established and used by Fraserside Cy as a conduit for strictly exercising a revenue strategy of copyright misuse and rolling those revenues up to Fraserside Cy and other business affiliates participating in this illegitimate scheme.

12. Fraserside USA is a copyright troll which effectively acts as a straw man of Fraserside Cy in conspiracy to implement an illegitimate scheme. It does not operate a real business and instead seeks to extract money and shake down websites and services where copies of Fraserside Cy works may randomly end up.

13. Fraserside Cy could very easily, if it acted prudently, take simple steps aimed to minimize copyright violations to an undetected level on the big and commercial adult related tube sites such as www.empflix.com and www.tnaflix.com. It could adopt relatively cheap protection technologies and practices. Apparently, Fraserside Cy did not take any steps for the adoption of those practices and technologies for the practical elimination of their works from the big commercial internet sources and websites. On the contrary, the CEO of PMG has stated clearly and publically that piracy is good for their business.

14. Fraserside Cy doesn't adequately protect its copyright. Instead, it allows infringing copies of its works to metastasize all over the Internet and penetrate to legitimate tube sites. Fraserside Cy makes its copyrighted videos available to its website subscribers, who are allowed to save personal copies of videos downloaded from their web sites. Fraserside Cy also controls publishing rights on thousands of titles

and videos but does very little to protect those videos from being subsequently reposted on other web sites.

15. Unlike other copyright owners, Fraserside Cy, along with its daughter companies, do not employ commercially available technology and software that could deter infringement of its videos. For example Fraserside Cy could use a digital finger printing technology which would enable them to track where a video has been posted and to delete them automatically even without the need to send formal take down notices. Finger printing technology would have eliminated these videos and prevent them to reappear again on some of the biggest adult commercial web sites on the Internet, such as tnaflix.com and empflix.com

16. Fraserside Cy deliberately sends notices that are intentionally incomplete to hinder the efforts to actually remove all of the infringing videos and seek to entrap the site or service if it fails to find the relevant files on its own.

17. One would genuinely ask why a reputable company like Fraserside Cy would exercise and be involved in sarcastically unfair and illegitimate business practices of copyright misuse and unfair competition? The answer to this question may have a relation to the business performance in recent years of the group companies operating under the PMG umbrella. In recent years, PMG along with its daughter companies and business affiliates have been underperforming, whereby revenues have shrunk sharply. It's enough to take a quick peek on Fraserside Cy's mother holding company PMG's stock price movements in the last 4 years in order to understand that business along with revenues have been falling. The companies' market cap valuation has been cut down with more than 96%; from a value of 14 USD a share to the value of less then 60 cents per share. PGM would naturally be motivated to seek new revenue streams, but instead of adapting to market dynamics the company alongside its sister companies have sadly chosen the easy route for fast revenues and followed an illegitimate business practice by misusing copyrighted works in order to drag legitimate business into a hectic and stressful litigation process for the purpose of quick and expensive settlements.

18. PMG and its controlled subsidiary Fraserside Cy may claim that the dramatic drop in revenues in recent years is due to copyright infringement and Internet piracy.

However, this is not the case. If this were true, PMG and Fraserside Cy would have done much more in preventing those violations.

19. The commoditization of porn in recent years has created a massive and continuous flow of free adult video content over the Internet. This in turn has significantly devaluated the video works of Fraserside Cy. In the last years we have experienced a massive shift in the consumption habits of watching porn. The mass majority of consumers today prefer to watch porn over the Internet and not through the traditional consumption channel such as DVD title purchase, DVD rentals and cable TV. Many producers, professional as well as amateur, have rapidly reacted to this trend and freely started leaking some of their domain watermarked video content over the Internet for the purpose of brand awareness and promotion. Many DVD archive owners, which have experienced a difficulty in monetizing their video collections through traditional channels, some cases have even given up the business or closed shops and are selling those massive video collections to Internet publishers on a non exclusive/no limited rights for as little as US$ 4.0 (four US Dollars) per movie which are then distributing them for free over the Internet. Amateur and home-made video content produced by cheap cameras (as an Iphone) and simple PC-based editing software, is also finding its way on the Internet and contributing even further towards the commoditization of porn. Professional studios are also by themselves uploading free video content to Ault Tube Sites as part of automated link-exchange partnership programs. Much of the content over the Internet is amateur produced and not treated, not protected nor registered as works of art, although some of it was originally created for commercial reasons.

20. The unserious approach taken by Fraserside Cy and its subsidiaries on copyright protection is reflected in its DMCA and takedown practices. Fraserside Cy via Fraserside USA has dragged Youngtek to a litigation process in the USA state of Iowa for the infringement of about 40 video instances of its works where it alleges "that the infringement content has been found after conducting a simple search on two of the sites Youngtek is operating, namely – www.tnaflix.com and www.empflix.com". Fraserside Cy has been sending a few takedown notices to Youngtek after the time on which the alleged video clips that are filed in the civil

suit court documents has been published on Youngteks sites. Fraserside Cy has clearly stated that it just took a simple search to find the infringements but yet failed to supply and report them in its previous takedown notices that have been sent after those videos have been published on the websites. This proves either their unserious approach regarding their copyright protection policy as a whole caused out of neglect, or a clear intention to adopt an unserious approach regarding their copyright protection in order to deliberately seed the sites with their content for future litigation shakedowns while the website operators can simply are not aware of the specific infringements.

21. Youngtek on the other hand is integrating multiple measures to battle copyright infringement while Fraserside Cy and its subsidiaries are hardly doing anything. These measures taken by Youngtek are:
    a. Employing a registered DMCA agent in the U.S. patent office who can formally receive takedown notices from copyright holders and forward them to Youngtek's abuse department.
    b. Publishing a DMCA takedown email address clearly all over its websites, enabling right holders to send takedown notices directly to Youngtek's abuse department. In this way the right holders can avoid the formal procedure for takedown notices through the DMCA agent.
    c. Logging all takedown notices in its system and implementing a 3-strike policy for banning the user account of repeat infringers.
    d. Providing publishers and right holders a direct/self used deletion interface where they can delete infringing content by themselves.
    e. Providing publishers with IP address and email addresses of infringers upon request.
    f. Publishing a block list of forbidden content and informing the up loaders/publishers about this on its website.
    g. Using keyword filtering as per request from right holders in order to forbid keywords displayed and tagged on description areas of the movie clip.
    h. Offering publishers and right holders advanced finger printing technologies for filtering their content from its network of sites automatically.

22. Fraserside Cy engages in unfair business practices and unfair competition by not implementing protection procedures for its works and promotion in that way allegedly unauthorized use of its works online and then seeking to capitalize on that use.
23. Youngtek has in the past provided Fraserside Cy access to a self-deletion interface where any content can be self-deleted from all of the sites without even the need of sending formal letters or DMCA take down notices to make Youngtek aware of the infringements, yet Fraserside Cy has never used it.
24. Fraserside Cy and its subsidiaries, acting as above, create the artificial legal environment permitting them to file actions in the U.S., which does not aim to objectively recover damages as a mean of a last resort. However, under the pressure of relentless legal costs and the claim of transferring the domains (which by itself would simply mean closing down Youngtek) to it, Fraserside Cy, through a blackmail-style, also aims to implement an imposed settlement.
25. The blackmail system aiming to extract unreasonable settlements includes (a) blocking Youngtek's domain names in Germany (b) advertising the lawsuit over the professional media (c) selling a process that has been suspended (d) advertising that they will sue anybody working with Youngtek (e) requesting to transfer Youngtek's domains ([www.tnaflix.com](www.tnaflix.com) and www.empflix.com) to Fraserside USA (f) asking for damages that are over USD $ 6,000,000.
26. The ease of mind in which Fraserside US filed its lawsuit is also apparent in the little investigation that they have been doing for the establishments of the facts in their lawsuit. One of the main charges in the lawsuit suggests that Youngtek has been selling their content over its sites, yet they have failed to specify and prove this. Thus all the content that Youngtek is selling on its PREMIUM programs are licensed directly from the studios, it is not by mistake that Fraserside US has failed to prove one of the main charges of their claim.

**27. Prayer for Relief:**

Therefore Youngtek prays for judgment against Fraserside Cy and Fraserside USA:

1. An injunction ordering Fraserside Cy and Fraserside USA to:
   a. Include all relevant information in its possession, including identification of allegedly infringing files, URLs in DMCA or other takedown notices sent to Internet sites or services, including Youngtek and;
   b. Send takedown notices to the proper address and prepare means of communication listed by a site or service on its website or in a DMCA registration filing with the US copyright office; and
   c. Send any DMCA or takedown notices that it chooses to send to Youngtek, directly to the sites' Abuse Department via email to DMCA@tnaflix.com or DMCA@empflix.com and to include in such notices identification of the specific file URL or Embed link for nay file alleged to be infringed; and
   d. Identify, now and in the future, any files that it believes are stored on Youngtek sites, which it believes infringe its copyrights, by URL or embed link, via email send to DMCA@tnaflix.com and DMCA@empflix.com.
   e. Mark all of its works of art with professional automated software services for the identification of videos over the Internet and with other advanced technologies available for locating, monitoring and protecting their content online such as Anti Piracy Program (APAP) by the Free Speech Coalition.
2. Damages.
3. Punitive damages in an amount sufficient to punish the defendants and to deter further unfair and/or unlawful business practices.
4. Such other and future relief that this court may deem just and proper.
5. Legal costs.