UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Youngtek Solutions, Limited, d/b/a | ) | Docket No. 11-CV-03005-MWB |
| Empflix, d/b/a www.empflix.com, dba | ) | |
| TNAFlix.com and www.tnaflix.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |

## DEFENDANT YOUNGTEK SOLUTIONS, LTD.'S RESPONSES TO REQUESTS FOR ADMISSIONS

Pursuant to Fed. R. Civ. P. 26 and 36, Youngtek Solutions, Limited ("Youngtek") hereby responds to Plaintiff's First Set of Requests for Admissions as follows.

## GENERAL OBJECTIONS

Youngtek objects to any request that exceeds the permissible scope of inquiry under the Federal Rules of Civil Procedure or the Local Rules of the Northern District of Iowa.

Youngtek objects to any definition that is inconsistent with the definitions set out in the Federal Rules of Civil Procedure or the Local Rules of the Northern District of Iowa.

Youngtek objects to any attempt to impose on Youngtek obligations which exceed those imposed by the Federal Rules of Civil Procedure or the Local Rules of the Northern District of Iowa.

Youngtek objects to Plaintiff's attempt to define "Plaintiff" or "Fraserside IP" as including other corporate entities.

Youngtek objects to all requests concerning whether Youngtek had a license to copy or publish certain videos to the extent that the inquiry might imply that Youngtek was legally required to have such a license.

## RESPONSES

REQUEST FOR ADMISSION NO. 1: Admit that Youngtek Solutions Ltd. is the owner of the domain www.empflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 2: Admit that Youngtek Solutions Ltd. is the owner of the domain www.tnaflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 3: Admit that EmpFlix is a commercial endeavor that provides adult video entertainment

RESPONSE: Denied as written.  Youngtek admits that EmpFlix is a website that allows its users to view and upload adult video content.

REQUEST FOR ADMISSION NO. 4: Admit that TnaFlix is a commercial endeavor that provides adult video entertainment

RESPONSE: Denied as written.  Youngtek admits that TnaFlix is a website that allows its users to view and upload adult video content.

REQUEST FOR ADMISSION NO. 5: Admit that in February 2011 EmpFlix provided "embed" links for surfers to embed videos displayed on websites

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 6: Admit that in February 2011 TNAFlix provided "embed" links for surfers to embed videos displayed on websites

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 7: Admit that in February 2011 EmpFlix did not have a registered DMCA agent

RESPONSE: Denied.  EmpFlix's designation of DMCA agent was received by the United States Copyright Office on December 27, 2010 and scanned on January 13, 2011.  A copy of the designation was attached as an exhibit to Youngtek's motion to dismiss.

REQUEST FOR ADMISSION NO. 8: Admit that in February 2011 TnaFlix did not have a registered DMCA agent

RESPONSE: Denied.  TnaFlix's designation of DMCA agent was received by the United States Copyright Office on December 27, 2010 and scanned on January 13, 2011.  A copy of the designation was attached as an exhibit to Youngtek's motion to dismiss.

REQUEST FOR ADMISSION NO. 9: Admit that in February 2011 EmpFlix provided "embed" links for surfers to embed videos displayed on websites

RESPONSE: This request is identical to Request No. 5. Please see the response to No. 5.

REQUEST FOR ADMISSION NO. 10: Admit that in February 2011 TNAFlix provided "embed" links for surfers to embed videos displayed on websites

RESPONSE: This request is identical to Request No. 6. Please see the response to No. 6.

REQUEST FOR ADMISSION NO.11: Admit that in February 2011 EmpFlix offered a paid premium membership option to visitors of the website

RESPONSE: Denied as written. In February 2011, the EmpFlix website provided a link for a so-called "premium membership" option. Users who clicked on that link were taken to a white label website operated by a third party, where the user could, if he chose, pay for a membership. The processing of payments and operation of this white label site was not controlled by Youngtek.

REQUEST FOR ADMISSION NO. 12: Admit that in February 2011 TNAFlix offered a paid premium membership option to visitors of the website

RESPONSE: Denied as written. In February 2011, the TnaFlix website provided a link for a so-called "premium membership" option. Users who clicked on that link were taken to a white label website operated by a third party, where the user could, if he chose, pay for a membership. The processing of payments and operation of this white label site was not controlled by Youngtek.

REQUEST FOR ADMISSION NO. 13: Admit that Exhibit 1 hereto is a true and accurate representation of the Internet Web page located at Internet Web URL http://www.empflix.com/faq.php on February 17, 2011

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 14: Admit that Exhibit 2 hereto is a true and accurate representation of the Internet Web page located at Internet Web URL http://www.premium.tnaflix.com/register.php on February 17, 2011

RESPONSE: Denied as written. As indicated on the exhibit, the actual Web URL was http://premium.tnaflix.com/register.php. Youngtek admits that Exhibit 2 is a true and accurate representation of the Internet Web page located at Internet Web URL http://premium.tnaflix.com/register.php on February 17, 2011

REQUEST FOR ADMISSION NO. 15 Admit that Exhibit 3 hereto is a true and accurate representation of the Internet Web page located at Internet Web URL http://www.premium.empflix.com/register.php on February 17, 2011

RESPONSE: As indicated on the exhibit, the actual Web URL was http://premium.empflix.com/register.php. Youngtek admits that Exhibit 2 is a a true and accurate

representation of the Internet Web page located at Internet Web URL
http://premium.empflix.com/register.php on February 17, 2011

REQUEST FOR ADMISSION NO. 16: Admit that Youngtek did not have a license to utilize the trademark Private, protected by Trademark Registration No. 1014975

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 17: Admit that Youngtek did not have a license to utilize the trademark PRIVATE GOLD, protected by Trademark Registration No. 3188677

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 18: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Anal Mermaids, copyright registration number PA0001670905.

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 19: Admit that Plaintiff owns the copyright to the adult video commonly known as Anal Mermaids, copyright registration number PA0001670905.

RESPONSE: Denied as defined.  Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 20: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=anal+mermaids

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Anal Mermaids appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 21: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=58462

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Anal Mermaids appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 22: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Caribbean Vacation, copyright registration number PA0001677489.

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 23: Admit that Plaintiff owns the copyright to the adult video commonly known as Caribbean Vacation, copyright registration number PA0001677489.

RESPONSE: Denied as defined. Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 24: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.phpwhat=CARIBBEAN+VACATION

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Caribbean Vacation appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 25: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=73095

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Caribbean Vacation appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 26: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Cleopatra, copyright registration number PA0001676455.

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 27: Admit that Plaintiff owns the copyright to the adult video commonly known as Cleopatra, copyright registration number PA0001676455.

RESPONSE: Denied as defined.  Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 28: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=CLEOPATRA

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 29: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=60516

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 30: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=60560

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the

video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 31: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Fatal Orchid

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 32: Admit that Plaintiff owns the copyright to the adult video commonly known as Fatal Orchid

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 33: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=FATAL+ORCHID&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Fatal Orchid appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 34: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=55083

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Fatal Orchid appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 34: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=55106

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further

answering, however, if a copy of the adult video commonly known as Fatal Orchid appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 36: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Fatal Orchid 2, copyright registration number PA0001675598

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 37: Admit that Plaintiff owns the copyright to the adult video commonly known as Fatal Orchid 2, copyright registration number PA0001675598

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 38: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=fatal+orchid+2

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Fatal Orchid 2 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 39: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=55199 REQUEST FOR ADMISSION NO. 40: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as From Behind is OK, copyright registration number PA0001670896

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Fatal Orchid 2 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 41: Admit that Plaintiff owns the copyright to the adult video commonly known as From Behind is OK, copyright registration number PA0001670896

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 42: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=FROM+BEHIND+IS+OK&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as From Behind is OK appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 43: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=86014

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as From Behind is OK appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 44: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Gladiator, copyright registration number PA0001674249

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 45: Admit that Plaintiff owns the copyright to the adult video commonly known as Gladiator, copyright registration number PA0001674249

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside

IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 46: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=GLADIATOR&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Gladiator appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 47: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=48719

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Gladiator appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 48: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=48720

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Gladiator appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 49: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Guns and Rough Sex, copyright registration number PA0001670901

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 50: Admit that Plaintiff owns the copyright to the adult video commonly known as Guns and Rough Sex, copyright registration number PA0001670901

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 51: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=GUNS+AND+ROUGH+SEX&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Guns and Rough Sex appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 52: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=62978

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Guns and Rough Sex appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 53: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as House of Love, copyright registration number PA0001675697

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 54: Admit that Plaintiff owns the copyright to the adult video commonly known as House of Love, copyright registration number PA0001675697

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 55: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=HOUSE+OF+LOVE

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as House of Love appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 56: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=58352

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as House of Love appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 57: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Ibiza Sex Party 5, copyright registration number PA0001674244

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 58: Admit that Plaintiff owns the copyright to the adult video commonly known as Ibiza Sex Party 5, copyright registration number PA0001674244

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 59: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=IBIZA+SEX+PARTY+5

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Ibiza Sex Party appeared at

that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 60: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=27178

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Ibiza Sex Party appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 61: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Lady of the Rings, copyright registration number PA0001673381

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 62: Admit that Plaintiff owns the copyright to the adult video commonly known as Lady of the Rings, copyright registration number PA0001673381

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 63: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=LADY+OF+THE+RINGS

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lady of the Rings appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 64: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=51293

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lady of the Rings appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 65: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Lust Treasures No. 5, copyright registration number PA0001674243

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures 5 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 66: Admit that Plaintiff owns the copyright to the adult video commonly known as Lust Treasures No. 5, copyright registration number PA0001674243

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 67: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=LUST+TREASURES&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 5 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 68: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=59759

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 5

appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 69: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=59757

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 5 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 70: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Lust Treasures No. 8, copyright registration number PA0001674247

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 71: Admit that Plaintiff owns the copyright to the adult video commonly known as Lust Treasures No. 8, copyright registration number PA0001674247

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 72: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54471

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 8 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 73: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54377
RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further

answering, however, if a copy of the adult video commonly known as Lust Treasures No. 8 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 74: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54376

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 8 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 75: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Lust Treasures No. 9, copyright registration number PA0001674248

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 76: Admit that Plaintiff owns the copyright to the adult video commonly known as Lust Treasures No. 9, copyright registration number PA0001674248

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 77: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=LUST+TREASURES&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 9 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 78: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54539

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 9 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 79: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54538

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lust Treasures No. 9 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 80: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Millionaire, copyright registration number PA0001674271

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 81: Admit that Plaintiff owns the copyright to the adult video commonly known as Millionaire, copyright registration number PA0001674271

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 82: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=MILLIONAIRE+

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Millionaire appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 83: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=60716

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Millionaire appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 84: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Millionaire II, copyright registration number PA0001674272

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 85: Admit that Plaintiff owns the copyright to the adult video commonly known as Millionaire II, copyright registration number PA0001674272

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 86: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=MILLIONAIRE+

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Millionaire II appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 87: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=60765

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Millionaire II appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish

the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 88: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Paintball Warriors, copyright registration number PA0001675815

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 89: Admit that Plaintiff owns the copyright to the adult video commonly known as Paintball Warriors, copyright registration number PA0001675815

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 90: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=paintball+warriors

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Paintball Warriors appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 91: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54808

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Paintball Warriors appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO.92: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=54809

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video

appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Paintball Warriors appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 93: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=75531

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Paintball Warriors appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 94: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Paradise Island, copyright registration number PA0001677513

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 95: Admit that Plaintiff owns the copyright to the adult video commonly known as Paradise Island, copyright registration number PA0001677513

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 96: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=PARADISE+ISLAND

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Paradise Island appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 97: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=73096

RESPONSE:   Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Paradise Island appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 98: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Porn Olympics, copyright registration number PA0001670614

RESPONSE:  Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 99: Admit that Plaintiff owns the copyright to the adult video commonly known as Porn Olympics, copyright registration number PA0001670614

RESPONSE: Denied as defined.  In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 100: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.empflix.com/search.php?what=PORNOLYMPICS&category=mv

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Pornolympics appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 101: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=62464

RESPONSE:   Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Pornolympics appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 102: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=62463

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Pornolympics appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 103: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Porn Wars

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 104: Admit that Plaintiff owns the copyright to the adult video commonly known as Porn Olympics

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 105: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=PORN+WARS

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Porn Wars appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 106: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=61715

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Porn Wars appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the

video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 107: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=56908

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Porn Wars appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 108: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Sex Thriller, copyright registration number PA0001673428

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 109: Admit that Plaintiff owns the copyright to the adult video commonly known as Sex Thriller, copyright registration number PA0001673428

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 110: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=sex+thriller

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Sex Thriller appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 112: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=60767

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video

appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Sex Thriller appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 113: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Tenerife, copyright registration number PA0001670897

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 114: Admit that Plaintiff owns the copyright to the adult video commonly known as Tenerife, copyright registration number PA0001670897

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 115: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=tenerife

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Tenerife appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 116: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=64855

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Tenerife appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 117: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Private Gold 106

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 118: Admit that Plaintiff owns the copyright to the adult video commonly known as Private Gold 106

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 119: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/search.php?what=private+gold

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Private Gold 106 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 120: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.empflix.com/view.php?id=97492

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Private Gold 106 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 121: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Private Gold 34

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 122: Admit that Plaintiff owns the copyright to the adult video commonly known as Private Gold 34

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without

consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 123: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/search.php?what=private+gold

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private Gold 34 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 124: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd1/video57800

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private Gold 34 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 125: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd2/video57801

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private Gold 34 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 126: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd3/video57802

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private Gold 34 appeared at

that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 127: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Private XTREME 07, Body Shock

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 128: Admit that Plaintiff owns the copyright to the adult video commonly known as Private XTREME 07, Body Shock

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 129: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/search.php?what=private+xtreme

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Private XTREME 07, Body Shock appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 130: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/cum-videos/Private-Xtreme-07-Body-Shock/video71946

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Private XTREME 07, Body Shock appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 131: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Private XTREME 10, Hole in One

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 132: Admit that Plaintiff owns the copyright to the adult video commonly known as Private XTREME 10, Hole in One

RESPONSE: Denied as defined.  In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 133: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.tnaflix.com/search.php?what=Private+Xtreme+10+-+Hole+In+One

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private XTREME 10, Hole in One appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 134: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/cum-videos/Private-Xtreme-10-Hole-In-One/video71949

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL).  In further answering, however, if a copy of the adult video commonly known as Private XTREME 10, Hole in One appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 135: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Cleopatra, copyright registration number PA0001676455

RESPONSE: Admitted.  In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 136: Admit that Plaintiff owns the copyright to the adult video commonly known as Cleopatra, copyright registration number PA0001676455

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 137: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/search.php?what=cleopatra

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 138: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/group-sex/Cleopatra/video115403

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 139: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/hardcore-porn/Rita-Faltoyano-in-PG61-C-Full/video36617

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Cleopatra appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 140: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Ibiza Sex Party 5, copyright registration number PA0001674244

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 141: Admit that Plaintiff owns the copyright to the adult video commonly known as Ibiza Sex Party 5, copyright registration number PA0001674244

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 142: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.tnaflix.com/search.php?what=angelika

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Ibiza Sex Party 5 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 143: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/porn-stars/Black-Angelika-Lucy-Belle/video87250

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Ibiza Sex Party 5 appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 144: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Lady of the Rings, copyright registration number PA0001673381

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 145: Admit that Plaintiff owns the copyright to the adult video commonly known as Ibiza Sex Party 5, copyright registration number PA0001674244

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 146: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.tnaflix.com/search.php?what=LADY+OF+THE+RINGS

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lady of the Rings appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 147: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/teen-porn/Lady-Of-The-Rings-1-part-1/video2533

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lady of the Rings appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 148: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/teen-porn/Lady.Of.The.Rings-1-part-2/video25366

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Lady of the Rings appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 149: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Taste of Pleasure, copyright registration number PA0001674267

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 150: Admit that Plaintiff owns the copyright to the adult video commonly known as Taste of Pleasure, copyright registration number PA0001674267

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 151: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/search.php?what=TASTE+OF+PLEASURE+

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Taste of Pleasure appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 152: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/hardcore-porn/Russian-Teen-A-Taste-Of-Pleasure/video983

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Taste of Pleasure appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 153: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as Tenerife, copyright registration number PA0001670897

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 154: Admit that Plaintiff owns the copyright to the adult video commonly known as Tenerife, copyright registration number PA0001670897

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 155: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at
http://www.tnaflix.com/search.php?what=TENERIFE

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Tenerife appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 156: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/lesbian-porn/silvia-saint-jane-darling-tenerife/video37585

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Tenerife appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 157: Admit that YOUNGTEK did not have a license to copy or publish the adult video commonly known as YOUR TIME IS UP, copyright registration number PA0001674269

RESPONSE: Admitted. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 158: Admit that Plaintiff owns the copyright to the adult video commonly known as YOUR TIME IS UP, copyright registration number PA0001674269

RESPONSE: Denied as defined. In any event, Youngtek denies that Fraserside IP owns the copyright and contends that any alleged transfer of copyright to Fraserside IP was without consideration and states, on information and belief, that Fraserside Holdings and Private continue to act in a manner inconsistent with a complete transfer of all intellectual property rights to Fraserside IP. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 159: Admit that Youngtek did not have a license to copy or publish the video that appeared in February 2011 at http://www.tnaflix.com/hardcore-porn/Ingrid-Swede-The-Best-By-Private/video60443

RESPONSE: Youngtek is without sufficient knowledge to admit or deny what video may have appeared at this particular URL during the month of February 2011 (or if the same video appeared at the URL through the month or if any video appeared at this URL). In further answering, however, if a copy of the adult video commonly known as Your Time is Up appeared at that URL during that month, Youngtek admits that it did not itself have a license to copy or publish the video. In answering further, Youngtek does not admit that this work is eligible for Copyright protection as such protection is not available for works which are obscene.

REQUEST FOR ADMISSION NO. 160: Admit that in February 2011 website empflix.com allowed members to interact with other members

RESPONSE: Youngtek objects to this request inasmuch as it does not know what the Plaintiff means by "interact." In further answering, Youngtek admits that members were able to send messages to one another. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 161: Admit that in February 2011 website tnaflix.com allowed members to interact with other members

RESPONSE: Youngtek objects to this request inasmuch as it does not know what the Plaintiff means by "interact." In further answering, Youngtek admits that members were able to send messages to one another. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 162: Admit that Youngtek has access to Google Analytics for the website empflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 163: Admit that Youngtek has access to Google Analytics for the website tnaflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 164: Admit that Youngtek has access to log files from its servers for the website tnaflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 165: Admit that Youngtek has access to log files from its servers for the website empflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 166: Admit that Youngtek has access to member information for the website empflix.com

RESPONSE: Youngtek admits that, to the extent that users voluntarily provide information to register as members, Youngtek has access to that information. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 167: Admit that Youngtek has access to member information for the website tnaflix.com

RESPONSE: Youngtek admits that, to the extent that users voluntarily provide information to register as members, Youngtek has access to that information. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 168: Admit that Youngtek has access to current member IP addresses for the website empflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 169: Admit that Youngtek has access to current member IP addresses for the website tnaflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 170: Admit that Youngtek has access to past member IP addresses for the website empflix.com

RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 171: Admit that Youngtek has access to past member IP addresses for the website tnaflix.com

RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 172: Admit that Youngtek has access to page views information for the website empflix.com

RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 173: Admit that Youngtek has access to page views information for the website tnaflix.com

RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 174: Admit that Youngtek has the ability to delete videos, images, text, and graphics from the website empflix.com

RESPONSE: Youngtek admits that it has the physical ability to make changes to the Empflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it

have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 175: Admit that Youngtek has the ability to delete videos, images, text, and graphics from the website tnaflix.com

RESPONSE: Youngtek admits that it has the physical ability to make changes to the Tnaflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 176: Admit that Youngtek has the ability to control what appears on the website empflix.com

RESPONSE: Youngtek objects to this request as being overbroad. Youngtek admits that it has the physical ability to make changes to the Empflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 177: Admit that Youngtek has the ability to control what appears on the website tnaflix.com

RESPONSE: Youngtek objects to this request as being overbroad. Youngtek admits that it has the physical ability to make changes to the Empflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 178: Admit that Youngtek has the ability to place a studio name on the prohibited list at the website empflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 179: Admit that Youngtek has the ability to place a studio name on the prohibited list at the website tnaflix.com

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 180: Admit that Youngtek has the ability to control what videos appear on the website empflix.com

RESPONSE: Youngtek objects to this request as being overbroad. Youngtek admits that it has the physical ability to make changes to the Empflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek

denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

REQUEST FOR ADMISSION NO. 181: Admit that Youngtek has the ability to control what videos appear on the website tnaflix.com

RESPONSE: Youngtek objects to this request as being overbroad. Youngtek admits that it has the physical ability to make changes to the Tnaflix website, including the ability to delete videos, images, text, and graphics. Given the number of videos uploaded to the website, Youngtek denies that it has the practical ability to delete videos in the absence of specific takedown notices which comply with the provisions of the DMCA, nor does it have the obligation to do so under the law. To the extent not otherwise admitted, Youngtek denies this request.

ANSWERS THERETO DATED this 11th day of April, 2012.

By: _____

Evan Fray-Witzer, Attorney for Youngtek Solutions, Ltd.

## CERTIFICATION

The undersigned attorney has read the foregoing Responses to Plaintiff's First Set of Requests For Admission Propounded to Youngtek Solutions Ltd. and any objections thereto, and certifies that the responses and objections are in compliance with Federal Rule of Civil Procedure 26(g).

By: _____

Printed Name: Evan Fray-Witzer, Esq.

## CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on April 12, 2012 at 2:45 a.m. (April 11, 2012 at 11:45 p.m., Arizona time), I sent the above document via email to Chad Belville, Attorney at Law, 4742 North 24th Street Suite 315, Phoenix, AZ 85016, 602-904-5485, cbelville@azbar.org

Evan Fray-Witzer

37