EXHIBIT L Defendant's Responses to Interrogatories

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC,<br>　　　　Plaintiff,<br>v.<br><br>Youngtek Solutions, Limited, d/b/a<br>Empflix, d/b/a www.empflix.com, dba<br>TNAFlix.com and www.tnaflix.com,<br>John Does 1-100 and John Doe<br>Companies 1-100,<br>　　　　Defendants. | Docket No. 11-CV-03005-MWB |

## DEFENDANT YOUNGTEK SOLUTIONS, LTD'S
## ANSWERS TO INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Defendant Youngtek Soloutions, Ltd. ("Youngtek") hereby responds to Plaintiff's First Set of Interrogatories.

### GENERAL OBJECTIONS

A.　　Youngtek objects to each interrogatory to the extent that it seeks to impose obligations greater than those imposed by the local or federal rules of civil procedure.

B.　　Youngtek objects to each interrogatory to the extent that it seeks to define the Plaintiff as any entity other than the actual plaintiff, Fraserside IP, LLC.

C.　　Youngtek objects to each interrogatory to the extent that it seeks to require information protected by the attorney client and/or work product privileges.

D.　　Youngtek objects to each interrogatory to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

EXHIBIT L Defendant's Responses to Interrogatories

INTERROGATORY NO. 1: Identify each person who participated in or provided information relied upon for the preparation of your answers to these interrogatories.

Objection: Youngtek objects to this interrogatory to the extent that it may be read to seek information protected by the attorney-client and/or work product privileges. Subject to this objection, and the general objections, above, Youngtek answers as follows.

Answer: Arjan Wijnveen
Ofer Eshad
Leigh Smith
Kokos Skoullos

INTERROGATORY NO. 2: Identify each person who has knowledge relative to any facts or circumstances described in Plaintiff's Complaint or Defendants' Answers, and describe the subject matter of each person's knowledge.

Objection: Youngtek objects to this interrogatory to the extent that it seeks information exclusively within the knowledge and control of the plaintiff. Subject to this objection, and the general objections, above, Youngtek answers as follows.

Answer: Arjan Wijnveen – knowledge of all technical and operational aspects of Youngtek's websites.
Ofer Eshad – knowledge of all DMCA takedown notice issues
Leigh Smith - knowledge of all DMCA takedown notice issues
Kokos Skoullos – knowledge of all Youngtek corporate structure and ownership issues.

INTERROGATORY NO. 3: Identify all current and former employees of Youngtek Ltd. and location of residence. Specifically:

    a) Identify the number of Youngtek employees and officers that live(d) and work(ed) in Cyprus. Please state:

        i ) whether the staff member is an employee or officer of the company
        ii ) The length of tenure of the employee or officer with the company
        iii) the length of tenure of the employee or officer living in Cyprus
        iv) the nature of the position, either part time or full time, of each employee or officer

EXHIBIT L Defendant's Responses to Interrogatories

    b)    Identify the number of Youngtek employees and officers that live(d) and work(ed) in the United States. Please state:

        i) whether the staff member is an employee or officer of the company
        ii) The length of tenure of the employee or officer with the company
        iii) the length of tenure of the employee or officer living in Cyprus

<u>Objection:</u>    Youngtek objects to this interrogatory as being overbroad and unduly burdensome inasmuch as it is made without any time restrictions. Accordingly, Youngtek limits its response to the last three (3) years. Subject to these objections and the general objections, above, Youngtek answers as follows.

<u>Answer:</u>    Youngtek's only two officers, Kokos Skoullos and Demetra Avraamidou are both located in Cyprus. Youngtek has no employees located in the United States, nor has it had any employees in the United States. In further answering, see Attachment A. Youngtek will provide an unredacted version of Attachment A upon the entry of a mutually agreeable confidentiality order or similar court-ordered protective order.

<u>INTEROGATORY NO. 4:</u>  Identify the circumstances under which Youngtek Ltd. was formed and when, any subsequent, predecessor or affiliated entities, a description of all services performed by or on behalf of Youngtek Ltd., and all business addresses for Youngtek Ltd. during its entire corporate existence.

<u>Objection:</u>    Youngtek objects to this interrogatory as being unduly broad, overly burdensome and not likely to lead to the discovery of admissible evidence. Subject to these objections and the general objections, above, Youngtek answers as follows.

<u>Answer:</u>    Youngtek was formed to own and operate empflix.com website. It then obtained tnaflix.com from a company called Nauteck. Youngtek has had only the one business address from its inception: Avlonos 1, Maria House, 1075, Nicosia, Cyprus.

<u>INTEROGATORY NO. 5:</u>  Identify all domains that are owned, controlled, managed or operated by Youngtek Ltd. or in which Youngtek has an interest:

    a)    Identify whether the domain is owned, operated, controlled, managed, operated, or a beneficial interest

    b)    Identify the level of control or interest in each domain

EXHIBIT L Defendant's Responses to Interrogatories

Objection: Youngtek objects to this interrogatory as being unduly broad, overly burdensome and not likely to lead to the discovery of admissible evidence. Subject to these objections and the general objections, above, Youngtek answers as follows.

Answer:   www.tnaflix.com
www.empflix.com
www.pornwall.com
www.imagefap.com
www.wankspider.com
www.moviefap.com

Youngtek owns and operates each of these domains.

INTERROGATORY NO. 6: Identify software and/or services used by Youngtek Solutions Ltd., its agents or assigns, to monitor, review, target or analyze traffic or portions of traffic on websites it owns, controls, has an interest in, or manages.

    a)    Specify the software or service used

    b)    Describe how each is used

    c)    Describe the data and metrics produced

Objection: Youngtek objects to this interrogatory as being unduly broad, overly burdensome and not likely to lead to the discovery of admissible evidence. Subject to these objections and the general objections, above, Youngtek answers as follows.

Answer: Google Analytics. Google Analytics tracks website traffic for tnaflix.com and empflix.com.

INTERROGATORY NO. 7: Identify whether you believe that you have not been properly named in this action. If so, please state:

    a) What you believe the proper legal name to be; and

    b) The proper address of the proper party.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Subject to

EXHIBIT L Defendant's Responses to Interrogatories

these objections and the general objections, above, Youngtek answers as follows.

Answer: Youngtek states that it is not "properly named" in this action inasmuch as it is not subject to personal jurisdiction in this Court. To the extent that this interrogatory is limited only to the question of whether Youngtek is the proper entity that owns and operates EmpFlix.com and TNAFlix.com, Youngtek answers that it is properly named.

INTERROGATORY NO. 8: Identify any non-parties who you believe to be responsible, in whole or part, for Plaintiff's claimed damages. Please state:

    a) The name of the non-party;
    b) The relationship with you, if any;
    c) The non-party's address, if known; and
    d) The specific facts which you allege make this party responsible.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Youngtek objects further to this inquiry to the extent that it presupposes that the Plaintif has suffered any legally cognizable damages or any damages at all. Youngtek objects to this interrogatory to the extent that the Plaintiff is seeking to use the present litigation as a means to discover causes of action that it may (or may not) have against other parties. Subject to these objections and the general objections, above, Youngtek answers as follows.

Answers: To the extent that the Plaintiff alleges that it has suffered damages as the result of third parties posting materials to the EMPFlix.com and/or TNAFlix.com websites, Youngtek states that those third parties would be responsible for plaintiff's alleged damages (if any). In further responding, Youngtek directs the Plaintiff to Attachment B.

INTERROGATORY NO. 9: Identify any and all facts supporting your affirmative defenses. Please state:

    a) The name of any witnesses who will testify to such facts;
    b) Identify any documents which establish these facts; and
    c) Identify the specific facts upon which you based your affirmative defense.

EXHIBIT L Defendant's Responses to Interrogatories

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Youngtek objects also to this interrogatory inasmuch as the affirmative defenses speak for themselves. Subject to these objections and the general objections, above, Youngtek answers as follows.

Answer: To the extent that the affirmative defenses are not self-explanatory, the facts and arguments surrounding them are outlined in Youngtek's Motion to Dismiss and supporting documentation.

INTERROGATORY NO. 10: Identify any and all exhibits you plan to introduce at the trial of this matter. Please state:

a) The author of the document;
b) The recipient of the document
c) The date of the document; and
d) The general substance of the document.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Subject to these objections and the general objections, above, Youngtek states as follows.

Answer: Youngtek has not yet determined what exhibits it intends to introduce at trial. Youngtek will supplement this answer as required by the local and federal rules of civil procedure.

INTERROGATORY NO. 11: Identify each and every witness which you plan to have testify at the trial of this case. Please state:

a) The name of the witness;
b) The address of the witness;
c) The general substance of the witness' testimony;
d) Any documents created by the witness in connection with the events alleged in Plaintiff's Complaint; and
e) Any documents you expect the witness to rely upon at trial.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to these objections and the general objections, above, Youngtek states as

EXHIBIT L Defendant's Responses to Interrogatories

follows.

Answer: Youngtek has not yet determined which witnesses it intends to call at trial. Youngtek will supplement this answer as required by the local and federal rules of civil procedure.

INTERROGATORY NO. 12: Identify any and all expert witnesses you plan to have testify at the trial of this matter. Please state:
a) The name of the expert;
b) The expert's address;
c) The expert's profession;
d) The opinions that the expert is expected to testify about.
e) All litigation your expert witness has testified in during the last five (5) years
f) Whether the expert has prepared a report and when the report was made.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to these objections and the general objections, above, Youngtek states as follows.

Answer: Youngtek has not yet determined which expert witnesses it intends to call at trial, if any. Youngtek will supplement this answer as required by the local and federal rules of civil procedure.

INTERROGATORY NO. 13: Identify any and all documents relied upon by any expert in reaching their opinions.

Objection: Youngtek objects to this interrogatory as seeking a legal conclusion and/or the legal impressions and work product of Youngtek's counsel. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to these objections and the general objections, above, Youngtek states as follows.

Answer: Youngtek has not yet determined which expert witnesses it intends to call at trial, if any. Youngtek will supplement this answer as required by the local and federal rules of civil procedure.

EXHIBIT L Defendant's Responses to Interrogatories

INTERROGATORY NO. 14: Identify any statements in your possession, custody or control from the Plaintiff or the Plaintiff's agents or employees. Please state:

    a) The person taking the statement;
    b) The date of the statement;
    c) The form of the statement, whether by e-mail, voice transcription, handwritten or otherwise;
    d) The date of the statement; and
    e) The persons present when the statement was given.

Objection: Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Youngtek objects also to Plaintiff's attempt to define the Plaintiff as other than Fraserside IP, the only actual named plaintiff in this case. Subject to theses objections and the general objections, Youngtek states as follows.

Answer: Youngtek is not aware of any communications or statements as between Youngtek and the Plaintiff, Fraserside IP.

INTERROGATORY NO. 15: Identify whether any documents relating to the events alleged in Plaintiff's Complaint have been destroyed, including emails. Please state:

    a) The nature of the document;
    b) The date of the destruction;
    c) The reason for the destruction; and
    d) Whether the Defendant has an established document retention policy concerning these documents.

Objection: Youngtek objects to this interrogatory to the extent that it attempts to equate the routine or ordinary deletion of emails as the "destruction" of documents. Youngtek objects further inasmuch as Youngtek has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to this objection and the general objections, Youngtek states as follows.

Answer: Youngtek has not destroyed any documents.

INTERROGATORY NO. 16: Identify the individual persons with ownership in the entities that own Youngtek Solutions Ltd, the relationships among each, residential and mailing addresses, and contact information of the following:

    a) Disclose the individual owners of Emitrust Limited and the owners of any entities that are owners of Emitrust Limited

EXHIBIT L Defendant's Responses to Interrogatories

    b)     Disclose the individual owners of Emitrust Limited and the owners of any entities that are owners of 3 AM B.V.

    c)     Identify who is David Oded aka Daniel Oded and describe any relationship he has now or may have had with Youngtek Solutions Ltd., 3 AM B.V., and/or Emitrust Limited

    d)     Identify who is Avi Hai Gruenbaum and describe any relationship he has now or may have had with Youngtek Solutions Ltd., 3 AM B.V., and/or Emitrust Limited

    e)     Identify who is David Sierra and describe any relationship he has now or may have had with Youngtek Solutions Ltd., 3 AM B.V., and/or Emitrust Limited

    f)     Identify the entity Indrove Studios and describe any relationship it has now or may have had with Youngtek Solutions Ltd., 3 AM B.V., and/or Emitrust Limited

    g)     Identify the directors, officers, agents, managing partners, of Youngtek Solutions Ltd., 3 AM B.V., Emitrust Limited, and the entities identifies in a) and b) above.

    h)     Identify the location of physical offices or places where employees or agents work.

    i)     Identify all phone numbers utilized or listed by Youngtek and the entities listed supra, including but not limited to 3 AM B.V., Emitrust Limited, and Indrove Studios

    j)     Identify the relationship between Youngtek and Tassos Kontos and Kontos' formal education, including professional licenses, degrees, and qualifications.

**Objection:** Youngtek objects to these interrogatories as overbroad and unduly burdensome. Youngtek objects to certain of these interrogatories as borderline nonsensical. Youngtek objects to these interrogatories as being way outside the scope of discovery and not reasonably calculated to lead to the discovery of admissible evidence. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to this objection and the general objections, Youngtek states as follows.

**Answer:**

    (a)     Kokos Skoullos, Patriarchi Grigoriou, 3, Iliopoli, Dali, 2540, Nicosia, Cyprus

    (b)     Arjan Wijnveen, The Netherlands.

    (c)     Assuming that Youngtek intends to inquire about Daniel Oded, Youngtek states that Daniel Oded performs advertising brokerage services for Youngtek, Ltd.

    (d)     Two and a half years ago this individual performed advertising brokerage

EXHIBIT L Defendant's Responses to Interrogatories

   services for Youngtek, Ltd.
- (e) David Sierra was a contractor who performed minor development work for Youngtek.
- (f) Youngtek is unaware of an entity named Indrove Studios.
- (g) This request is near-incomprehensible, but Youngtek has provided all of the information relevant to this request, above.
- (H) See Attachment A. Youngtek will provide an unredacted version of Attachment A upon the entry of a mutually agreeable confidentiality order or similar court-ordered protective order.
- (i) +357 22 761362
- (j) Tassos Kontos was the individual hired by the PLAINTIFF to serve papers on Youngtek. Other than the fact that he attempted to serve papers on Youngtek, Youngtek has no knowledge of this individual.

INTERROGATORY NO. 17: Identify and provide copies of all emails and other communication within or among Youngtek Solutions Ltd., its present and former parents, subsidiaries, affiliates, sibling companies, divisions, departments, and their respective officers, directors, employees, representatives, attorneys, consultants and agents, that pertain to Private. If privilege is claimed, identify those communications that are privileged and the reason for claiming the privilege.

Objection: Youngtek objects to this interrogatory to the extent that it seeks information concerning communications protected by the attorney-client or work product privileges. Youngtek objects to this interrogatory to the extent that it seeks documents created in anticipation of litigation. Youngtek objects to this request to the extent that it purports to demand the production of documents, which Youngtek cannot do through the use of interrogatories. Youngtek objects further inasmuch as Youngtek has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to this objection and the general objections, Youngtek states as follows.

Answer: Youngtek is unaware of any such communications or emails.

EXHIBIT L Defendant's Responses to Interrogatories

INTERROGATORY NO. 18: Identify the method in which a studio is listed as forbidden content

(a) by the website empflix.com

b) by the website tnaflix.com

c) the date when Private was first listed as forbidden content on the website empflix.com

d) the date when Private was first listed as forbidden content on the website tnaflix.com

Objections: Youngtek objects to this interrogatory as overbroad and unduly burdensome. Youngtek objects also to these interrogatories as not being reasonably calculated to lead to the discovery of admissible evicence. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to this objection and the general objections, Youngtek states as follows.

Answer: Any studio that requests to be listed in the forbidden content list of either empflix.com or tnaflix.com will be added to that list. Youngtek does not recall when Private was first listed on empflix.com or the tnaflix.com forbidden content list.

INTERROGATORY NO. 19: For each video listed in the Complaint, identify

a) The date the video was uploaded to the website
b) The individual who uploaded the video
c) The information known to Youngtek about the individual who uploaded the video

Objections: Youngtek objects inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Subject to this objection and the general objections, Youngtek states as follows.

Answer: See Attachment B.

EXHIBIT L Defendant's Responses to Interrogatories

INTERROGATORY NO. 20: Identify the billing solutions, payment processors, and banking vendors used by Youngtek, 3 AM B.V., Emitrust Limited. Include:
a) Name and branch location
b) type of vendor

Objections: Youngtek objects to this interrogatory as overbroad and unduly burdensome. Youngtek objects also to these interrogatories as not being reasonably calculated to lead to the discovery of admissible evicence. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Youngtek objects also to this interrogatory as it seeks confidential or proprietary information. Subject to these objections and the general objections, Youngtek states as follows.

Answer: Youngtek will provide the requested information upon the entry of a mutually agreeable confidentiality order or similar court-ordered protective order.

INTERROGATORY NO. 21: Identify related vendors and third-party vendors or advertisers that have appeared on the websites empflix.com and tnaflix.com since January 1, 2008. Include:

a) Name and company location
b) type of vendor
c) nature of the relationship
d) name(s) of contact person(s)
e) contact information for each

Objections: Youngtek objects to this interrogatory as overbroad and unduly burdensome. Youngtek objects also to these interrogatories as not being reasonably calculated to lead to the discovery of admissible evicence. Youngtek objects further inasmuch as Fraserside IP has propounded more than 25 interrogatories, including discrete counterparts. As such, Youngtek is under no obligation to answer this interrogatory. Youngtek objects also to this interrogatory as it seeks confidential or proprietary information. Subject to these objections and the general objections, Youngtek states as follows.

EXHIBIT L Defendant's Responses to Interrogatories

<u>Answer:</u>      Youngtek will provide the requested information upon the entry of a mutually agreeable confidentiality order or similar court-ordered protective order.

EXHIBIT L Defendant's Responses to Interrogatories

Answers thereto dated this 16th day of April, 2012.

By: _____
Arjan Wijnveen, CTO of Youngtek Solutions, Ltd.

## CERTIFICATION

The undersigned attorney has read the foregoing Responses to Plaintiff's First Set of Interrogatories Propounded to Youngtek Solutions Ltd. and any objections thereto, and certifies that the responses and objections are in compliance with Federal Rule of Civil Procedure 26(g).

By: _____

EXHIBIT L Defendant's Responses to Interrogatories

Answers thereto dated this 16th day of April, 2012.

By: _____
Arjan Wijneveen, CTO of Youngtek Solutions, Ltd.

## CERTIFICATION

The undersigned attorney has read the foregoing Responses to Plaintiff's First Set of Interrogatories Propounded to Youngtek Solutions Ltd. and any objections thereto, and certifies that the responses and objections are in compliance with Federal Rule of Civil Procedure 26(g).

*Valentin D. Gurvits*

By: _____
Valentin Gurvits, Attorney for
Youngtek Solutions, Ltd.

EXHIBIT L Defendant's Responses to Interrogatories

**ATTACHMENT A**

EXHIBIT L Defendant's Responses to Interrogatories

## CURRENT EMPLOYEES

| Name | Position | Country |
|---|---|---|
| Arjan Wijnveen | CTO | The Netherlands |
| SS-1 | SYS Admin | Greece |
| JGGM | PHP Developer | Mexico |
| RM | PHP Developer | ROMANIA |
| AMM | PHP Developer | Romania |
| SK | Product Manager | Israel |
| RO | PHP DEV | Brazil |
| CS | Administrative | Australia |
| SS-2 | Action Script Developer | Bulgaria |
| Ofer Eshed | HR Manager | Israel |
| VC | Content Editor | Moldova |
| MAHM | QA Engineer | Spain |
| KL | Action Script | Belarus |
| AT | PHP Developer | Romania |
| LA | CSS/HTML | Eastern Europe |
| PK | QA Engineer | Greece |
| IH | Designer | Belarus |
| MZ | Sys Admin | Serbia |
| MA | SEo CJ Network | Eastern Europe |
| MK | PHP DEV | Serbia |

## FORMER EMPLOYEES

| Name | Position | Country |
|---|---|---|
| TW | Product Manager | UK |
| DU | CSS | Belarus |
| OD | Action script Developer | Romania |
| PC | Action script Developer | Romania |
| AM | SYS Admin | Greece |
| HF | PHP Developer | Portugal |
| VT | Porn Expert | Moldova |
| AS | PHP DEVeloper | Russia |
| TMP | PHP Developer | Germany |
| DT | PHP Developer | UK |
| AT | Designer | Russia |
| VP | Designer | Ukraine |

## OFFICERS

| Name | Position | Country |
|---|---|---|
| Kokos Skoullos | Director | Cyprus |
| Demetra Avraamidou | Secretary | Cyprus |

EXHIBIT L Defendant's Responses to Interrogatories

**ATTACHMENT B**

| Video Page Link | Deleted Date | UID | VID | username | fname | lname | website | countrycode | active | email | ip | last_login | signup_date | upload_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| http://www.empflix.com/view.php?id=27178 | April 2011 | 108469 | 27178 | Dont have | | | - | - | - | - | - | - | - | - |
| http://www.empflix.com/view.php?id=48719 | April 2011 | 97299 | 48719 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-06-10 05:15:57 |
| http://www.empflix.com/view.php?id=48720 | April 2011 | 97299 | 48720 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-06-10 05:46:28 |
| http://www.empflix.com/view.php?id=51293 | April 2011 | 150021 | 51293 | dieorfight | | | GR | GR | no | wintme@live.ru | 88.218.199.154 | 2011-03-04 13:29:32 | 2009-01-18 00:01:31 | 2009-07-05 12:40:45 |
| http://www.empflix.com/view.php?id=54376 | April 2011 | 97299 | 54376 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-24 02:15:33 |
| http://www.empflix.com/view.php?id=54377 | April 2011 | 97299 | 54377 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-24 02:59:36 |
| http://www.empflix.com/view.php?id=54471 | April 2011 | 97299 | 54471 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-24 23:35:23 |
| http://www.empflix.com/view.php?id=54538 | April 2011 | 97299 | 54538 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-25 12:11:23 |
| http://www.empflix.com/view.php?id=54539 | April 2011 | 97299 | 54539 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-25 12:12:10 |
| http://www.empflix.com/view.php?id=54808 | April 2011 | 97299 | 54808 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-27 14:48:24 |
| http://www.empflix.com/view.php?id=54809 | April 2011 | 97299 | 54809 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-27 15:05:52 |
| http://www.empflix.com/view.php?id=55083 | April 2011 | 97299 | 55083 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-29 21:41:07 |
| http://www.empflix.com/view.php?id=55106 | April 2011 | 97299 | 55106 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-30 01:59:33 |
| http://www.empflix.com/view.php?id=55199 | April 2011 | 97299 | 55199 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-07-30 17:36:32 |
| http://www.empflix.com/view.php?id=56908 | April 2011 | 150021 | 56908 | dieorfight | | | GR | GR | no | wintme@live.ru | 88.218.199.154 | 2011-03-04 13:29:32 | 2009-01-18 00:01:31 | 2009-08-11 15:57:34 |
| http://www.empflix.com/view.php?id=58352 | April 2011 | 97299 | 58352 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-08-19 16:10:26 |
| http://www.empflix.com/view.php?id=58462 | April 2011 | 97299 | 58462 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-08-20 23:25:44 |
| http://www.empflix.com/view.php?id=59757 | April 2011 | 97299 | 59757 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-08-29 11:38:03 |
| http://www.empflix.com/view.php?id=59759 | April 2011 | 97299 | 59759 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-08-29 11:48:09 |
| http://www.empflix.com/view.php?id=60516 | April 2011 | 97299 | 60516 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-03 18:07:11 |
| http://www.empflix.com/view.php?id=60560 | April 2011 | 97299 | 60560 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-04 02:07:28 |
| http://www.empflix.com/view.php?id=60716 | April 2011 | 97299 | 60716 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-05 02:00:50 |
| http://www.empflix.com/view.php?id=60765 | April 2011 | 97299 | 60765 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-05 13:17:07 |
| http://www.empflix.com/view.php?id=60767 | April 2011 | 97299 | 60767 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-05 13:33:41 |
| http://www.empflix.com/view.php?id=61715 | April 2011 | 97299 | 61715 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-10 22:11:06 |
| http://www.empflix.com/view.php?id=62463 | April 2011 | 97299 | 62463 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-15 18:42:56 |
| http://www.empflix.com/view.php?id=62464 | April 2011 | 97299 | 62464 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-15 19:41:16 |
| http://www.empflix.com/view.php?id=62978 | April 2011 | 97299 | 62978 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-09-18 19:11:34 |
| http://www.empflix.com/view.php?id=64855 | April 2011 | 91255 | 64855 | fraven69 | | | IT | IT | no | fraven69@libero.it | 151.21.118.9 | 2010-11-10 18:36:09 | 2008-06-10 10:58:29 | 2009-09-30 21:00:26 |
| http://www.empflix.com/view.php?id=73095 | April 2011 | 97299 | 73095 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-11-28 02:22:00 |
| http://www.empflix.com/view.php?id=73096 | April 2011 | 97299 | 73096 | starlo | Francois | http://ellefsworld.com/blog/ | http://ellefsworld.com/blog/ | FR | no | starlo@free.fr | 88.179.232.170 | 2010-12-23 10:59:58 | 2008-07-05 06:22:10 | 2009-11-28 02:30:41 |
| http://www.empflix.com/view.php?id=75531 | April 2011 | 351603 | 75531 | saidar | | | DE | DE | no | topbonus@gmail.com | 79.226.91.231 | 2011-01-24 19:42:33 | 2009-07-30 21:39:13 | 2009-12-12 10:10:48 |
| http://www.empflix.com/view.php?id=86014 | April 2011 | 111336 | 86014 | Dont have | | | - | - | - | - | - | - | - | - |
| http://www.empflix.com/view.php?id=97492 | April 2011 | 363143 | 97492 | stilkooo | | | BG | BG | no | sssp@dir.bg | 95.43.119.212 | 2010-12-24 01:51:41 | 2009-08-11 22:21:07 | 2010-08-08 16:11:57 |
| http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd1/video57800 | April 2011 | 168992 | 57800 | Dont have | | | - | - | - | - | - | - | - | 168992 |
| http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd2/video57801 | April 2011 | 168992 | 57801 | Dont have | | | - | - | - | - | - | - | - | 168992 |
| http://www.tnaflix.com/anal-porn/Private-Gold-34-Collector-cd3/video57802 | April 2011 | 168992 | 57802 | Dont have | | | - | - | - | - | - | - | - | 168992 |
| http://www.tnaflix.com/cum-videos/Private-Xtreme-07-Body-Shock/video71946 | April 2011 | 529514 | 71946 | StigmataFan | | | | | no | chester_lp@list.ru | 92.112.68.87 | 2010-02-12 14:45:17 | 2009-08-31 14:52:02 | 2009-11-13 15:55:48 | 529514 |
| http://www.tnaflix.com/cum-videos/Private-Xtreme-10-Hole-In-One/video71949 | April 2011 | 529514 | 71949 | StigmataFan | | | | | no | chester_lp@list.ru | 92.112.68.87 | 2010-02-12 14:45:17 | 2009-08-31 14:52:02 | 2009-11-13 15:56:28 | 529514 |

EXHIBIT L Defendant's Responses to Interrogatories

| URL | Date | Col3 | Col4 | User | - | - | - | Flag | Email | IP | Timestamp1 | Timestamp2 | Timestamp3 | Col15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| http://www.tnaflix.com/group-sex/Cleopatra/video115403 | April 2011 | 2563482 | 115403 | bazken | | | | no | bazken1@googlemail.com | 90.198.205.210 | 2010-08-29 11:01:46 | 2010-08-18 06:09:50 | 2010-08-19 09:47:30 | 2563482 |
| http://www.tnaflix.com/hardcore-porn/Ingrid-Swede-The-Best-By-Private/video60443 | April 2011 | 399907 | 60443 | Creation666 | | | | no | creation_89@mail.ru | 188.243.245.175 | 2011-05-28 19:42:49 | 2009-05-24 19:35:21 | 2009-08-13 02:51:51 | 399907 |
| http://www.tnaflix.com/hardcore-porn/Rita-Faltoyano-in-PG61-C-Full/video36617 | April 2011 | 181342 | 36617 | willyrod08 | | | | no | vidaseven@hotmail.com | 174.70.161.106 | 2011-05-28 00:59:58 | 2008-11-11 10:10:45 | 2008-12-14 19:55:52 | 181342 |
| http://www.tnaflix.com/hardcore-porn/Russian-Teen-A-Taste-Of-Pleasure/video983 | April 2011 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| http://www.tnaflix.com/lesbian-porn/silvia-saint-jane-darling-tenerife/video37585 | April 2011 | 180481 | 37585 | hollyfix | | | | no | isaholly@gmail.com | 94.108.197.126 | 2010-08-07 00:55:46 | 2008-11-08 02:39:51 | 2008-12-25 19:11:57 | 180481 |
| http://www.tnaflix.com/porn-stars/Black-Angelika-Lucy-Belle/video87250 | April 2011 | 509045 | 87250 | andacz | | | | no | andacestina2@gmail.com | 80.185.195.160 | 2010-12-15 04:57:53 | 2009-08-14 23:21:39 | 2010-02-01 16:18:31 | 509045 |
| http://www.tnaflix.com/teen-porn/Lady-Of-The-Rings-1-part-1/video2533 | April 2011 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| http://www.tnaflix.com/teen-porn/Lady.Of.The.Rings-1-part-2/video25366 | April 2011 | 106530 | 25366 | analsex | | | | no | mmmmzzzz2007@yahoo.com | 24.117.94.161 | 2010-09-29 10:59:05 | 2008-03-26 04:29:39 | 2008-07-07 03:45:11 | 106530 |

EXHIBIT L Defendant's Responses to Interrogatories

## CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on April 17, 2012 at 2:55 a.m. (April 16, 2012 at 11:55 p.m., Arizona time), I sent the above document via email to Chad Belville, Attorney at Law, 4742 North 24th Street Suite 315, Phoenix, AZ 85016, 602-904-5485, cbelville@azbar.org

_____
Evan Fray-Witzer