EXHIBIT C Email from Defense Counsel Fray-Witzer April 16, 2012

**Youngtek's Answers to Interrogatories**

x
Inbox x

Reply

from **Evan Fray-Witzer** Evan@cfwlegal.com via azbar.org    hide details Apr 16
sender-time Sent at 11:56 PM (GMT-04:00). Current time there: 12:58 PM. (3 days ago)
to Chad Belville <cbelville@azbar.org>

cc Val Gurvits <gurvits@bostonlawgroup.com>,
   Cma@shuttleworthlaw.com,
   Jennifer Rinden <JER@shuttleworthlaw.com>

date Mon, Apr 16, 2012 at 11:56 PM
subject Youngtek's Answers to Interrogatories
    Important mainly because of the words in the message.

Chad –

Please see the attached.  Thank you.

Evan


Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com


**Youngtek's Answers to Interrogatories With Attachments.pdf**
231K   View   Download