Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix,<br>dba TnaFlix, dba TnaFlix.com and John Does<br>1-100 and John Doe Companies 1 - 100 | No. 11-cv-03005-MWB<br><br>PLAINTIFF'S MOTION FOR<br>EXTENSION OF DEADLINE TO<br>FILE RESPONSE TO<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT |

NOW COMES Plaintiff, by and through undersigned counsel and moves this Court to extend Plaintiff's deadline to respond to the Defendant's Motion for Summary Judgment as follows:

Plaintiff's deadline to file a response to Defendant's Motion for Summary Judgment [Doc. No. 47] is Monday, May 14, 2012. However, on April 25, 2012, Plaintiff filed a Rule 56 Motion to Defer Consideration of Motion for Summary Judgment and Motion to Allow Additional Discovery [Doc. No. 48]. Defendant's deadline to respond to Plaintiff's Rule 56 Motion is due Wednesday, May 9, 2012.

Plaintiff's Rule 56 Motion would extend the deadline or deny the Defendant's Motion for Summary Judgment. The Plaintiff's Response to the Motion for Summary Judgment cannot be competently prepared so long as the Rule 56 Motion has not been decided.

1

Plaintiff Counsel has been informed via email that Defendant RESISTS this Motion.

Plaintiff respectfully requests that the deadline for Response to Defendant's Motion for Summary Judgment be extended until after this Court has issued its ruling on Plaintiff's Rule 56 Motion.

.

Date: May 8, 2012

Respectfully submitted,

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law
Iowa Bar # 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016

P.O. Box 17879
Phoenix, AZ 85011
Telephone: 602-904-5485
FAX: 602-297-6953
Email cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

**Certificate of Service**

I, Chad Belville, Attorney for Plaintiff, hereby certify that on May 8, 2012 a copy of this Motion for Extension of Deadline to File Response to Defendant's Motion for Summary Judgment was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Court's Electronic Case Filing System.

/s/ Chad L. Belville