| | |
|---|---|
| **From:** | Val Gurvits |
| **To:** | chadknowslaw@gmail.com |
| **Cc:** | Evan Fray-Witzer; Connie Alt; Jennifer Rinden |
| **Subject:** | Proposed Protective Order - Fraserside v. Youngtek |
| **Date:** | Tuesday, April 17, 2012 1:10:00 PM |

Chad,

In furtherance to some of Defendant's objections to Plaintiff's Interrogatories, attached for your review and consideration is a draft Protective Order. Please let me know whether you agree to the Protective Order in this form or whether you have any proposed revisions.

Thank you,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

-------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com