**From:** Chad Belville <cbelville@azbar.org>
**Date:** April 19, 2012 5:30:20 PM EDT
**To:** Val Gurvits <gurvits@bostonlawgroup.com>
**Subject: Re: Proposed Protective Order - Fraserside v. Youngtek**

Val,

We agree to the Protective Order in this form. How would you like to exchange copies?

Chad


On Tue, Apr 17, 2012 at 10:09 AM, Val Gurvits <gurvits@bostonlawgroup.com> wrote:

Chad,


In furtherance to some of Defendant's objections to Plaintiff's Interrogatories, attached for your review and consideration is a draft Protective Order. Please let me know whether you agree to the Protective Order in this form or whether you have any proposed revisions.


Thank you,


Val Gurvits

Boston Law Group, PC

825 Beacon Street, Suite 20

Newton Centre, MA 02459

(617) 928-1804 direct

(617) 928-1800 main

(617) 928-1802 fax

vgurvits@bostonlawgroup.com


--------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC

tel: 617/928-1800

e-mail: info@bostonlawgroup.com


--
Chad Belville
PO Box 17879
Phoenix, AZ 85011
FAX 602-297-6953
Licensed in Iowa and Arizona;
Federal Districts of Arizona, Colorado and the Northern District of Iowa;
The 8th, 9th and 10th Circuit Courts of Appeals
The United States Supreme Court

IMPORTANT NOTICE: THIS COMMUNICATION MAY BE PRIVILEGED OR CONFIDENTIAL. This message is intended only for the the person to whom it is directed. If you are not the intended recipient, do not copy, forward, or distribute this message. If you received this message in error, please immediately delete it from your system and contact the attorney at the phone number above.