**From:** Chad Belville <cbelville@azbar.org>
**Date:** April 26, 2012 2:01:55 AM EDT
**To:** Val Gurvits <gurvits@bostonlawgroup.com>
**Cc:** Jennifer Rinden <JER@shuttleworthlaw.com>, Connie Alt <CMA@shuttleworthlaw.com>
**Subject: Re: Proposed Protective Order - Fraserside v. Youngtek**

Val,

Are you not receiving ECF notices? I filed a motion earlier today that should answer your question. At this time I believe we need Court intervention into discovery.

Chad Belville

On Wed, Apr 25, 2012 at 6:43 PM, Val Gurvits <gurvits@bostonlawgroup.com> wrote:

Dear Chad,

I am still waiting for your counter-signed Stipulation for a Protective Order. Upon receipt of your signed Stipulation, I will (a) promptly supplement Defendant's responses to Interrogatories to which we objected on the basis of confidentiality and (b) file the Joint Stipulation with the Court.

When can I expected to receive the executed Stipulation?

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC

tel: 617/928-1800

e-mail: info@bostonlawgroup.com