UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC,<br>    Plaintiff,<br>v.<br><br>Youngtek Solutions, Limited, d/b/a<br>Empflix, d/b/a www.empflix.com, dba<br>TNAFlix.com and www.tnaflix.com,<br>John Does 1-100 and John Doe<br>Companies 1-100,<br>    Defendants. | Docket No. 11-CV-03005-MWB |

## AFFIDAVIT OF DAVE SIERRA

DAVE SIERRA, being duly sworn, does hereby depose and state:

1. My name is Dave Sierra. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a resident of the State of Florida and currently employed as a programmer for KabooKaboo Marketing.

3. For a few months in 2009, I performed some limited development work for Youngtek Solutions, Ltd.'s websites on an hourly basis. I performed these services strictly as an independent contractor.

4. At no time was I ever an employee of Youngtek Solutions, Ltd. As mentioned above, I performed some limited services for Youngtek as an independent contractor.

5. I understand that the Plaintiff in this case has claimed that my LinkedIn page indicates that I was an employee of Youngtek. The page says no such thing. It simply lists Youngtek as part of my past "Experience," which is true. I know that my LinkedIn page lists me

as having provided services to Youngtek for a longer period of time, but in actuality, it was no more than a few months.

6. I understand also that the Plaintiff in this case has submitted as an exhibit a screen shot of a webpage from Drove Studios. That screen shot shows a web page that no longer exists and has not existed for some time. To the extent that the website suggests that I was "employed" by Youngtek, I was not using that term in the legal sense, but rather simply to indicate that I provided services to Youngtek in the past.

7. I want to stress again that I was never an "employee" of Youngtek. Youngtek did not withhold taxes, nor did I receive a W-2 for my services. I probably provided two hours of services per week to Youngtek during the months in 2009 that I provided them with services and I received approximately $2,000 total in payments from Youngtek.

7. The services which I provided to Youngtek were all provided by me in Florida. I have never travelled to Iowa and I certainly never performed any services for Youngtek from Iowa.

Signed under the pains and penalties of perjury this 10th day of May, 2012.

_Dave Sierra_