UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC,<br>    Plaintiff,<br>v.<br><br>Youngtek Solutions, Limited, d/b/a<br>Empflix, d/b/a www.empflix.com, dba<br>TNAFlix.com and www.tnaflix.com,<br>John Does 1-100 and John Doe<br>Companies 1-100,<br>    Defendants. | Docket No. 11-CV-03005-MWB |

## AFFIDAVIT OF ANDREAS HAVIARAS

Andreas Haviaras, being duly sworn, does hereby depose and state:

1. My name is Andreas Haviaras. Unless otherwise stated, I make this affidavit of my own personal knowledge. I am an attorney licensed to practice in the Republic of Cyprus.

2. I represent Youngtek Solutions, Ltd. in connection with its lawsuit against Fraserside Holdings Ltd. and Fraserside IP, LLC in Cyprus (the "Cyprus Lawsuit").

3. I authored the Cyprus Lawsuit and I filed the Cyprus Lawsuit with the Cyprus court on behalf of Youngtek Solutions, Ltd.

4. I am unaware of any basis for Fraserside IP, LLC's allegation that "Oded is the author of a Youngtek Solutions Ltd. court pleading document filed in Cyprus Court by Youngtek against Fraserside's Cyprus sister company", since I am the author of that document.

Signed under the pains and penalties of perjury this 10th day of May, 2012.

_____
Andreas Haviaras