UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, )<br>      Plaintiff, )<br>v. )<br>)<br>Youngtek Solutions, Limited, d/b/a )<br>Empflix, d/b/a www.empflix.com, dba )<br>TNAFlix.com and www.tnaflix.com, )<br>John Does 1-100 and John Doe )<br>Companies 1-100, )<br>      Defendants. )<br>) | Docket No. 11-CV-03005-MWB |

### DEFENDANT YOUNGTEK SOLUTIONS, LTD'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO <u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant Youngtek Solutions, Ltd. ("Youngtek") respectfully responds to – but does <u>not</u> oppose – the Plaintiff's Motion for additional time to respond to Youngtek's Motion for Summary Judgment. In support of this response, Youngtek states as follows:

1. On April 19, 2012, Youngtek filed its motion for summary judgment for lack of personal jurisdiction.

2. On April 25, 2012, Fraserside IP filed a motion under Rule 56(d), asking the Court to delay its decision and allow Fraserside IP to take additional discovery.

3. Although Youngtek believes Fraserside IP's motion to be wholly frivolous, it nonetheless does <u>not</u> oppose Fraserside IP having a reasonable amount of time following the Court's decision on its motion to respond to Youngtek's Motion for Summary Judgment.

4. Although Youngtek had initially indicated that it would oppose Fraserside IP's motion, it did so under the mistaken belief that Fraserside IP was seeking to extend the summary

judgment deadlines more broadly. Having now seen Fraserside IP's actual motion for the first time, it understands that this was not what Fraserside IP had intended.

5. At the same time, Youngtek is anxious to see the present litigation brought to a close.

6. Accordingly, Youngtek respectfully requests that, if Plaintiff's 56(d) motion is denied (as Youngtek believes it should be), that Fraserside be required to file its resistance to Youngtek's Motion for Summary Judgment within ten (10) days of the Court's decision.

Respectfully submitted,
Youngtek Solutions, Ltd.
By its attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt           AT0000497
Jennifer E. Rinden   AT0006606
    for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:   (319) 365-9461
FAX:     (319) 365-8564
jer@shuttleworthlaw.com

## ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on May 11, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer