Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Youngtek Solutions Limited, dba EmpFlix,<br>Dba Tnaflix, dba TnaFlic.com and<br>John Does1-100 and John Doe Companies 1-100,<br><br>    Defendants | No. 11-cv-03005-MWB<br><br>**JOINT MOTION FOR<br>EXTENSION OF DEADLINE DATES<br>IN THE COURT'S<br>ORDER REGARDING<br>PLAINTIFF'S RULE 56 MOTION<br>TO DEFER CONSIDERATION OF<br>MOTION FOR SUMMARY<br>JUDGMENT AND MOTION TO<br>ALLOW ADDITIONAL DISCOVERY** |

NOW COMES Plaintiff and Defendant, by and through respective counsel, and JOINTLY move this Court to extend the deadline dates set forth in its Order issued July 16, 2012.

1. Depositions that were permitted by the Court's July 16, 2012 Order involve individuals located outside the United States; specifically Cyprus and The Netherlands.

1

2. The month of August is traditionally a holiday month in Europe. Vacations are scheduled far in advance and all business slows to a minimal pace.

3. Plaintiff's counsel has already purchased air fares in advance of tentative depositions, but can easily change those reservations.

4. Both Plaintiff and Defendant have encountered unexpected difficulties in arranging depositions overseas where all parties can concur with specific dates.

5. There is no claim that either party is attempting to unduly delay discovery.

6. Extension of the deadlines is necessary to complete the depositions due to scheduling conflicts on behalf of both parties, and both parties have agreed to the proposed extension of deadlines.

The parties have tentatively scheduled depositions in Cyprus for the week of August 20, 2012 and in Amsterdam September 24, 2012. The Parties jointly request that the Court extend the deadlines adopted in the Court's Order to allow the mutually agreed depositions. In keeping with the format of the Court's Order, the parties propose that Discovery close October 1, 2012, Plaintiff's Response to the Motion for Summary Judgment be due October 22, 2012 and Defendant's Reply due October 29, 2012.

Date: August 7, 2012

Respectfully submitted,

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law
Iowa Bar # 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016

P.O. Box 17879
Phoenix, AZ 85011

2

Telephone: 602-904-5485  
FAX: 602-297-6953  
E-mail cbelville@azbar.org  
ATTORNEY FOR PLAINTIFF

/s/Valentin Gurvits  
Valentin Gurvits, pro hac vice  
Boston Law Group, PC  
825 Beacon Street, Suite 20  
Newton, MA 02459  
(617) 928-1804  
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden  
Connie Alt AT0000497  
Jennifer E. Rinden AT0006606  
for  
SHUTTLEWORTH & INGERSOLL, P.C.  
500 US Bank Bldg., P.O. Box 2107  
Cedar Rapids, IA 52406  
PHONE: (319) 365-9461  
FAX: (319) 365-8564 jer@shuttleworthlaw.com

## Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on August 7, 2012 a copy of this Joint Motion for Extension of Deadlines was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Court's Electronic Case Filing System.

/s/ Chad L. Belville