IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,

    Plaintiff,

vs.

YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,

    Defendants.

No. C11-3005-MWB

ORDER REGARDING JOINT MOTION FOR EXTENSION OF DEADLINE DATES

_____

This case is before the court on the parties' Joint Motion for Extension of Deadline Dates in the Court's Order Regarding Plaintiff's Rule 56 Motion to Defer Consideration of Motion For Summary Judgment and Motion to Allow Additional Discovery (docket no. 55). For good cause shown, the parti's joint motion is granted. The parties shall complete their discovery by October 1, 2012. Fraserside IP L.L.C. shall file its response to Youngtek Solutions Ltd.'s Motion for Summary Judgment, on or before October 22, 2012. Youngtek shall any reply brief on or before October 29, 2012.

    **IT IS SO ORDERED.**

    **DATED** this 13th day of August, 2012.

                                                          MARK W. BENNETT
                                                          U. S. DISTRICT COURT JUDGE
                                                          NORTHERN DISTRICT OF IOWA