Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix,<br>dba TnaFlix, dba TnaFlix.com and John Does<br>1-100 and John Doe Companies 1 - 100 | No. 11-cv-03005-MWB<br><br>PLAINTIFF'S MOTION FOR<br>EXTENSION OF DEADLINE TO<br>FILE RESPONSE TO<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT |

NOW COMES Plaintiff, by and through undersigned counsel and moves this Court to extend Plaintiff's deadline to respond to the Defendant's Motion for Summary Judgment as follows:

Plaintiff's deadline to file a response to Defendant's Motion for Summary Judgment [Doc. No. 56] is October 22, 2012. However, as of the morning of October 22, 2012, Plaintiff has not received documentation requested during discovery or resulting from depositions. The parties agree there is no fault as the delay is due to family matters preventing Defendant's technical representative from providing a timely response. No date has been provided when that discovery will be produced.

Plaintiff Counsel has been informed via email that Defendant DOES NOT RESIST this Motion.

1

Plaintiff respectfully requests that the deadline for Response to Defendant's Motion for Summary Judgment be extended to give Plaintiff at least fourteen (14) days from the date discovery is received, and that the Court set the date for Defendant's Reply seven (7) days following that date.

.

Date: October 22, 2012						Respectfully submitted,

								By:	/s/ Chad L. Belville
								Chad Belville, Attorney at Law
								Iowa Bar # 015731
								4742 North 24th Street Suite 315
								Phoenix, AZ 85016

								P.O. Box 17879
								Phoenix, AZ 85011
								Telephone: 602-904-5485
								FAX: 602-297-6953
								Email cbelville@azbar.org

								ATTORNEY FOR PLAINTIFF


### Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on October 22, 2012 a copy of this Motion for Extension of Deadline to File Response to Defendant's Motion for Summary Judgment was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Court's Electronic Case Filing System.


/s/ Chad L. Belville