# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3005-MWB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE |

_____

This case is before the court on Fraserside IP L.L.C.'s Motion for Extension of Deadline to File Response to Defendant's Motion For Summary Judgment (docket no. 59). For good cause shown, Fraserside IP L.L.C.'s motion is granted. Fraserside IP L.L.C. shall file its response to Youngtek Solutions Ltd.'s Motion for Summary Judgment, on or before November 20, 2012. Youngtek shall any reply brief on or before November 28, 2012.

**IT IS SO ORDERED.**

**DATED** this 7th day of November, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA