Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br>Youngtek Solutions Limited, dba EmpFlix,<br>Dba TnaFlix, dba TnaFlix.com and John Does<br>1-100 and John Doe Companies 1 – 100 | No. 11-cv-03005-MWB |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel Chad Belville, and hereby submits under this Motion to Seal. Plaintiff has filed a Resistance to Motion for Summary Judgment, and as such offers Defendant's Responses to Discovery Requests and transcripts of deposition to support its Resistance. Plaintiff wishes to respect the information contained in those Discovery Responses and offers to submit the same to the Court under seal. This Motion is submitted under seal pursuant to Local Rule 5.c. The information subject to seal has been sent to the Ecfmail Order Box.

DATED: November 20, 2012	Respectfully submitted,

By:

/s/ Chad L. Belville
Chad Belville, Attorney at Law
Attorney for Plaintiff
Iowa Bar # 015731

Physical Address	4742 North 24th Street Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:	P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on November 20, 2012, a copy of Plaintiff's Motion was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville