UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, | ) | |
| An Iowa Limited Liability Company | ) | |
| | ) | No. 11-cv-03005-MWB |
| | ) | |
| vs. | ) | |
| | ) | DECLARATION OF |
| | | JAMES MORAN |
| | ) | |
| Youngtek Solutions Limited, dba EmpFlix, | ) | |
| Dba TnaFlix, dba TnaFlix.com and John Does | ) | |
| 1-100 and John Doe Companies 1 - 100 | ) | |
| | ) | |

**PLAINTIFF'S STATEMENT OF FACTS IN OPPOSITION TO YOUNGTEK'S
MOTION FOR SUMMARY JUDGMENT**

I, James Moran, declare under penalty of perjury that:

1. I am over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the In House Counsel of Milcap Media Group SLU, Private Media Group, Inc.'s principal operating subsidiary and I am an authorized representative of Plaintiff.

3. Plaintiff is the owner of copyrights in high quality brand driven adult motion picture films. Plaintiff, either directly or through its affiliates is engaged in the business of producing, distributing, and/or licensing to others the rights to copy, distribute, transmit and exhibit those copyrighted films and/or other audio visual works. Plaintiff and/or its parent company expend significant amounts of time, money and other resources to produce high quality products, develop supply chains and distribution systems, and build premium brand recognition of their products.

1

4. Plaintiff is also the holder of certain Trademarks, including a depiction of two female silhouettes, the Private and Private Gold Labels and the Private Life of that have been actively promoted and marketed. As a result, the purchasing public has come to know, rely upon and recognize these marks as an international brand of high quality entertainment.

5. Plaintiff, either directly or through its affiliates or licensees, distributes its copyrighted works in various forms, without limitation, over the Internet, pay-per-view, video on demand, DVD's, and other formats, by selling them directly or indirectly to the home viewing market or licensing others to do so and through Internet streaming and download services.

6. Defendant's websites are offering, displaying and distributing Plaintiff's films to its Internet Users.

Signed this 20th Day of November 2012

James Moran