IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>Defendants. | No. C11-3005-MWB<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO SEAL PART OF APPENDIX |

_____

This case is before the court on Fraserside IP L.L.C.'s Motion to Seal (docket no. 61). In its motion, Fraserside seeks to file under seal "Defendant's Responses to Discovery Requests" which are to be submitted as part of its appendix in response to Youngtek Solutions Ltd.'s Motion for Summary Judgment. Fraserside's Motion to Seal is granted and it may file that portion of its appendix containing "Defendant's Responses to Discovery Requests" under seal.

**IT IS SO ORDERED.**

**DATED** this 20th day of November, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA