UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, )<br>    Plaintiff, )<br>v. )<br>    )<br>Youngtek Solutions, Limited, d/b/a )<br>Empflix, d/b/a www.empflix.com, dba )<br>TNAFlix.com and www.tnaflix.com, )<br>John Does 1-100 and John Doe )<br>Companies 1-100, )<br>    Defendants. ) | Docket No. 11-CV-03005-MWB |

**DEFENDANT YOUNGTEK SOLUTIONS, LTD.'S UNRESISTED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant Youngtek Solutions, Limited ("Youngtek") respectfully moves for a one week extension of time up to and including December 5, 2012 to file its Reply to Plaintiff's Resistance to Youngtek's Motion for Summary Judgment. In support of this Motion, Youngtek states as follows:

1. On November 6, 2012, Plaintiff filed its Unresisted Motion to Extend the time for it to file its Resistance to November 20, 2012. In that motion, Plaintiff asked that Defendant's Reply date be set for November 28, 2012.

2. Because of the Thanksgiving holiday, however, Youngtek has had less than four business days to draft its Reply.

3. Youngtek has spoken with counsel for the Plaintiff today who indicated that he DOES NOT RESIST a one-week extension of time for Youngtek to file its Reply Brief.

1

Accordingly, Youngtek respectfully requests that the deadline for its Reply Brief be extended to December 5, 2012.

        Respectfully submitted,

        Youngtek Solutions, Ltd.
        By its attorneys,

        /s/Evan Fray-Witzer
        Evan Fray-Witzer, *pro hac vice*
        Ciampa Fray-Witzer, LLP
        20 Park Plaza, Suite 804
        Boston, MA 02116
        (617) 723-5630
        Evan@CFWLegal.com

        /s/Valentin Gurvits
        Valentin Gurvits, *pro hac vice*
        Boston Law Group, PC
        825 Beacon Street, Suite 20
        Newton, MA 02459
        (617) 928-1804
        vgurvits@bostonlawgroup.com

        /s/Jennifer E. Rinden
        Connie Alt        AT0000497
        Jennifer E. Rinden    AT0006606
            for
        SHUTTLEWORTH & INGERSOLL, P.C.
        500 US Bank Bldg., P.O. Box 2107
        Cedar Rapids, IA 52406
        PHONE:     (319) 365-9461
        FAX:        (319) 365-8564
        jer@shuttleworthlaw.com

## ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on November 28, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer