IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LIMITED, dba EmpFlix, dba www.empflix.com, dba TNAFlix.com and www.tnaflix.com, and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3005-MWB<br><br>ORDER REGARDING DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE |

_____

This case is before the court on defendant Youngtek Solutions, Limited's ("Youngtek") Motion for One Week Extension of Time to File Reply Brief (docket no. 64). For good cause shown, Youngtek's motion is granted. Youngtek shall its reply brief on or before December 5, 2012.

**IT IS SO ORDERED.**

**DATED** this 29th day of November, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA