```
*************************** 1. row ***************************
                ip: 69.66.188.252
             email: sam10@iowatelecom.net
             fname: 
             lname: 
             bdate: 0000-00-00
            gender: m
premium_start_date: 2011-01-22 01:02:25
 premium_stop_date: 2011-01-25 07:02:25
1 row in set (0.00 sec)
```