IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP, L.L.C., | )<br>) |
| Plaintiff, | ) No. C11-3005-MWB<br>) |
| vs. | )<br>) JUDGMENT |
| YOUNGTEK SOLUTIONS, LTD, d/b/a EMPFLIX, d/b/a WWW.EMPFLIX.COM, d/b/a TNAFLIX.COM AND WWW.TNAFLIX.COM, JOHN DOES 1-100, and JOHN DOE COMPANIES 1-100, | ) IN A CIVIL CASE<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Fraserside IP, L.L.C., take nothing and this matter is dismissed in its entirety.

Dated: January 10, 2013

ROBERT L. PHELPS
Clerk

 /s/ djs
(By) Deputy Clerk