| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the Northern District of Iowa_ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO. C11-3005-MWB | DATE FILED 2/17/2011 | U.S. DISTRICT COURT for the Northern District of Iowa |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Fraserside IP, LLC | Youngtek Solutions Ltd; emplix.com; tnaflix.com; Does 1-100 and Doe Companies 1-100 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1014975 | 7/1/1975 | Fraserside IP, LLC |
| 2 | 3188677 | 12/26/2006 | Fraserside IP, LLC |
| 3 | 3889749 | 2/26/2008 | Fraserside IP, LLC |
| 4 | 3137445 | 9/5/2006 | Fraserside IP, LLC |
| 5 | 2875138 | 8/17/2004 | Fraserside IP, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order granting plainitiff's motion to dismiss with prejudice dated 01/10/13. |

| CLERK<br>Robert L. Phelps | (BY) DEPUTY CLERK<br>/s/ djs | DATE<br>1/11/2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy